# 24-1997

IN THE

# United States Court of Appeals

## FOR THE SECOND CIRCUIT

◆◆◆

J. M., AS ADMINISTRATOR OF THE ESTATE OF HER SON, C.B.,

*Plaintiff-Appellant,*

—against—

ASHLEY SESSIONS, ELISE M. WILLIAMS, JOSHUA A. BUELL, COREY C. BEHLEN, RAYMOND J. MCGINN, KATHERINA L. CASSATA, MICHAEL NOVACK,

*Defendants-Appellees,*

DOES 1-6,

*Defendant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**JOINT APPENDIX
VOLUME II OF X
(Pages JA281 to JA560)
[REDACTED]**

ALEXANDRA VON STACKELBERG
BENJAMIN W. HILL
CAPEZZA HILL, LLP
30 South Pearl Street, Suite P-110
Albany, New York 12207
(518) 478-6065

*Attorneys for Defendant-Appellee
  Ashley Sessions*

ILANN MARGALIT MAAZEL
LAURA KOKOTAILO
SAMUEL SHAPIRO
EMERY CELLI BRINCKERHOFF
  ABADY WARD & MAAZEL, LLP
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000

*Attorneys for Plaintiff-Appellant
  J. M., as Administrator of
  the Estate of Her Son, C.B*

(*Counsel continued on inside cover*)

ALEXANDRIA TWINEM
BARBARA D. UNDERWOOD
NEW YORK STATE ATTORNEY
    GENERAL'S OFFICE
The Capitol
Albany, New York 12224
(518) 776-2010

*Attorneys for Defendants-Appellees*
    *Elise M. Williams, Joshua A. Buell,*
    *Corey C. Behlen, Raymond J.*
    *McGinn, Katherina L. Cassata,*
    *and Michael Novack*

# TABLE OF CONTENTS

PAGE

District court docket sheet............................................... JA1

Complaint, dated January 27, 2020...................................... JA26

Amended Complaint, dated July 10, 2020 ............................. JA43

Answer by Defendants Elise Williams, Joshua A. Buell,
    Corey C. Behlan, Raymond J. McGinn, Katherine L. Cassata,
    and Michael Novack, dated September 21, 2020..................... JA61

Answer by Defendant Ashley Sessions, dated November 20, 2020 ....... JA74

Plaintiff's Motion to Amend Complaint, dated March 30, 2022 .......... JA92

Declaration of Samuel Shapiro in support of Motion to Amend,
    dated March 30, 2022............................................. JA94

    Exhibit A to Shapiro Declaration—
    Proposed Second Amended Complaint ............................. JA96

    Exhibit B to Shapiro Declaration—
    Proposed Second Amended Complaint showing the changes
    between the First Amended Complaint and Proposed Second
    Amended Complaint ............................................. JA117

    Exhibit C to Shapiro Declaration—
    Excerpts of the deposition of Katherina Cassata,
    taken on February 8, 2022....................................... JA138

    Exhibit D to Shapiro Declaration—
    Excerpts of the deposition of Anita Baral,
    taken on February 8, 2022....................................... JA150

ii

PAGE

Exhibit E to Shapiro Declaration—
Defendants' Elise M. Williams, Joshua A. Buell, Corey C.
Behlen, Raymond J. McGinn, Katherina L. Cassata and Michael
Novack Initial Disclosures, dated September 23, 2020 ............ JA158

Plaintiff's Memorandum of Law in support of Motion to Amend,
dated March 30, 2022 .......................................... JA163

Defendant Ashley Sessions' Memorandum of Law in Opposition
to Motion to Amend, dated May 6, 2022 ........................ JA175

Defendants Elise Williams, Joshua A. Buell, Corey C. Behlen,
Raymond J. McGinn, Katherine L. Cassata, and Michael
Novack's Memorandum of Law in Opposition to Motion
to Amend, dated May 6, 2022 .................................. JA180

Declaration of Ryan W. Hickey, for Defendants Elise Williams,
Joshua A. Buell, Corey C. Behlen, Raymond J. McGinn,
Katherine L. Cassata, and Michael Novack, in Opposition
to Motion to Amend, dated May 6, 2022 ........................ JA190

Exhibit A to Hickey Declaration—
January 19, 2021 email to Plaintiff's counsel..................... JA192

Exhibit B to Hickey Declaration—
Summary of Interviews
[filed under seal, see volume 6, page 1141] ...................... JA195

Plaintiff's Reply Memorandum of Law in Further Support of Motion
to Amend, dated May 12, 2022 ................................. JA196

Reply Declaration of Samuel Shapiro in Further Support of Motion
to Amend, dated May 12, 2022 ................................. JA219

Exhibit F to Shapiro Declaration—
Plaintiff's First Consolidated Set of Interrogatories and Requests
for Production of Documents, dated October 6, 2020 ............. JA220

iii

PAGE

Decision and Order of Magistrate Judge Hummel denying Motion
    to Amend  [filed under seal, see volume 6, page 1145]............ JA237

Notice of Appeal of Magistrate Judge Decision to District Court,
    dated December 30, 2022 ....................................... JA238

Decision and Order of the District Court affirming Order,
    dated April 24, 2023 .......................................... JA240

Motion for Summary Judgment filed by Defendant Ashley Sessions,
    dated November 15, 2023 ...................................... JA245

Declaration of Benjamin W. Hill, for Defendant Ashley Sessions, in
    Support of Motion for Summary Judgment,
    dated November 15, 2023 ...................................... JA247

    Exhibit A to Hill Declaration—
    Deposition Transcript of Ashley Sessions,
    dated December 21, 2021 ...................................... JA249

    Exhibit B to Hill Declaration—
    Deposition Transcript of Elise M. Williams,
    dated December 20, 2021 ...................................... JA409

    Exhibit C to Hill Declaration—
    Deposition Transcript of Katherina Cassata,
    dated February 8, 2022.......................................... JA537

    Exhibit D to Hill Declaration—
    Expert Disclosure of Bruce Charash
    [filed under seal, see volume 6, page 1163] ..................... JA686

    Exhibit E to Hill Declaration—
    Compendium of Exhibits marked during Depositions
    [filed under seal, see volume 6, page 1180] ..................... JA687

    Statement of Material Facts in support of Motion for Summary
    Judgment by Defendant Ashely Sessions ,
    dated November 15, 2023 ...................................... JA688

iv

PAGE

Defendants Elise Williams, Joshua A. Buell, Corey C. Behlan,
    Raymond J. McGinn, Katherine L. Cassata, and Michael
    Novack's Motion for Summary Judgment,
    dated November 15, 2023 ........................................ JA694

Declaration of Raymond McGinn in Support of Motion
for Summary Judgment, dated November 14, 2023 .............. JA696

    Exhibit A to McGinn Declaration—
    Unit Physician Notes
    [filed under seal, see volume 6, page 1233] ................. JA701

    Exhibit B to McGinn Declaration—
    Unit Physician Notes
    [filed under seal, see volume 6, page 1238] ................. JA702

    Exhibit C to McGinn Declaration—
    C.B.'s "Physicians Order Form"
    [filed under seal, see volume 6, page 1243] ................. JA703

Declaration of Elise Williams in Support of Motion for Summary
Judgment, dated November 13, 2023 ........................... JA704

Declaration of Ryan W. Hickey in Support of Motion
for Summary Judgment, dated November 15, 2023 .............. JA707

    Exhibit A to Hickey Declaration—
    Stipulation and Proposed Order for a Conditional Dismissal,
    dated December 11, 2020 .................................. JA709

    Exhibit B to Hickey Declaration—
    Deposition Transcript of Elisa M. Williams,
    dated December 20, 2021
    [filed under seal, see volume 6, page 1248] ................. JA715

    Exhibit C to Hickey Declaration—
    Deposition Transcript of Joshua Buell,
    dated January 13, 2022
    [filed under seal, see volume 7, page 1591] ................. JA716

v

PAGE

Exhibit D to Hickey Declaration—
Deposition Transcript of Corey Behlen,
dated January 13, 2022
[filed under seal, see volume 7, page 1699] . . . . . . . . . . . . . . . . . .  JA717

Exhibit E to Hickey Declaration—
Deposition Transcript of Raymond McGinn,
dated February 11, 2022
[filed under seal, see volume 8, page 1866] . . . . . . . . . . . . . . . . . .  JA718

Exhibit F to Hickey Declaration—
Deposition Transcript of Katherina Cassata,
dated February 8, 2022
[filed under seal, see volume 8, page 1926] . . . . . . . . . . . . . . . . . .  JA719

Exhibit G to Hickey Declaration—
Deposition Transcript of Michael Novack,
dated January 10, 2022
[filed under seal, see volume 9, page 2074] . . . . . . . . . . . . . . . . . .  JA720

Declaration of Cassaundra Murray, dated October 31, 2023 . . . . . . .  JA721

Exhibit A to Murray Declaration—
C.B.'s May 19, 2015 Application for Voluntary Admission
[filed under seal, see volume 9, page 2236] . . . . . . . . . . . . . . . . . .  JA724

Statement of Material Facts in support of Motion for Summary
Judgment by Defendants Elise Williams, Joshua A. Buell, Corey
C. Behlan, Raymond J. McGinn, Katherine L. Cassata, and
Michael Novack, dated November 15, 2023 . . . . . . . . . . . . . . . . . . . . . .  JA725

Plaintiff's Statement of Material Facts in Opposition to Motions for
Summary Judgment December 22, 2023 . . . . . . . . . . . . . . . . . . . . . . . . .  JA732

Plaintiff's Counter-Statement of Material Facts in Opposition to
Defendant Ashley Sessions, dated December 22, 2023 . . . . . . . . . . . .  JA749

vi

PAGE

Plaintiff's Counter-Statement of Material Facts in Opposition
　　Defendants Elise Williams, Joshua A. Buell, Corey C. Behlan,
　　Raymond J. McGinn, Katherine L. Cassata, and Michael Novack,
　　dated December 22, 2023 ...................................... JA755

Declaration of Samuel Shapiro, for Plaintiff, in Opposition to
　　Motions for Summary Judgment, dated December 22, 2023 ....... JA767

　　Exhibit A to Shapiro Declaration—
　　C.B.'s Death Certificate
　　[filed under seal, see volume 9, page 2239] ..................... JA772

　　Exhibit B to Shapiro Declaration—
　　Excerpts from the Transcript of the Deposition of Plaintiff J.M.
　　[filed under seal, see volume 9, page 2242] ..................... JA773

　　Exhibit C to Shapiro Declaration—
　　C.B.'s Behavioral Support Program
　　[filed under seal, see volume 9, page 2254] ..................... JA774

　　Exhibit D to Shapiro Declaration—
　　Excerpts from the Transcript of the Deposition of  Defendant
　　Michael Novack, dated January 10, 2022......................... JA775

　　Exhibit E to Shapiro Declaration—
　　Broome DDSO's Nursing and Policy Procedure on focus
　　charting, dated August 2008.................................... JA794

　　Exhibit F to Shapiro Declaration—
　　Excerpts from the Transcript of the Deposition of Defendant
　　Elise M. Williams, dated December 20, 2021..................... JA797

　　Exhibit G to Shapiro Declaration—
　　Excerpts from the Transcript of the Deposition of Defendant
　　Raymond J. McGinn, dated February 11, 2022 ................... JA851

　　Exhibit H to Shapiro Declaration—
　　Expert Report of Georgia Persky, RN, BSN, MBA, PhD, NEA-
　　BC, dated June 28, 2023 ....................................... JA890

vii

PAGE

Exhibit I to Shapiro Declaration—
Excerpts from the Transcript of the Deposition of Defendant
Katherina L. Cassata, dated February 8, 2022 ..................... JA919

Exhibit J to Shapiro Declaration—
C.B.'s Staff Observations/Notes from February 23, 2018, through
April 9, 2018 [filed under seal, see volume 10, page 2265]........ JA930

Exhibit K to Shapiro Declaration—
Excerpts from the Transcript of the Deposition of Anita Baral,
dated February 8, 2022.......................................... JA931

Exhibit L to Shapiro Declaration—
Excerpts from the Transcript of the Deposition of Defendant
Ashley Sessions, dated December 21, 2021....................... JA937

Exhibit M to Shapiro Declaration—
C.B.'s bed check charts
[filed under seal, see volume 10, page 2270] ..................... JA954

Exhibit N to Shapiro Declaration—
Defendant Ashley M. Sessions' statement to the New York State
Police, dated April 9, 2018
[filed under seal, see volume 10, page 2277] ..................... JA955

Exhibit O to Shapiro Declaration—
Excerpts from the Transcript of the Deposition of Defendant
Corey C. Behlen, dated January 13, 2022 ........................ JA956

Exhibit P to Shapiro Declaration—
Defendant Corey C. Behlen's OPWDD OIIA interview
[filed under seal, see volume 10, page 2279] ..................... JA978

Exhibit Q to Shapiro Declaration—
email message from Laurie Miller dated April 17, 2018
[filed under seal, see volume , page 2283]....................... JA979

Exhibit R to Shapiro Declaration—
Excerpts from the Transcript of the Deposition of Defendant
Joshua A. Buell, dated January 13, 2022 ........................ JA980

viii

PAGE

Exhibit S to Shapiro Declaration—
Broome DDSOO's Policy and Procedures for Resident
Documentation and Charting, issued August 2018 . . . . . . . . . . . . . . . .  JA994

Exhibit T to Shapiro Declaration—
C.B.'s Plan of Nursing Services dated January 30, 2018
and March 27, 2018  [filed under seal, see volume 10, page 2285].  JA998

Exhibit U to Shapiro Declaration—
Excerpts from the Transcript of the Deposition of Jennifer Smith,
dated January 12, 2022. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  JA999

Exhibit V to Shapiro Declaration—
Excerpts from the Transcript of the deposition of Leisa
McKown, dated January 12, 2022. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  JA1014

Exhibit W to Shapiro Declaration—
C.B.'s Weight Chart is attached
[filed under seal, see volume 10, page 2288] . . . . . . . . . . . . . . . . . . . .  JA1027

Exhibit X to Shapiro Declaration—
email from Margaret Fassett, RD II, to Defendant Raymond
McGinn dated April 21, 2017
[filed under seal, see volume 10, page 2291] . . . . . . . . . . . . . . . . . . . .  JA1028

Exhibit Y to Shapiro Declaration—
C.B.'s Unit Physician Notes
[filed under seal, see volume __, page 2293] . . . . . . . . . . . . . . . . . . . .  JA1029

Exhibit Z to Shapiro Declaration—
Expert Report of Dr. Bruce D. Charash, M.D.
[filed under seal, see volume 10, page 2295] . . . . . . . . . . . . . . . . . . . .  JA1030

Exhibit AA to Shapiro Declaration—
call log of Plaintiff J.M. from April 8, 2018 . . . . . . . . . . . . . . . . . . . .  JA1031

Exhibit BB to Shapiro Declaration—
Excerpts from the Transcript of the Deposition of Samantha
Feliciano, dated August 16, 2023 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  JA1033

ix

PAGE

Exhibit CC to Shapiro Declaration—
Excerpts from a Transcript of Leisa McKown's interview with
OIIA  [filed under seal, see volume 10, page 2312] . . . . . . . . . . . . . . JA1038

Exhibit DD to Shapiro Declaration—
C.B.'s Nursing Notes
[filed under seal, see volume 10, page 2315] . . . . . . . . . . . . . . . . . . . JA1039

Exhibit EE to Shapiro Declaration—
excerpts from a transcript of Elise M. Williams's interview with
OIIA  [filed under seal, see volume 10, page 2322] . . . . . . . . . . . . . . JA1040

Exhibit FF to Shapiro Declaration—
photograph of the exterior of buildings at Valley Ridge CIT . . . . . JA1041

Exhibit GG to Shapiro Declaration—
Notice to Provider of C.B.'s Investigation Determination
[filed under seal, see volume 10, page 2325] . . . . . . . . . . . . . . . . . . . JA1043

Exhibit HH to Shapiro Declaration—
Medical Examiner's Report for C.B., dated June 12, 2018
[filed under seal, see volume 10, page 2328] . . . . . . . . . . . . . . . . . . . JA1044

Defendant Ashley Sessions' Reply Statement of Material Facts,
dated January 17, 2024. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JA1045

Defendants Behlen et al.'s Reply Statement of Material Facts,
dated January 17, 2024. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JA1071

Defendants Elise Williams, Joshua A. Buell, Corey C. Behlan,
Raymond J. McGinn, Katherine L. Cassata, and Michael
Novack's Response to Statement of Material Facts,
dated January 18, 2024. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JA1090

Decision and Order of the District Court granting Defendants' Motion
for Summary Judgment, dated July 11, 2024 . . . . . . . . . . . . . . . . . . . JA1118

Judgment, dated July 11, 2024 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JA1137

Plaintiff's Notice of Appeal, dated July 25, 2024 . . . . . . . . . . . . . . . . . . JA1139

x

PAGE

# FILED UNDER SEAL

Exhibit B to Hickey Declaration—
    Summary of Interviews . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JA1141

Decision and Order of Magistrate Judge Hummel denying Motion to
    Amend . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JA1145

Exhibit D to Hill Declaration—
    Expert Disclosure of Bruce Charash . . . . . . . . . . . . . . . . . . . . . . . . . . JA1163

Exhibit E to Hill Declaration—
    Compendium of Exhibits marked during Depositions . . . . . . . . . . . . JA1180

Exhibit A to McGinn Declaration—
    Unit Physician Notes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JA1233

Exhibit B to McGinn Declaration—
    Unit Physician Notes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JA1238

Exhibit C to McGinn Declaration—
    C.B.'s "Physicians Order Form" . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JA1243

Exhibit B to Hickey Declaration—
    Deposition Transcript of Elisa M. Williams, dated December 20,
    2021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JA1248

Exhibit C to Hickey Declaration—
    Deposition Transcript of Joshua Buell, dated January 13, 2022 . . . JA1591

Exhibit D to Hickey Declaration—
    Deposition Transcript of Corey Behlen, dated January 13, 2022 . . JA1699

Exhibit E to Hickey Declaration—
    Deposition Transcript of Raymond McGinn, dated February 11,
    2022 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JA1866

xi

PAGE

Exhibit F to Hickey Declaration—
    Deposition Transcript of Katherina Cassata, dated February 8,
    2022 ....................................................... JA1926

Exhibit G to Hickey Declaration—
    Deposition Transcript of Michael Novack, dated January 10,
    2022 ....................................................... JA2074

Exhibit A to Murray Declaration—
    C.B.'s May 19, 2015 Application for Voluntary Admission ...... JA2236

Exhibit A to Shapiro Declaration—
    C.B.'s Death Certificate......................................... JA2239

Exhibit B to Shapiro Declaration—
    Excerpts from the Transcript of the Deposition of Plaintiff J.M. . JA2242

Exhibit C to Shapiro Declaration—
    C.B.'s Behavioral Support Program............................. JA2254

Exhibit J to Shapiro Declaration—
    C.B.'s Staff Observations/Notes from February 23, 2018, through
    April 9, 2018 ................................................. JA2265

Exhibit M to Shapiro Declaration—
    C.B.'s bed check charts ........................................ JA2270

Exhibit N to Shapiro Declaration—
    Defendant Ashley M. Sessions' statement to the New York State
    Police, dated April 9, 2018 ..................................... JA2277

Exhibit P to Shapiro Declaration—
    Defendant Corey C. Behlen's OPWDD OIIA interview.......... JA2279

Exhibit Q to Shapiro Declaration—
    email message from Laurie Miller dated April 17, 2018 ......... JA2283

xii

PAGE

Exhibit T to Shapiro Declaration—
C.B.'s Plan of Nursing Services dated January 30, 2018 and
March 27, 2018 ............................................. JA2285

Exhibit W to Shapiro Declaration—
C.B.'s Weight Chart is attached ............................... JA2288

Exhibit X to Shapiro Declaration—
email from Margaret Fassett, RD II, to Defendant Raymond
McGinn dated April 21, 2017 ................................. JA2291

Exhibit Y to Shapiro Declaration—
C.B.'s Unit Physician Notes ................................... JA2293

Exhibit Z to Shapiro Declaration—
Expert Report of Dr. Bruce D. Charash, M.D. .................... JA2295

Exhibit CC to Shapiro Declaration—
Excerpts from a Transcript of Leisa McKown's interview with
OIIA ...................................................... JA2312

Exhibit DD to Shapiro Declaration—
C.B.'s Nursing Notes ........................................ JA2315

Exhibit EE to Shapiro Declaration—
excerpts from a transcript of Elise M. Williams's interview with
OIIA ...................................................... JA2322

Exhibit GG to Shapiro Declaration—
Notice to Provider of C.B.'s Investigation Determination ........ JA2325

Exhibit HH to Shapiro Declaration—
Medical Examiner's Report for C.B., dated June 12, 2018 ....... JA2328

1                    ASHLEY SESSIONS

2        document.  It is Bates stamped

3        Plaintiff 10595 through 10599.

4                MR. HILL:  Do you want us to open

5        that, Sam?

6                MR. SHAPIRO:  Yes, I'm going to

7        go through this with her, so yes.

8                MR. HILL:  All right.

9                (Bates stamped Plaintiff

10        10595-10599 was marked as Plaintiff

11        Exhibit 37 for identification;

12        12/20/21.)

13                MR. HILL:  We are on the top of

14        the first page.

15        Q.    So, if you could scroll to the

16   bottom of the last page, my first question

17   is going to be, is that your signature at

18   the bottom of the page there?

19        A.    Yes, it is.

20        Q.    And the date of this document is

21   April 9, 2018, correct?

22        A.    Yes.

23        Q.    So then flipping back to the

24   beginning of the document, Plaintiff 10595,

25   the first thing the trooper did here is read

1                        ASHLEY SESSIONS

2    you your Miranda rights, right?

3         A.    Yes.

4         Q.    Do you have an understanding of

5    what that meant?

6         A.    Yes.

7         Q.    What was your understanding?

8         A.    That I was able to answer

9    questions if I wanted to and that if I

10   wanted to have a lawyer present with me, I

11   could and I didn't have to answer anything

12   that I didn't want to without them present.

13        Q.    Do you understand the fact that

14   you were being read your Miranda rights to

15   be an indication that they suspected you had

16   committed a crime?

17             MR. HILL:  Objection.

18        Q.    You can answer.

19             MR. HILL:  I object.

20             Unless I tell you not to, you can

21        still answer.  Okay?

22             THE WITNESS:  Okay.

23             MR. HILL:  Did you understand the

24        question?

25             THE WITNESS:  I didn't.

34

1                    ASHLEY SESSIONS

2              MR. HILL:  Okay.

3        Q.    So, when the state police officer

4    read you your Miranda rights, did you

5    understand that to mean that you were a

6    suspect -- that you were suspected of having

7    committed a crime?

8        A.    No.

9        Q.    When you spoke to the state

10   trooper earlier that morning at Valley

11   Ridge, did he read you your Miranda rights?

12       A.    Yes.

13       Q.    At Valley Ridge, they did read

14   you your Miranda rights?

15       A.    I believe so, yes.

16       Q.    And did that happen when you were

17   in the car with the trooper?

18       A.    Yes.

19       Q.    And you didn't -- when you were

20   in the car with the trooper after you were

21   read your Miranda rights, you didn't ask to

22   have a lawyer present, right?

23       A.    Yes.

24       Q.    And then later in the day when

25   you were at the state trooper's office, you

```
 1                   ASHLEY SESSIONS
 2    didn't ask to have a lawyer there with you
 3    either, right; is that correct?
 4         A.    No, I didn't have anybody with
 5    me.
 6         Q.    And you didn't ask to have time
 7    to retain a lawyer, right?
 8         A.    No.
 9         Q.    So turning to page 2 of this
10    document, Plaintiff 10596, towards the
11    middle of the page around here where it
12    says, "65" on the left-hand side, the
13    investigator stays to you that he's been
14    talking with you about what happened.  And
15    that there are changed that you'd like to
16    make to the original deposition that you
17    provided.  Do you see that?
18         A.    Yes.
19         Q.    Do you remember what was said
20    during that conversation that he's referring
21    to here?
22         A.    I don't.
23         Q.    Looking at the following page, on
24    page Plaintiff 10597, around line 95, you
25    told the investigator that the bed checks
```

1                    ASHLEY SESSIONS

2    you performed the night before were 11:00

3    and 1:00, right?

4         A.    Yes.

5               MR. HILL:   Objection to the form.

6         Q.    And you told the investigator you

7    were supposed to do bed checks at 11:00,

8    1:00, 3:00 and 5:00, right?

9         A.    Yes.

10        Q.    So, is it fair to say, that what

11   you were trying to do here is correct your

12   earlier statement where you said you had

13   performed bed checks at 3:00 and 5:00?

14        A.    Correct.

15        Q.    And now you were saying that you

16   did not perform bed checks at 3:00 and 5:00,

17   right?

18        A.    Correct.

19        Q.    Around line 105 the investigator

20   asked you why you told the trooper that you

21   performed the checks at 3:00 and 5:00 when

22   you did not actually perform the checks, do

23   you see that question?

24        A.    Yes.

25        Q.    And your answer is, "Policy at

**JA286**

37

1                    ASHLEY SESSIONS

2   work.  I didn't want to get in trouble."

3              Do you see that?

4        A.    Yep.

5        Q.    Was that true?

6        A.    It was, I was also very nervous

7   and scared.

8        Q.    Okay, I'll ask you about that in

9   a moment.

10             First my question is, was that

11  true?  Was that the reason why you told the

12  trooper -- strike that.

13             Is it true that the reason you

14  told the trooper that you did checks at 3:00

15  and 5:00 was because there was a policy at

16  work and you didn't want to get in trouble?

17             MR. HILL:  Objection, she just

18        answered that.

19             You can answer it again.

20        A.    Yes.

21        Q.    And you said you were scared,

22  tell me why you were scared?

23        A.    Because I had never been through

24  anything like this.

25        Q.    Were you nervous about losing

38

1                      ASHLEY SESSIONS

2     your job?

3          A.    Some of that, but also I had

4     never done anything like this or been

5     through anything like this.

6          Q.    When you say, "Been through

7     anything like this," what do you mean?

8          A.    I've never been present when

9     somebody passed away.  I have never spoken

10    with police officers like this.

11         Q.    Were you nervous about being

12    arrested?

13         A.    Yes.

14         Q.    Turning to the next page,

15    Plaintiff 10598, around line 140 the

16    investigator asked, "When you checked on

17    C.B. at around 1:00 a.m. this morning, can

18    you tell me what you did and saw?"

19              Your answer was, "He was actually

20    up and used the bathroom a couple of minutes

21    prior to my check and I let him back into

22    his room."

23              Do you see that?

24         A.    Yes.

25         Q.    Was that answer truthful?

                        ASHLEY SESSIONS

1

2          A.    From what I can recall.

3          Q.    And the next question from the

4     investigator is, "Did you check on him again

5     after you let him back into his room?"  And

6     your answer was, "No," right?

7          A.    Yes.

8          Q.    Was that answer truthful?

9          A.    Yes.

10         Q.    Just looking at the last page of

11    this again, this statement also says that

12    you were making this statement under penalty

13    of perjury, right?

14         A.    Yes.

15         Q.    And you understood that -- what

16    that meant, right?

17         A.    Yes.

18         Q.    Was everything in this statement

19    that you made on the afternoon of April 9th

20    at the trooper's office true?

21         A.    From what I can recall.

22         Q.    But the troopers asked to speak

23    to you again, didn't they?

24         A.    Yes.

25              MR. HILL:  Objection.

40

1                    ASHLEY SESSIONS

2        Q.    And that's because they had

3    concerns that some of the things you said in

4    the second statement weren't true either,

5    right?

6              MR. HILL:  Objection.

7              Do you want us to keep this

8         statement up, Sam?

9              MR. SHAPIRO:  No, sorry, you can

10        put it down.

11       Q.    They told you they had concerns

12    that your second statement wasn't truthful

13    either, right?

14             MR. HILL:  Objection.

15       A.    No.

16       Q.    They didn't say that?

17       A.    No, I just received a phone call

18    stating that I needed to come back to the

19    trooper's office.

20       Q.    When was that phone call?

21       A.    I don't remember.

22       Q.    Not the same day, right?

23       A.    No.

24       Q.    Couple of days later?

25       A.    I don't remember.

41

1                        ASHLEY SESSIONS

2          Q.    Was the person who called you the

3    person who had interviewed you at the

4    trooper's office?

5          A.    I don't remember.

6          Q.    What did the state police officer

7    say to you when he or she called?

8          A.    They just asked if I could come

9    back up to the trooper's station.

10          Q.    Did they say they were going to

11    come and get you?

12          A.    No, they asked if I was able to

13    drive there.

14          Q.    What did you say?

15          A.    Yes.

16          Q.    And they didn't explain to you

17    what it was about?

18          A.    No.

19          Q.    What happened when you got to the

20    trooper's station this next time?

21          A.    They asked to talk with me.  I

22    sat down in a room with them.

23          Q.    Was is the same room you had been

24    in earlier?

25          A.    I don't remember.

1                    ASHLEY SESSIONS

2        Q.    Was is the same person you were

3   speaking to?

4        A.    I don't remember.  I believe so.

5        Q.    This time was there more than one

6   police officer speaking to you?

7        A.    I don't remember.

8        Q.    This time when you were in the

9   room, were you restrained in any way or in

10  handcuffs in any way?

11       A.    No.

12             MR. SHAPIRO:  I'm going to mark

13         as Plaintiff's Exhibit 38, this is a

14         five-page document Bates stamped

15         Plaintiff 10600 through 10604.

16             (Bates stamped Plaintiff

17         10600-10604 was marked as Plaintiff

18         Exhibit 38 for identification;

19         12/20/21.)

20             MR. HILL:  Do you want me to go

21         to the last page, Sam?

22             MR. SHAPIRO:  I do, thank you.

23             MR. HILL:  Okay, we're there.

24       Q.    Is that your signature there on

25   this page, Ms. Sessions?

43

1                          ASHLEY SESSIONS

2          A.    Yes, it is.

3          Q.    What's the date on this document?

4          A.    April 11, 2018.

5          Q.    So, this is two days after C.B.

6    passed away, correct?

7          A.    I believe so, yes.

8          Q.    Well, if you refer back to

9    Exhibit 37, which was your first statement

10   to the -- which was your first statement at

11   the trooper's office, that was taken on

12   April 9th, right?

13         A.    Yes.

14         Q.    So, this statement, Exhibit 38,

15   was taken two days later, on April 11th,

16   right?

17         A.    Yes.

18         Q.    And again, you were read your

19   Miranda rights, right?

20              MR. HILL:  Do you want me to go

21         to the first page?

22              MR. SHAPIRO:  Yes, please.

23         A.    Yes, I was.

24         Q.    Okay.  And then if you turn to

25   the second page, around line 65, the

44

1                    ASHLEY SESSIONS

2    investigator says, "Today we have been

3    talking some more about what happened during

4    your shift the night and early morning hours

5    that the incident occurred.  After talking,

6    are there more changes that you would like

7    to make to your statement?"

8              You said, "Yes," right?

9        A.    Yes.

10       Q.    And he asked you, "What are the

11   changes you'd like to make," correct?

12       A.    Yes.

13       Q.    And your answer is, "I falsified

14   a document for work that said I saw C.B. up

15   at around 1:00 a.m.," do you see that?

16       A.    Yes.

17       Q.    Was that statement true?

18       A.    I don't remember.

19       Q.    Did you falsify a document that

20   said you saw C.B. up at around 1:00 a.m.?

21       A.    I don't remember.

22       Q.    Sorry?

23       A.    Not that I can remember.

24       Q.    Why would you have said that to

25   the state trooper?

1                    ASHLEY SESSIONS

2        A.    Because I don't remember what

3    they were referring to.

4        Q.    You're the one who said you

5    falsified a document, right?

6        A.    Yes.

7              MR. HILL:  We need to take a

8    quick break, I'm sorry.

9              MR. SHAPIRO:  Let me just ask one

10    question and then we can do that.

11              MR. HILL:  No, we're taking a

12    quick break and then we will be back.

13              MR. SHAPIRO:  All right.

14              (A brief recess was taken.)

15              MR. HILL:  Sam, did you want me

16    to put up Exhibit 38 or not?

17              MR. SHAPIRO:  Yes, I have some

18    more questions to ask about 38.

19              MR. HILL:  We are on the second

20    page.

21              MR. SHAPIRO:  Perfect, Plaintiff

22    10601?

23              MR. HILL:  Correct.

24              MR. SHAPIRO:  Nicole, could you

25    just read the last question before we

1                    ASHLEY SESSIONS

2         took a break.

3                  (The requested portion was read.)

4         Q.    I may have asked this already, I

5    apologize, is it correct that you falsified

6    a document from work that said you saw C.B.

7    up at around 1:00 a.m.?

8         A.    Yes.

9         Q.    And what document did you

10   falsify?

11        A.    The shift notes.

12        Q.    What is a shift note?

13        A.    Something that was written about

14   the events that had occurred during that

15   day.

16        Q.    Is a shift note the same thing as

17   a DAR note?

18        A.    Yes.

19        Q.    What did you write in that DAR

20   note?

21        A.    I don't remember.

22        Q.    Did you write, in sum and

23   substance, that you had seen C.B. out of bed

24   around 1:00 a.m.?

25        A.    Yes.

**JA296**

47

1                   ASHLEY SESSIONS

2       Q.    And that was not true, correct?

3       A.    Correct.

4       Q.    The next question the trooper

5   asked you is, "Did you see C.B. up at all

6   during your shift that night?"  And you

7   answer is, "No."  Do you see that?

8       A.    Yes.

9       Q.    Was that a truthful answer?

10      A.    Yes.

11      Q.    So earlier in this deposition I

12   asked you about a statement that you had

13   made --

14            MR. SHAPIRO:  Sorry to do this to

15       you, Ben, but in Exhibit 36.

16            MR. HILL:  Okay, this is the

17       first deposition?

18            MR. SHAPIRO:  Correct.

19            MR. HILL:  We have it, what's the

20       question?

21            MR. SHAPIRO:  All right.

22      Q.    And I want to ask you these

23   questions again.  In that statement, in the

24   middle of the statement you wrote, "I heard

25   his door open and saw him walk down the hall

48

 1                    ASHLEY SESSIONS

 2    and into the bathroom," was that true?

 3         A.    It was not.

 4         Q.    A couple of minutes ago you said

 5    it was, right?

 6         A.    Yes.

 7              MR. HILL:  Objection.

 8         Q.    And why are you changing your

 9    testimony now?

10         A.    I just remembered that.

11         Q.    The next sentence, "He was in the

12    bathroom for a couple of minutes," from

13    Exhibit 36, that's not true either, right?

14         A.    No.

15         Q.    "He said, 'Hi' to me and mumbled

16    as he walked back to his room," that's not

17    true either, right?

18         A.    Correct.

19         Q.    "I led him back into his room

20    during my bed checks," that's not true

21    either, right?

22         A.    Correct.

23         Q.    Your statement about, "C.B. did

24    not complain of any pain or discomfort at

25    that time," you didn't see C.B. at all awake

49

1                    ASHLEY SESSIONS

2    that night, right?

3         A.    No.

4         Q.    So you don't know whether he was

5    complaining or not, right?

6         A.    Correct.

7              MR. SHAPIRO:  Back to Exhibit 38,

8         Ben, sorry.

9              MR. HILL:  Okay.

10             MR. SHAPIRO:  And I'm on page now

11        10602.

12             MR. HILL:  10602, okay, we're at

13        the top of the third page.

14             MR. SHAPIRO:  So, if you scroll

15        down towards the bottom around where it

16        says, "125" in the left-hand column.

17             MR. HILL:  Yes, we're there.

18        Q.    The trooper asked you, "Did

19    anyone advise you or tell you what to write

20    on the forms or paperwork that you provided

21    to your work regarding this incident," do

22    you see that?

23        A.    Yes.

24        Q.    Your answer was, "Yes," right?

25        A.    Yes.

50

1                    ASHLEY SESSIONS

2         Q.    Was that a truthful answer?

3         A.    Yes.

4         Q.    The trooper asked you, "Can you

5    tell me more about that," do you see that?

6         A.    Yep.

7         Q.    And your answer was, "I was told

8    that I needed to make sure that when I wrote

9    my DAR note, that it needed to match the

10   rest of the paperwork, including bed

11   checks," do you see that?

12        A.    Yes.

13        Q.    Was that a truthful answer?

14        A.    It was.

15        Q.    On to the next page, you were

16   asked, "Were you told to write anything

17   specific on that paperwork?"  Your answer

18   was, "Yes," do you see that?

19        A.    Yes.

20        Q.    Was that a truthful answer?

21        A.    It was.

22        Q.    You were asked, "What were you

23   told to write?"

24              Your answer was, "That I had seen

25   C.B. up about the time I had done my 1:00

51

1                    ASHLEY SESSIONS

2    check."  Do you see that?

3         A.    Yes.

4         Q.    Was that a truthful answer?

5         A.    It was.

6         Q.    You were asked, "Who told you to

7    write that on the paperwork?"

8               Do you see that?

9         A.    Yes.

10        Q.    And your answer was, "Jen Smith,"

11   right?

12        A.    Yes.

13        Q.    Was that a truthful answer?

14        A.    It was.

15        Q.    Who's Jen Smith?

16        A.    She was someone else working in

17   the house that night.

18        Q.    Had she been working at Valley

19   Ridge longer than you?

20        A.    She had.

21        Q.    What did Jen Smith say to you

22   that night?

23        A.    I don't remember.

24        Q.    Did she tell you to write

25   something specific on your paperwork?

```
 1                    ASHLEY SESSIONS
 2        A.    From what I can recall, yes.
 3        Q.    Did you tell Jen Smith that you
 4   had not seen C.B. out of bed?
 5        A.    Yes.
 6        Q.    And despite that information, Jen
 7   Smith told you to write on the DAR note that
 8   you had seen C.B. out of bed; is that
 9   correct?
10        A.    Yes.
11        Q.    Do you have an understanding as
12   to why she would tell you to do that?
13        A.    I don't.
14        Q.    And you followed her direction,
15   right?
16        A.    I did.
17        Q.    Why did you do that?
18        A.    I was scared.
19        Q.    When did you complete that DAR
20   note?
21        A.    That morning.
22        Q.    After you had learned about
23   C.B.'s passing?
24        A.    It was before I had left that
25   day.
```

53

1                    ASHLEY SESSIONS

2        Q.    But had you already heard about

3    C.B. passing away?

4        A.    No.

5        Q.    Are you familiar with the term

6    "Blue dot"?

7        A.    Yes.

8        Q.    Did you fill out the DAR note

9    before a blue dot had been initiated that

10   morning?

11       A.    No.

12       Q.    So, you filled out the DAR note

13   after you were aware that C.B. was in

14   distress, is that fair to say?

15       A.    Yes.

16       Q.    What about the bed check forms,

17   when did you fill those out that night?

18       A.    That morning as well.

19       Q.    Again, after the blue dot?

20       A.    Yes.

21       Q.    And you told the trooper -- this

22   is on 10602 -- that Jen Smith had said that

23   you needed to make sure your DAR notes match

24   the rest of your paperwork, right?

25             MR. HILL:  Hold on, I'm going

54

1                    ASHLEY SESSIONS

2        back to -- 1060?

3              MR. SHAPIRO:  2, at the bottom of

4        the page.

5              MR. HILL:  There, that's what

6        he's referring to.

7        A.    Yes.

8        Q.    So, can you help me understand,

9    if you hadn't filled out any paperwork --

10   well, strike that.

11             Before the blue dot was initiated

12   that morning, had you filled out any of your

13   paperwork from the previous night?

14       A.    I had started it, yes.

15       Q.    What paperwork had you started?

16       A.    The bed check forms.  You have to

17   fill them out after -- like, after you've

18   done the bed checks.  So, filled it out at

19   11:00 and I filled it out at 1:00.

20       Q.    But you hadn't done the 3:00 and

21   the 5:00 bed checks, right?

22       A.    No, I did not.

23       Q.    So, those were empty, right, they

24   hadn't been filled out?

25       A.    Yes.

```
 1                    ASHLEY SESSIONS
 2        Q.    And after the blue dot was
 3   initiated, you filled out the 3:00 and the
 4   5:00 on the bed check form; is that right?
 5        A.    Yes.
 6        Q.    Before the blue dot had been
 7   initiated -- so, you said you did fill out
 8   the bed check forms for 11:00 and 1:00,
 9   right?
10        A.    Yes.
11        Q.    And did you write on the bed
12   check form that you had seen C.B. awake at
13   1:00 a.m.?
14        A.    I don't remember.
15        Q.    Would you agree with me that Jen
16   Smith was instructing you to ensure that the
17   bed check forms matched what was written on
18   the DAR notes?
19        A.    Yes.
20        Q.    Is that how you understood what
21   she was saying to you?
22        A.    Yes.
23        Q.    And so, if the bed check form had
24   indicated that you had seen C.B. awake, then
25   is it fair to say that you understood Jen
```

56

1              ASHLEY SESSIONS

2  Smith to be instructing you to write in the

3  DAR note that you had seen C.B. awake at

4  1:00 a.m. as well?

5          MR. HILL:  Objection.

6      A.    Yes.

7      Q.    Why did you write on the bed

8  check form that you had seen C.B. awake at

9  1:00 a.m.?

10          MR. HILL:  Objection.

11     A.    I don't remember.

12     Q.    Because you completed that

13  portion of the beck check form before you

14  knew there was any issue with C.B., right?

15     A.    I hadn't written any note, no.

16  Like, I had written that I had done my

17  checks.

18          MR. SHAPIRO:  I'm going to mark

19      as Plaintiff's Exhibit 20.

20          MR. HILL:  Can I put Exhibit 38

21      down?

22          MR. SHAPIRO:  You can put

23      Exhibit 38 down for now, yep.

24          I'm marking as Plaintiff's

25      Exhibit 20, it's a six-page document,

57

1            ASHLEY SESSIONS

2    Plaintiff 10394 through 10399.

3         (Bates stamped Plaintiff

4    10394-10399 was marked as Plaintiff

5    Exhibit 20 for identification;

6    12/21/21.)

7         MR. SHAPIRO:  Are you able to

8    open it?

9         MR. HILL:  Yes, we have it open.

10   I don't have it completely right side

11   up.  I have it as you sent it, so there

12   it is.

13        MR. SHAPIRO:  Well, if you're

14   able to rotate it because obviously it

15   is supposed to be.

16        MR. HILL:  That's what I was

17   trying to do and I can't because I

18   don't have my -- the Adobe account that

19   I'm using doesn't allow me to do it.  I

20   apologize, so we'll just turn our

21   heads.

22        MR. SHAPIRO:  So, I want to

23   direct your attention to Plaintiff

24   10396.

25        MR. HILL:  Okay, we're on that

58

1          ASHLEY SESSIONS

2     page.

3          Q.    Do you recognize that page to be

4     a bed check form?

5          A.    Yes.

6          Q.    And there's a date that says,

7     "April 9, 2018," do you see that?

8               MR. HILL:  Where is the date,

9          Sam?

10              MR. SHAPIRO:  So, it's on --

11         reviewing the document as it's supposed

12         to be, it's on the top right side.

13              MR. HILL:  Okay.

14              MR. SHAPIRO:  Next to where it

15         says, "OPWDD Valley Ridge Center For

16         Intensive Treatment."

17              MR. HILL:  Do you see that?

18              THE WITNESS:  Yes.

19         Q.    And it says -- under the date it

20    says, "Check two hours," right?

21         A.    Yes.

22         Q.    And then do you see your name on

23    that document?

24         A.    I see my first initial and last

25    name.

59

1              ASHLEY SESSIONS

2      Q.    And there's a time marker next to

3  it, it says, "11-7," right?

4      A.    Yes, it says the shift.

5      Q.    When you referred earlier to the

6  shift notes, was this what you were

7  referring to?

8      A.    No.

9      Q.    Looking at the times that are

10  indicated, do you see those?

11      A.    Yes.

12      Q.    And there are letters written

13  under certain times, right?

14      A.    Yes.

15      Q.    And so, is that your handwriting,

16  those letters?

17      A.    Yes.

18      Q.    And under 11:00 it looks like

19  it's the letter "S," am I reading that

20  right?

21      A.    Yes.

22      Q.    What does that mean?

23      A.    The "S" means sleeping, if I

24  remember correctly.

25      Q.    By the way and next to 11:00

60

1                    ASHLEY SESSIONS

2     there's something that says, "Night," do you

3     see that?

4          A.    Yes.

5          Q.    And what letter is written under

6     that?

7          A.    That would be my initials, "AS."

8          Q.    Moving ahead to 1:00 a.m., what's

9     written under there?

10         A.    That looks look an "A."

11         Q.    An "A"?

12         A.    I believe so.

13         Q.    And what does that mean?

14         A.    If I remember correctly, it's

15    awake, that's what it looks like based on

16    the code.

17         Q.    I'm sorry, say that again?

18         A.    That's what it looks like based

19    on the code.

20         Q.    And did you write that "A" prior

21    to the blue dot being called that morning?

22         A.    I don't remember.

23         Q.    We've already gone over that,

24    that "A" is not the truth, correct?

25         A.    Yes.

                    ASHLEY SESSIONS

1

2       Q.    C.B. was not awake at 1:00 a.m.,

3  right?

4             MR. HILL:  Objection.

5       Q.    Correct?

6       A.    Yes.

7       Q.    Under "Shift note," is that your

8  handwriting there?

9       A.    Yes.

10      Q.    Can you just read for us what it

11 says?

12      A.    "Bathroom, no issues."  I don't

13 know what the "X" is in the middle.

14      Q.    When did you write that?

15      A.    I don't remember.

16      Q.    Do you know if it was before or

17 after the blue dot was called?

18            MR. HILL:  Objection.

19      A.    I don't remember.

20            MR. SHAPIRO:  You can put that

21       aside for now, Ben.

22      Q.    Did Jen Smith talk to you about

23 your documentation after the blue dot had

24 been called?

25      A.    I believe so.

1                    ASHLEY SESSIONS

2        Q.    Did you understand Jen Smith to

3    be telling you to lie on your documents?

4        A.    Yes.

5        Q.    Did you tell Jen Smith you would

6    be lying if you wrote that you saw C.B.

7    awake?

8        A.    Yes.

9        Q.    What did she say?

10        A.    I don't remember.

11        Q.    Were you friends with Jen Smith?

12        A.    I mean, we worked together a lot,

13    so acquaintances more than friends.

14        Q.    She worked nights as well?

15        A.    Yes.

16        Q.    Did you ever see her outside of

17    work?

18        A.    No.

19        Q.    Had she ever told you to falsify

20    a document before this?

21        A.    No.

22        Q.    Have you spoken to Jen Smith

23    since April 9, 2018?

24        A.    No.

25        Q.    In April of 2018, do you know if

1                    ASHLEY SESSIONS

2      Jen Smith and someone named Corey Behlan

3      were romantically involved?

4            A.    Yes.

5            Q.    Were they marrieds?

6            A.    No, they were dating.

7            Q.    Do you know how long they had

8      been dating for at that point?

9            A.    I don't.

10           Q.    Who was Corey Behlan?

11           A.    He was head of shift that night.

12           Q.    Was he often the head of shift

13     when you were working?

14           A.    No, it rotated.

15           Q.    When he was head of shift and Jen

16     Smith was working, did they spend time

17     together during the shift?

18           A.    Yes.

19           Q.    Were you -- throughout your

20     tenure at Valley Ridge, were you assigned to

21     E-House exclusively?

22           A.    No.

23           Q.    Where else did you work?

24           A.    I've worked in all five of the

25     houses on campus.

1                         ASHLEY SESSIONS

2        Q.     Did you shift around from night

3   to night?  How did it work?

4        A.     Typically on nights i was in

5   E-House, unless they needed coverage in

6   another house.

7              And then if I had mandated shifts

8   or volunteered shifts, it depended on where

9   they needed coverage.

10       Q.     Did you ever do a night shift in

11  another house?

12       A.     Yes.

13       Q.     Which house?

14       A.     All of them.

15             MR. SHAPIRO:  I'm going to mark

16        as Plaintiff's Exhibit 28, this is a

17        one-page document Bates stamped

18        Defendant 8611.

19             ( Bates stamped Defendant 8611

20        was marked as Plaintiff Exhibit 28 for

21        identification; 12/21/21.)

22             MR. HILL:  Okay, we're open.

23       Q.     Do you recognize that document,

24  Ms. Sessions?

25       A.     Yes.

1                    ASHLEY SESSIONS

2        Q.    What is it?

3        A.    That's assignments for the

4    houses.

5        Q.    And there's a date at the top,

6    correct?

7        A.    Yes.

8        Q.    What date is that?

9        A.    April 9, 2018.

10        Q.    And am I correct that for the

11    night shift, the date reflected would be the

12    date of the early morning hours of that

13    shift, correct?

14        A.    Yes.

15        Q.    So, the shift started at 11:00

16    p.m., correct?

17        A.    It did.

18        Q.    So this schedule we're looking

19    at, the date is April 9th, am I correct that

20    it's reflecting the night shift, which

21    started at 11:00 p.m., April 8th and

22    continued to 7:00 a.m., April 9th?

23        A.    Yes.

24        Q.    You see your name on this

25    document in E-House, right?

1                    ASHLEY SESSIONS

2          A.    Yes.

3          Q.    And there is a letter next to

4    you, it appears to be an "H," do you see

5    that?

6          A.    Yes.

7          Q.    What does that mean?

8          A.    Hall.

9          Q.    What is that referring to?

10         A.    Hall means that I watch the

11   hallway that night.

12         Q.    What are the other letters there

13   I see -- that you see in the E-House?

14         A.    So, "K" is the kitchen and "M" is

15   meds.  And then the other one is assistant,

16   it's if you needed to have an extra person

17   in the house that night.

18         Q.    Why did you need to have an extra

19   person in the house that night?

20         A.    Because of staffing/resident

21   ratio.

22         Q.    Explain to me what you mean by

23   that?

24         A.    It means that had to be so many

25   staff per how many people were in the home.

1                   ASHLEY SESSIONS
2    I don't recall what that ratio is.
3        Q.    On this night, April 8th into
4    9th, 2018, how many individuals were living
5    at E-House?
6        A.    I don't remember.
7        Q.    Less than ten?
8        A.    I don't remember.
9        Q.    You had worked the previous
10   night, April 7th going into April 8th, as
11   well, right?
12       A.    I don't remember.
13            MR. SHAPIRO:  I'm going to show
14       you what I'm going to mark as
15       Plaintiff's 41.
16            Plaintiff's Exhibit 41 is a
17       one-page document.  It's Bates stamped
18       Defendant 8608.
19            (Bates stamped Defendant 8608 was
20       marked as Plaintiff Exhibit 41 for
21       identification; 12/21/21.)
22            MR. HILL:  Okay, we have that
23       open.
24       Q.    Okay.  And this is another
25   schedule, right?

68

1                    ASHLEY SESSIONS

2         A.    Yes.

3         Q.    And this is from one night

4    earlier, April 7th going into April 8th,

5    right?

6         A.    Yes.

7         Q.    And you see your name down at

8    E-House?

9              MR. HILL:  Hold on, we're going.

10              Okay, we're there.

11        A.    Yes.

12        Q.    And that night you were doing

13   medications; is that correct?

14        A.    Yes.

15        Q.    Does this refresh your

16   recollection that you did work the night

17   before the incident with C.B.?

18        A.    Yes.

19        Q.    That morning, April 8th, your

20   shift ended at 7:00 a.m., right?

21        A.    I believe so.

22        Q.    Was that your normal shift,

23   11:00 p.m. to 7:00?

24        A.    Yes.

25        Q.    And when your shift ended, did

1                    ASHLEY SESSIONS
2       you typically go home?
3           A.    Yes.
4           Q.    I'll tell you, April 8th was a
5       Sunday, do you recall what you did during
6       the day that day?
7           A.    No, I don't.
8           Q.    Was it your typical practice to
9       sleep if you were going to be working the
10      next night?
11          A.    Yeah.
12          Q.    For about how long?
13          A.    It depended on the day.
14          Q.    Do you recall if you slept at all
15      on April 8, 2018?
16          A.    I don't remember.  I'm sure I
17      did.
18          Q.    Do you have any typical
19      activities that you do on Sundays -- well,
20      in 2018, were there any typical activities
21      that you did on Sundays?
22          A.    I have three kids at home, so I
23      have no idea.
24          Q.    Did you go to church, for
25      example?

                    ASHLEY SESSIONS

2    A.    No.

3         MR. SHAPIRO:  Okay, you can put

4    that down.

5    Q.    What does it mean to be assigned

6    to the hallway?

7    A.    You would watch the hallway, you

8    would perform bed checks.  If there was any

9    household chores that needed to be done,

10   such as laundry, you would do that.

11        But just make sure that

12   individuals were in their rooms, things like

13   that, they were in their assigned rooms.

14   Q.    Was there a particular place

15   where you were supposed to be stationed when

16   you were on hallway?

17   A.    Either at the desk in the hallway

18   or in the office in the corner right by the

19   hallway door.

20   Q.    So, there's a desk located in the

21   hallway, is that what you said?

22   A.    There is.

23   Q.    And this hallway, this is the

24   hallway off which all of the individuals'

25   rooms are located?

1                    ASHLEY SESSIONS

2          A.     Yes.

3          Q.     How many rooms were there in

4     E-House?

5          A.     I don't remember.

6          Q.     More than ten?

7          A.     I believe so.

8          Q.     Do you know if every room was

9     occupied in April 2018?

10         A.     I don't.

11         Q.     The desk in the hallway, did it

12    have a computer?

13         A.     No, it did not.

14         Q.     Did it have anything on it?

15         A.     No.

16         Q.     Did it have a phone?

17         A.     Nope.

18         Q.     And then you said there was an

19    office as well, right?

20         A.     Yes.

21         Q.     Describe to me where that office

22    is located?

23         A.     Directly behind the hallway and

24    it kind of wrapped around to the dining room

25    area and had a bedroom in it as well.

1                      ASHLEY SESSIONS

2          Q.    If you were sitting in the

3    office, could you see down the hallway?

4          A.    Yes, it's a corner desk.

5          Q.    How many desks were there in the

6    office in April 2018?

7          A.    There was one and it just wrapped

8    around like an "L" shape.

9          Q.    Were there any computers on that

10   desk?

11         A.    Yes.

12         Q.    How many?

13         A.    Two.

14         Q.    And you said when you were

15   assigned to hall duty, you could sit either

16   in the office or the desk that was in the

17   hallway; is that right?

18         A.    Yes.

19         Q.    And on the night of April 8th

20   into April 9th, do you recall where you were

21   sitting?

22         A.    I was in the office.

23         Q.    Were you on the computer?

24         A.    I was.

25         Q.    What were you doing on the

```
 1                    ASHLEY SESSIONS
 2   computer?
 3        A.    I had a streaming service up to
 4   watch movies.
 5        Q.    What service was that?
 6        A.    I don't remember.
 7        Q.    Are you allowed -- are you
 8   allowed to bring your personal cell phone
 9   with you into the Valley Ridge facility?
10        A.    No.
11        Q.    Were you allowed to be watching
12   movies while on duty?
13        A.    I was taught that it was okay to.
14        Q.    Who taught you that?
15        A.    Just from observing inhouse
16   during training shifts.
17        Q.    Who did you observe watching
18   movies?
19        A.    Multiple different staff members,
20   I don't remember their names.
21        Q.    Can you give me one of their
22   names?
23        A.    I don't remember.
24        Q.    How many movies did you watch on
25   the night of April 8th into April 9, 2018?
```

1                      ASHLEY SESSIONS

2          A.    I don't remember.

3          Q.    Were you logged into your

4    personal account on a streaming service?

5          A.    I don't remember.

6          Q.    Did you fall asleep at all during

7    your shift of April 8th into April 9th?

8          A.    I did not.

9          Q.    Was anyone else in the office

10   with you that night?

11         A.    I don't remember.

12         Q.    The other folks working in

13   E-House that night were Maureen Joy, Jen

14   Smith and Mike DeSilva, right?

15         A.    Yes.

16         Q.    Were any of them trainees like

17   you at that time?

18         A.    I don't believe so.

19         Q.    Maureen Joy was assigned to the

20   kitchen, right?

21         A.    Yes.

22         Q.    And what does that entail, that

23   assignment?

24         A.    Cleaning the kitchen, making sure

25   that dishes are cleaned, prepping out meals

1                      ASHLEY SESSIONS

2   for the next day or basic just general

3   household.

4         Q.    When you -- when a staff member

5   is assigned to the kitchen, are they

6   supposed to remain in the kitchen throughout

7   the shift?

8         A.    Sometimes they do.  Otherwise,

9   they can relieve if they need to leave the

10  hallway to go into the bathroom or if you're

11  like a med person and you have to use the

12  bathroom, things like that.

13                They're kind of the cover as well

14  for anyone who has to stay in the home that

15  night.

16        Q.    Did the kitchen have a desk in

17  it?

18        A.    No.

19        Q.    Was there a place to sit if you

20  were on kitchen duty?

21        A.    No.

22        Q.    Did E-House also have like a

23  common room area?

24        A.    Yes.

25        Q.    Were there couches in that area?

 1                    ASHLEY SESSIONS

 2        A.    There was, in the living room.

 3        Q.    Was there a TV in there too?

 4        A.    Yep.

 5        Q.    During the night shift, did staff

 6   sometimes sit in that common room area?

 7        A.    Yes.

 8        Q.    Did staff sometimes watch TV?

 9        A.    Yes.

10        Q.    On that night, were staff sitting

11   in the common room area?

12        A.    At one point during the night,

13   yes.

14        Q.    And who was sitting in that

15   common room area?

16        A.    As far as I know Jen was out

17   there.  Corey was in the house that night,

18   he was there.  And I don't remember if

19   anybody else was.

20        Q.    Was Mike DeSilva ever in the

21   hallway with you that night?

22        A.    I don't remember.

23        Q.    Were you friendly with Mike

24   DeSilva?

25        A.    I don't remember who he was.

1                    ASHLEY SESSIONS

2         Q.    Was Mike DeSilva ever in the

3    office with you that night?

4         A.    I don't remember.

5         Q.    What about Jen Smith, was she in

6    the office with you that night?

7         A.    Yes.

8         Q.    For approximately how long?

9         A.    I have no idea.

10        Q.    Did you chat with her?

11        A.    Probably briefly, but I don't

12   remember what about.

13        Q.    Was anyone -- you said there were

14   two computers in the office, right?

15        A.    Yes.

16        Q.    You were using one to watch

17   movies, right?

18        A.    Yes.

19        Q.    Was anyone using the other one?

20        A.    I don't remember.

21        Q.    That night, did you sit anywhere

22   else aside from at the computer in the

23   office?

24        A.    No, not that I can remember.

25        Q.    You didn't spend any time sitting

                    ASHLEY SESSIONS

1    at the desk in the hallway?

2        A.    No, I didn't, typically.

3        Q.    During the night shift, do you

4    get a meal break?

5        A.    No.

6        Q.    Do you bring food with you?

7        A.    Sometimes.

8        Q.    Did you that night?

9        A.    No.

10       Q.    So aside from -- well, were there

11   any chores -- you said that one of the

12   duties of the hall, the person who was

13   assigned to the hall was to do chores around

14   the how; is that right?

15       A.    If they needed to be done.

16       Q.    Like laundry, for example?

17       A.    Yes.

18       Q.    What's another example of a chore

19   that needed to be done?

20       A.    Like, if there was a cleaning

21   that needed to be done, like just wiping

22   down surfaces and things like that, just

23   basic sanitation.

24       Q.    That night, April 8th into

1                    ASHLEY SESSIONS

2    April 9th, did you do any chores around the

3    house?

4         A.    I don't remember.

5         Q.    Would there be a document

6    indicating whether you did or did not?

7         A.    No, I don't think so, not that I

8    can recall any ways.

9         Q.    You wouldn't write that down in

10   any note anywhere?

11        A.    No.

12        Q.    As the staff member assigned to

13   the hallway, were you the only staff member

14   that shift who was responsible for doing bed

15   checks?

16        A.    Yes.

17        Q.    So, that was one of the duties of

18   the staff assigned to the hallways, to do

19   bed checks for all the individuals?

20        A.    Yes.

21        Q.    Did everyone in E-House have a

22   two-hour bed check?

23        A.    I believe so.

24        Q.    Do you know if anyone had

25   required a more frequent bed check?

80

1                    ASHLEY SESSIONS

2         A.    Not that I can remember.

3         Q.    Do you know the difference

4    between a visual bed check and a medical bed

5    check?

6         A.    I don't.

7         Q.    Do you know whether anyone in

8    E-House in April 2018 required a medical bed

9    check?

10        A.    I don't remember.

11        Q.    What kind of bed check did C.B.

12   require?

13        A.    I don't know.

14              MR. HILL:  Objection.

15        Q.    Were you supposed to do bed

16   checks for all the individuals at 11:00,

17   1:00, 3:00 and 5:00?

18        A.    As far as I can remember, yes.

19        Q.    So, at those prescribed times,

20   you would walk down the hall and do all of

21   your bed checks, right?

22        A.    Yes.

23        Q.    That's what you were supposed to

24   do, right?

25        A.    Yes.

                       ASHLEY SESSIONS

1

2        Q.    And on that night, April 8th to

3   April 9th, did you do any bed check at 3:00

4   a.m.?

5        A.    No.

6        Q.    Did you do any bed checks at

7   5:00 a.m.?

8        A.    I did not.

9        Q.    Why not?

10       A.    I don't know.

11       Q.    Were you watching movies and

12   didn't want to get up?

13             MR. HILL:  Objection.

14       A.    I mean, I was watching movies,

15   it's possible that I was distracted.

16       Q.    Did you lose track of time?

17       A.    Most likely.

18       Q.    Did anyone who was on duty that

19   night come by to remind you that bed checks

20   needed to be done?

21       A.    No.

22       Q.    Corey Behlan did not say anything

23   to you about doing bed checks at 3:00 or

24   5:00, did he?

25       A.    No.

1              ASHLEY SESSIONS

2        Q.    When you're in the common room of

3    E-House, can you see the office?

4        A.    You could see one door of the

5    office, but you can't see into it.

6        Q.    From the computer that you were

7    sitting at watching movies on that night,

8    could you see the common room?

9        A.    No.

10        Q.    From the common room, can you see

11    into the hallway at E-House?

12        A.    No.

13        Q.    Can you see the hallway from any

14    other room aside from the office?

15        A.    No.

16              MR. HILL:  Objection.

17        Q.    Is there a locked door that

18    enters into the hallway area?

19        A.    No.

20        Q.    Did you write on other

21    individuals' bed check forms that you had

22    completed bed checks at 3:00 a.m. and

23    5:00 a.m.?

24        A.    I did.

25        Q.    So you falsified bed check forms

1                  ASHLEY SESSIONS

2    for all the individuals in E-House on

3    April 8th and April 9, 2018; is that right?

4         A.    I did.

5         Q.    There's a nurse on duty during

6    the night shift, right?

7         A.    I believe so, yes.

8         Q.    Do you remember which nurse was

9    on duty the night of

10   September 8th/September 9th?

11        A.    I don't.

12        Q.    Does the name Stephanie Bowers

13   ring a bell?

14        A.    No.

15        Q.    During the night shift, was it

16   typical for the on-duty nurse to conduct

17   rounds?

18        A.    I don't remember.

19        Q.    Do you remember whether you saw

20   the nurse that evening April 8th to April 9,

21   2018?

22        A.    I don't remember.

23        Q.    Sometimes you were assigned to

24   medication during the night shift; is that

25   right?

84

1                     ASHLEY SESSIONS

2          A.     Yes.

3          Q.     Explain to me what that entails?

4          A.     I would be mostly passing out

5     meds in the morning, if they required them

6     before 7:00 a.m. or if they required

7     anything throughout the night, for example,

8     like a cough drop or something like that.

9          Q.     And tell me about giving out the

10    meds in the morning, how would that be done?

11         A.     It was before 7:00 a.m.  It was

12    typically, I believe, 6:30 and you would

13    have the individual come up to the door.

14                You would have to wake them up.

15    They would have to come up to the med room

16    doors.  You would administer the medication

17    to them that they were required.  They would

18    take a drink and they would go back to bed.

19         Q.     Are you required to complete any

20    documents in connection with this

21    medication?

22         A.     They had a med book and you had

23    to initial it, I believe, is what it was.  I

24    don't remember exactly.

25         Q.     Was there a process for

1                    ASHLEY SESSIONS

2  documenting if an individual refused to take

3  medication?

4        A.    Yes, there was, but I don't

5  remember what it was.

6        Q.    Would that happen from time to

7  time?

8        A.    Sometimes.

9        Q.    Did you receive any training on

10  how to address a situation if an individual

11  refused to take medication?

12        A.    I don't remember.

13        Q.    When you worked the night shift,

14  you mentioned it started 11:00 p.m., right?

15        A.    Yes.

16        Q.    And is that when you would arrive

17  to Valley Ridge?

18        A.    No, typically I would probably

19  arrive five to ten minutes beforehand so you

20  had time to get through the front building,

21  get my keys, find out where you were

22  scheduled and make your way through to the

23  house that you were scheduled at to relieve

24  the person prior.

25        Q.    And the shift prior to the night

1                    ASHLEY SESSIONS

2    shift, is that referred to as the evening

3    shift?

4         A.    Yes.

5         Q.    When did that shift end?

6         A.    11:00 p.m., it was 3:00 to 11:00.

7         Q.    Was there any process for

8    transitioning from the evening shift to the

9    night shift?

10         A.    No, it was just letting the

11    person that you were relieving know that you

12    were there.

13         Q.    Was there a -- were you supposed

14    to meet with the person you were relieving

15    to discuss whether there had been any issues

16    during the prior shift?

17         A.    Not really a designated meeting,

18    but if there was a quick conversation.

19         Q.    Was your expectation that if

20    there had been any issues during the prior

21    shift, then the person you were relieving

22    would tell you about them?

23         A.    Yes.

24         Q.    When you arrived for the

25    beginning of your shift around 11:00 p.m.,

Case: 24-1997, 11/01/2024, DktEntry: 27.1, Page 70 of 294
**JA336**
Case 1:20-cv-00091-GTS-CFH    Document 118-2    Filed 11/15/23    Page 88 of 160

87

1                     ASHLEY SESSIONS

2    are you supposed to review any documents?

3         A.    If there was anything there to

4    review, yes.  There would either be shift

5    notes or something like that.  Typically

6    they were written after I was relieving the

7    person.

8         Q.    What do you mean they were

9    written after you were relieving the person?

10        A.    So, if someone was in the

11   kitchen, I would go take over for them and

12   they would go into the office and write any

13   shift note prior to them leaving their

14   shift.

15        Q.    Were shift notes e-mailed out?

16        A.    No.

17        Q.    How were shift notes kept?

18        A.    They were in a binder.

19        Q.    Were they handwritten?

20        A.    Yes.

21        Q.    When you arrived to work, would

22   you review the notes from the prior shift?

23        A.    Either right before I relieved

24   the person, if their notes weren't in there,

25   I would wait until after, talk to them

88

1                    ASHLEY SESSIONS

2    before they would write it, they would let

3    me know if something was going on.

4              But it was something I would

5    review throughout the night.

6         Q.    Did each individual have a

7    separate binder for shift notes?

8         A.    I don't remember.

9         Q.    If you were going to write a note

10   about C.B., for example, would you write

11   that note in the same place that you would

12   write a note about another individual?

13        A.    I don't remember.

14        Q.    When you arrived late at night on

15   April 8th, did anyone tell you that C.B. had

16   not been feeling well that day?

17        A.    No.

18        Q.    Did anyone tell you that C.B. had

19   been seen in the clinic that day?

20        A.    No.

21        Q.    Did you see any documents

22   indicating that C.B. had not been feeling

23   well that day?

24        A.    Not that I can remember.

25        Q.    Did you see any document

1                    ASHLEY SESSIONS

2    indicating that C.B. had been seen in the

3    clinic that day?

4         A.    Not that I can remember.

5         Q.    Did you see anyone give C.B.

6    Robitussin that night?

7         A.    No, not that I can remember.

8         Q.    You didn't give him Robitussin,

9    right?

10        A.    No, I did not.

11        Q.    You didn't give him any

12   medication that night, right?

13        A.    I did not.

14              MR. SHAPIRO:  I want to mark as

15        Plaintiff's Exhibit 40, this is a

16        one-page document.  It's Bates stamped

17        OPWDD 617.

18              (Bates stamped OPWDD 617 was

19        marked as Plaintiff Exhibit 40 for

20        identification; 12/21/21.)

21              MR. HILL:  Okay, we have it open.

22        Q.    Ms. Sessions, do you recognize

23   that document?

24        A.    I don't.

25        Q.    Would you agree with me that this

1               ASHLEY SESSIONS

2    is an e-mail that was sent by you on

3    February 9, 2018?

4         A.    Yes.

5         Q.    And the subject of the e-mail is,

6    "E-House shift note 2/9/18," do you see

7    that?

8         A.    Yes.

9         Q.    Was it typical for you to send an

10   e-mail like this following one of your

11   shifts?

12        A.    I don't remember.

13        Q.    When you arrived to start your

14   shift, was it your typical practice to check

15   your OPWDD e-mail account?

16        A.    At some point throughout my

17   shift, yes.

18        Q.    What sorts of e-mails would be

19   sent to that account?

20        A.    I don't remember.

21        Q.    This e-mail, in Exhibit 40, is

22   sent to a couple of different e-mail

23   addresses, right?

24        A.    Yes.

25        Q.    One of them is

                    ASHLEY SESSIONS
 1
 2    "OPWDD.DL.CRD.DDSCTA.2," do you see that?
 3         A.    Yes.
 4         Q.    Is that a list that includes all
 5    the DDSCTAs?
 6         A.    I don't remember.
 7         Q.    Were you trained to send out an
 8    e-mail after your shift if a notable event
 9    had occurred?
10         A.    I don't remember.
11         Q.    Do you remember receiving
12    training on when to send e-mails in any way?
13         A.    I don't remember.
14         Q.    Did you write any e-mails during
15    your shift of April 8th to April 9th of
16    2018?
17         A.    I don't remember.
18              MR. SHAPIRO:  All right, we can
19         go off the record.
20              (A recess was taken.)
21         Q.    Ms. Sessions, I just want to ask
22    you again, do you recall any communications
23    that you had with anyone from the Office of
24    the Attorney General?
25         A.    I do now.

```
 1                    ASHLEY SESSIONS
 2         Q.    Can you just briefly describe to
 3    me the sum and substance of those
 4    communications?
 5         A.    I remembered being told that I
 6    needed to call to see of they would
 7    represent me or not.  I was informed that
 8    they wouldn't and I would receive a letter,
 9    I received it in the mail.  But I don't
10    recall who it was I spoke with.
11         Q.    During any of those
12    conversations, did you ever ask why you
13    would not be represented by the Office of
14    the Attorney General?
15         A.    No, I didn't.
16         Q.    Did anyone ever say anything to
17    you about how the Office of the Attorney
18    General was not going to represent you?
19         A.    No.
20              MR. HILL:  Don't talk about any
21         conversations that we've had.
22              THE WITNESS:  Yeah.
23         Q.    Yes, I don't want to hear about
24    things that you've talked about with your
25    counsel?
```

                        ASHLEY SESSIONS

1

2      A.    No, not that I can remember.

3      Q.    Back when you were working at

4   Valley Ridge, can you tell me how you

5   conducted the bed check?

6      A.    So, I would go down to the hall.

7   I would click their door open, open their

8   door, make sure that they were in their room

9   and safe.

10          And then I would close their door

11   back as quietly as I could because typically

12   they were sleeping.

13     Q.    I didn't catch that, you said you

14   would make sure they were something "and

15   safe," I missed a word you said?

16     A.    Sleeping or in their room.

17     Q.    You said you'd start by clicking

18   open their door, what do you mean by that?

19     A.    So, we had like a key card and it

20   had like a microchip in it.  So, you could

21   scan over the top of the little door lock

22   and it would unlock their door and then you

23   could open their door.

24     Q.    Was it your practice to open the

25   door all the way?

1              ASHLEY SESSIONS

2       A.    To be able to see into the room,

3  yes.

4       Q.    Would you actually step inside of

5  the room?

6       A.    I would not.

7       Q.    So, you'd open the door far

8  enough, so that you could make visual

9  contact with the individual, is that fair to

10  say?

11       A.    Yes.

12       Q.    Do you turn the lights on?

13       A.    Typically, I did not.

14       Q.    Were there windows in each of the

15  bedrooms at E-House?

16       A.    I don't remember.

17       Q.    C.B. typically slept with the

18  lights on, do you recall that?

19       A.    I don't.

20       Q.    Do you recall any of the

21  individuals who lived at Valley Ridge

22  sleeping with the lights on?

23       A.    I don't.

24       Q.    Do you recall one way or the

25  other or you --

1                    ASHLEY SESSIONS

2        A.     I just don't remember.

3        Q.     What, if anything, would you do

4   to determine that the individual was safe?

5        A.     I generally wouldn't do anything.

6   I would open their doors to make sure they

7   were in their room.  During that shift they

8   were usually asleep.

9        Q.     Did you make any assessment to

10  determine whether the individual was safe?

11       A.     No.

12              MR. HILL:  Objection.

13       Q.     Is it true that when you were

14  doing the bed check, you were supposed to be

15  looking to see if the individual was in a

16  safe position?

17       A.     I don't remember.

18       Q.     Was that something that you

19  looked for when you conduct a bed check?

20       A.     I guess.

21       Q.     What do you mean by that?

22       A.     Like, they were usually laying

23  down.

24       Q.     Okay.  Would you try to determine

25  whether they were laying down in a safe way?

```
 1                      ASHLEY SESSIONS
 2         A.    No.
 3               MR. HILL:  Objection.
 4         Q.    For example, if someone was lying
 5   and they had a pillow over their face, would
 6   that raise a concern for you?
 7         A.    I don't know.
 8         Q.    You don't know?
 9         A.    I don't judge how people sleep,
10   so I don't know.
11         Q.    Did you do anything beyond just
12   looking to see if you could see the
13   individual in the room?
14               MR. HILL:  Objection.
15         A.    No.
16         Q.    And it didn't matter to you what
17   position they were in, as long as you could
18   you see them that was fine?
19               MR. HILL:  Objection.
20         A.    I don't know.
21         Q.    Well, you did the job for six
22   months, right, what was your practice?
23         A.    I would open their door to see if
24   they were in their room and that was about
25   it.
```

 1                    ASHLEY SESSIONS

 2        Q.    Did you receive training on how

 3    to conduct a bed check?

 4        A.    Yes.

 5        Q.    Who was that training from?

 6        A.    I don't remember who it was from.

 7        Q.    Was it training that you did at

 8    Valley Ridge?

 9        A.    Some of it.

10        Q.    Where else did you do it?

11        A.    Broome Development Center.

12        Q.    How long, approximately, were you

13    trained on how to conduct a bed check?

14        A.    Maybe a day.

15        Q.    What did you learn during that

16    day?

17        A.    That you were opening up their

18    rooms, checking them.

19              When we did it at Broome

20    Development Center it was more regarding --

21    at that point we had to like move an

22    individual, they were more in-depth.  Like

23    if they're required to roll them around or

24    anything like that, but that was one day

25    worth of training I think.

1                    ASHLEY SESSIONS

2        Q.    If you were required to roll them

3    around, did you say?

4        A.    Yeah, like if they were like

5    immobile and you had to physically move

6    them.

7        Q.    So you had some training on how

8    to do checks of individuals who were

9    immobile, right?

10       A.    Yes.

11       Q.    But you also had training on how

12   to do bed checks on individuals like C.B.,

13   who were mobile, right?

14       A.    (Inaudible response.)

15             MR. HILL:  She said, "Yes."

16             MR. SHAPIRO:  Oh, sorry.

17       Q.    And what did that training

18   consist of?

19       A.    That was on-the-job training that

20   I had received at Valley Ridge.  And during

21   that shift, it was keying the door, opening

22   the door.  If they were in their room

23   sleeping, closing the door again.

24       Q.    So you never attended a training

25   course at OPWDD regarding bed checks for

1                      ASHLEY SESSIONS

2    individuals who are mobile; is that correct?

3              MR. HILL:  Objection.

4    A.    No.

5    Q.    I'm sorry, what was the answer?

6    A.    No, not that I can remember.

7    Q.    Am I correct, that you never

8    attended a training course at OPWDD

9    regarding bed checks for individuals who are

10   mobile like C.B.?

11             MR. HILL:  Objection.

12   A.    Not that I can remember, yeah.

13   Q.    So that's correct, right?

14   A.    Yes.

15   Q.    The training that you did

16   consisted of on-the-job training at Valley

17   Ridge, right?

18             MR. HILL:  Objection.

19   A.    Yes.

20   Q.    And did you shadow other staff

21   members, is that what the on-the-job

22   training consisted of?

23   A.    Yes.

24   Q.    How long were you shadowing staff

25   members at Valley Ridge for?

1                   ASHLEY SESSIONS

2        A.    I was still doing that during my

3   first year of training.

4        Q.    So you did that throughout your

5   period as a trainee?

6        A.    Yes.

7        Q.    And you were a trainee -- you

8   were supposed to be a trainee for a full

9   year; is that right?

10        A.    Yes.

11        Q.    On the night of April 8th to 9th,

12   were you shadowing anyone?

13        A.    I was not.

14        Q.    When did you first start to be

15   able to work on your own without shadowing

16   someone?

17        A.    I don't remember.

18        Q.    Was it a couple of months after

19   you started?

20        A.    I don't remember.

21        Q.    When did you start at OPWDD?

22        A.    November prior -- November of

23   2017.

24        Q.    And when you started, did you

25   immediately report to Valley Ridge?

                      ASHLEY SESSIONS

1

2        A.    No, I did not.

3        Q.    Where did you report to?

4        A.    Broome Development Center.

5        Q.    Was that for the purpose of

6   training?

7        A.    It was.

8        Q.    How long did you do training at

9   Broome Development Center?

10       A.    About a month.

11       Q.    So when did you first report

12   Valley Ridge?

13       A.    A couple of weeks into that

14   training for an on-the-job training day.

15       Q.    Fair to say around December of

16   2017?

17       A.    Most likely.

18       Q.    Prior to starting at OPWDD in

19   November of 2017, had you previously worked

20   with individuals with developmental

21   disabilities?

22       A.    No.

23       Q.    Had you previously worked in a

24   medical setting?

25       A.    No.

1                    ASHLEY SESSIONS

2        Q.    How old were you when you started

3    working with OPWDD?

4        A.    I don't remember.  I first

5    started in November of 2017, so 26, 27.

6        Q.    26 or 27, which one?

7        A.    I don't remember.  I would have

8    to do the math real quick, 27.

9        Q.    When you applied to work at

10   OPWDD, you were working at a cashier at a

11   convenience store; is that right?

12       A.    I was.

13       Q.    Is it true that prior to being

14   hired by OPWDD, your only work experience

15   was as a cashier?

16       A.    It was.

17       Q.    And you received a high school

18   GED, right?

19       A.    Yes.

20       Q.    Prior to working at OPWDD, had

21   you completed any college courses?

22       A.    No.

23       Q.    Are you working currently, Ms.

24   Sessions?

25       A.    I'm not.

103

1                    ASHLEY SESSIONS

2         Q.    Have you been employed since your

3    employment at OPWDD?

4         A.    Yes.

5         Q.    Where?

6         A.    I worked at a hotel.  I worked at

7    a property management company.  And I was an

8    office manager for a small business.

9         Q.    Were you fired from any of those

10   jobs?

11        A.    I was not.

12        Q.    What was your most recent job?

13        A.    I was an office manager for a

14   small business.

15        Q.    Why did you leave that job?

16        A.    Lack of work.

17        Q.    Did they let you go?

18        A.    It was seasonal, yes.

19        Q.    What kind of training did you

20   receive from OPWDD?

21        A.    I received a month's worth of

22   training.  I don't recall every bit of it.

23        Q.    Did you receive any medical

24   training?

25        A.    I learned how to pass medication.

```
 1                    ASHLEY SESSIONS
 2              MR. HILL:  Objection to form.
 3         Q.    Did you receive any training on
 4    CPR?
 5         A.    Yes.
 6         Q.    Were you ever CPR certified?
 7         A.    Yes.
 8         Q.    Had you known anything about
 9    doing CPR prior to starting work at OPWDD?
10         A.    No.
11         Q.    Were you trained on how to use an
12    AED machine?
13         A.    Yes.
14         Q.    Did you know anything about that
15    before you started at OPWDD?
16         A.    No.
17         Q.    When you started reporting to
18    Valley Ridge, were you responsible for
19    learning the medical conditions of all the
20    individuals who lived there?
21         A.    Within the house?  Yes.
22         Q.    Within E-House?
23         A.    Yes.
24         Q.    And why only within E-House?
25         A.    Because that was the house I was
```

1                    ASHLEY SESSIONS

2    most scheduled in.

3        Q.    Did you ever, at any point, in

4    your tenure became acquainted with the

5    medical conditions of individuals in other

6    houses?

7                MR. HILL:  Objection.

8        A.    Not fully.

9        Q.    For the individuals in E-House,

10   what documents did you review to become

11   acquainted with their medical conditions?

12       A.    I don't remember the documents.

13   I know that they had a binder with general

14   information in it.  I don't recall what was

15   in them though.

16       Q.    Was there a binder for each

17   individual in E-House?

18       A.    Yes.

19       Q.    So there was a C.B. binder?

20       A.    Yes.

21       Q.    And that had documents concerning

22   C.B., right?

23       A.    Yes.

24       Q.    And did it have documents

25   concerning his behavior?

1                    ASHLEY SESSIONS

2        A.    I don't remember.

3        Q.    Did it have documents concerning

4   his medical condition?

5        A.    I don't remember.

6              MR. SHAPIRO:  I'm going to show

7        you Plaintiff's Exhibit 6.  It's a

8        four-page document Bates stamped OPWDD

9        29 through 32.  It's titled, "Plan of

10       Nursing Service C.B."

11             (Bates stamped OPWDD 29-32 was

12       marked as Plaintiff Exhibit 6 for

13       identification; 12/21/21.)

14       Q.    Do you see that, Ms. Sessions?

15       A.    Yes.

16       Q.    Do you recognize this document?

17       A.    I don't.

18             MR. HILL:  Hey, Sam?

19             MR. SHAPIRO:  Yes.

20             MR. HILL:  I'm sorry, I'm getting

21       a call from -- I got to take this call,

22       can we just pause for one minute?

23             MR. SHAPIRO:  No problem.

24             (A brief recess was taken.)

25       Q.    Ms. Sessions, do you recognize

1                    ASHLEY SESSIONS

2    Exhibit 6?

3         A.    I don't.

4         Q.    Did you ever see a plan of

5    nursing service for C.B.?

6         A.    I don't remember.

7              MR. SHAPIRO:  I'm going to mark

8         as Exhibit 13.  This is a ten-page

9         document Bates stamped OPWDD 1188

10        through 1197.

11             (Bates stamped OPWDD 1188-1197

12        was marked as Plaintiff Exhibit 13 for

13        identification; 12/21/21.)

14        Q.    Ms. Sessions, do you recognize

15   this document?

16        A.    I don't.

17             MR. HILL:  Hold on, do you want

18        her to go through the ten-page

19        document?

20             MR. SHAPIRO:  I'm just more

21        generally curious if this is something

22        that she recognized and type of

23        document that she had seen before.

24        A.    I don't remember.

25        Q.    Do you remember the term "BSB,"

                    ASHLEY SESSIONS

1

2  does that acronym ring a bell?

3       A.    It does.

4       Q.    Do you know what it stood for?

5       A.    At the time probably, I don't

6  remember now though.

7       Q.    When you started at Valley Ridge,

8  did you have to take any assessment to

9  ensure that you were knowledgeable about the

10  medical conditions of the individuals in

11  E-House?

12       A.    I don't remember.

13       Q.    Did you have to sign any

14  documents stating that you had reviewed the

15  medical conditions of the individuals in

16  E-House?

17       A.    I don't remember.

18       Q.    Sitting here today, do you

19  believe you were familiar at the time in

20  2018 with the medical conditions of the

21  people who were living in E-House?

22       A.    At the time I had a bit of an

23  understanding of it, but fully, probably

24  not.

25       Q.    You have no medical training

1                    ASHLEY SESSIONS

2    whatsoever, right?

3        A.    No, I don't.

4        Q.    Did you understand that as a

5    DDSCTA, one of your jobs was to monitor the

6    individuals in the house?

7              MR. HILL:  Objection.

8        A.    Yes.

9        Q.    And did you understand that one

10   of your jobs was to report certain things

11   about the individuals in the house?

12             MR. HILL:  Objection.

13       A.    Yes.

14       Q.    And did you have an understanding

15   that sometimes you would have to report

16   things to nurses at Valley Ridge?

17       A.    Only depending on the situation,

18   but yes.

19       Q.    Do you recall ever making a

20   report to nursing staff at Valley Ridge

21   about anyone?

22       A.    No.

23       Q.    How would you have done that?

24       A.    I don't remember.

25       Q.    I want to just look at Exhibit 6

110

1                       ASHLEY SESSIONS

2      and scroll down to page 4 of the document.

3                 And there's a row whereon the

4      left-hand column it says, "Hypertension," do

5      you see that?

6          A.     Yes.

7          Q.     And on the right-hand column it

8      says, "Report to nurse," do you see that?

9          A.     Yes.

10         Q.     Sitting here today reviewing that

11     document, do you understand that that was

12     the direction to direct care staff, such as

13     DDSCTAs, about what needed to be reported to

14     nursing?

15                MR. HILL:  Objection.

16         A.     Yes.

17         Q.     But you have no memory of making

18     any report to nursing about any individual?

19         A.     No.

20         Q.     You knew C.B., right?

21         A.     Yes.

22         Q.     Can you describe him, his

23     demeanor?

24                MR. HILL:  I'm sorry, we can't

25                see you, Sam, can I take this document

1                    ASHLEY SESSIONS

2          down?

3                    MR. SHAPIRO:  Yes.

4                    MR. HILL:  What was the question?

5                    MR. SHAPIRO:  I asked if she knew

6          C.B. and I believe the answer was yes.

7          Q.    Can you describe his demeanor?

8          A.    Like the way he acted?

9          Q.    I'm sorry, I didn't hear that?

10         A.    I don't understand what you mean

11   by demeanor.

12                    MR. HILL:  She said, "You mean

13         the way he acted?"  She was asking you.

14         Q.    Yes, describe for me the way he

15   acted as you understood it?

16         A.    Extremely patient, every day,

17   like polite.

18         Q.    Did you ever have a conversation

19   with him?

20         A.    Probably.

21         Q.    Do you recall any conversation

22   sitting here today?

23         A.    No.

24         Q.    Did C.B. work?

25         A.    Not that I can remember.

1                          ASHLEY SESSIONS

2          Q.     What did C.B. do during the day?

3          A.     I don't know.

4          Q.     Did C.B. ever explain to you

5    about being tired?

6          A.     Not that I can remember.

7          Q.     If he had, would you have written

8    that down somewhere?

9          A.     Most likely.

10         Q.     Where?

11         A.     In the shift note or the med book

12   if I was the med person.

13         Q.     Were individuals in E-House

14   required to do certain chores?

15         A.     Yes.

16         Q.     What kinds of chores did the

17   individuals do?

18         A.     House cleaning.

19         Q.     I'm sorry, I missed that, say it

20   again?

21         A.     General cleaning.

22         Q.     Did you ever see C.B. participate

23   in general cleaning?

24         A.     No.

25         Q.     Did you -- did C.B. ever complain

113

1                    ASHLEY SESSIONS

2    to you about having trouble going to the

3    bathroom?

4          A.    No.

5          Q.    Did you ever hear him complain to

6    someone else about having trouble going to

7    the bathroom?

8          A.    No.

9          Q.    Did you ever hear him say to

10   someone else that he was tired?

11         A.    No.

12         Q.    Did C.B. ever tell you he felt

13   like he was short of breath?

14         A.    No.

15         Q.    Did you ever hear him say that to

16   someone else?

17         A.    No.

18         Q.    Did C.B. keep any food in his

19   bedroom?

20         A.    Not that I'm aware of.

21         Q.    Would he have been allowed to do

22   that?

23         A.    Not that I could remember, I

24   don't think so.

25         Q.    Who is Katherina Cassata?

1                       ASHLEY SESSIONS

2          A.    I don't know.

3          Q.    Kat Cassata, does that ring a

4    bell?

5          A.    No.

6          Q.    Did you ever hear that C.B.

7    couldn't complete vacuuming one day?

8          A.    No.

9          Q.    Did you ever read that in any

10   documents anywhere?

11         A.    Not that I can remember.

12               MR. SHAPIRO:  All right, I'm

13         going to mark Plaintiff's Exhibit 53.

14         This is a one-page document Bates

15         stamped Plaintiff 8974.

16               (Bates stamped Plaintiff 8974 was

17         marked as Plaintiff Exhibit 53 for

18         identification; 12/21/21.)

19         Q.    Do you recognize this document,

20   Ms. Sessions?

21               MR. HILL:  Just scrolling through

22         it.

23               MR. SHAPIRO:  It's just a

24         one-pager.

25         A.    Yes.

115

1              ASHLEY SESSIONS

2      Q.    You do recognize it?

3      A.    Yes.

4      Q.    Is this the document you reviewed

5  in preparation for your deposition today?

6      A.    Yes.

7              MR. HILL:  By Counsel, we

8          reviewed a different version of this

9          same document that had certain

10         annotations on it.

11     Q.    Okay.  Were the annotations on

12  the document that you reviewed, Ms.

13  Sessions, written by you?

14     A.    Yes.

15     Q.    Is this your handwriting on

16  Plaintiff's Exhibit 53?

17     A.    Yes.

18     Q.    And you've referred periodically

19  today to shift notes, right?

20     A.    Yes.

21     Q.    Was this document, in Exhibit 53,

22  what were you referring to when you referred

23  to shift notes?

24             MR. HILL:  Just note my

25         objection, there was another document

1                    ASHLEY SESSIONS

2         that you referred to shift notes asking

3         her questions about.

4              MR. SHAPIRO:  Yes, I know and

5         that's why I'm trying to get clarity on

6         how she's using the term.

7         A.    Yes, this would be what I would

8    say a shift note is.

9         Q.    Would you agree with me that you

10   wrote Exhibit 53 after you learned C.B. had

11   died?

12        A.    It was that morning.

13        Q.    But it was after you had learned

14   that C.B. had passed away, right?

15        A.    This was while he was still in

16   the home, it was before they had taken him

17   out of the home before I had spoken with the

18   police officer.

19        Q.    After the blue dot had been

20   called?

21        A.    Yes.

22              MR. SHAPIRO:  Are you able to

23        pull up Exhibit 20 again?

24              MR. HILL:  Yes, hold on.

25              Okay, we're on 10396.

117

1                    ASHLEY SESSIONS

2              MR. SHAPIRO:  Right.

3         Q.    And under the 1:00 a.m., it looks

4    to me as if there was an "S" and then an "A"

5    written over it, is that what happened?

6              MR. HILL:  Objection.

7         A.    I don't remember.

8         Q.    Would you agree with me that

9    there seems to be at the bottom of the "A,"

10   a line going horizontally, a handwritten

11   line going horizontally?

12             MR. HILL:  Objection.

13        A.    I can't see for sure.

14        Q.    Here's what I'm trying to get at,

15   Ms. Sessions -- well, let me back up.

16             Exhibit -- going back to

17   Exhibit 53 for a moment, you wrote, "C.B.

18   got up once during the night around 1:00

19   a.m. to use the bathroom," right?

20        A.    Yes.

21        Q.    And that was not true, right?

22        A.    Yes.

23        Q.    Okay.  I'm trying to understand

24   why you would have made that up?

25             MR. HILL:  Sam, this has been

                        ASHLEY SESSIONS

1

2      asked several times.  I've given you a

3      lot of leeway on this.

4              MR. SHAPIRO:  It hasn't been

5      asked.  I'm just looking at this

6      document for the first time.  I hadn't

7      introduced it before and I'm trying to

8      see how it interacts with Exhibit 20

9      here.

10             I haven't gotten a clear answer

11     so I'm just going to keep asking a

12     couple of times.

13             MR. HILL:  This has been asked

14     repeatedly, the same question.  You can

15     use different documents, but you know

16     it's the same question, but go ahead.

17     Q.    Ms. Sessions, why did you write

18  in Exhibit 53, falsely, that C.B. had gotten

19  up once during the night around 1:00 a.m.

20  to use the bathroom?

21             MR. HILL:  Objection.

22     A.    Because I was scared at that

23  point and worried.

24     Q.    I'm sorry, I couldn't hear that?

25     A.    I was scared and worried.

ASHLEY SESSIONS

1

2    Q.    And why did you think writing

3    that C.B. had gotten up at 1:00 a.m. to use

4    the bathroom would be helpful for you?

5    A.    I don't know.

6         MR. HILL:  Objection, she didn't

7         say that it would be helpful.

8    Q.    Fair enough.  Why did you think

9    that -- well, you said you were scared and

10   worried, right?

11   A.    Yes.

12   Q.    And as a result of that, you

13   decided to make up that C.B. had gotten up

14   at 1:00 a.m., right?

15        MR. HILL:  Objection, that's not

16        all that she said.

17        MR. SHAPIRO:  Okay, so she can

18        add to it.

19   Q.    Is that right?

20   A.    Yes.

21        MR. HILL:  Objection.

22   Q.    Why did you decide to have that

23   response as a result of being scared and

24   worried?

25   A.    I don't know.

120

```
 1                    ASHLEY SESSIONS
 2        Q.    Did you think that lying about
 3   seeing C.B. use the bathroom around
 4   1:00 a.m. would somehow make you less
 5   culpable?
 6              MR. HILL:  Objection.
 7        A.    I don't know what that means.
 8        Q.    That it would somehow make you
 9   less at fault for what happened?
10              MR. HILL:  Objection.
11        A.    I don't know.
12        Q.    I'm sorry?
13        A.    I don't know.
14        Q.    You understood that there was an
15   investigation being done into C.B.'s death,
16   right?
17              MR. HILL:  Objection, when?  The
18        reason I'm interrupting is I still have
19        Exhibit 53, so I don't know if you're
20        referring to at the time she wrote this
21        or what.
22              MR. SHAPIRO:  All right, fair
23        point.
24              MR. HILL:  Do you want me to take
25        this down?
```

121

1                    ASHLEY SESSIONS

2        Q.    At the time you wrote Exhibit 53,

3   did you understand that there was an

4   investigation into C.B.'s death?

5              MR. HILL:  Objection.

6        A.    No.

7        Q.    Did you have any understanding

8   that there would be an investigation done

9   into C.B.'s death?

10       A.    I don't know.

11       Q.    I'm sorry, you have to speak up,

12  Ms. Sessions, I can't hear you?

13       A.    I don't know.

14       Q.    You had no idea whether they

15  would investigate the death of an individual

16  at Valley Ridge, is that your testimony?

17             MR. HILL:  Objection.

18       A.    No.

19       Q.    No, you had no idea?

20       A.    I didn't know that they would.

21       Q.    And you knew, right, that your

22  statement regarding when you saw C.B. would

23  be important in that investigation, right?

24             MR. HILL:  Hold on, objection,

25        she just said that she didn't know --

1          ASHLEY SESSIONS

2          MR. SHAPIRO:  Just a form

3     objection is fine, you don't need to

4     coach the witness, just a form

5     objection, thank you, Ben.

6     Q.    You can answer the question.

7          MR. HILL:  No, you're trying to

8     put words in her mouth.

9          MR. SHAPIRO:  I'm not, she can

10    testify.  You're trying to put words in

11    her mouth.

12         MR. HILL:  You're the one that's

13    testifying and I'm --

14         MR. SHAPIRO:  I'm asking her

15    question.

16         MR. HILL:  No, you're not.

17    You're trying to confuse her and put

18    words in her mouth.

19         MR. SHAPIRO:  I'm really not

20    trying to confuse her.

21    Q.    Ms. Sessions, if you don't

22    understand my question, please let me know.

23    You can do that, I said that at the

24    beginning.

25         My question is, you understood,

123

1                    ASHLEY SESSIONS

2    right, that your statements regarding when

3    you saw C.B. that night would be important

4    in an investigation into his death, right?

5              MR. HILL:  Objection, she just

6         said she didn't know there would be an

7         investigation.

8              MR. SHAPIRO:  Ben, come on, you

9         know better than this, Ben.  There's

10        only form objections, come on, you know

11        better than that.

12        Q.    Ms. Sessions, you can answer the

13   question.

14        A.    No.

15        Q.    You didn't know?

16        A.    I didn't.

17        Q.    You were concerned with

18   protecting yourself, right?

19        A.    I was scared, yes.

20        Q.    Not with giving the truth about

21   what happened to C.B., right?

22              MR. HILL:  Objection.

23        A.    I was.

24        Q.    Am I right?

25        A.    I was scared.  I don't know what

124

1                    ASHLEY SESSIONS

2      I was thinking at that point.  I don't know

3      if it was to protect myself, I don't know if

4      it was for any other reason.

5           Q.    What happened when the blue dot

6      was called?

7           A.    Other staff had came to the house

8      per protocol.  I had gone down to the house

9      because it wasn't me that had seen him and

10     other staff was there and they were more

11     trained than I was.  So, I stepped back.  I

12     was also scared.  I was in shock.  I had

13     never witnessed something like that.

14          Q.    Did you ever go into his room

15     after the blue dot was called?

16          A.    No.

17          Q.    After he was removed from the

18     room by medical personnel, did you go into

19     it then?

20          A.    No.

21          Q.    Do you remember who responded to

22     the blue dot?

23          A.    No.

24          Q.    Do you remember who found C.B.?

25          A.    Jen.

```
 1                    ASHLEY SESSIONS

 2         Q.    What did she do when she found

 3    him?

 4         A.    She called the blue dot.

 5         Q.    Did you hear her screaming?

 6         A.    I don't remember.

 7         Q.    Where were you when Jen called

 8    the blue dot?

 9         A.    In the office.

10         Q.    Were you watching a movie?

11         A.    I don't remember.

12         Q.    After you left Valley Ridge that

13    morning, did you ever return to Valley

14    Ridge?

15         A.    That night.

16         Q.    You worked a shift that night,

17    April 9th into April 10th?

18         A.    No, I reported for a shift and

19    was told that I wasn't working.

20         Q.    Who told you that?

21         A.    I walked in, they told me that I

22    was put on leave.

23         Q.    Who told you that?

24         A.    The security guard at the front.

25         Q.    So you never got past the main
```

126

1                    ASHLEY SESSIONS

2    building?

3         A.    No.

4         Q.    And that was approximately

5    11:00 p.m. that evening?

6         A.    Yes.

7         Q.    Did you know that staff at Valley

8    Ridge was capable of checking when an

9    individual's doors were open?

10        A.    No.

11        Q.    You didn't know that they could

12   monitor when a key card was used to open a

13   door?

14        A.    I knew that it could be seen when

15   key cards were used, I didn't know what

16   staff members had access to that.

17        Q.    So when you had initially said

18   that you had done the 3:00 a.m. and

19   5:00 a.m. bed checks, were you concerned

20   that they would be able to tell that you did

21   not?

22        A.    Yes.

23        Q.    When you showed up the night of

24   April 9th, did they tell you why you had

25   been placed on leave?

1                    ASHLEY SESSIONS

2        A.    No.

3        Q.    Did you have any further

4   communication with anyone from OPWDD after

5   you left Valley Ridge that night?

6        A.    No.

7        Q.    You were terminated, right?

8        A.    Yes.

9        Q.    How did you learn about that?

10        A.    A letter in the mail.

11        Q.    Had you ever spoken to C.B.'s

12   family?

13        A.    No, not that I can remember.

14        Q.    Did C.B. smoke?

15        A.    I don't remember.

16             MR. SHAPIRO:  All right, I'm

17        almost done, just give me a couple of

18        minutes.  I just want to look at one

19        thing.  Can we just take ten minutes

20        and then I won't have much more after

21        that, if anything.

22             MR. HILL:  Sure.

23             MR. SHAPIRO:  So 1:50, how about

24        that?

25             MR. HILL:  1:50, okay.

# JA377

128

1                     ASHLEY SESSIONS

2              (A brief recess was taken.)

3              MR. SHAPIRO:  So, I'm marking as

4          Plaintiff's Exhibit 54, it's a one-page

5          document.  It does not have a Bates

6          stamp on it.

7              (One-page document was marked as

8          Plaintiff Exhibit 54 for

9          identification; 12/21/21.)

10         Q.    Ms. Sessions, do you recognize

11   this document?

12         A.    Yes.

13         Q.    And this is a document you

14   reviewed prior to your deposition today?

15         A.    Yes.

16         Q.    And your name appears on this

17   document, right?

18         A.    Yes.

19         Q.    And certain sentences appear to

20   be circled, do you see that?

21         A.    Yes.

22         Q.    Was that something you did?

23         A.    It was.

24         Q.    And can you tell me why those

25   sentences were circled?

1                    ASHLEY SESSIONS

2          A.    Because they were untruthful.

3          Q.    So, the first sentence that's

4    circled is "C.B. got up once during the

5    night at 1:00 a.m. to use the bathroom.  He

6    was let back into his bedroom when the staff

7    was doing 1:00 a.m. bed checks."  Right?

8          A.    Yes.

9          Q.    That whole clause is circled

10   because it's untruthful; is that right?

11         A.    Yes.

12         Q.    It appears to me the next place

13   that is circled is the sentence that reads,

14   "He was checked on at bed checks ever

15   two hours," would you agree with that?

16         A.    Yes.

17         Q.    And that's circled because that's

18   untruthful as well, right?

19         A.    Yes.

20         Q.    And than the last sentence that's

21   circled is, "He was checked at 5:00 a.m. and

22   was breathing and responsive by the staff,"

23   right?

24         A.    Yes.

25         Q.    And that's circled because that

130

1                    ASHLEY SESSIONS

2    was untruthful, right?

3        A.    Yes.

4        Q.    Who asked you to annotate this

5    document like that?

6        A.    That was at the police station.

7    The trooper or the investigator who I had

8    spoken with that last time.

9        Q.    And that was the second time you

10   went to the police station, right?

11       A.    Yes.

12       Q.    On April 11th?

13       A.    Yes.

14             MR. SHAPIRO:  Okay, I have no

15       further questions, Ms. Sessions.  Some

16       other counsel may have some other

17       questions for you, but thank you for

18       your time today, I appreciate you

19       coming.

20             THE WITNESS:  You're welcome.

21             MR. HICKEY:  I have a few, is

22       that's all right.

23   EXAMINATION BY

24   MR. HICKEY:

25       Q.    Ms. Sessions, my name is Ryan

131

1                    ASHLEY SESSIONS

2    Hickey.  I'm an assistant attorney general.

3    I represent the other defendants in this

4    case.

5              Just a few things to follow-up

6    with you on from Mr. Shapiro's questioning?

7         A.    Okay.

8         Q.    I represent someone named Elise

9    Williams, do you know Elise Williams?

10        A.    I don't.

11        Q.    I take it then that you've never

12   had a conversation with Elise Williams

13   regarding performing bed checks for C.B.?

14        A.    No, not that I can recall.

15        Q.    And I take it that Ms. Williams

16   never advised you to falsify any records

17   regarding performing bed checks for C.B.?

18        A.    No.

19        Q.    What about -- I also represent an

20   individual named Corey Behlan, do you know

21   Mr. Behlan?

22        A.    Yes.

23        Q.    Was he head of shift when you

24   were working at Valley Ridge?

25        A.    That night, yes.

132

1                    ASHLEY SESSIONS

2        Q.    Did you ever have any

3    conversations with Mr. Behlan regarding

4    performing bed checks for C.B.?

5        A.    No.

6        Q.    Did Mr. Behlan ever advise you

7    that you should not perform bed checks for

8    C.B.?

9        A.    No.

10       Q.    Did you have any conversations

11   with Mr. Behlan regarding filling out

12   records for the bed check for C.B. on

13   April 8th and April 9, 2019?

14       A.    No.

15       Q.    So, I take it that Mr. Behlan

16   never advised you that you should falsify

17   any records with respect to performing bed

18   checks for C.B. on April 8th or April 9th of

19   2019?

20       A.    No.

21       Q.    Is that correct?

22       A.    Yes.

23             MS. HILDONEN:  Mr. Hickey, it was

24       2018.

25             MR. HICKEY:  My apologies, 2018,

1                    ASHLEY SESSIONS

2       April 8th and April 9, 2018.

3          Q.    I believe you already testified

4    that you do not know an individual named Kat

5    or Katherina Cassata; is that correct?

6          A.    No, I don't.

7          Q.    So, I take it that you've never

8    had a conversation with Ms. Cassata

9    regarding performing bed checks for C.B.?

10         A.    Yes.

11         Q.    And that you've never had a

12   conversation with Ms. Cassata regarding

13   falsifying records by pertaining to C.B.'s

14   bed checks?

15         A.    No.

16         Q.    Do you know an individual named

17   Joshua Buell?

18         A.    Yes.

19         Q.    Now, was Mr. Buell one of your

20   co-workers at OPWDD?

21         A.    Yes, he was the head of shift as

22   well.

23         Q.    Did you ever have any

24   conversations with Mr. Buell regarding doing

25   bed checks for C.B. on April 8, 2018, to

1                    ASHLEY SESSIONS

2      April 9, 2018?

3           A.    No.

4           Q.    So I take it that Mr. Buell never

5      advised you to falsify any records with

6      respect to performing bed checks on C.B.

7      for those dates?

8           A.    No.

9           Q.    What about Raymond McGinn, is

10     that a name you recognize?

11          A.    No.

12          Q.    Never had a conversation with

13     anyone named Raymond McGinn regarding C.B.'s

14     bed checks?

15          A.    No.

16          Q.    What about Michael Novack, do you

17     recognize that name?

18          A.    I do.

19          Q.    Was Mr. Novack one of your

20     co-workers at OPWDD?

21          A.    He was.

22          Q.    Did you ever have any

23     conversation with Mr. Novack regarding

24     C.B.'s bed checks?

25          A.    No.

**JA384**

135

1                         ASHLEY SESSIONS

2          Q.    Did Mr. Novack ever advise you to

3    falsify records with respect to C.B.'s bed

4    checks?

5          A.    No.

6          Q.    Following the incident in

7    April 2018 with C.B., you were terminated

8    from OPWDD; is that correct?

9          A.    I was.

10         Q.    And were you terminated for

11   falsifying the regards related to C.B.'s

12   death?

13         A.    I don't remember why I was

14   terminated.

15         Q.    Did you ever have any sort of

16   hearing with respect to your termination?

17         A.    No.

18         Q.    Are you aware of any other reason

19   why OPWDD would have terminated you from

20   your employment at that time?

21         A.    No.

22         Q.    And I believe you already

23   mentioned this, but just to be clear,

24   following April 9, 2018, you did not work at

25   OPWDD in E-House or any other facility after

1                    ASHLEY SESSIONS

2    that date?

3         A.    No, I did not.

4              MR. HICKEY:  Thank you, Ms.

5    Sessions, I don't have anything

6    further.

7              THE WITNESS:  You're welcome.

8              MR. SHAPIRO:  Nothing further

9    from me.

10             MR. HILL:  Okay.

11             (WHEREUPON, the examination of

12   this witness concluded at 2:02 P.M.)

13

14        _____

                   ASHLEY SESSIONS

15

16

17   Subscribed and sworn to before me

     this ___ day of _____ 2022.

18

19   _____

                 NOTARY PUBLIC

20

21

22

23

24

25

1

2                    I  N  D  E  X

3

EXAMINATION BY                    PAGE

4

Mr. Shapiro                       5

5

Mr. Hickey                        130

6

7

8                 INDEX TO EXHIBITS

9     PLAINTIFF                         PAGE

10     6   Bates stamped OPWDD 29-32      106

11    13   Bates stamped OPWDD 1188-1197  107

12    20   Bates stamped Plaintiff        57
          10394-10399

13

      28   Bates stamped Defendant 8611   64

14

      35   Bates stamped Plaintiff        16

15        10421-10426

16    36   Bates stamped Plaintiff 10593  19

17    37   Bates stamped Plaintiff        32
          10595-10599

18

      38   Bates stamped Plaintiff        42

19        10600-10604

20    40   Bates stamped OPWDD 617        89

21    41   Bates stamped Defendant 8608   67

22    53   Bates stamped Plaintiff 8974   114

23    54   One-page document             128

24

25

138

1

2                    CERTIFICATION

3

4           I, Nicole Lebovic, a Notary Public

5    in and for the State of New York, do hereby

6    certify:

7           THAT the witness, ASHLEY SESSIONS,

8    whose testimony is herein before set forth,

9    was duly sworn by me; and

10          THAT the within transcript is a

11   true and accurate record of the testimony

12   given by said witness, ASHLEY SESSIONS.

13          I further certify that I am not

14   related either by blood or marriage, to any

15   of the parties to this action; and

16          THAT I am in no way interested in

17   the outcome of this matter.

18          IN WITNESS WHEREOF, I have

19   hereunto set my hand this 21st day of

20   December, 2021.

21

22

23          --------------------------

24                 NICOLE LEBOVIC

25

```
 1

 2                        ERRATA SHEET

 3          I wish to make the following changes,

 4     for the following reasons:

 5     PAGE LINE

 6     _____ ___CHANGE:_____

 7              REASON:_____

 8     _____ ___CHANGE:_____

 9              REASON:_____

10     _____ ___CHANGE:_____

11              REASON:_____

12     _____ ___CHANGE:_____

13              REASON:_____

14     _____ ___CHANGE:_____

15              REASON:_____

16     _____ ___CHANGE:_____

17              REASON:_____

18     _____ ___CHANGE:_____

19              REASON:_____

20     _____ ___CHANGE:_____

21              REASON:_____

22     _____ ___CHANGE:_____

23              REASON:_____

24     _____ ___CHANGE:_____

25              REASON:_____
```

**A**

a.m 1:16
14:23,24
14:24 15:3
15:7 21:20
22:9 23:22
23:23
38:17
44:15,20
46:7,24
55:13 56:4
56:9 60:8
61:2 65:22
68:20 81:4
81:7 82:22
82:23 84:6
84:11
117:3,19
118:19
119:3,14
120:4
126:18,19
129:5,7,21
ABADY 2:4
ability 6:20
7:25
able 11:16
13:15
16:16
26:14 33:8
41:12 57:7
57:14 94:2
100:15
116:22
126:20
access 11:17
13:16,18
126:16
accommodate
8:12
account
12:14,17
12:17,18
12:19 13:6
13:12
57:18 74:4
90:15,19
accounts
13:9

accurate
138:11
acknowledge
4:8,12
acquaint...
62:13
acquainted
105:4,11
acronym
108:2
acted 111:8
111:13,15
action
138:15
activities
69:19,20
add 119:18
addition
17:22
address
85:10
addresses
90:23
administer
3:18 84:16
administ...
4:13 6:4
Administ...
1:4
admitted
15:18
Adobe 57:18
advise 49:19
132:6
135:2
advised
131:16
132:16
134:5
AED 104:12
afternoon
31:18
39:19
against- 1:7
ago 10:7
48:4
agree 4:24
5:2,5,8
55:15
89:25

116:9
117:8
129:15
AGREED 3:4
3:11,16
agreement
4:20,21
ahead 8:7
60:8
118:16
Aide 14:2
Albany 2:13
2:18,21
allow 7:3
57:19
allowed 73:7
73:8,11
113:21
annotate
130:4
annotations
115:10,11
answer 7:9
7:10,21
8:5,7 33:8
33:11,18
33:21
36:25
37:19
38:19,25
39:6,8
44:13 47:7
47:9 49:24
50:2,7,13
50:17,20
50:24 51:4
51:10,13
99:5 111:6
118:10
122:6
123:12
answered
37:18
answering
7:24
answers 6:11
anybody 35:4
76:19
apologies
132:25

apologize
46:5 57:20
appear
128:19
appears 66:4
128:16
129:12
applied
102:9
appreciate
130:18
approxim...
9:5 28:14
77:8 97:12
126:4
April 11:13
11:19
12:20 13:9
13:13,21
13:22
15:10
20:12
21:20,21
24:19
31:21
32:21
39:19 43:4
43:12,15
58:7 62:23
62:25 65:9
65:19,21
65:22 67:3
67:10,10
68:4,4,19
69:4,15
71:9 72:6
72:19,20
73:25,25
74:7,7
78:25 79:2
80:8 81:2
81:3 83:3
83:3,20,20
88:15
91:15,15
100:11
125:17,17
126:24
130:12
132:13,13

132:18,18
133:2,2,25
134:2
135:7,24
area 71:25
75:23,25
76:6,11,15
82:18
arrangement
4:17
arrested
16:5 38:12
arrive 85:16
85:19
arrived
86:24
87:21
88:14
90:13
ASHLEY 1:8
1:14 2:12
6:1 7:1
8:1 9:1
10:1 11:1
12:1 13:1
14:1 15:1
16:1 17:1
18:1 19:1
20:1 21:1
22:1 23:1
24:1 25:1
26:1 27:1
28:1 29:1
30:1 31:1
32:1 33:1
34:1 35:1
36:1 37:1
38:1 39:1
40:1 41:1
42:1 43:1
44:1 45:1
46:1 47:1
48:1 49:1
50:1 51:1
52:1 53:1
54:1 55:1
56:1 57:1
58:1 59:1
60:1 61:1
62:1 63:1

64:1 65:1
66:1 67:1
68:1 69:1
70:1 71:1
72:1 73:1
74:1 75:1
76:1 77:1
78:1 79:1
80:1 81:1
82:1 83:1
84:1 85:1
86:1 87:1
88:1 89:1
90:1 91:1
92:1 93:1
94:1 95:1
96:1 97:1
98:1 99:1
100:1
101:1
102:1
103:1
104:1
105:1
106:1
107:1
108:1
109:1
110:1
111:1
112:1
113:1
114:1
115:1
116:1
117:1
118:1
119:1
120:1
121:1
122:1
123:1
124:1
125:1
126:1
127:1
128:1
129:1
130:1
131:1

132:1
133:1
134:1
135:1
136:1,14
138:7,12
**aside** 26:17
61:21
77:22
78:11
82:14
**asked** 20:18
25:17 28:4
30:24
36:20
38:16
39:22 41:8
41:12,21
44:10 46:4
47:5,12
49:18 50:4
50:16,22
51:6 111:5
118:2,5,13
130:4
**asking** 7:22
111:13
116:2
118:11
122:14
**asleep** 74:6
95:8
**assessment**
95:9 108:8
**assigned**
14:5,13
63:20 70:5
70:13
72:15
74:19 75:5
78:14
79:12,18
83:23
**assignment**
74:23
**assignments**
65:3
**assistant**
66:15
131:2

**attended**
98:24 99:8
**attention**
57:23
**attorney**
2:18 5:12
9:22,25
10:13,16
91:24
92:14,17
131:2
**attorneys**
2:5,11,18
3:5 4:7
**authorized**
3:18
**Avenue** 2:5
**avoid** 6:25
7:2
**awake** 48:25
55:12,24
56:3,8
60:15 61:2
62:7
**aware** 53:13
113:20
135:18

———————
**B**
———————
**back** 11:13
11:19
12:20 13:9
20:9 23:5
23:9 24:6
28:2,8,12
28:20
29:16
32:23
38:21 39:5
40:18 41:9
43:8 45:12
48:16,19
49:7 54:2
84:18 93:3
93:11
117:15,16
124:11
129:6
**bad** 7:15
**based** 21:9

60:15,18
**basic** 75:2
78:24
**Bates** 16:10
16:12
17:16 19:3
19:5 32:2
32:9 42:14
42:16 57:3
64:17,19
67:17,19
89:16,18
106:8,11
107:9,11
114:14,16
128:5
137:10,11
137:12,13
137:14,16
137:17,18
137:20,21
137:22
**bathroom**
22:18,23
38:20 48:2
48:12
61:12
75:10,12
113:3,7
117:19
118:20
119:4
120:3
129:5
**beck** 56:13
**bed** 14:17,20
14:22 15:2
15:6 23:9
35:25 36:7
36:13,16
46:23
48:20
50:10 52:4
52:8 53:16
54:16,18
54:21 55:4
55:8,11,17
55:23 56:7
58:4 70:8
79:14,19

79:22,25
80:4,4,8
80:11,15
80:21 81:3
81:6,19,23
82:21,22
82:25
84:18 93:5
95:14,19
97:3,13
98:12,25
99:9
126:19
129:7,14
131:13,17
132:4,7,12
132:17
133:9,14
133:25
134:6,14
134:24
135:3
**bedroom**
71:25
113:19
129:6
**bedrooms**
94:15
**beginning**
17:9 32:24
86:25
122:24
**behalf** 4:23
5:2,4,7
**behavior**
105:25
**Behlan** 1:9
2:19 63:2
63:10
81:22
131:20,21
132:3,6,11
132:15
**believe**
13:14
18:21
25:18
30:17
34:15 42:4
43:7 60:12

61:25
68:21 71:7
74:18
79:23 83:7
84:12,23
108:19
111:6
133:3
135:22
**bell** 83:13
108:2
114:4
**Ben** 25:7
47:15 49:8
61:21
122:5
123:8,9
ben@cape...
2:15
**Benjamin**
2:14 4:25
**best** 7:2,25
**better** 123:9
123:11
**beyond** 96:11
**binder** 87:18
88:7
105:13,16
105:19
**bit** 103:22
108:22
**blood** 138:14
**blue** 53:6,9
53:19
54:11 55:2
55:6 60:21
61:17,23
116:19
124:5,15
124:22
125:4,8
**book** 84:22
112:11
**bottom** 17:5
17:7 27:6
32:16,18
49:15 54:3
117:9
**Bowers** 83:12
**break** 8:11

8:13 45:8
45:12 46:2
78:5
**breath**
113:13
**breathing**
23:19 24:2
129:22
**brief** 45:14
106:24
128:2
**briefly**
77:11 92:2
**bring** 73:8
78:7
**BRINKERHOFF**
2:4
**Broome** 97:11
97:19
101:4,9
**brought** 30:5
**BSB** 107:25
**Buell** 1:9
2:19
133:17,19
133:24
134:4
**building**
85:20
126:2
**business**
103:8,14

———————
**C**
**C** 1:9 2:2,19
**C.B** 1:5
11:22
12:23
14:17,20
15:3,7
23:12,22
24:2,5
38:17 43:5
44:14,20
46:6,23
47:5 48:23
48:25
50:25 52:4
52:8 53:3
53:13

55:12,24
56:3,8,14
61:2 62:6
68:17
80:11
88:10,15
88:18,22
89:2,5
94:17
98:12
99:10
105:19,22
106:10
107:5
110:20
111:6,24
112:2,4,22
112:25
113:12,18
114:6
116:10,14
117:17
118:18
119:3,13
120:3
121:22
123:3,21
124:24
127:14
129:4
131:13,17
132:4,8,12
132:18
133:9,25
134:6
135:7
**C.B.'s** 20:15
22:11 29:7
52:23
120:15
121:4,9
127:11
133:13
134:13,24
135:3,11
**call** 9:4
28:15
40:17,20
92:6
106:21,21

**called** 28:2
41:2,7
60:21
61:17,24
116:20
124:6,15
125:4,7
**campus** 63:25
**capable**
126:8
**CAPEZZA** 2:11
**Capitol** 2:21
**car** 26:5,6
26:10,15
26:17 28:3
28:11
29:14
34:17,20
**card** 93:19
126:12
**cards** 126:15
**care** 14:2
110:12
**case** 5:14,25
9:18,19,23
10:4,21
11:25 13:2
131:4
**cash** 18:19
**cashier**
102:10,15
**Cassata** 1:10
2:20
113:25
114:3
133:5,8,12
**catch** 93:13
**cell** 11:9,12
12:8 13:16
73:8
**CELLI** 2:4
**Center** 14:6
58:15
97:11,20
101:4,9
**certain**
59:13
109:10
112:14
115:9

128:19
**certific...**
3:7 138:2
**certified**
104:6
**certify**
138:6,13
**chance** 17:19
19:8 21:12
**CHANGE** 139:6
139:8,10
139:12,14
139:16,18
139:20,22
139:24
**changed**
35:15
**changes**
30:25 44:6
44:11
139:3
**changing**
48:8
**charge** 15:15
**charged**
15:11
**chat** 77:10
**check** 15:3,7
18:18
23:17
38:21 39:4
51:2 53:16
54:16 55:4
55:8,12,17
55:23 56:8
56:13 58:4
58:20
79:22,25
80:4,5,9
80:11 81:3
82:21,25
90:14 93:5
95:14,19
97:3,13
132:12
**checked**
23:22
38:16
129:14,21
**checking**

97:18
126:8
**checks** 14:17
14:20,22
23:10,17
24:2,7
35:25 36:7
36:13,16
36:21,22
37:14
48:20
50:11
54:18,21
56:17 70:8
79:15,19
80:16,21
81:6,19,23
82:22 98:8
98:12,25
99:9
126:19
129:7,14
131:13,17
132:4,7,18
133:9,14
133:25
134:6,14
134:24
135:4
**chore** 78:19
**chores** 70:9
78:12,14
79:2
112:14,16
**church** 69:24
**circled**
128:20,25
129:4,9,13
129:17,21
129:25
**CIT** 21:22
**Civ** 1:7
**clarific...**
7:22
**clarity**
116:5
**clause** 129:9
**clean** 7:6
**cleaned**
74:25

**cleaning**
74:24
78:21
112:18,21
112:23
**clear** 8:8
118:10
135:23
**click** 93:7
**clicking**
93:17
**clinic** 88:19
89:3
**close** 93:10
**closing**
98:23
**co-workers**
12:5 13:5
133:20
134:20
**coach** 122:4
**code** 60:16
60:19
**colleague**
24:15
**college**
102:21
**column** 49:16
110:4,7
**come** 25:16
28:20,22
29:13
40:18 41:8
41:11
81:19
84:13,15
123:8,10
**coming**
130:19
**commencing**
1:15
**committed**
33:16 34:7
**common** 75:23
76:6,11,15
82:2,8,10
**communicate**
12:4 13:4
**communic...**
127:4

**communic...**
91:22 92:4
**company**
103:7
**complain**
23:13
48:24
112:25
113:5
**complaining**
49:5
**complete**
52:19
84:19
114:7
**completed**
56:12
82:22
102:21
**completely**
57:10
**computer**
13:19 26:9
71:12
72:23 73:2
77:22 82:6
**computers**
72:9 77:14
**concern** 96:6
**concerned**
29:3,6
31:15
123:17
126:19
**concerning**
11:22,25
12:23 13:2
105:21,25
106:3
**concerns**
30:19 40:3
40:11
**concluded**
136:12
**condition**
106:4
**conditional**
16:3 17:24
**conditions**
104:19

105:5,11
108:10,15
108:20
**conduct**
83:16
95:19 97:3
97:13
**conducted**
25:13 93:5
**confuse**
122:17,20
**connection**
10:3,21
18:6 84:20
**consent** 4:17
**consist**
98:18
**consisted**
99:16,22
**consumer**
23:18
**contact** 94:9
**contained**
27:17
**continued**
65:22
**continues**
17:8
**convenience**
102:11
**conversa...**
10:9 20:11
35:20
86:18
111:18,21
131:12
133:8,12
134:12,23
**conversa...**
9:21 92:12
92:21
132:3,10
133:24
**convicted**
18:23
**cop** 29:13
**Corey** 63:2
63:10
76:17
81:22

131:20
**corner** 70:18
72:4
**correct**
13:23 14:3
14:7,14,17
14:20,24
15:4,5,8,9
15:12
21:10,13
21:15
27:22
31:22
32:21 35:3
36:11,14
36:18 43:6
44:11
45:23 46:5
47:2,3,18
48:18,22
49:6 52:9
60:24 61:5
65:6,10,13
65:16,19
68:13 99:2
99:7,13
132:21
133:5
135:8
**correctly**
21:7 59:24
60:14
**CORY** 1:9
2:19
**couches**
75:25
**cough** 84:8
**counsel** 4:17
8:3,6 9:15
92:25
115:7
130:16
**County** 21:23
**couple** 6:22
22:23
30:23
38:20
40:24 48:4
48:12
90:22

Page 144

100:18
101:13
118:12
127:17
**course** 98:25
99:8
**courses**
102:21
**court** 1:2,17
1:25 3:20
4:6 6:3
7:4 18:9
**courtroom**
6:13
**cover** 75:13
**coverage**
64:5,9
**CPR** 104:4,6
104:9
**crime** 18:23
31:11
33:16 34:7
**culpable**
120:5
**curious**
107:21
**currently**
22:5
102:23

---

**D**

**D** 137:2
**DAR** 9:11
46:17,19
50:9 52:7
52:19 53:8
53:12,23
55:18 56:3
**dashboard**
26:13
**date** 10:8
20:3 32:20
43:3 58:6
58:8,19
65:5,8,11
65:12,19
136:2
**dates** 134:7
**dating** 63:6
63:8

**day** 28:4
31:20
34:24
40:22
46:15
52:25 69:6
69:6,13
75:2 88:16
88:19,23
89:3 97:14
97:16,24
101:14
111:16
112:2
114:7
136:17
138:19
**days** 40:24
43:5,15
**DDSCTA** 22:5
109:5
**DDSCTAs** 91:5
110:13
**death** 20:15
29:7
120:15
121:4,9,15
123:4
135:12
**December**
1:15
101:15
138:20
**decide**
119:22
**decided**
119:13
**declare** 4:14
**defendant**
2:11 5:24
64:18,19
67:18,19
137:13,21
**defendants**
1:11 2:18
5:4,7 9:18
131:3
**demeanor**
110:23
111:7,11

**depended**
64:8 69:13
**depending**
109:17
**deposed** 5:18
**deposition**
1:14 3:16
4:8,9,11
5:16,21
8:18 35:16
47:11,17
115:5
128:14
**describe**
71:21 92:2
110:22
111:7,14
**designated**
86:17
**DeSilva**
74:14
76:20,24
77:2
**desk** 70:17
70:20
71:11 72:4
72:10,16
75:16 78:2
**desks** 72:5
**despite** 52:6
**determine**
95:4,10,24
**Development**
97:11,20
101:4,9
**developm...**
13:25
101:20
**died** 116:11
**difference**
80:3
**different**
7:18 73:19
90:22
115:8
118:15
**dining** 71:24
**direct** 17:3
57:23
110:12

**direction**
52:14
110:12
**Directly**
71:23
**disabili...**
14:2
101:21
**discharge**
16:3 17:24
**discomfort**
23:13
48:24
**discuss**
86:15
**discussing**
24:18
**dishes** 74:25
**distracted**
81:15
**distress**
53:14
**DISTRICT** 1:2
1:2
**document**
11:3 16:10
16:23,25
17:4 19:3
19:11,18
19:21 20:7
24:25
25:10 32:2
32:20,24
35:10
42:14 43:3
44:14,19
45:5 46:6
46:9 56:25
58:11,23
62:20
64:17,23
65:25
67:17 79:5
88:25
89:16,23
106:8,16
107:9,15
107:19,23
110:2,11
110:25

**direction**
114:14,19
115:4,9,12
115:21,25
118:6
128:5,7,11
128:13,17
130:5
137:23
**document...**
61:23
**documenting**
85:2
**documents**
9:7 10:21
62:3 84:20
87:2 88:21
105:10,12
105:21,24
106:3
108:14
114:10
118:15
**doing** 68:12
72:25
79:14
81:23
95:14
100:2
104:9
129:7
133:24
**door** 22:17
47:25
70:19 82:4
82:17
84:13 93:7
93:8,10,18
93:21,22
93:23,25
94:7 96:23
98:21,22
98:23
126:13
**doors** 84:16
95:6 126:9
**dot** 53:6,9
53:19
54:11 55:2
55:6 60:21
61:17,23

116:19
124:5,15
124:22
125:4,8
**drink** 84:18
**drive** 41:13
**driver's**
26:23
**drop** 84:8
**duly** 4:3
138:9
**duties** 78:13
79:17
**duty** 72:15
73:12
75:20
81:18 83:5
83:9

**E**

**E** 2:2,2 4:2
4:2 137:2
**E-House**
14:13
22:11
63:21 64:5
65:25
66:13 67:5
68:8 71:4
74:13
75:22
79:21 80:8
82:3,11
83:2 90:6
94:15
104:22,24
105:9,17
108:11,16
108:21
112:13
135:25
**e-mail** 10:11
10:15
12:10,13
13:6,9,12
90:2,5,10
90:15,21
90:22 91:8
**e-mailed**
87:15

**e-mails** 11:4
11:6 12:22
12:25
90:18
91:12,14
**earlier**
29:10
30:20
34:10
36:12
41:24
47:11 59:5
68:4
**early** 22:8
44:4 65:12
**effect** 3:19
6:12
**either** 35:3
40:4,13
48:13,17
48:21
70:17
72:15 87:4
87:23
138:14
**Elise** 1:8
2:19 131:8
131:9,12
**EMERY** 2:4
**employed**
22:5 103:2
**employee**
13:22
**employment**
103:3
135:20
**empty** 54:23
**ended** 68:20
68:25
**ensure** 55:16
108:9
**entail** 74:22
**entails** 84:3
**enters** 82:18
**ERRATA** 139:2
**ESQ** 2:7,14
2:22,24
**Estate** 1:4
**evening** 15:3
15:7 83:20

86:2,8
126:5
**event** 91:8
**events** 46:14
**exactly**
84:24
**examination**
5:9 130:23
136:11
137:3
**examined** 4:4
**example**
69:25
78:17,19
84:7 88:10
96:4
**exclusively**
63:21
**exhibit** 16:9
16:14,19
19:2,6
21:3 24:21
31:25
32:11
42:13,18
43:9,14
45:16
47:15
48:13 49:7
56:19,20
56:23,25
57:5 64:16
64:20
67:16,20
89:15,19
90:21
106:7,12
107:2,8,12
109:25
114:13,17
115:16,21
116:10,23
117:16,17
118:8,18
120:19
121:2
128:4,8
**EXHIBITS**
137:8
**expectation**

86:19
**experience**
102:14
**explain**
10:15 27:9
41:16
66:22 84:3
112:4
**extra** 66:16
66:18
**Extremely**
111:16

**F**

**face** 96:5
**facility**
21:22
25:14 73:9
135:25
**fact** 33:13
**fair** 7:7,25
17:2 20:20
25:7 36:10
53:14
55:25 94:9
101:15
119:8
120:22
**fall** 74:6
**false** 15:12
15:18
**falsely**
118:18
**falsified**
44:13 45:5
46:5 82:25
**falsify**
44:19
46:10
62:19
131:16
132:16
134:5
135:3
**falsifying**
133:13
135:11
**familiar**
53:5
108:19

**family**
127:12
**far** 23:15
76:16
80:18 94:7
**fault** 120:9
**February**
90:3
**feeling**
88:16,22
**felt** 113:12
**Fifth** 2:5
**filing** 3:6
**fill** 53:8,17
54:17 55:7
**filled** 53:12
54:9,12,18
54:19,24
55:3
**filling**
132:11
**find** 85:21
**fine** 15:23
17:23 18:4
18:6,8
96:18
122:3
**finish** 7:3
**fired** 103:9
**first** 4:2
18:22
32:14,16
32:25
37:10 43:9
43:10,21
47:17
58:24
100:3,14
101:11
102:4
118:6
129:3
**five** 63:24
85:19
**five-page**
31:25
42:14
**flipping**
32:23
**Floor** 2:6

Page 146

**folder** 16:20
**folks** 74:12
**follow-up**
131:5
**followed**
52:14
**following**
35:23
90:10
135:6,24
139:3,4
**follows** 4:5
**food** 78:7
113:18
**force** 3:19
**form** 3:12
36:5 55:4
55:12,23
56:8,13
58:4 104:2
122:2,4
123:10
**forms** 49:20
53:16
54:16 55:8
55:17
82:21,25
**forth** 138:8
**found** 124:24
125:2
**four-page**
106:8
**Fox** 17:7
**frequent**
79:25
**friendly**
76:23
**friends**
62:11,13
29:20
**front** 26:20
29:20
85:20
125:24
**full** 100:8
**fully** 105:8
108:23
**further** 3:10
3:15 4:12
127:3
130:15

136:6,8
138:13

——————— G ———————
**GED** 102:18
**general** 75:2
91:24
92:14,18
105:13
112:21,23
131:2
**General's**
9:22 10:2
10:13,16
**GENERAL-**
2:18
**generally**
95:5
107:21
**getting**
106:20
**give** 73:21
89:5,8,11
127:17
**given** 6:12
118:2
138:12
**giving** 84:9
123:20
**Gmail** 12:16
**go** 8:7 20:6
28:12 32:7
42:20
43:20 69:2
69:24
75:10
84:18
87:11,12
91:19 93:6
103:17
107:18
118:16
124:14,18
**going** 7:22
16:19 17:3
18:25
31:24 32:6
32:17
41:10
42:12

53:25
56:18
64:15
67:10,13
67:14 68:4
68:9 69:9
88:3,9
92:18
106:6
107:7
113:2,6
114:13
117:10,11
117:16
118:11
**good** 5:11
25:8
**gotten**
118:10,18
119:3,13
**grab** 16:19
**ground** 6:22
**guard** 125:24
**guess** 95:20
**guilty** 15:14
18:7,22

——————— H ———————
**H** 4:2 66:4
**hall** 22:10
22:17
47:25 66:8
66:10
72:15
78:13,14
80:20 93:6
**hallway**
66:11 70:6
70:7,16,17
70:19,21
70:23,24
71:11,23
72:3,17
75:10
76:21 78:2
79:13
82:11,13
82:18
**hallways**
79:18

**hand** 138:19
**handcuffed**
27:2 29:22
30:12
**handcuffs**
42:10
**handwriting**
59:15 61:8
115:15
**handwritten**
87:19
117:10
**happen** 7:16
10:10
34:16 85:6
**happened**
29:24
35:14
41:19 44:3
117:5
120:9
123:21
124:5
**happy** 8:12
**head** 63:11
63:12,15
131:23
133:21
**heads** 57:21
**hear** 92:23
111:9
113:5,9,15
114:6
118:24
121:12
125:5
**heard** 22:16
47:24 53:2
**hearing**
135:16
**held** 1:15
**help** 54:8
**helpful**
119:4,7
**hereunto**
138:19
**Hey** 106:18
**Hi'** 23:5
48:15
**Hickey** 2:22

5:3,3
130:21,24
131:2
132:23,25
136:4
137:5
**high** 102:17
**Hildonen**
2:24 5:6,6
24:13
132:23
**Hill** 2:11,14
4:25,25
16:18,22
17:9,15
18:2 19:10
24:23 25:5
25:11 32:4
32:8,13
33:17,19
33:23 34:2
36:5 37:17
39:25 40:6
40:14
42:20,23
43:20 45:7
45:11,15
45:19,23
47:16,19
48:7 49:9
49:12,17
53:25 54:5
56:5,10,20
57:9,16,25
58:8,13,17
61:4,18
64:22
67:22 68:9
80:14
81:13
82:16
89:21
92:20
95:12 96:3
96:14,19
98:15 99:3
99:11,18
104:2
105:7
106:18,20

107:17
109:7,12
110:15,24
111:4,12
114:21
115:7,24
116:24
117:6,12
117:25
118:13,21
119:6,15
119:21
120:6,10
120:17,24
121:5,17
121:24
122:7,12
122:16
123:5,22
127:22,25
136:10
**hired** 102:14
**hmm-hmm** 7:11
22:19
**hold** 16:18
53:25 68:9
107:17
116:24
121:24
**Holden** 26:18
**home** 28:12
28:15
66:25 69:2
69:22
75:14
116:16,17
**horizont...**
117:10,11
**hotel** 103:6
**hour** 8:24
9:6
**hours** 14:20
23:17
28:17 44:4
58:20
65:12
129:15
**house** 25:22
25:24 28:4
28:23

29:11
51:17 64:6
64:11,13
66:17,19
76:17 79:3
85:23
104:21,25
109:6,11
112:18
124:7,8
**household**
70:9 75:3
**houses** 63:25
65:4 105:6
**HUDSON** 1:25
**Hyperten...**
110:4

_____ **I** _____

**idea** 69:23
77:9
121:14,19
**identifi...**
16:14 19:7
32:11
42:18 57:5
64:21
67:21
89:20
106:13
107:13
114:18
128:9
**immediately**
100:25
**immobile**
98:5,9
**important**
121:23
123:3
**in-depth**
97:22
**Inaudible**
98:14
**incident**
16:6 44:5
49:21
68:17
135:6
**includes**

91:4
**including**
50:10
**INDEX** 137:8
**indicate**
4:20
**indicated**
55:24
59:10
**indicating**
79:6 88:22
89:2
**indication**
33:15
**individual**
84:13 85:2
85:10 88:6
88:12 94:9
95:4,10,15
96:13
97:22
105:17
110:18
121:15
131:20
133:4,16
**individu...**
126:9
**individuals**
67:4 70:12
79:19
80:16 83:2
94:21 98:8
98:12 99:2
99:9
101:20
104:20
105:5,9
108:10,15
109:6,11
112:13,17
**individu...**
70:24
82:21
**inform** 10:2
**information**
20:21,23
20:24 21:9
52:6
105:14

**informed**
10:24 92:7
**inhouse**
73:15
**initial**
58:24
84:23
**initially**
126:17
**initials**
19:20,23
27:6 60:7
**initiated**
53:9 54:11
55:3,7
**inside** 94:4
**instructing**
55:16 56:2
**instruction**
8:5
**Intensive**
14:6 58:16
**interacts**
118:8
**interested**
138:16
**interfere**
6:19
**interrup...**
120:18
**interview**
25:12 26:2
**interviewed**
41:3
**introduced**
118:7
**investigate**
121:15
**investig...**
120:15
121:4,8,23
123:4,7
**investig...**
35:13,25
36:6,19
38:16 39:4
44:2 130:7
**involved**
63:3
**issue** 56:14

**issues** 61:12
86:15,20

_____ **J** _____

**J** 1:9 2:19
**J.M** 1:4 5:13
**Jen** 51:10,15
51:21 52:3
52:6 53:22
55:15,25
61:22 62:2
62:5,11,22
63:2,15
74:13
76:16 77:5
124:25
125:7
**job** 38:2
96:21
103:12,15
**jobs** 14:16
103:10
109:5,10
**Joshua** 1:9
2:19
133:17
**Joy** 74:13,19
**judge** 17:7
96:9

_____ **K** _____

**K** 2:24 66:14
**Kasey** 2:24
5:6 24:17
**kasey.hi...**
2:24
**Kat** 114:3
133:4
**Katherina**
1:10 2:20
113:25
133:5
**keep** 40:7
113:18
118:11
**kept** 87:17
**key** 93:19
126:12,15
**keying** 98:21
**keys** 85:21

Page 148

**kids** 69:22
**kind** 71:24
  75:13
  80:11
  103:19
**kinds** 112:16
**kitchen**
  66:14
  74:20,24
  75:5,6,16
  75:20
  87:11
**knew** 27:17
  56:14
  110:20
  111:5
  121:21
  126:14
**know** 7:17
  8:11 17:18
  18:8 25:9
  49:4 61:13
  61:16
  62:25 63:7
  71:8 76:16
  79:24 80:3
  80:7,13
  81:10
  86:11 88:3
  96:7,8,10
  96:20
  104:14
  105:13
  108:4
  112:3
  114:2
  116:4
  118:15
  119:5,25
  120:7,11
  120:13,19
  121:10,13
  121:20,25
  122:22
  123:6,9,10
  123:15,25
  124:2,3
  126:7,11
  126:15
  131:9,20

  133:4,16
**knowledg...**
  108:9
**known** 104:8

_____

**L**

**L** 1:10 2:20
  3:2 4:2
  72:8
**Lack** 103:16
**lastly** 8:10
**late** 88:14
**laundry**
  70:10
  78:17
**Law** 19:24
  27:7
**lawsuit** 5:25
**lawyer** 8:19
  10:25
  33:10
  34:22 35:2
  35:7
**laying** 95:22
  95:25
**learn** 97:15
  127:9
**learned**
  52:22
  103:25
  116:10,13
**learning**
  104:19
**leave** 75:9
  103:15
  125:22
  126:25
**leaving**
  87:13
**Lebovic** 1:16
  138:4,24
**led** 23:8
  48:19
**leeway** 118:3
**left** 52:24
  125:12
  127:5
**left-hand**
  35:12
  49:16

  110:4
**let's** 6:25
**letter** 10:11
  10:15
  59:19 60:5
  66:3 92:8
  127:10
**letters**
  59:12,16
  66:12
**letting**
  86:10
**lie** 62:3
**lied** 31:3
**lieu** 4:13
**lights** 94:12
  94:18,22
**line** 35:24
  36:19
  38:15
  43:25
  117:10,11
  139:5
**list** 91:4
**little** 93:21
**lived** 94:21
  104:20
**living** 67:4
  76:2
  108:21
**LLP** 2:4,11
**locate** 11:21
  11:24
  12:22,25
**located**
  21:22,23
  22:10,11
  70:20,25
  71:22
**lock** 93:21
**locked** 82:17
**logged** 74:3
**long** 8:23
  9:4 28:14
  31:17 63:7
  69:12 77:8
  96:17
  97:12
  99:24
  101:8

**longer** 51:19
**look** 11:2,9
  60:10
  109:25
  127:18
**looked** 10:20
  95:19
**looking** 20:8
  21:4,17,18
  35:23
  39:10 59:9
  65:18
  95:15
  96:12
  118:5
**looks** 19:15
  59:18
  60:10,15
  60:18
  117:3
**lose** 81:16
**losing** 37:25
**lot** 26:4
  28:11
  62:12
  118:3
**lying** 31:10
  62:6 96:4
  120:2

_____

**M**

**M** 1:8 2:19
  66:14
**MAAZEL** 2:4
**machine**
  104:12
**mail** 92:9
  127:10
**main** 125:25
**making** 15:11
  15:18
  39:12
  74:24
  109:19
  110:17
**management**
  103:7
**manager**
  103:8,13
**mandated**

  64:7
**manner** 4:18
**mark** 16:9
  18:25
  31:24
  42:12
  56:18
  64:15
  67:14
  89:14
  107:7
  114:13
**marked** 16:13
  19:6 29:13
  32:10
  42:17 57:4
  64:20
  67:20
  89:19
  106:12
  107:12
  114:17
  128:7
**marker** 59:2
**marking** 16:9
  56:24
  128:3
**marriage**
  138:14
**marrieds**
  63:5
**match** 50:9
  53:23
**matched**
  55:17
**math** 102:8
**matter** 4:15
  96:16
  138:17
**Maureen**
  74:13,19
**McGinn** 1:9
  2:20 134:9
  134:13
**meal** 78:5
**meals** 74:25
**mean** 7:23
  25:21 34:5
  38:7 59:22
  60:13

```
62:12 66:7        85:14             19:16            neck 23:25       68:12,16
66:22 70:5        135:23            21:21 22:9       need 8:10        69:10
81:14 87:8        messages          25:19              45:7 66:18     72:19
93:18               11:4,6,9        29:10              75:9 122:3     73:25
95:21               11:18,21        30:20            needed 28:24     74:10,13
111:10,12           11:24           34:10              40:18 50:8     75:15 76:5
means 6:7         Michael 1:10      38:17 44:4         50:9 53:23     76:10,12
15:17               2:20            52:21              64:5,9         76:17,21
59:23               134:16          53:10,18           66:16 70:9     77:3,6,21
66:10,24          microchip         54:12              78:16,20       78:4,9,25
120:7               93:20           60:21              78:22          81:2,19
meant 33:5        middle 35:11      65:12              81:20 92:6     82:7 83:6
39:16               47:24           68:19 84:5         110:13         83:9,15,24
med 75:11           61:13           84:10            needs 7:10       84:7 85:13
84:15,22          Mike 74:14        116:12           nervous 37:6     85:25 86:9
112:11,12           76:20,23        125:13             37:25          88:5,14
medical 80:4        77:2           mouth 122:8         38:11          89:6,12
80:8              minute            122:11,18        never 5:21       100:11
101:24              106:22         move 97:21          37:23 38:4     117:18
103:23            minutes 9:6       98:5               38:8,9         118:19
104:19              22:23          movie 125:10        98:24 99:7     123:3
105:5,11            24:14          movies 73:4         124:13         125:15,16
106:4               38:20 48:4      73:12,18           125:25         126:23
108:10,15           48:12           73:24              131:11,16      127:5
108:20,25           85:19           77:17              132:16         129:5
124:18              127:18,19       81:11,14           133:7,11       131:25
medication        Miranda 33:2      82:7               134:4,12
83:24               33:14 34:4     Moving 60:8       New 1:2,18      nightly
84:16,21            34:11,14       Multiple            2:6,6,13        23:17
85:3,11             34:21           73:19              2:18,21       nights 62:14
89:12               43:19          mumbled 23:5        4:4 14:9        64:4
103:25            misdemeanor       48:15              138:5         nods 7:11
medications         15:11          _____      Nicole 1:16    Nope 71:17
6:18 68:13        missed 28:6      _____N_____         7:4 28:8      normal 68:22
meds 66:15          93:15          N 2:2 3:2           45:24         NORTHERN 1:2
84:5,10             112:19           4:2 137:2         138:4,24      Norwich 14:9
meet 8:20,23      mobile 98:13     name 4:21         night 13:21       21:24
86:14               99:2,10         5:12 58:22         14:12,16      notable 91:8
meeting           moment 37:9       58:25              21:19 36:2    Notary 1:17
10:10               117:17          65:24 68:7         44:4 47:6       4:3 136:19
86:17             Monday 21:21      83:12              49:2 51:17      138:4
member 75:4       monitor           128:16             51:22         note 9:11
79:12,13            109:5           130:25             53:17           18:2 46:12
members             126:12          134:10,17          54:13 60:2      46:16,17
73:19             month 101:10     named 63:2          63:11 64:2      46:20 50:9
99:21,25          month's           131:8,20           64:3,10         52:7,20
126:16              103:21          133:4,16           65:11,20        53:8,12
memory 18:5       months 96:22      134:13             66:11,17        56:3,15
110:17              100:18         names 73:20         66:19 67:3      61:7 79:10
mentioned         morning 5:11      73:22              67:10 68:3      87:13 88:9
                                                                      88:11,12
```

90:6
112:11
115:24
116:8
**notes** 46:11
53:23
55:18 59:6
87:5,15,17
87:22,24
88:7
115:19,23
116:2
**notice** 19:24
27:6
**Novack** 1:10
2:20
134:16,19
134:23
135:2
**November**
100:22,22
101:19
102:5
**numbers** 12:8
**nurse** 83:5,8
83:16,20
110:8
**nurses**
109:16
**nursing**
106:10
107:5
109:20
110:14,18

---
**O**

**O** 3:2 4:2
**oath** 3:18
4:13 6:4
**object** 8:4
33:19
**objection**
8:6 18:3
33:17 36:5
37:17
39:25 40:6
40:14 48:7
56:5,10
61:4,18
80:14

81:13
82:16
95:12 96:3
96:14,19
99:3,11,18
104:2
105:7
109:7,12
110:15
115:25
117:6,12
118:21
119:6,15
119:21
120:6,10
120:17
121:5,17
121:24
122:3,5
123:5,22
**objections**
3:11 4:18
123:10
**observe**
73:17
**observed**
24:2
**observing**
73:15
**obviously**
57:14
**occupied**
71:9
**occurred**
44:5 46:14
91:9
**office** 9:23
10:2,13,16
22:10
28:21,21
34:25
39:20
40:19 41:4
43:11
70:18
71:19,21
72:3,6,16
72:22 74:9
77:3,6,14
77:23 82:3

82:5,14
87:12
91:23
92:13,17
103:8,13
125:9
**officer** 3:17
19:16 34:3
41:6 42:6
116:18
**officers**
38:10
**Oh** 17:15
98:16
**okay** 8:8,9
16:22 17:2
17:13,15
19:17 30:4
33:21,22
34:2 37:8
42:23
43:24
47:16 49:9
49:12
57:25
58:13
64:22
67:22,24
68:10 70:3
73:13
89:21
95:24
115:11
116:25
117:23
119:17
127:25
130:14
131:7
136:10
**old** 102:2
**on-duty**
83:16
**on-the-job**
98:19
99:16,21
101:14
**once** 16:23
117:18
118:19

129:4
**one-page**
19:2 64:17
67:17
89:16
114:14
128:4,7
137:23
**one-pager**
114:24
**one-sided**
30:7
**open** 16:16
16:24 19:9
19:10
22:17 32:4
47:25 57:8
57:9 64:22
67:23
89:21 93:7
93:7,18,23
93:24 94:7
95:6 96:23
126:9,12
**opening**
97:17
98:21
**OPWDD** 12:4
13:12,23
58:15
89:17,18
90:15
98:25 99:8
100:21
101:18
102:3,10
102:14,20
103:3,20
104:9,15
106:8,11
107:9,11
127:4
133:20
134:20
135:8,19
135:25
137:10,11
137:20
**OPWDD.DL...**
91:2

**Oral** 1:14
**ordinary**
24:10
**original**
35:16
**outcome**
138:17
**outside**
62:16

---
**P**

**P** 2:2,2 3:2
**P-110** 2:13
**p.m** 14:23
21:19
65:16,21
68:23
85:14 86:6
86:25
126:5
136:12
**page** 17:4,7
17:8 32:14
32:16,18
35:9,11,23
35:24
38:14
39:10
42:21,25
43:21,25
45:20
49:10,13
50:15 54:4
58:2,3
110:2
137:3,9
139:5
**paid** 18:19
**pain** 23:13
48:24
**paperwork**
49:20
50:10,17
51:7,25
53:24 54:9
54:13,15
**parking** 26:4
28:11
**participate**
112:22

New York
212-273-9911
Hudson Court Reporting & Video
1-800-310-1769
New Jersey
732-906-2078

# JA400

Page 151

particip...
4:7
particular
70:14
parties 3:6
4:16
138:15
parts 31:14
pass 103:25
passed 38:9
43:6
116:14
passenger
26:24
passing
52:23 53:3
84:4
patient
111:16
pause 106:22
pay 15:23
18:6,13
payments
18:9,13
Pearl 2:12
Penal 19:24
27:7
penalty 4:15
6:8 27:14
31:7 39:12
pending 8:14
people 25:24
66:25 96:9
108:21
Perfect
45:21
perform
14:17,19
15:2,6
36:16,22
70:8 132:7
performed
36:2,13,21
performing
131:13,17
132:4,17
133:9
134:6
period 100:5
periodic...

115:18
perjury 4:16
6:9 27:14
31:8 39:13
person 4:13
8:21 41:2
41:3 42:2
66:16,19
75:11
78:13
85:24
86:11,14
86:21 87:7
87:9,24
112:12
personal
11:9 12:8
12:13 13:6
13:8,16,19
73:8 74:4
personnel
124:18
pertaining
133:13
phone 9:3,4
10:9 11:7
11:10,13
11:17 12:8
13:16
40:17,20
71:16 73:8
physically
4:9 98:5
pick 28:22
picked 28:3
29:11
pillow 96:5
place 26:3
70:14
75:19
88:11
129:12
placed
126:25
plaintiff
1:6 4:24
5:13 16:11
16:12,13
17:16 19:3
19:5,6

32:3,9,10
32:24
35:10,24
38:15
42:15,16
42:17
45:21 57:2
57:3,4,23
64:20
67:20
89:19
106:12
107:12
114:15,16
114:17
128:8
137:9,12
137:14,16
137:17,18
137:22
Plaintiff's
19:2 31:25
42:13
56:19,24
64:16
67:15,16
89:15
106:7
114:13
115:16
128:4
Plaintiffs
2:5
plan 106:9
107:4
plea 18:7,22
pleaded
15:14
please 4:20
19:9 43:22
122:22
point 8:11
63:8 76:12
90:16
97:21
105:3
118:23
120:23
124:2
police 19:16

26:4,6
34:3 38:10
41:6 42:6
116:18
130:6,10
policy 36:25
37:15
polite
111:17
portion 28:9
46:3 56:13
position
95:16
96:17
possible
81:15
practice
69:8 90:14
93:24
96:22
preparation
115:5
prepare 8:17
9:8,15
prepping
74:25
prescribed
80:19
present 4:9
33:10,12
34:22 38:8
previous
54:13 67:9
previously
101:19,23
print 26:14
prior 38:21
60:20
85:24,25
86:16,20
87:13,22
100:22
101:18
102:13,20
104:9
128:14
probably
77:11
85:18
108:5,23

111:20
problem
16:21
106:23
process
84:25 86:7
property
103:7
protect
124:3
protecting
123:18
protocol
124:8
provided
20:20,25
21:10
35:17
49:20
Public 1:17
4:3 136:19
138:4
pull 24:24
116:23
purpose
101:5
put 25:10
27:5 40:10
45:16
56:20,22
61:20 70:3
122:8,10
122:17
125:22

_____
Q
_____

question
3:12 7:4,9
7:15,15,21
7:24 8:5,7
8:14 17:21
32:16
33:24
36:23
37:10 39:3
45:10,25
47:4,20
111:4
118:14,16
122:6,15

122:22,25
123:13
**questioning**
30:16
131:6
**questions**
20:15,17
30:24 33:9
45:18
47:23
116:3
130:15,17
**quick** 6:22
45:8,12
86:18
102:8
**quietly**
93:11
**Quite** 10:7

––––––––––
**R**
**R** 2:2
**raise** 96:6
**ratio** 66:21
67:2
**Raymond** 1:9
2:19 134:9
134:13
**read** 17:5,6
17:19 28:7
28:9 32:25
33:14 34:4
34:11,13
34:21
43:18
45:25 46:3
61:10
114:9
**reading**
59:19
**reads** 129:13
**real** 102:8
**really** 86:17
122:19
**reason** 6:15
37:11,13
120:18
124:4
135:18
139:7,9,11

139:13,15
139:17,19
139:21,23
139:25
**reasons**
139:4
**recall** 6:4
10:7,18
16:4 18:12
20:10
22:21,25
23:3,15
24:18
29:12 39:2
39:21 52:2
67:2 69:5
69:14
72:20 79:8
91:22
92:10
94:18,20
94:24
103:22
105:14
109:19
111:21
131:14
**receive** 8:4
16:2 85:9
92:8 97:2
103:20,23
104:3
**received**
11:18
15:22
17:23
40:17 92:9
98:20
102:17
103:21
**receiving**
91:11
**recess** 45:14
91:20
106:24
128:2
**recognize**
19:11 58:3
64:23
89:22

106:16,25
107:14
114:19
115:2
128:10
134:10,17
**recognized**
107:22
**recollec...**
17:22
68:16
**record** 4:22
24:13
91:19
138:11
**records**
131:16
132:12,17
133:13
134:5
135:3
**refer** 43:8
**referred**
59:5 86:2
115:18,22
116:2
**referring**
35:20 45:3
54:6 59:7
66:9
115:22
120:20
**reflected**
7:11 24:20
65:11
**reflecting**
65:20
**refresh**
17:22
68:15
**refused** 85:2
85:11
**regarding**
19:24
49:21
97:20
98:25 99:9
121:22
123:2
131:13,17

132:3,11
133:9,12
133:24
134:13,23
**regards**
135:11
**related**
135:11
138:14
**relieve** 75:9
85:23
**relieved**
87:23
**relieving**
86:11,14
86:21 87:6
87:9
**remain** 24:15
75:6
**remaining**
5:4,7
**remember**
18:15
20:17
27:11 30:9
31:9,12,16
31:17
35:19
40:21,25
41:5,25
42:4,7
44:18,21
44:23 45:2
46:21
51:23
55:14
56:11
59:24
60:14,22
61:15,19
62:10 67:6
67:8,12
69:16 71:5
73:6,20,23
74:2,5,11
76:18,22
76:25 77:4
77:12,20
77:24 79:4
80:2,10,18

83:8,18,19
83:22
84:24 85:5
85:12 88:8
88:13,24
89:4,7
90:12,20
91:6,10,11
91:13,17
93:2 94:16
95:2,17
97:6 99:6
99:12
100:17,20
102:4,7
105:12
106:2,5
107:6,24
107:25
108:6,12
108:17
109:24
111:25
112:6
113:23
114:11
117:7
124:21,24
125:6,11
127:13,15
135:13
**remembered**
48:10 92:5
**remind** 31:5
81:19
**reminder**
25:8
**remotely**
4:11
**removed**
124:17
**repeatedly**
118:14
**rephrase**
7:17
**report**
100:25
101:3,11
109:10,15
109:20

110:8,18
**reported**
110:13
125:18
**reporter**
1:17 4:6
6:3 7:5
**reporting**
1:25 4:10
4:19
104:17
**represent**
92:7,18
131:3,8,19
**represented**
92:13
**represen...**
5:13 10:3
10:17
**requested**
28:9 46:3
**require**
80:12
**required**
17:11
79:25 80:8
84:5,6,17
84:19
97:23 98:2
112:14
**reserved**
3:12
**respect**
132:17
134:6
135:3,16
**respective**
3:6
**responded**
124:21
**response**
98:14
119:23
**responsible**
79:14
104:18
**responsive**
23:18
129:22
**rest** 50:10

53:24
**restitution**
17:10
**restrained**
30:13 42:9
**result** 15:22
119:12,23
**retain** 35:7
**return**
125:13
**review** 9:7
21:13 87:2
87:4,22
88:5
105:10
**reviewed**
30:2
108:14
115:4,8,12
128:14
**reviewing**
58:11
110:10
**Ridge** 12:4
13:5 14:6
14:14
21:22
25:14
28:12
34:11,13
51:19
58:15
63:20 73:9
85:17 93:4
94:21 97:8
98:20
99:17,25
100:25
101:12
104:18
108:7
109:16,20
121:16
125:12,14
126:8
127:5
131:24
**right** 12:11
14:10
15:15,19

20:21 21:4
25:5,11
27:18,20
29:22 32:8
33:2 34:22
35:3,7
36:3,8,17
39:6,13,16
40:5,13,22
43:12,16
43:19 44:8
45:5,13
47:21 48:5
48:13,17
48:21 49:2
49:5,24
51:11
52:15
53:24
54:21,23
55:4,9
56:14
57:10
58:12,20
59:3,13,20
61:3 65:25
67:11,25
68:5,20
70:18
71:19
72:17
74:14,20
77:14,17
78:15
80:21,24
83:3,6,25
85:14
87:23 89:9
89:12
90:23
91:18
96:22 98:9
98:13
99:13,17
100:9
102:11,18
105:22
109:2
110:20
114:12

115:19
116:14
117:2,19
117:21
119:10,14
119:19
120:16,22
121:21,23
123:2,4,18
123:21,24
127:7,16
128:17
129:7,10
129:18,23
130:2,10
130:22
**right-hand**
110:7
**rights** 33:2
33:14 34:4
34:11,14
34:21
43:19
**ring** 83:13
108:2
114:3
**Road** 21:23
**Robitussin**
89:6,8
**rode** 29:17
**roll** 97:23
98:2
**romantic...**
63:3
**room** 4:10
22:11 23:6
23:9 24:11
30:5,7,10
30:13
38:22 39:5
41:22,23
42:9 48:16
48:19 71:8
71:24
75:23 76:2
76:6,11,15
82:2,8,10
82:14
84:15 93:8
93:16 94:2

94:5 95:7
96:13,24
98:22
124:14,18
**rooms** 70:12
70:13,25
71:3 97:18
**rotate** 57:14
**rotated**
63:14
**rounds** 83:17
**row** 110:3
**rules** 6:23
**Ryan** 2:22
5:3 24:15
130:25
**ryan.hic...**
2:23

_____
S
_____
**S** 2:2,12 3:2
3:2 4:2,2
4:2,2,2
59:19,23
117:4
**safe** 93:9,15
95:4,10,16
95:25
**Sam** 2:7 5:12
16:19
24:23 32:5
40:8 42:21
45:15 58:9
106:18
110:25
117:25
**sanitation**
78:24
**sat** 41:22
**saw** 22:17
38:18
44:14,20
46:6 47:25
62:6 83:19
121:22
123:3
**saying** 36:15
55:21
**says** 18:3
21:18 22:4

22:8,16,22
23:4,8,12
23:16,21
23:25 24:5
24:9 35:12
39:11 44:2
49:16 58:6
58:15,19
58:20 59:3
59:4 60:2
61:11
110:4,8
**scan** 93:21
**scared** 37:7
37:21,22
52:18
118:22,25
119:9,23
123:19,25
124:12
**schedule**
65:18
67:25
**scheduled**
85:22,23
105:2
**school**
102:17
**screaming**
125:5
**scroll** 32:15
49:14
110:2
**scrolling**
114:21
**sealing** 3:7
**searched**
12:10
**seasonal**
103:18
**seat** 26:21
29:20
**second** 16:18
20:9 21:18
40:4,12
43:25
45:19
130:9
**Section**
19:24 27:7

**Secure** 14:2
**security**
125:24
**see** 16:24,24
19:17,20
19:25
21:24
22:12,18
24:24
25:23
35:17
36:23 37:3
38:23
44:15 47:5
47:7 48:25
49:22 50:5
50:11,18
51:2,8
58:7,17,22
58:24
59:10 60:3
62:16
65:24 66:4
66:13,13
68:7 72:3
82:3,4,5,8
82:10,13
88:21,25
89:5 90:6
91:2 92:6
94:2 95:15
96:12,12
96:18,23
106:14
107:4
110:5,8,25
112:22
117:13
118:8
128:20
**seeing** 120:3
**seen** 46:23
50:24 52:4
52:8 55:12
55:24 56:3
56:8 88:19
89:2
107:23
124:9
126:14

**send** 90:9
91:7,12
**sense** 7:12
7:19 8:15
**sent** 11:18
57:11 90:2
90:19,22
**sentence**
15:21
17:14,23
21:18 22:4
22:8,16,22
23:4,8,12
23:16,21
23:25 24:5
24:9 48:11
129:3,13
129:20
**sentences**
128:19,25
**separate**
88:7
**September**
83:10
**service** 73:3
73:5 74:4
106:10
107:5
**Sessions** 1:8
1:14 2:12
5:2,11 6:1
7:1 8:1
9:1 10:1
11:1 12:1
13:1 14:1
15:1 16:1
16:17 17:1
17:13 18:1
18:5 19:1
19:12 20:1
21:1 22:1
23:1 24:1
25:1 26:1
27:1 28:1
29:1 30:1
31:1 32:1
33:1 34:1
35:1 36:1
37:1 38:1
39:1 40:1

41:1 42:1
42:25 43:1
44:1 45:1
46:1 47:1
48:1 49:1
50:1 51:1
52:1 53:1
54:1 55:1
56:1 57:1
58:1 59:1
60:1 61:1
62:1 63:1
64:1,24
65:1 66:1
67:1 68:1
69:1 70:1
71:1 72:1
73:1 74:1
75:1 76:1
77:1 78:1
79:1 80:1
81:1 82:1
83:1 84:1
85:1 86:1
87:1 88:1
89:1,22
90:1 91:1
91:21 92:1
93:1 94:1
95:1 96:1
97:1 98:1
99:1 100:1
101:1
102:1,24
103:1
104:1
105:1
106:1,14
106:25
107:1,14
108:1
109:1
110:1
111:1
112:1
113:1
114:1,20
115:1,13
116:1
117:1,15

118:1,17
119:1
120:1
121:1,12
122:1,21
123:1,12
124:1
125:1
126:1
127:1
128:1,10
129:1
130:1,15
130:25
131:1
132:1
133:1
134:1
135:1
136:1,5,14
138:7,12
**set** 138:8,19
**setting**
101:24
**shadow** 99:20
**shadowing**
99:24
100:12,15
**shape** 72:8
**Shapiro** 2:7
4:23 5:10
5:12 16:8
16:21 17:2
17:12
18:25
24:17 25:3
25:7 28:7
31:24 32:6
40:9 42:12
42:22
43:22 45:9
45:13,17
45:21,24
47:14,18
47:21 49:7
49:10,14
54:3 56:18
56:22 57:7
57:13,22
58:10,14

```
61:20                  87:22 88:7           109:17              39:22               114:15,16
64:15                  90:6,14,17           six 96:21           121:11              137:10,11
67:13 70:3             91:8,15              six-page            speaking            137:12,13
89:14                  95:7 98:21           16:10               25:23 42:3          137:14,16
91:18                  112:11               56:25               42:6                137:17,18
98:16                  115:19,23            sleep 69:9          specific            137:20,21
106:6,19               116:2,8              96:9                50:17               137:22
106:23                 125:16,18            sleeping            51:25               start 11:8
107:7,20               131:23               24:6 59:23          specific...         90:13
111:3,5                133:21               93:12,16            14:13               93:17
114:12,23              shifts 64:7          94:22               31:13               100:14,21
116:4,22               64:8 73:16           98:23               spend 63:16         started 6:24
117:2                  90:11                slept 69:14         77:25               54:14,15
118:4                  shock 124:12         94:17               spoke 8:19          65:15,21
119:17                 short 113:13         small 103:8         25:18               85:14
120:22                 show 67:13           103:14              31:18 34:9          100:19,24
122:2,9,14             106:6                Smith 51:10         92:10               102:2,5
122:19                 showed               51:15,21            spoken 9:17         104:15,17
123:8                  126:23               52:3,7              29:10 38:9          108:7
127:16,23              shown 9:9            53:22               62:22               starting
128:3                  side 26:23           55:16 56:2          116:17              101:18
130:14                 35:12                61:22 62:2          127:11              104:9
136:8                  57:10                62:5,11,22          130:8               starts 17:7
137:4                  58:12                63:2,16             sshapiro...         state 1:18
Shapiro's              sign 108:13          74:14 77:5          2:8                 2:18 4:4
131:6                  signature            smoke 127:14        staff 66:25         20:11
SHEET 139:2            19:17 20:4           somebody            73:19 75:4          24:19 28:2
sheriff's              32:17                38:9                76:5,8,10           34:3,9,25
28:20                  42:24                son 1:5             79:12,13            41:6 44:25
shift 21:19            signed 3:17          sorry 24:23         79:18               138:5
44:4 46:11             3:19 21:15           25:4 28:6           99:20,24            statement
46:12,16               27:16,20             28:21 40:9          109:20              15:12,19
47:6 59:4              31:7                 44:22 45:8          110:12              17:6 19:15
59:6 61:7              signing              47:14 49:8          124:7,10            21:13,17
63:11,12               27:13                60:17               126:7,16            24:20
63:15,17               sit 72:15            98:16 99:5          129:6,22            26:10
64:2,10                75:19 76:6           106:20              staffing...         27:13,23
65:11,13               77:21                110:24              66:20               28:5,10
65:15,20               sitting              111:9               stamp 128:6         29:4 30:2
68:20,22               22:10                112:19              stamped             30:20 31:3
68:25 74:7             26:20                118:24              16:10,12            31:6,7,11
75:7 76:5              29:16 72:2           120:12              19:3,5              31:14
78:4 79:14             72:21                121:11              32:2,9              36:12
83:6,15,24            76:10,14             sort 6:24           42:14,16            39:11,12
85:13,25               77:25 82:7           135:15              57:3 64:17          39:18 40:4
86:2,3,5,8            108:18               sorts 90:18         64:19               40:8,12
86:9,16,21            110:10               speak 8:25          67:17,19            43:9,10,14
86:25 87:4            111:22                9:14 10:12          89:16,18            44:7,17
87:13,14              situation             25:17               106:8,11            47:12,23
87:15,17              85:10                 28:25               107:9,11            47:24
```

48:23
121:22
**statements**
123:2
**STATES** 1:2
**stating** 4:21
40:18
108:14
**station**
29:18,25
31:2,12 41:9
41:20
130:6,10
**stationed**
70:15
**stay** 75:14
**stayed** 29:20
**stays** 35:13
**step** 94:4
**Stephanie**
83:12
**stepped**
124:11
**stepping**
24:14
**STIPULATED**
3:4,10,15
**stood** 108:4
**store** 102:11
**streaming**
73:3 74:4
**Street** 2:12
**strike** 37:12
54:10
**subject** 90:5
**submitted**
31:6
**Subscribed**
136:17
**substance**
46:23 92:3
**Suite** 2:13
**sum** 46:22
92:3
**Sunday** 21:20
69:5
**Sundays**
69:19,21
**supposed**
14:19,22

36:7 57:15
58:11
70:15 75:6
80:15,23
86:13 87:2
95:14
100:8
**surcharge**
18:4
**sure** 10:18
17:12
23:18 50:8
53:23
69:16
70:11
74:24 93:8
93:14 95:6
117:13
127:22
**surfaces**
78:23
**suspect** 34:6
**suspected**
33:15 34:6
**sworn** 3:17
3:20 4:3
136:17
138:9

---
**T**

**T** 3:2,2
**table** 30:10
**take** 7:23
8:10,13
26:2 45:7
84:18 85:2
85:11
87:11
106:21
108:8
110:25
120:24
127:19
131:11,15
132:15
133:7
134:4
**taken** 5:22
43:11,15
45:14

91:20
106:24
116:16
128:2
**talk** 41:21
61:22
87:25
92:20
**talked** 92:24
**talking** 6:25
7:2 17:13
26:7 35:14
44:3,5
**taught** 73:13
73:14
**tell** 19:8
27:25
28:24 29:3
29:6,24
30:18,22
31:2,10,13
33:20
37:22
38:18
49:19 50:5
51:24 52:3
52:12 62:5
69:4 84:9
86:22
88:15,18
93:4
113:12
126:20,24
128:24
**telling** 62:3
**ten** 67:7
71:6 85:19
127:19
**ten-page**
107:8,18
**tenure** 63:20
105:4
**term** 53:5
107:25
116:6
**terminated**
127:7
135:7,10
135:14,19
**termination**

135:16
**testified**
4:4 133:3
**testify** 6:16
6:20
122:10
**testifying**
6:8 122:13
**testimony**
4:15 48:9
121:16
138:8,11
**text** 11:4,6
11:8,18,21
11:24 12:5
**thank** 24:15
42:22
122:5
130:17
136:4
**thanks** 24:17
25:6,11
**thing** 32:25
46:16
127:19
**things** 27:17
40:3 70:12
75:12
78:23
92:24
109:10,16
131:5
**think** 6:23
79:7 97:25
113:24
119:2,8
120:2
**thinking**
124:2
**third** 49:13
**thought** 31:2
**three** 69:22
**time** 3:13
5:22 7:16
7:16 8:3,3
18:23
23:14
27:16
29:17 35:6
41:20 42:5

42:8 48:25
50:25 59:2
63:16
74:17
77:25
81:16 85:6
85:7,20
108:5,19
108:22
118:6
120:20
121:2
130:8,9,18
135:20
**times** 59:9
59:13
80:19
118:2,12
**tired** 112:5
113:10
**title** 13:25
**titled** 106:9
**today** 5:16
5:22 6:8
6:11,16
8:22 9:2,8
9:15 11:14
11:17 44:2
108:18
110:10
111:22
115:5,19
128:14
130:18
**today's** 8:18
**told** 35:25
36:6,20
37:11,14
40:11 50:7
50:16,23
51:6 52:7
53:21
62:19 92:5
125:19,20
125:21,23
**top** 32:13
49:13
58:12 65:5
93:21
**Town** 21:23

**track** 81:16
**trained** 91:7
 97:13
 104:11
 124:11
**trainee** 14:3
 22:5 100:5
 100:7,8
**trainees**
 74:16
**training**
 73:16 85:9
 91:12 97:2
 97:5,7,25
 98:7,11,17
 98:19,24
 99:8,15,16
 99:22
 100:3
 101:6,8,14
 101:14
 103:19,22
 103:24
 104:3
 108:25
**transcript**
 7:6,12
 138:10
**transiti...**
 86:8
**Treatment**
 14:2,7
 58:16
**trial** 3:13
**trooper**
 20:11,14
 21:6 24:19
 25:13,17
 26:7,18
 28:11,16
 29:9 31:18
 32:25
 34:10,17
 34:20
 36:20
 37:12,14
 44:25 47:4
 49:18 50:4
 53:21
 130:7

**trooper's**
 28:3,21
 29:17,25
 31:21
 34:25
 39:20
 40:19 41:4
 41:9,20
 43:11
**troopers**
 30:15
 39:22
**trouble** 37:2
 37:16
 113:2,6
**true** 22:2,6
 22:14,20
 22:24 23:2
 23:6,10,14
 23:19,23
 24:3,7,11
 27:18 37:5
 37:11,13
 39:20 40:4
 44:17 47:2
 48:2,13,17
 48:20
 95:13
 102:13
 117:21
 138:11
**truth** 60:24
 123:20
**truthful**
 38:25 39:8
 40:12 47:9
 50:2,13,20
 51:4,13
**truthfully**
 6:16,20
 7:24
**try** 6:25
 7:17 25:8
 95:24
**trying** 36:11
 57:17
 116:5
 117:14,23
 118:7
 122:7,10

 122:17,20
**turn** 43:24
 57:20
 94:12
**turning** 35:9
 38:14
**TV** 76:3,8
**two** 14:20
 23:17 43:5
 43:15
 58:20
 72:13
 77:14
 129:15
**two-hour**
 79:22
**type** 20:24
 107:22
**typed** 21:6
 21:13
 26:10
**typical** 69:8
 69:18,20
 83:16 90:9
 90:14
**typically**
 64:4 69:2
 78:3 84:12
 85:18 87:5
 93:11
 94:13,17

---
**U**

**U** 3:2
**understand**
 5:15 6:7
 6:13 7:14
 15:17
 17:14
 33:13,23
 34:5 54:8
 62:2 109:4
 109:9
 110:11
 111:10
 117:23
 121:3
 122:22
**understa...**
 21:7 27:12

 33:4,7
 52:11
 108:23
 109:14
 121:7
**understood**
 7:23 39:15
 55:20,25
 111:15
 120:14
 122:25
**UNITED** 1:2
**unlock** 93:22
**untruthful**
 129:2,10
 129:18
 130:2
**use** 18:18
 75:11
 104:11
 117:19
 118:15,20
 119:3
 120:3
 129:5
**usually** 95:8
 95:22

---
**V**

**vacuuming**
 114:7
**Valley** 12:3
 13:5 14:6
 14:14
 21:22
 25:13
 28:12
 34:10,13
 51:18
 58:15
 63:20 73:9
 85:17 93:4
 94:21 97:8
 98:20
 99:16,25
 100:25
 101:12
 104:18
 108:7
 109:16,20

 121:16
 125:12,13
 126:7
 127:5
 131:24
**verbal** 7:10
**verbally**
 4:14
**version**
 115:8
**VIDEO** 1:25
**visual** 80:4
 94:8
**voluntarily**
 27:22
**volunteered**
 64:8

---
**W**

**W** 2:22
**wait** 87:25
**waive** 4:18
**waived** 3:8
**wake** 84:14
**walk** 22:17
 47:25
 80:20
**walked** 23:5
 48:16
 125:21
**want** 16:8
 20:6 32:4
 33:12 37:2
 37:16 40:7
 42:20
 43:20
 45:15
 47:22
 57:22
 81:12
 89:14
 91:21
 92:23
 107:17
 109:25
 120:24
 127:18
**wanted** 27:10
 28:20
 30:25 33:9

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

33:10
**WARD** 2:4
**wasn't** 40:12
124:9
125:19
**watch** 66:10
70:7 73:4
73:24 76:8
77:16
**watching**
73:11,17
81:11,14
82:7
125:10
**way** 7:18
27:20
30:13 42:9
42:10
59:25
85:22
91:12
93:25
94:24
95:25
111:8,13
111:14
138:16
**ways** 79:8
**we'll** 57:20
**we're** 16:22
21:3 42:23
45:11
49:12,17
57:25
64:22
65:18 68:9
68:10
116:25
**we've** 6:23
60:23
92:21
**weeks** 101:13
**welcome**
130:20
136:7
**went** 130:10
**weren't** 27:2
29:22 40:4
87:24
**whatsoever**

109:2
**WHEREOF**
138:18
**whereon**
110:3
**Williams** 1:8
2:19 131:9
131:9,12
131:15
**window** 30:8
**windows**
94:14
**wiping** 78:22
**wish** 139:3
**witness** 4:14
33:22,25
58:18
92:22
122:4
130:20
136:7,12
138:7,12
138:18
**witnessed**
124:13
**word** 93:15
**words** 122:8
122:10,18
**work** 14:5
37:2,16
44:14 46:6
49:21
62:17
63:23 64:3
68:16
87:21
100:15
102:9,14
103:16
104:9
111:24
135:24
**worked** 62:12
62:14
63:24 67:9
85:13
101:19,23
103:6,6
125:16
**working** 12:3

21:19
51:16,18
63:13,16
69:9 74:12
93:3 102:3
102:10,20
102:23
125:19
131:24
**worried**
118:23,25
119:10,24
**worth** 97:25
103:21
**wouldn't**
10:3 79:9
92:8 95:5
**wrapped**
71:24 72:7
**write** 46:19
46:22
49:19
50:16,23
51:7,24
52:7 55:11
56:2,7
60:20
61:14 79:9
82:20
87:12 88:2
88:9,10,12
91:14
118:17
**writing**
119:2
**written** 9:12
31:11
46:13
55:17
56:15,16
59:12 60:5
60:9 87:6
87:9 112:7
115:13
117:5
**wrote** 47:24
50:8 62:6
116:10
117:17
120:20

121:2

─────────
**X**
─────────
**x** 1:3,12
61:13
137:2

─────────
**Y**
─────────
**Y** 4:2
**Yahoo** 12:17
12:18 13:6
**yeah** 69:11
92:22 98:4
99:12
**year** 16:2
17:24
100:3,9
**yep** 7:20
14:11
23:20
30:21 37:4
50:6 56:23
76:4
**York** 1:2,18
2:6,6,13
2:18,21
4:4 14:9
138:5

─────────
**Z**
─────────
**Zoom** 1:15
─────────
**0**
─────────
**00091(TJ...**
1:7

─────────
**1**
─────────
**1,000** 18:20
**1:00** 14:23
22:9 36:3
36:8 38:17
44:15,20
46:7,24
50:25
54:19 55:8
55:13 56:4
56:9 60:8
61:2 80:17
117:3,18
118:19

119:3,14
120:4
129:5,7
**1:50** 127:23
127:25
**10:00** 1:16
**10020** 2:6
**10394** 57:2
**10394-10399**
57:4
137:12
**10396** 57:24
116:25
**10399** 57:2
**104** 17:16
**10421** 16:11
**10421-10426**
16:13
137:15
**10423** 17:17
**10426** 16:11
**105** 36:19
**10593** 19:4,5
137:16
**10595** 32:3
32:24
**10595-10599**
32:10
137:17
**10596** 35:10
**10597** 35:24
**10598** 38:15
**10599** 32:3
**106** 137:10
**1060** 54:2
**10600** 42:15
**10600-10604**
42:17
137:19
**10601** 45:22
**10602** 49:11
49:12
53:22
**10604** 42:15
**107** 137:11
**10th** 2:6
125:17
**11** 43:4
**11-7** 59:3
**11:00** 14:23

```
21:19 36:2              2017 100:23       36:8,13,16         80:17 81:7        8974 114:15
36:7 54:19              101:16,19         36:21              81:24             114:16
55:8 59:18              102:5             37:14              82:23             137:22
59:25                   2018 11:13        54:20 55:3         126:19            8th 13:21
65:15,21                11:19             80:17 81:3         129:21            65:21 67:3
68:23                   12:20             81:23              53 114:13,17      67:10 68:4
80:16                   13:10,13          82:22 86:6         115:16,21         68:19 69:4
85:14 86:6              13:22             126:18             116:10            72:19
86:6,25                 15:10             30 2:12            117:17            73:25 74:7
126:5                   20:12             32 106:9           118:18            78:25 81:2
114 137:22              21:20,21          137:17             120:19            83:3,20
1188 107:9              32:21 43:4        35 16:9,14         121:2             88:15
1188-1197               58:7 62:23        137:14             137:22            91:15
  107:11                62:25 65:9        36 19:2,6          54 128:4,8        100:11
  137:11                67:4 69:15        21:3 24:21         137:23            132:13,18
1197 107:10             69:20 71:9        47:15              57 137:12         133:2
11th 43:15              72:6 73:25        48:13              ─────────         8th/Sept...
  130:12                80:8 83:3         137:16                  6            83:10
12/20/21                83:21 90:3        37 31:25           6 106:7,12        ─────────
  16:15 19:7            91:16             32:11 43:9         107:2                  9
  32:12                 108:20            137:17            109:25            9 13:22
  42:19                 132:24,25         38 42:13,18       137:10            20:12
12/21/21                133:2,25          43:14             6:30 84:12        21:21
  57:6 64:21            134:2             45:16,18          600 2:5           32:21 58:7
  67:21                 135:7,24          49:7 56:20        617 89:17,18      62:23 65:9
  89:20                 2019 132:13       56:23             137:20            73:25 83:3
  106:13                132:19            137:18            64 137:13         83:20 90:3
  107:13                2021 1:16         ─────────         65 35:12          132:13
  114:18                138:20                 4            43:25             133:2
  128:9                 2022 136:17       4 17:8 110:2      67 137:21         134:2
12207 2:13              210.45 19:24      4/9/2018          ─────────         135:24
12224 2:21              27:7              20:5                   7            95 35:24
125 49:16               212 1:25          40 9:6 89:15      7:00 21:20        9th 24:19
128 137:23              21st 1:15         89:19             65:22             31:21
13 107:8,12             138:19            90:21             68:20,23          39:19
  137:11                26 102:5,6        137:20            84:6,11           43:12
130 137:5               27 102:5,6,8      41 67:15,16       7th 67:10         65:19,22
140 38:15               273-9911          67:20             68:4              67:4 72:20
16 137:14               1:25              137:21            ─────────         74:7 79:2
19 137:16               276 21:22         42 137:18              8            81:3 83:10
─────────               28 64:16,20       46 21:23          8 21:20           91:15
      2                 137:13            ─────────         69:15             100:11
2 35:9 54:3             29 106:9               5            133:25            125:17
2/9/18 90:6             29-32 106:11      5 137:4           8608 67:18        126:24
2:02 136:12             137:10            5:00 14:24        67:19             132:18
20 1:7 56:19            ─────────         15:7 23:23        137:21
  56:25 57:5                 3            36:8,13,16        8611 64:18
  116:23                3 17:4,8          36:21             64:19
  118:8                 3:00 14:24        37:15             137:13
  137:12                15:3 23:22        54:21 55:4        89 137:20
```

# <u>Exhibit B</u>

**Page 1**

```
 1
 2
 3
 4   UNITED STATES DISTRICT COURT
 5   NORTHERN DISTRICT OF NEW YORK
     - - - - - - - - - - - - - - - - - - - - -x
     J.M., as Administrator
     of the Estate of
     Her son, C.B.,
              Plaintiff
                   No. 20 Civ. 00091(TJM)(CFH)
      -against-

     ASHLEY SESSIONS, ELISE M. WILLIAMS,
     JOSHUA A. BUELL, CORY C. BEHLAN,
     RAYMOND J, MCGINN,
     KATHERINA L. CASSATA and
     MICHAEL NOVACK,

              Defendants.
     - - - - - - - - - - - - - - - - - - - - -x

         Oral deposition of ELISA M. WILLIAMS was
     held via Zoom, commencing December 20th,
     2021, at 10:00 a.m., before NICOLE LEBOVIC, a
     Court Reporter and Notary Public in and for
     the State of New York.




     HUDSON COURT REPORTING & VIDEO   (212) 273-9911
```

**Page 2**

```
 1
 2   A P P E A R A N C E S:
 3
 4   EMERY CELLI BRINKERHOFF ABADY
     WARD & MAAZEL, LLP
 5        Attorneys for Plaintiffs
          600 Fifth Avenue
 6        10th Floor
          New York, New York 10020
 7
     BY:   SAM SHAPIRO, ESQ.
 8        sshapiro@ecbawm.com
 9
10
11   CAPEZZA HILL, LLP
          Attorneys for Defendant
12        ASHLEY SESSIONS
          30 S Pearl Street
13        Suite P-110
          Albany, New York 12207
14
     BY:   BENJAMIN HILL, ESQ.
15        ben@capezzahill.com
16
17
18   NEW YORK STATE ATTORNEY GENERAL- ALBANY
          Attorneys for Defendants
19        ELISE M. WILLIAMS, JOSHUA A.
          BUELL, CORY C. BEHLAN, RAYMOND J,
20        MCGINN, KATHERINA L. CASSATA
          and MICHAEL NOVACK
21        The Capitol
          Albany, New York 12224
22
     BY:   RYAN W. HICKEY, ESQ.
23        ryan.hickey@ag.ny.com
24        KASEY K. HILDONEN, ESQ.
          kasey.hildonen@ag.ny.com
25
```

**Page 3**

```
 1
 2          S T I P U L A T I O N S
 3
 4          IT IS HEREBY STIPULATED AND AGREED
 5   by and between the attorneys for the
 6   respective parties herein, that filing,
 7   sealing and certification be and the
 8   same are hereby waived.
 9
10          IT IS FURTHER STIPULATED AND
11   AGREED that all objections, except as to the
12   form of the question shall be reserved
13   to the time of the trial.
14
15          IT IS FURTHER STIPULATED AND
16   AGREED that the within deposition may be
17   signed and sworn to before any officer
18   authorized to administer an oath, with
19   the same force and effect as if signed
20   and sworn to before the Court.
21
22
23
24
25
```

**Page 4**

```
 1
 2    E L I S E  M. W I L L I A M S, having first
 3   been duly sworn by a Notary Public of the
 4   State of New York, was examined and testified
 5   as follows:
 6          THE COURT REPORTER:  The
 7      attorneys participating in this
 8      deposition acknowledge that I am not
 9      physically present in the deposition
10      room and that I will be reporting this
11      deposition remotely.
12          They further acknowledge that, in
13      lieu of an oath administered in person,
14      the witness will verbally declare his
15      testimony in this matter under penalty
16      of perjury.  The parties and their
17      counsel consent to this arrangement and
18      waive any objections to this manner of
19      reporting.
20          Please indicate your agreement by
21      stating your name and your agreement on
22      the record.
23          THE WITNESS:  I agree.
24          MR. SHAPIRO:  On behalf of the
25      plaintiff, I agree.
```

Pages 1 to 4

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

# JA411

Page 5

1          ELISE M. WILLIAMS
2          MR. HICKEY:  Ryan Hickey on
3    behalf of the defendants, I agree.
4          MS. HILDONEN:  Kasey Hildonen, on
5    behalf of the defendants, I agree.
6          MR. HILL:  Benjamin Hill on
7    behalf of defendant, Ashley Sessions, I
8    also agree.
9    EXAMINATION BY
10   MR. SHAPIRO:
11        Q.    All right.  Good morning, Ms.
12   Williams.
13        A.    Good morning.
14        Q.    My name at Sam Shapiro, we met
15   briefly off the record.  I represent the
16   plaintiff, J.M., in this action.
17              I just want to go over a couple
18   of ground rules before we get started this
19   morning.
20              Have you ever been deposed
21   before?
22        A.    I have not.
23        Q.    You just took an oath to tell the
24   truth, do you understand that?
25        A.    Yes.

Page 6

1          ELISE M. WILLIAMS
2          Q.    And your answers today will have
3    the same effect as if they were given in
4    court, do you understand that?
5          A.    Yes.
6          Q.    And you're speaking under penalty
7    of perjury, do you understand?
8          A.    Hmm-hmm.
9          Q.    So when you answer, I just need
10   you to say "Yes" or "No."  Hmm-hmms or head
11   nods are hard for the court reporter to take
12   that down.
13        A.    Okay.
14        Q.    Is it possible to sort of turn
15   your volume up, I'm just having a little
16   trouble hearing you?
17        A.    Let me see.  Is that any better?
18        Q.    That is a little better, thank
19   you, I appreciate it.
20              When I ask a question, I would
21   just ask you to please let me finish the
22   question so the court reporter can get the
23   whole question down and then you can answer
24   and I'll try not to talk over you as well.
25              Is that fair?

Page 7

1          ELISE M. WILLIAMS
2          A.    Yes.
3          Q.    If you don't understand a
4    question I ask, you ask can me for
5    clarification.  Do you understand that?
6          A.    Yes.
7          Q.    But if you answer my question,
8    I'm going to assume you understood and
9    you're answering to the best of your ability
10   and truthfully; is that fair?
11        A.    Yes.
12        Q.    Is there any reason you're not
13   able to testify truthfully today?
14        A.    Nope.
15        Q.    Not taking any medication that
16   would interfere with your ability to testify
17   truthfully?
18        A.    No.
19        Q.    From time to time your counsel
20   may object to a question that I pose, unless
21   he tells you not to answer, then I would ask
22   you to please answer the question that I've
23   asked.  Okay?
24        A.    Okay.
25        Q.    Did you do anything to prepare

Page 8

1          ELISE M. WILLIAMS
2    for the deposition today, Ms. Williams?
3          A.    I did, I had a discussion with
4    Ryan and reviewed over some documentation as
5    well.
6          Q.    And when was that discussion that
7    you had?
8          A.    Tuesday, last week.
9          Q.    And approximately how long was
10   that discussion?
11        A.    That was about two hours long.
12        Q.    Did you meet in-person?
13        A.    No, it was a phone call.
14        Q.    Zoom or a phone call?
15        A.    Over the phone.
16        Q.    Which documents did you review?
17        A.    I would have to see it.  I can
18   pull them up here.  They were a number of
19   documents, namely -- is it better to give
20   like the document number or how do you want
21   me to --
22        Q.    Why don't you tell me sort of
23   what the description -- well, let me ask you
24   this.  It appears that you have some
25   documents in front of you; is that correct

Pages 5 to 8

Page 9

| | ELISE M. WILLIAMS |
|---|---|
| 1 | ELISE M. WILLIAMS |
| 2 | today? |
| 3 | A.   Ryan was able to share them as an |
| 4 | attachment in an e-mail to me, that's how I |
| 5 | was able to review them. |
| 6 | Q.   And then did you print them out, |
| 7 | are they in front of you today as we speak? |
| 8 | A.   I did not, no, I'm looking at my |
| 9 | cell phone. |
| 10 | Q.   Okay.  I guess, let me just -- |
| 11 | well let me ask you, which documents did you |
| 12 | review first?  Let's start there and if you |
| 13 | can give me a description of the document, |
| 14 | that would be helpful? |
| 15 | A.   Let me see, one was the nursing |
| 16 | notes from 2018, from January through to |
| 17 | April. |
| 18 | Another one -- there were |
| 19 | providers' notes, let me see, this is for at |
| 20 | least part of 2017 -- also for 2018. |
| 21 | And let me see what else is here, |
| 22 | nursing notes for -- looks like 2017 and |
| 23 | 2018. |
| 24 | And there were three quarterly |
| 25 | reviews or quarterly nursing assessments |

Page 10

| | ELISE M. WILLIAMS |
|---|---|
| 1 | ELISE M. WILLIAMS |
| 2 | that were also reviewed. |
| 3 | Q.   And when was those from? |
| 4 | A.   Those were all -- one was |
| 5 | September of 2017, one was December of 2017, |
| 6 | one was March of 2017. |
| 7 | Q.   March of 2017 or 2018? |
| 8 | A.   2017. |
| 9 | There was the plan of nursing |
| 10 | service, which had been last updated in |
| 11 | January of 2018 and a weight record, which |
| 12 | spans from 2013 through 2018. |
| 13 | Q.   Did you say "weight record"? |
| 14 | A.   Yes. |
| 15 | Q.   Anything else? |
| 16 | A.   I'm trying to look and see, let |
| 17 | me see here.  The only other thing was the |
| 18 | response to interrogatories that had been |
| 19 | previously submitted. |
| 20 | Q.   When you say providers' notes, |
| 21 | what do you mean by that? |
| 22 | A.   So, the nurse practitioner or |
| 23 | other medical provider who would have seen |
| 24 | M.B.  They are labeled across the top the |
| 25 | page, I believe it's "Physician note." |

Page 11

| | ELISE M. WILLIAMS |
|---|---|
| 1 | ELISE M. WILLIAMS |
| 2 | Q.   Thank you, I appreciate that. |
| 3 | One more rule I should have said |
| 4 | as this is a remote deposition world, if you |
| 5 | could just take your cell phone and place it |
| 6 | sort of out of sight from you during the |
| 7 | deposition.  I would just ask that you not |
| 8 | text or communicate with anyone while the |
| 9 | deposition is pending. |
| 10 | Obviously when we take breaks, |
| 11 | you're free to communicate with your |
| 12 | counsel.  But while I'm questioning, I would |
| 13 | just appreciate if you could take your cell |
| 14 | phone and remove it from your area, that |
| 15 | would be helpful. |
| 16 | A.   Yeah, I can do that. |
| 17 | Q.   Thank you.  Okay. |
| 18 | And did you review any audio |
| 19 | statements or anything like that in |
| 20 | preparation for today? |
| 21 | A.   No. |
| 22 | Q.   Did you have any conversations |
| 23 | with anyone other than your counsel to |
| 24 | prepare for today? |
| 25 | A.   I did not.  The only other people |

Page 12

| | ELISE M. WILLIAMS |
|---|---|
| 1 | ELISE M. WILLIAMS |
| 2 | I spoke to regarding my doing a deposition |
| 3 | today was my supervisor at work to be able |
| 4 | to be allowed to be here. |
| 5 | Q.   And who's your current supervisor |
| 6 | at work? |
| 7 | A.   My current supervisor is Dr. Todd |
| 8 | Podkowka. |
| 9 | I can spell that last name if you |
| 10 | need it. |
| 11 | Q.   Yes, could you spell it, please? |
| 12 | A.   It's P-O-D-K-O-W-K-A. |
| 13 | Q.   Ms. Williams, do you still work |
| 14 | for OPWDD? |
| 15 | A.   I do. |
| 16 | Q.   And you know what I mean by the |
| 17 | acronym "OPWDD," right? |
| 18 | A.   Yes. |
| 19 | Q.   Do you ever use your personal |
| 20 | cell phone to discuss your work? |
| 21 | A.   No. |
| 22 | Q.   Do have you a personal e-mail |
| 23 | address? |
| 24 | A.   I do. |
| 25 | Q.   Do you ever use your personal |

Pages 9 to 12

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 13

```
1            ELISE M. WILLIAMS
2   e-mail to discuss work?
3      A.   No.
4      Q.   Did you ever send any e-mails or
5   receive any e-mails from your personal
6   e-mail account regarding C.B.?
7      A.   No.
8      Q.   Did you ever send any texts or
9   receive any texts from your personal cell
10  phone regarding C.B.?
11     A.   No.
12     Q.   Do you have a cell phone issued
13  by OPWDD?
14     A.   I do not.
15     Q.   I'm sorry?
16     A.   I do not.
17     Q.   Are you able to access -- strike
18  that.
19          Do you have an OPWDD e-mail
20  account?
21     A.   I do.
22     Q.   Is that something you're able to
23  access on your cell phone?
24     A.   I am not.
25     Q.   Did you ever search for documents
```

Page 14

```
1            ELISE M. WILLIAMS
2   in connection with this case?
3      A.   No.
4      Q.   Do you have a computer that was
5   issued by OPWDD?
6      A.   I do not.
7      Q.   Do you have a personal computer?
8      A.   Yes.
9      Q.   Do you use that in connection
10  with work ever?
11     A.   No.
12     Q.   Do you keep any documents or
13  papers at your house that relate to your
14  work?
15     A.   No.
16     Q.   Ms. Williams, I'm going to,
17  throughout the day, hop into the chat here,
18  exhibits and I'm hoping this will work, but
19  let's see.
20          So, I'd like to mark as
21  Exhibit 25, which I just popped into the
22  chat.
23          (Résumé of Elise M. Williams was
24          marked as Plaintiff Exhibit 25 for
25          identification; 12/20/21.)
```

Page 15

```
1            ELISE M. WILLIAMS
2      Q.   And tell me if you're able to
3   open that?
4      A.   Yes, I have it.
5      Q.   Okay, great, perfect.
6          MR. SHAPIRO:  I'm marking as
7      Exhibit 25.  The document that has your
8      name on the top of it, it appears to be
9      your résumé.
10     Q.   Is that what you recognize it to
11  be, Ms. Williams?
12     A.   Yes.
13     Q.   And this particular document,
14  Exhibit 25, which is Bates stamped Williams
15  91, when was this written?
16     A.   I'm going to say that it was
17  written in 2015, as per the date of
18  graduation when I would have updated it.
19     Q.   And focusing for a moment on the
20  Section called, "Education, licenses and
21  certifications," am I correct that you
22  received an associate's degree in applied
23  sciences from Broome Community College?
24     A.   Yes.
25     Q.   And that was in 2012.
```

Page 16

```
1            ELISE M. WILLIAMS
2      A.   Yes.
3      Q.   And you received a bachelor's of
4   science in nursing from Binghamton
5   University, correct?
6      A.   Yes.
7      Q.   In 2015, right?
8      A.   Yes.
9      Q.   Since this résumé, have you had
10  any additional education?
11     A.   I have, yes.
12     Q.   What is that?
13     A.   I graduated this past May,
14  May 2021 with my master's degree as a family
15  nurse practitioner.
16     Q.   Where did you graduate from?
17     A.   Binghamton University.
18     Q.   You said it was a master's as a
19  family nurse practitioner?
20     A.   Yes.
21     Q.   Are you now registered as a nurse
22  practitioner?
23     A.   I am, yes.
24     Q.   Is that a license that you
25  received to practice as a nurse
```

Page 17

1          ELISE M. WILLIAMS
2    practitioner?
3        A.   It is, I have my RN license
4    through New York State.  I also have my NP
5    license to practice through New York State,
6    as well as my national board certification
7    through AANP.
8        Q.   So, let's talk about that.  So,
9    the first -- you were licensed as a
10   registered nurse in 2012; is that right?
11       A.   Correct.
12       Q.   And have you maintained that
13   license ever since 2012?
14       A.   I have.
15       Q.   Did you have to take a test to
16   receive that license?
17       A.   I did, yes.
18       Q.   Did you pass that on your first
19   try?
20       A.   I did.
21       Q.   Did you take the test in 2012 as
22   well?
23       A.   I did.
24       Q.   What educational requirements are
25   there to get your registered nurse license?

Page 18

1          ELISE M. WILLIAMS
2        A.   A lot of them are the
3    requirements of the program.  There's a
4    certain requirement -- and I don't remember
5    the number of hours, but there's certain
6    number of clinical hours that you have to
7    do.
8          There's the requirement for how
9    well you have to score on your classes you
10   take.  At the associate's degree level, you
11   have to score a "C" or better in order to
12   pass the class.
13       Q.   And is there any -- well, at the
14   time you took your RN license exam, you had
15   received your associate's degree; is that
16   correct?
17       A.   Correct.
18       Q.   And was it a requirement to take
19   the RN license exam that you had an
20   associate's degree, was that a requirement?
21       A.   The requirement, as best I
22   remember, is you either have to have a
23   associate's degree or a bachelor's degree in
24   order to sit for the RN boards exam.
25       Q.   And you sat for it before you got

Page 19

1          ELISE M. WILLIAMS
2    your bachelor's degree, right?
3        A.   Correct.
4        Q.   What about for the nurse
5    practitioner, what do you understand the
6    requirements to be to sit for that exam?
7        A.   So, the requirements for that
8    exam, again, are fulfilling the program
9    requirements.  We have to have a minimum of
10   500 hours of clinical to meet those program
11   requirements.  We are also held to a
12   standard of scoring at a "B" grade or higher
13   for all of our classes in order pass those
14   classes.
15       Q.   Are you required to have a
16   bachelor's degree in order to sit for the
17   nurse practitioner exam?
18       A.   Master's degree.
19       Q.   When did you take that exam, the
20   nurse practitioner exam?
21       A.   I took that on October 30th of
22   2021.
23       Q.   Do you know if you passed yet?
24       A.   I did, yes.
25       Q.   Focusing on your registered nurse

Page 20

1          ELISE M. WILLIAMS
2    license for a moment, are there any
3    continuing education requirements in
4    connection with that license?
5        A.   There are not.
6        Q.   What about your nurse
7    practitioner license?  I know it's new, but
8    are there any continuing education
9    requirements in connection with that
10   license?
11       A.   For the nurse practitioner
12   license there are continuing ed credits that
13   are involved with that with maintaining the
14   board certification.
15          I believe it's 150 -- I believe
16   it's 150 continuing ed credits every
17   five years that have to be submitted to AANP
18   to continue the board certification
19   credentialing.
20       Q.   You said you graduated from
21   Binghamton with your master's in 2020, when
22   did you start that master's program?
23       A.   I actually graduated 2021, sorry.
24       Q.   My apologies.
25       A.   I started that fall of 2016.

Page 21

ELISE M. WILLIAMS

1
2    Q.   And -- I'm sorry, I missed the
3  end of that?
4    A.   I went through their program as a
5  part-time student.
6    Q.   Did you go -- did you attend
7  continuously from 2016 to 2021?
8    A.   I had one semester that I had to
9  take a one semester break due to family
10  health issues.
11    Q.   When you say part time, were you
12  continuing to work while you were going for
13  your master's?
14    A.   I was, yes.
15    Q.   Did you attend school at night?
16    A.   I did not.  I was able to work
17  which shift I worked and hours I worked to
18  accommodate my school schedule.
19    Q.   Looking back at Exhibit 25, which
20  is your résumé from 2015, I want to talk
21  first about the item you have here,
22  "Clinical:  Broome Community College,
23  Binghamton, New York," tell me a little bit
24  about that work?
25    A.   So, that encompasses the dates

Page 22

ELISE M. WILLIAMS

1
2  seen on that document, 2008 to 2012, was the
3  date that I was in school for my associate's
4  degree, also completing that on a part-time
5  basis.  I did work through most of that
6  degree as a nurse's aide.
7       That work, it's just a snapshot
8  at what type of stuff I did as a nurse's
9  aide, the assessments I did, the experiences
10  like that, as I did not work as a RN
11  previous to this résumé.
12    Q.   And at Broome Community College,
13  what was your title there while you were
14  doing your associate's degree, did you have
15  a title?
16    A.   Other than student nurse, no.
17    Q.   Student nurse, okay.
18       And the second entry you have
19  under professional experience is nurse's
20  aide at Chenango Memorial Hospital; is that
21  right?
22    A.   Yes.
23    Q.   So, is that something that you
24  were doing at the same time you were working
25  as a student nurse in Broome Community

Page 23

ELISE M. WILLIAMS

1
2  College?
3    A.   I wouldn't say working as a
4  nursing student, I was a nursing student
5  there doing my studies.  It was not a paid
6  position.  So, you pay to do the work
7  instead of vice versa.
8       But nurse's aide, yes, I picked
9  that up, as it mentions, in 2009 and I did
10  that on a per diem status as my schooling
11  allowed.
12    Q.   And as a nurse's aide, could you
13  just describe for me your duties and
14  responsibilities?
15    A.   So, my responsibilities is
16  they're roughly mentioned here on the
17  résumé, was providing basic patient care,
18  assistance with activities of daily living.
19  So, getting washed, sometimes people have a
20  hard time because they can't maneuver as
21  well, so you have to help them with their
22  meals, getting cleaned up.
23       Monitoring vital signs and
24  relaying those to the nurse staff, which is
25  getting reports on those, giving reports to

Page 24

ELISE M. WILLIAMS

1
2  other nurse's aides to some of the nurses,
3  working together as a team with respiratory,
4  you know, coming down to the cafeterias if
5  people needed a different option for their
6  lunch or dinner menus.
7       Any sort of code calls or
8  response team calls, I would respond to
9  those as well and post mortem care as well.
10    Q.   Did you work at all between 2012
11  and 2015?
12    A.   I did not.
13    Q.   Was that because you were
14  pursuing your bachelor's degree during that
15  time?
16    A.   That and I was also dealing with
17  some personal health issues at that time as
18  well.
19    Q.   During the course of your
20  training and I want to focus on the training
21  that you did prior to becoming a registered
22  nurse, during the course of that training,
23  were you trained on how to take a patient's
24  vital signs?
25    A.   Yes.

Pages 21 to 24

Page 25

ELISE M. WILLIAMS

2  Q.   Where did you receive that
3  training?
4  A.   I received that both during my
5  schooling as a registered nurse doing my
6  associate's degree, as well as part of my
7  on-the-job training for the nurse's aide
8  position.
9  Q.   What are vital signs, what does
10  that term mean to you?
11  A.   Vital signings typically what we
12  define as signs of -- that are vital to
13  being allowed.  So, it's having a pulse,
14  having a blood pressure, breathing, having
15  an oxygen saturation and having a
16  temperature.
17  Typically, when we reference
18  vital signs, we're referencing the blood
19  pressure, the heart rate, the pulse -- yeah,
20  blood pressure, heart rate, temperature, the
21  pulse ox and those -- a full set would
22  include all of those and a respiratory rate.
23  Q.   And did you receive -- aside from
24  the training you just mentioned on the job
25  and while pursuing your associate's degree,

Page 26

ELISE M. WILLIAMS

2  did you receive any training on taking vital
3  signs from OPWDD?
4  A.   I don't remember particularly.
5  Q.   During your training, again, to
6  become a registered nurse, did you receive
7  training on when it's appropriate to take a
8  patient's vital signs?
9  A.   I did, I don't remember
10  particularly details of it, but I do
11  remember, you know, that being part of the
12  overall conversation.
13  Q.   Sitting here today, what is your
14  understanding of when it is appropriate to
15  take a patient's vital signs?
16  A.   Sitting here today, the
17  appropriate time to take vital signs are
18  when we are having an encounter with a
19  patient wanting to see how are they compared
20  to their baseline.
21  As a provider, seeing somebody in
22  my office, okay, we have you here, we'll
23  check and just to compare against the
24  previous set, the vital signs that we have.
25  Otherwise, if somebody is having a -- any

Page 27

ELISE M. WILLIAMS

2  sort of issue or complaint or if there's a
3  concern.
4  Q.   And you used the phrase
5  "Baseline," can you describe to me what you
6  mean by that?
7  A.   Everybody has a rough baseline of
8  what their vital signs usually run.  Some
9  people run with a blood pressure of 102 over
10  56, where other people run at 140 over 80.
11  So, knowing where that person's normal is,
12  gives me an idea as for okay, if this person
13  usually runs low and all of a sudden they're
14  up in the 130s, that could effect them
15  differently then somebody who runs 140 and
16  all of sudden is in the 130s.
17  If that makes sense?
18  Q.   How do you, as a nurse, determine
19  what someone's baseline is?
20  A.   So, usually what we do is we look
21  back over the past so many sets of vital
22  signs and we look for how many months or
23  whatever and say, "Is this what this person
24  normally runs or is it all of a sudden too
25  high or too low compared to that?"

Page 28

ELISE M. WILLIAMS

2  And then we take into
3  consideration things like, were they just up
4  walking a bunch?  Had they been out smoking
5  where it's going to put their heart rate up?
6  Are they nervous?  Is there a lot of
7  stressors going on or have they been sitting
8  down watching a movie that's not an action
9  film?
10  Q.   And I assume when you look --
11  when you're looking back over a set of vital
12  signs, you're relying on the medical records
13  that this patient had, right, that are
14  available to you?
15  A.   Correct.
16  Q.   And before -- is it your practice
17  before taking a patient's vital signs to
18  review the prior vital signs that have been
19  taking to determine a baseline?
20  A.   Not always.  Usually they are
21  referred if we have a question like, "Oh, is
22  that usually" -- if I don't remember exactly
23  what that person usually runs or if the
24  person looks at the screen on the blood
25  pressure machine or whatever and says, "Oh,

Page 29

```
1              ELISE M. WILLIAMS
2    well that doesn't seem like my usual."  Then
3    we will go back and review.  Or sometimes
4    just be like, "Okay, let me just double
5    check."
6         Q.   I want to make sure I understand
7    that, if you see vital signs and they're
8    within normal limits, is it your practice to
9    go and check what the baseline of that
10   particular patient is?
11        A.   If they are within normal limits
12   and there's no major complaints or anything
13   or I'm really concerned about them, then I
14   wouldn't necessarily go check, no.
15        Q.   So prior to taking a person's
16   vital signs, it would not be your practice
17   to check what the person's baseline is, is
18   that fair to say?
19        A.   Yes.
20        Q.   Are you familiar with orthostatic
21   vital signs?
22        A.   I am.
23        Q.   What are those?
24        A.   Orthostatic vital signs are when
25   you take somebody's vital signs laying down,
```

Page 30

```
1              ELISE M. WILLIAMS
2    sitting and then standing and you watch to
3    see if there is a big change in the blood
4    pressure, mainly blood pressure and heart
5    rate to see with that position change is
6    there a change.
7              Typically when somebody goes from
8    laying to sitting and standing, there is a
9    little bit of a drop.  What we look for is
10   not a huge drop.
11        Q.   And in the course your training
12   to become a registered nurse, did you
13   receive training about taking orthostatic
14   vital signs?
15        A.   Yes.
16        Q.   Was that part of your associate's
17   degree?
18        A.   I don't remember.
19        Q.   Part of your work in clinical
20   work in preparing to become a registered
21   nurse?
22        A.   I believe it was.  I know it was
23   also covered in my training as a nurse's
24   aide.
25        Q.   Did you receive any training from
```

Page 31

```
1              ELISE M. WILLIAMS
2    OPWDD concerning orthostatic vital signs?
3         A.   I don't remember.
4         Q.   When is it appropriate to take a
5    patient's orthostatic vital signs?
6         A.   So, if a patient is complaining
7    about feelings of dizziness or they -- you
8    know, they stand up very quickly and they're
9    like, "Oh, I feel lightheaded."  And during
10   the course of your getting your history from
11   them, "When do you end up with these
12   feelings of lightheadedness?"  They say,
13   "Every time I get up out of a chair" or
14   "Every time I get up out of bed or off the
15   couch."
16             You kind of get an idea, okay, it
17   seems to be something with that position
18   change, let's see if maybe this is the
19   problem.
20        Q.   And do you, as a registered
21   nurse, make the decision about whether to
22   take someone orthostatic vital signs?
23        A.   As a registered nurse we can make
24   that decision.  Sometimes it will be ordered
25   by a provider if the provider feels it needs
```

Page 32

```
1              ELISE M. WILLIAMS
2    to be done, where they'll be like, "Check it
3    a couple of days in a row and see if there's
4    some sort of change happening."
5              But it can be done as a nursing
6    action as well.
7         Q.   Let me just try to make sure I
8    understand the terms you're using.  You used
9    the term "Provider," what do you mean by
10   that term?
11        A.   So provider would mean a nurse
12   practitioner or an MD or a DO, who is
13   providing medical care at the advanced
14   level.
15        Q.   A registered nurse is not a
16   provider; is that right?
17        A.   No.
18        Q.   And you used the phrase "Nurse's
19   action," what does that mean?
20        A.   So, there is some things that a
21   nurse is capable of doing and allowed to do
22   legally speaking that they don't need the
23   doctor's order to do, they could do it as a
24   nurse's action.
25             So like, I can tell my staff,
```

Pages 29 to 32

Page 33

ELISE M. WILLIAMS

1
2  "Hey, I want vital signs every so many hours
3  on this person." As a nurse, I don't need a
4  doctor's order to do that, it's a nursing
5  judgment call.
6          Q.   And is that -- in that example
7  you just gave, let's assume there is an
8  order from a provider to take this patient's
9  vital signs, you know, every couple of days
10 for example, are you explaining that the
11 nurse doesn't need a follow-up order from
12 the provider to take those vital signs
13 because there's already been a direction to
14 do vital signs every couple of days; is that
15 what you're saying?
16         A.   Not necessarily. So, if I'm --
17 as a nurse, if I'm at work and somebody had
18 a medical complaint where I feel like we
19 need to check their vital signs routinely,
20 as nurse I can say, "Let's check them every
21 four hours." I don't have to call the
22 doctor on-call to get a telephone order
23 allowing me to do that, I could do that as a
24 nurse.
25         Now, if there's a doctor's order

Page 34

ELISE M. WILLIAMS

1
2  stating, "Check the vital signs," you know,
3  if there's been a med change, we want to
4  check their blood pressure once a day or
5  twice a day for a week, that order stands
6  separate of what I might do.
7          I can increase the frequency. I
8  can't decrease the frequency without another
9  order saying, you know, "Stop it before the
10 seven days" or something from that
11 standpoint.
12         Q.   What are some other examples of
13 nurse's actions?
14         A.   Let me think of some, more
15 helpful ones.
16         Putting somebody on -- let's see,
17 frequent vital signs, monitoring how well
18 somebody's doing for their intake, making
19 sure that they're drinking well, eating
20 meals well is another form of a nursing
21 action.
22         Q.   When you say, "Monitoring," how
23 does the nurse monitor how well someone is
24 doing for their intake?
25         A.   So, in our setting at OPW, which

Page 35

ELISE M. WILLIAMS

1
2  is quite different than the hospital realm
3  of things, that would be me as a nurse
4  calling down to the house and talking with
5  the direct care staff and asking them, "Were
6  they drinking today? If so, how much do you
7  think they drank? Did they have their
8  favorite cup, the whole 24 ounces?"
9          And we get not a hundred percent
10 idea, but at least a rough idea, you know,
11 if they had their favorite cup that holds 24
12 ounces, they had three of those today. So,
13 that gives me an idea during my time there
14 how much were they drinking.
15         And then, you know, did they eat
16 dinner? Did they skip dinner? Did they eat
17 snacks or did they skip? You know, just a
18 general idea more so like that.
19         Q.   What are some other examples of
20 nursing actions besides vital signs and
21 monitoring how well someone is doing with
22 intake?
23         A.   For the OPWDD realm, we can put
24 people on increased bed checks. We can put
25 people on -- working with the head of shift

Page 36

ELISE M. WILLIAMS

1
2  and other supervisory staff, we can put
3  people on a medical one-to-one status if we
4  feel that they're at risk for some sort of a
5  medical problem or a psychiatric problem
6  even.
7          Q.   Describe to me what a medical
8  one-to-one status means?
9          A.   So, medical one to one is where
10 somebody is having some sort of an issue or
11 at risk for an issue. Sometimes it's more
12 of they had a procedure done so they need
13 somebody there help them post procedure. Or
14 maybe they're not feeling well. Maybe
15 they're being behavioral where they're
16 having self-injurious behavior where it's a
17 combination of more of a psychiatric one to
18 one than a medical one to one.
19         But that can be instituted
20 without a provider's order. So, that is
21 where we collaborate with our supervisory
22 team members on the head of shift and we
23 work with them and say, "Okay, what's your
24 thoughts on it? What's their behavioral
25 support plan say? And according to what I'm

Pages 33 to 36

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 37

ELISE M. WILLIAMS

1    ELISE M. WILLIAMS
2    seeing as a nurse, this person needs this
3    person needs a closer monitoring, to have a
4    staff member with them on a one-to-one
5    basis."
6        Q.   And then if you as a nurse order
7    or decide to put a patient on a medical
8    one-to-one status, would the results of that
9    be that the direct care staff person is
10   within eyesight of the patient at all times?
11       A.   It can be within eyesight.  It
12   depends on whether they're medical
13   one-to-one doors open, bedroom and bathroom,
14   or whether they're a medical one-to-one
15   doors closed.
16           So, doors closed would mean every
17   time they come out of that room, then
18   they're on that one-to-one status, but they
19   have privacy in their bedroom and in the
20   bathroom.
21       Q.   I see.  But there's also a
22   possibility of doing a door closed, where a
23   staff person is with that patient at all
24   times, right?
25       A.   Well, if their door is closed,

Page 38

ELISE M. WILLIAMS

1    ELISE M. WILLIAMS
2    they have that privacy.  If their door is
3    open, then they do not have that privacy.
4        Q.   Got it, sorry, I mixed those up,
5    that's helpful.
6           Any other examples you can think
7    of, of a nursing action?
8        A.   I think those are the best ones
9    that come off the top of my head.
10       Q.   Going back to your training to
11   become a registered nurse, as part of that
12   training, were you trained on how to examine
13   a patient's lungs?
14       A.   Yes.
15       Q.   And where did you receive that
16   training?
17       A.   During my associate's degree at
18   -- they've changed the name of it since then
19   -- SUNY Broome or Broome Community College.
20       Q.   Did you take a particular class
21   that addressed examining a patient's lungs?
22       A.   That was a few years ago.  I
23   don't remember the name of the class.  I
24   know there are typically classes that spend
25   more time in the assessment -- learning

Page 39

ELISE M. WILLIAMS

1    ELISE M. WILLIAMS
2    assessments.
3        Q.   What do you mean by "Learning
4    assessments"?
5        A.   So, there's usually like an
6    anatomy and physiology class where you're
7    learning how to do the overall head to toe
8    assessment on a patient.
9        Q.   And that was a class or a -- that
10   you took in connection with your associate's
11   degree?
12       A.   Yes.
13       Q.   Tell me about the training you
14   received on examining someone's lungs?
15       A.   So, the training I received at
16   that point and have built upon since, to
17   examine somebody's lungs to the fullest is
18   where you start at the top of the chest,
19   both front and back, and you do what's
20   called a ladder patten.
21           So, you assess from one side and
22   then you go to the other side.  You step
23   down about an inch or so, maybe two inches,
24   you listen there and then you listen again
25   on the other side and you go in that ladder

Page 40

ELISE M. WILLIAMS

1    ELISE M. WILLIAMS
2    pattern down.
3        Q.   Down the chest?
4        A.   Down the chest, front and back,
5    yes.
6        Q.   And that's using a stethoscope?
7        A.   Yes.
8        Q.   And you do front and back you
9    said?
10       A.   Yes.
11       Q.   And tell me about what you were
12   training to be listening for when you're
13   doing those ladder exams?
14       A.   So, when you're listening to
15   that, you're listening for appropriate
16   airflow both in and out of the lungs, you're
17   listening to see is there inspiratory
18   wheezes or expiratory wheezes, are there any
19   crackles or rhonchi.
20           Any sort of crackles are more of
21   a fine wet kind of sound, where rhonchi is
22   more of a big gurgly sound of air moving
23   through water where you're going, "Ew."
24           But when you're listening for
25   those differences in sound and wanting to

Pages 37 to 40

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 41

|   | ELISE M. WILLIAMS |
|---|---|
| 1 | ELISE M. WILLIAMS |
| 2 | just make sure that they are flowing through |
| 3 | correctly and adequately. |
| 4 | Q.    And the assessment class you took |
| 5 | as part of your associate's degree, was this |
| 6 | all of what you just mentioned discussed in |
| 7 | that class? |
| 8 | A.    It would have been, yes. |
| 9 | Q.    You mentioned the term "Crackle," |
| 10 | what is crackle? |
| 11 | A.    So crackles are that fine kind of |
| 12 | a -- I'm going to think of a good way to say |
| 13 | -- it could almost sound like if you're |
| 14 | taking a piece of paper and trying to crunch |
| 15 | it.  It's not a gurgly where you get with |
| 16 | more of a rhonchi, where you get the big |
| 17 | moist gurgles of air going through water. |
| 18 | It's more of a fine sound. |
| 19 | It could still be air going |
| 20 | through water, but it's a finer bit.  It's |
| 21 | not like, "Okay, there's" -- I don't want to |
| 22 | say not as much water involved that the air |
| 23 | might be going through or something thicker. |
| 24 | Q.    I couldn't understand the word |
| 25 | you were using, the one where the air was |

Page 42

| 1 | ELISE M. WILLIAMS |
|---|---|
| 1 | going through water? |
| 2 | going through water? |
| 3 | A.    Rhonchi. |
| 4 | Q.    Rhonchi?  Could you spell that |
| 5 | for me? |
| 6 | A.    It's R-H-O-N-C -- sorry, spelling |
| 7 | it not my forte. |
| 8 | Q.    No problem. |
| 9 | A.    R-H-O-N-I-C or C-I -- something |
| 10 | like that. |
| 11 | Q.    Got it. |
| 12 | Now, as part of your training to |
| 13 | become a registered nurse, were you trained |
| 14 | on how to diagnosis medical conditions? |
| 15 | A.    No. |
| 16 | Q.    Is that something as a registered |
| 17 | nurse that you would be expected to do? |
| 18 | A.    No. |
| 19 | Q.    And as part of your training as a |
| 20 | registered nurse, I assume you never |
| 21 | received training on how to diagnosis |
| 22 | cardiovascular medical conditions? |
| 23 | A.    Correct.  As a registered nurse, |
| 24 | it is actually illegal to diagnose. |
| 25 | Q.    And you never received training |

Page 43

| 1 | ELISE M. WILLIAMS |
|---|---|
| 2 | on how to diagnose pulmonary conditions as a |
| 3 | registered nurse either, right? |
| 4 | A.    Correct. |
| 5 | Q.    Did you receive training on how |
| 6 | to identify symptoms of various medical |
| 7 | conditions? |
| 8 | A.    We do receive training at the RN |
| 9 | level on different symptoms that can be |
| 10 | indicatory of other diseases and of the |
| 11 | disease processes where it pretty much comes |
| 12 | down to, okay, if you see these symptoms, |
| 13 | then you want to let the provider know, |
| 14 | "Hey, this is what I'm seeing, I have |
| 15 | concerns." |
| 16 | Q.    And in connection with that |
| 17 | training, did you receive training about |
| 18 | identifying symptoms or indicators of |
| 19 | cardiovascular medical conditions? |
| 20 | A.    Yes. |
| 21 | Q.    Were you trained -- during your |
| 22 | training, did you learn that shortness of |
| 23 | breath can be a symptom of a cardiovascular |
| 24 | medical condition? |
| 25 | A.    Yes. |

Page 44

| 1 | ELISE M. WILLIAMS |
|---|---|
| 2 | Q.    Did you learn that it's relevant |
| 3 | whether a patient experiences shortness of |
| 4 | breath when standing up, for example? |
| 5 | A.    I'm not understanding. |
| 6 | Q.    Let me rephrase that question, |
| 7 | that was not well asked. |
| 8 | When you were trained to identify |
| 9 | indicators or symptoms of cardiovascular |
| 10 | medical conditions, you said shortness of |
| 11 | breath can be an indicator or a symptom; is |
| 12 | that right? |
| 13 | A.    Yes. |
| 14 | Q.    And when you're evaluating |
| 15 | someone who's experiencing shortness of |
| 16 | breath, is it relevant in what circumstances |
| 17 | that patient has experienced shortness of |
| 18 | breath? |
| 19 | A.    It is relevant mainly because you |
| 20 | want to try to decipher is it more of a |
| 21 | pulmonary issue or could it be |
| 22 | cardiovascular. |
| 23 | Q.    And so, in what ways would the |
| 24 | conditions under which the patient is |
| 25 | experiencing shortness of breath be |

Pages 41 to 44

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 45

1          ELISE M. WILLIAMS
2    relevant?
3          A.   So, somebody who is
4    cardiovascularly healthy, but who has, say
5    the diagnosis of asthma, they can feel
6    shortness of breath.  Their heart is fine,
7    it's the lung issue that's causing the
8    problem.
9               Somebody who is very obese can
10   experience shortness of breath and not
11   necessarily have either a lung or a heart
12   issue, it's more of a capacity issue because
13   there's adipose tissue and fatty tissue in
14   the way restricting their ability to inflate
15   their lungs a hundred percent.
16        Q.   And would it be relevant when
17   determining whether shortness of breath
18   could be an indicator of a cardiovascular
19   condition, would it be relevant if the
20   patient is experiencing shortness of breath
21   when doing light activity, for example?
22        A.   It would be relevant and again,
23   it'd going to be based off of, what I want
24   to say, that patient's baseline.
25             So, are they somebody who -- are

Page 46

1          ELISE M. WILLIAMS
2    they overweight, where light activity,
3    walking down a hallway, somebody who's very
4    overweight, that will make them short of
5    breath.  If that answers the question?
6         Q.   Okay, well, I guess what I'm
7    curious about is, is it relevant to you, as
8    a nurse, the times where your patient is
9    experiencing shortness of breath, is that
10   something that's relevant to your exam?
11        A.   It would be relevant if they're
12   complaining of shortness of breath again
13   where it's like, "Okay, every time you go
14   out to smoke, you come back inside, you're
15   feeling short of breath when you just
16   inhaled a whole lot of cigarette smoke" or
17   is it every time you walk a long distance?
18             Or is it normal to a pattern of
19   complaint of shortness of breath or is this
20   a change?  I have some patients that deal
21   with asthma symptoms depending on where
22   their allergies are at and what the
23   weather's been.
24             If they end up with an asthma
25   flare and it's compatible of what their

Page 47

1          ELISE M. WILLIAMS
2    history has been of, "Okay, this is your
3    asthma kicking up," then we say -- we kind
4    of go with that pattern, where if it's
5    something that shows up off of their kind of
6    baseline patterning, then we say, "Okay,
7    this could be something different."
8         Q.   So it's important to you, as a
9    medical provider, to understand the person's
10   history with respect to shortness of breath
11   and whether that history has sort of changed
12   as that person is presenting to you during
13   an exam, is that fair to say?
14        A.   Yes.
15        Q.   Can fatigue be a symptom of or an
16   indicator of cardiovascular condition?
17        A.   It can and it can also -- what I
18   want to call a very broad indicator for a
19   number of conditions.
20        Q.   How about a cough, could that be
21   a symptom or indicator of a cardiovascular
22   condition?
23        A.   It could be, yes.
24        Q.   And that could be a symptom or an
25   indicator of a pulmonary condition as well?

Page 48

1          ELISE M. WILLIAMS
2         A.   It can, yes.
3         Q.   What about fatigue, can that be a
4    symptom or indicator of a pulmonary
5    condition?
6         A.   It can be.
7         Q.   How about swelling of the
8    extremities, can that be a symptom or
9    indicator of a cardiovascular condition?
10        A.   It can, yes.
11        Q.   How about a pulmonary condition?
12        A.   Pulmonary condition?  I'm going
13   to say not as likely.
14        Q.   Are you familiar with the term --
15   the medical condition "Orthopnea"?
16        A.   I am not.
17        Q.   Are you familiar with the medical
18   condition -- I'm going to butcher this
19   pronunciation -- paroxysmal nocturnal
20   dyspnea?
21             MR. SHAPIRO:  I'll spell that for
22        you, Nicole -- P-A-R-O-X-Y-S-M-A-L --
23        nocturnal dyspnea -- D-Y-S-P-N-E-A.
24        A.   I am I think familiar with that
25   one.

Pages 45 to 48

Page 49

1              ELISE M. WILLIAMS
2        Q.    And what is that?
3        A.    I would have to look it up to
4   hundred percent refresh my memory, but I
5   think that is similar to what we commonly
6   refer to as sleep apnea.
7        Q.    And what is sleep apnea?
8        A.    Sleep apnea could be caused by a
9   number of things, but sleep apnea is where
10  somebody -- typically people who snore a
11  lot, will have episodes during the night
12  where they stop breathing.  Whether it's
13  from a nerve issue or an obstructive issue.
14       Q.    And what can sleep apnea be a --
15  what kind of medical condition could sleep
16  apnea be a symptom or indicator of?
17       A.    Like I said, there's a number of
18  different kinds of sleep apnea.  So, there's
19  ones that are more obstructive, where the
20  body in the sleep state becomes that relaxed
21  where the tongue actually slides back in the
22  throat and obstructs the airway and thus,
23  causing the snoring.
24             There's another form that is
25  actually a neurological problem where the

Page 50

1              ELISE M. WILLIAMS
2   body doesn't neurologically have all the
3   signaling to remind itself to breathe, that
4   is a more complicated sleep apnea.
5        Q.    Did C.B. suffer from sleep apnea?
6        A.    I don't remember.
7        Q.    And as a registered nurse, based
8   on your prior testimony that it's, in fact,
9   illegal to diagnosis anything as a
10  registered nurse, I'm assuming that it's
11  fair to say that you, as a registered nurse,
12  never diagnosed pulmonary edema, right?
13       A.    Yes.
14       Q.    And you, as a registered nurse,
15  never diagnosed idiopathic cardiomyopathy,
16  right?
17       A.    Correct.
18       Q.    What is pulmonology edema?
19       A.    Pulmonary edema is going to be a
20  swelling or a fluid overload in the lungs.
21       Q.    Is that -- did you learn about
22  pulmonary edema during the course of your
23  training to become a registered nurse?
24       A.    I believe so.
25       Q.    What did you learn about it

Page 51

1              ELISE M. WILLIAMS
2   during the course of that time?
3        A.    I don't think I'm quite able to
4   answer that question just in the fact that
5   I've done so much different learning and
6   advanced learning since then, I'm not able
7   to remember the particulars of what exactly
8   I learned at that point.
9        Q.    Is it fair to say that you've
10  learned more about pulmonary edema during
11  the course of your training to become a
12  nurse practitioner?
13       A.    Yes.
14       Q.    By the way, I meant to ask you
15  before, you said you started your nurse
16  practitioner training in 2016, right?
17       A.    Correct.
18       Q.    And you said you took -- was it
19  one semester off?
20       A.    I did, yes.
21       Q.    When was that semester that you
22  took off?
23       A.    That would have been fall of
24  2019.
25       Q.    And so, as of April 2018, can you

Page 52

1              ELISE M. WILLIAMS
2   tell me just sort of roughly what courses
3   you had completed towards your nurse
4   practitioner master's?
5        A.    I know I had taken an advanced
6   statistics class.  I don't remember exactly
7   which classes I had taken by that point
8   without having to reference some of my
9   records to see which classes I took when.
10       Q.    Going back now to your training
11  to become a registered nurse, did you
12  receive training on when it's appropriate to
13  refer a patient or -- refer a patient to
14  what you called a provider?
15       A.    So, any time that we come -- as a
16  nurse, any time that you do come up with
17  symptoms that are concerning, where you feel
18  that they need to be assessed at that higher
19  level and may need other medical expertise
20  involvement or you know, medications, other
21  testing, stuff like that, that's when you
22  refer to a provider.
23             So, as a nurse, somebody -- if I
24  assess somebody and their lungs are all full
25  of that rhonchi and they're all gurgly and

Pages 49 to 52

Page 53

1         ELISE M. WILLIAMS
2    nasty sounding, I'm going to say, "Okay,
3    this isn't good."
4         And especially -- at OPWDD, what
5    I typically do is I go off of what their
6    history -- I check to see what medications
7    do we have available as they're standing
8    orders. So, orders that have been
9    previously written for them to use on an
10   as-needed basis.
11        If I'm able to correct the
12   pulmonary issue with those orders available,
13   then we do that. If not, I'm calling the
14   provider on-call or having the provider
15   who's inhouse come and assess the person and
16   say, "Hey, they need something more."
17        Q.   If you examined the patient and
18   your examination revealed symptoms or
19   indicators of a more serious medical
20   condition, would it be appropriate to refer
21   the patient to a provider?
22        A.   It would, yes. Typically, in the
23   case of our case in discussion, on the
24   weekend, where with OPW and the other
25   facility I work in, we don't have provider

Page 54

1         ELISE M. WILLIAMS
2    inhouse.
3         So, that referral on a weekend
4    would be me calling the provider on-call,
5    telling them what I see and then looking for
6    further guidance as for, "Do we try a
7    medication we have here?" Or is this
8    something that could be more serious, do we
9    need to send them to the ER to get a
10   provider to actually lay eyes on them?
11        Q.   How did you, as a registered
12   nurse and focusing back to 2018 here, how do
13   you make that decision as to whether or not
14   you're going to reach out to the provider
15   on-call?
16        A.   It's based off of our training as
17   a registered nurse, our clinical judgment
18   and pretty much -- it's a nursing judgment
19   call.
20        Q.   And am I correct in saying that
21   any time you saw some -- something in the
22   exam that deviated from what you understood
23   to be the patient's baseline, would that be
24   a reason to call the on-call provider?
25        A.   If I'm --

Page 55

1         ELISE M. WILLIAMS
2         MR. HICKEY: Objection to the
3    form.
4         MR. HILL: Objection to the form.
5         Q.   You can answer.
6         A.   As long as I'm understanding your
7    question that you're asking correctly, a
8    deviation from their baseline, like I
9    previously mentioned, you would go off of --
10   you know, say somebody who has asthma or
11   something and they complain of shortness of
12   breath and you listen to their lungs and
13   they're wheezing.
14        But they have in -- you know, our
15   toolbox, they have an inhaler. If they have
16   that inhaler and there's an order for that
17   inhaler, they meet that nursing judgment
18   parameters to give that medication per the
19   doctor's order, then I would give that
20   medication, reassess and if everything
21   sounded good, we would move forward.
22        Similarly with code symptoms, we
23   have as needed or PRN medications available
24   for cold symptoms and another -- a number of
25   other complaints that can arise on just kind

Page 56

1         ELISE M. WILLIAMS
2    of that day-to-day basis.
3         If it was something more
4    concerning or that as-needed medication
5    didn't work, then it would be, "Okay, let's
6    call the provider and see if we need to get
7    something else onboard."
8         Q.   Back in 2018, when determining
9    whether or not to call an on-call provider,
10   would you take into consideration the
11   patient's subjective feelings about his or
12   her medical condition?
13        A.   You're meaning their -- how
14   they're saying they're feeling?
15        Q.   Correct.
16        A.   Yes.
17        Q.   And if the patient said he or she
18   is feeling quite ill, would that make it
19   more likely that you would call the on-call
20   provider?
21        A.   It would depend on how the
22   patient is presenting the history, that
23   patient's history in and of itself, both
24   medically and psychologically.
25        Unfortunately, due to the nature

Pages 53 to 56

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 57

ELISE M. WILLIAMS

1  of the facility we're at, we do have
2  patients that they will walk right up to you
3  and they'll look at you and they'll be like,
4  "Oh, I have pain that's 10 out of 10 or 12
5  out of 10 on the pain scale, I'm dying."
6      And a lot of it -- sometimes it
7  could be a behavioral issue, where they're
8  looking for extra attention, they're just
9  doing it in a negative way.
10     So, we always kind of have to
11 weigh that in response to are they actually
12 feeling a hundred percent like they got hit
13 by a bus versus whether or not they're --
14 are they telling the truth or are they not
15 telling the truth?
16     So, we do take into consideration
17 and we do listen and be like, "Okay" -- and
18 because we deal with the developmental
19 disabilities, sometimes it's like dealing
20 with a child where they tell you they think
21 they're dieing and they're not necessarily.
22     But each time we weight it
23 heavily with a grain of salt and try to get
24 to the bottom of exactly what are we being

*(Note: line numbers 1-25 on this column; the transcription above maps to printed numbers.)*

Page 58

ELISE M. WILLIAMS

1  told.
2      Q.   Understood.  So when evaluating a
3  patient's subjective reporting, fair to say
4  that you take into account that patient's
5  history of subjective reporting in
6  conducting your analysis, is that fair to
7  say?
8      A.   Yes.
9      Q.   Is there, by the way, a
10 difference between -- we've been using the
11 term provider, but is there a difference
12 between referring to a doctor and a nurse
13 practitioner, for examples?
14     A.   No, not that I -- there's a
15 difference of whether you're referring to
16 somebody at more of the primary care level.
17     So, providers that we have since
18 I started at the facility in 2015, we've had
19 providers who are nurse practitioners.
20 We've had providers who were MDs.
21     So, we ran that kind of a gamut
22 between referring to a provider or to the
23 provider on-call or medical on-call, is
24 going to be somebody at that level of care.

Page 59

ELISE M. WILLIAMS

1  Sending them out to the emergency room or
2  sending them to specialty would be a
3  difference between, well, we would refer to
4  the provider and then the provider would
5  make the judgment of, "Okay, they need to go
6  see cardiology or pulmonology or
7  nephrology."  They would have to go see one
8  of those specialties.
9      Q.   In 2018, were the providers who
10 were on-call at Valley Ridge on weekends
11 primary care providers?
12     A.   To my knowledge, yes.
13     Q.   Did you receive any medical
14 training -- strike that.
15     Prior to April 2018, did you
16 receive any medical training from OPWDD?
17     A.   I'm not understanding the nature
18 of your question.
19     Q.   So, you started work at OPWDD at
20 around 2015, right?
21     A.   Yes.
22     Q.   And I assume you went through a
23 lot of training in connection with starting
24 your work there?

Page 60

ELISE M. WILLIAMS

1      A.   There were, yes.
2      Q.   Were any of those trainings
3  medical in nature?
4      A.   One I remember referenced issues
5  with swallowing issues.  I don't remember
6  any particulars of exactly what they were.
7      Q.   And the non medical -- well,
8  strike that.
9      Did you receive training from
10 OPWDD on documenting your work?
11     A.   There was some training that I
12 did attend.  I don't recall when it was that
13 I attended that training, but there was
14 training offers that was optional to go to
15 that was on documentation.
16     Otherwise, because I started as a
17 new nurse, there was kind of that
18 peer-to-peer training between my co-workers
19 and my supervisor and I as far -- you know,
20 checking my documentation and making sure it
21 was up to par.
22     Q.   Okay.  In April 2018, your title
23 was nurse 2; is that right?
24     A.   Hmm-hmm, yes.

Pages 57 to 60

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

# JA425

Page 61

ELISE M. WILLIAMS

1
2     Q.   Can you just briefly describe the
3  job that you had at OPWDD prior to becoming
4  nurse 2?
5     A.   So, prior to becoming nurse 2
6  when I was initially hired, I was hired as a
7  temporary employee because one of our other
8  facilities, Broome Developmental in
9  Binghamton, was in process of closure.
10        So, they had a great deal of
11 staff movement and the whole -- I still was
12 a new employee and they didn't know if
13 another staff member who was a previous
14 employee would want to come fill at that
15 location.
16        So, in the interim of another
17 person wanting to come there, they still
18 needed the one body to fill it.  So, they
19 hired me as the temporary employee and they
20 said, "If nobody else wants this slot, you
21 could have it.  If somebody else wants it,
22 then we would have to bump you out of that
23 slot."
24        So, at that time I was hired on
25 as a nurse 1 because I was of fresh out of

Page 62

ELISE M. WILLIAMS

1
2  school and into that temporary spot.  And
3  then if I remember right, February that next
4  year, February of 2016, that position became
5  a permanent position.  And then May of 2016,
6  I was able to transition from a nurse 1
7  position to a nurse 2 position based off my
8  -- the aspect that I then had a year of
9  experience with that population after
10 schooling where I could say, "Okay, now I
11 have the experience to qualify as a nurse 2
12 employee."
13     Q.   What's the difference between a
14 nurse 1 and a nurse 2?
15     A.   The pretty much only difference
16 is how much time you've worked as a nurse.
17 I'm trying to remember, there's two
18 different angles to it.  One is whether
19 you've worked as a nurse for how long with
20 that population and the other one is just
21 working a nurse in general.  They're both, I
22 believe, about a year of employment.
23     Q.   What do you mean when you say,
24 "With that population"?
25     A.   With the population that OPWDD

Page 63

ELISE M. WILLIAMS

1
2  serves, so with a development disability.
3     Q.   So to become a nurse 2 you have
4  to have a certain amount of time working as
5  a nurse and a certain amount of time working
6  with folks with development disabilities; is
7  that right?
8     A.   I think I'd have to refer to the
9  company's documents on the exact difference.
10 What I remember is that there is one amount
11 of time for if you've worked as a nurse for
12 "X" amount of time and there's maybe a
13 slightly longer amount of time, I don't
14 recall exactly, of working as a nurse, but
15 with that population.
16        And again, I would have to review
17 the company's documents to see what that
18 difference was.
19     Q.   Are you still working at Valley
20 Ridge today?
21     A.   I am, yes.
22     Q.   So, the whole time you've been
23 with OPWDD, have been at Valley Ridge?
24     A.   Yes.
25     Q.   Did you resign from OPWDD at one

Page 64

ELISE M. WILLIAMS

1
2  point?
3     A.   I briefly had handed in a
4  resignation.  I was looking at taking a
5  different job, but then due to some other
6  circumstances that came up and other
7  information about the job that I was looking
8  at taking, I ended up rescinding my
9  resignation.
10        So, it was less than a month's
11 time between them.  It might have been a
12 week or two.
13     Q.   What was the other job?
14     A.   I was actually looking at
15 switching to a job at CPEP down at UHS
16 Binghamton General Hospital.
17     Q.   Why did you decide not to take
18 it?
19     A.   Some of it was once I was able to
20 explore that job opportunity a little bit
21 more, it was more involved than what I had
22 anticipated it being, it was just the job
23 duties and everything.
24        And it's an hour drive for me
25 from my house.  Whereas, driving to Valley

Pages 61 to 64

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 65

1          ELISE M. WILLIAMS
2    Ridge is about 15, 20 minutes.  So, there
3    was a number of areas I had to weigh and was
4    it worth it ir not.
5          Q.   Focusing now on April 2018, you
6    were a nurse 2, what was your work
7    assignment at Valley Ridge?
8          A.   I believe I was working full time
9    at that time, without referencing
10   documentation and nursing schedule.
11         So at that time we work a 10-hour
12   shift.  So we would work four days on each
13   week and then every fourth weekend.  So, I
14   would have -- during my weekend on, I would
15   have a day off on one side and then two days
16   off I believe on the other side of the
17   weekend.
18         So, without -- again, without
19   referring to the actual schedule itself, my
20   memory is -- you know, what exactly what my
21   exact dates of work were, but I would have
22   been working a shift from 7:00 in the
23   morning to 5:00 in the afternoon.
24         Q.   Okay.  I want to focus on
25   something slightly different, were you in

Page 66

1          ELISE M. WILLIAMS
2    April of 2018, the primary nurse for E-House
3    at Valley Ridge?
4          A.   As a case managing nurse, yes.
5          Q.   Tell me what that means, what is
6    a case managing nurse?
7          A.   So, the primary nurse for -- that
8    covers a house like, that what we do is
9    there are quarterly reports done up on each
10   individual.  So, in a year you have three
11   quarterlies and then an annual report.
12   Those reports are -- the quarterlies are
13   three-month review, the annual is a yearly
14   review of the care that this person has
15   received, any medical concerns, medication
16   changes that have happened during that time.
17         So, we're responsible for writing
18   up those reports.  We're responsible for
19   kind of being the point person for the
20   people who live in that house to come to if
21   they have questions about their medications,
22   questions about their care, medical-related
23   questions.
24         Instead of having them go to six
25   different people and get six different

Page 67

1          ELISE M. WILLIAMS
2    answers, it's organized so that if they do
3    have concerns, they can go to a person and
4    that person says, "You need to talk to this
5    person because they're your case manager."
6          Q.   So were you the case managing
7    nurse for everyone who lived in E-House back
8    in April of 2018?
9          A.   Yes.
10         Q.   How many individuals was that?
11         A.   I don't remember the exact
12   number.
13         Q.   Less than ten?
14         A.   Yes.
15         Q.   Less than five?
16         A.   No, I don't believe so.
17         Q.   So somewhere between five and ten
18   individuals who lived in E-House, right?
19         A.   Yes.
20         Q.   How many -- back in April of
21   2018, how many RNs worked at Valley Ridge?
22         A.   I don't remember.  To give you a
23   number, I would have to look back at the
24   nursing schedule.
25         Q.   Okay, we'll look over one of

Page 68

1          ELISE M. WILLIAMS
2    those in a little bit.
3          Do you recall in April of 2018,
4    approximately how many, if any, doctors
5    worked at Valley Ridge?
6          A.   So, doctor-wise working at Valley
7    Ridge, there would have been one provider
8    who was actually at location.
9          Any of the other providers we
10   would have consulted with, would have been
11   via the medical triage or the medical
12   on-call.
13         Q.   Who was the one provider who was
14   at location in April of 2018?
15         A.   I believe that was Raymond
16   McGinn, nurse practitioner.
17         Q.   So when you say, "One provider at
18   location, you're referring to both doctors
19   and nurse practitioners" and there was only
20   one who was on-site at Valley Ridge back in
21   2018?
22         A.   Yes.
23         Q.   And he was an NP, Ray McGinn?
24         A.   Yes.
25         Q.   So, there were no doctors on

Page 69

```
 1           ELISE M. WILLIAMS
 2   location at Valley Ridge in 2018; is that
 3   right?
 4      A.    Correct.
 5      Q.    The other providers who you might
 6   be able to call, where were they located?
 7      A.    I'm not sure exactly where they
 8   are located.  I know Dr. Todd Podkowka or
 9   Dr. Todd, as we call him since his last name
10   is a mouthful, he's located up in the Rome
11   area.
12      Q.    And is he an OPWDD employee, as
13   you understand?
14      A.    Yes.
15      Q.    Back in 2018, who was your direct
16   supervisor?
17      A.    My supervisor as a nurse was
18   Laurie Doherty.
19      Q.    And what was her title?
20      A.    An NA 1 or nurse administrator 1.
21      Q.    Was she an RN?
22      A.    Yes, she is.
23      Q.    But she was not a nurse
24   practitioner, as least back in 2018?
25      A.    No.
```

Page 70

```
 1           ELISE M. WILLIAMS
 2      Q.    Is it fair to say that there is
 3   -- strike that.
 4           In 2018, was it fair to say there
 5   was a different chain of command for medical
 6   staff and nonmedical staff at Valley Ridge?
 7      A.    If I'm understanding your
 8   question correctly, you're asking about
 9   medical as in providers versus nurses versus
10   house staff.
11      Q.    That's a good clarification.  No,
12   I actually wasn't asking that, but maybe I
13   should have asked a better question.
14           I was making a distinction
15   between house staff and nurses and
16   providers, but perhaps there are sort of
17   three chains of command.  Why don't you tell
18   me how it works?
19      A.    So, my knowledge of kind of
20   supervisor and who's overseeing whom and
21   stuff, there is a different supervisor for
22   the provider.  Obviously, they're at a
23   different level of this kind of position
24   overall.
25           Then there is my supervisor as a
```

Page 71

```
 1           ELISE M. WILLIAMS
 2   nurse, Laurie Doherty, she's the nursing
 3   supervisor overseeing the nursing staff.
 4           Head of shift and title-wise
 5   DA3s, DA2s, they're supervisory people over
 6   the direct care staff, which are the staff
 7   in the houses.
 8      Q.    And the DA3s, DA2s, back in 2018,
 9   did they have any supervisory responsibility
10   over nurses?
11      A.    No.
12      Q.    Are you familiar with the term
13   "Treatment team"?
14      A.    Yes, that was another level I was
15   -- thought of mentioning and I probably
16   should have.
17           The treatment team leader, so,
18   systems-wise for the organizational system
19   within our facility, we have a director and
20   then underneath that person, we have two
21   treatment team leaders and then we other
22   levels underneath them.
23      Q.    And is each of those two
24   treatment team leaders responsible for
25   particular individuals who are living at
```

Page 72

```
 1           ELISE M. WILLIAMS
 2   Valley Ridge?
 3      A.    They do have a caseload per sé.
 4   I know sometimes when they rotate also as
 5   like an administrator on-call during the off
 6   hours, so I think there might be a little
 7   bit of a graying of that caseload.
 8           But I know the two people we have
 9   now on our sheets where we have each house
10   listed as for who's the psychologist, who is
11   the social worker, who's the treatment team
12   leader, they do -- they are broken down in
13   the caseload.
14      Q.    So back in 2018, would it be fair
15   to say that C.B. had a treatment team?
16      A.    Well, the treatment team leader
17   and then there is a treatment team that are
18   comprised of the different modalities.
19           So, you have psyche.  You have
20   nursing.  You have medical.  You have social
21   work.  They all form together to create the
22   treatment team.
23      Q.    Got it.  Let me -- I want to show
24   you a document, maybe this will help a
25   little as we talk about this.
```

Pages 69 to 72

Page 73

1         ELISE M. WILLIAMS
2         MR. SHAPIRO:  So, I'm marking
3    Plaintiff's Exhibit 50.  This is Bates
4    Stamped Defendants 9178.
5         (Bates stamped Defendant 9178 was
6    marked as Plaintiff Exhibit 50 for
7    identification; 12/20/21.)
8    Q.    Are you able to see the document,
9    Ms. Williams?
10   A.    I see it, yes.
11   Q.    I just want to draw your
12   attention, there's an e-mail at the bottom
13   of the document.  The date is March 8, 2018
14   and it's from someone named Courtney Van
15   Brink to several people, including yourself,
16   do you see that?
17   A.    I do, yes.
18   Q.    Who is Courtney Van Brink?
19   A.    Courtney Van Brink at the time
20   was one of our social workers.
21   Q.    And the subject of her e-mail is
22   "C.B. Quarterly," right?
23   A.    Yes.
24   Q.    What I want to know, I was
25   guessing, but I'd like you to tell me, is

Page 74

1    the people who are receiving this e-mail
2    sort of the C.B. treatment team?
3    A.    So, let's see.  So, Roy Spina is
4    a psychologist.  Melissa Grant, I don't
5    remember her exact title.
6         But we have, what we call "rehab
7    specs" as well or rehabilitation
8    specialists.  So, they work with kind of
9    every day life skills from handling money to
10   being able to go out amongst the community
11   appropriately.
12        Sid Truesdale is one of our
13   treatment team leaders.  Margaret Vachris
14   was the dietician at the time.  Matt Rollie
15   and Kristin Newton, I don't remember their
16   titles at the time, but I believe their
17   titles have changed since then.
18   Q.    What is their discipline, do you
19   remember that?
20   A.    I believe Matt Rollie is in that
21   rehabilitation specialist area.
22        Kristin Newton -- like I said, I
23   don't remember at that point in time, but
24   currently she does work -- I believe still

Page 75

1         ELISE M. WILLIAMS
2    and she's changed her roles a time or two
3    since then, but she was doing work with
4    recreational.  So, physical activities and
5    stuff like that.
6    Q.    And so, fair to say that on this
7    list, there are no providers present?
8    A.    Correct.
9    Q.    And why would you have received
10   this e-mail?
11   A.    So, as his nurse manager, when we
12   have a team meeting, a lot of times the
13   provider themselves isn't necessarily in
14   that meeting unless there's medical
15   questions of the nature where we feel it
16   would be beneficial to have that person
17   there.
18        If those questions come up during
19   the meeting, it wasn't uncommon for me to
20   step out and get the provider and say, "Hey,
21   they have questions about whatever, can you
22   pop your head in and answer these
23   questions?"
24   Q.    And what kind of questions would
25   require a provider's intervention?

Page 76

1         ELISE M. WILLIAMS
2    A.    Usually they were more medication
3    type questions or sometimes somebody would
4    have some sort of a physical limitation and
5    maybe during their team meeting they wanted
6    to know if they could go on a particular
7    outing or go someplace and there was a
8    question, is this medically safe for them to
9    do.
10   Q.    This e-mail, it appears to be
11   trying to set up a quarterly for C.B. on
12   March 14, 2018, right?
13   A.    Correct.
14   Q.    Did that occur?
15   A.    I don't remember.
16   Q.    Looking at this e-mail, would you
17   understand that to be an in-person meeting
18   to discuss C.B.?
19   A.    Correct.
20   Q.    And typically, for each
21   individual for whom you were the primary
22   care nurse, right, you would participate in
23   their quarterly meeting; is that right?
24   A.    I would have, as long as it was a
25   date that I was available and there at work.

Pages 73 to 76

Page 77

1           ELISE M. WILLIAMS
2           If it was a date what would be a
3  conflict, if I wasn't able to be there
4  myself, one of my fellow nurses would be
5  there to answer questions.
6           And pretty much what we do in
7  those meetings is we have a printout of the
8  quarterly review and we run over the
9  highlights of it of major medical events
10 that have happened, follow-up with
11 specialties, when was their last eye
12 appointment, dental appointment.
13          We talk about medication changes,
14 whether doses were increased or decreased or
15 things added or subtracted to the list. And
16 just kind of answer and give a quick
17 snapshot of the person's medical standing.
18 Answer questions that other team members
19 have, answer questions that the patient has
20 and then continue on.
21    Q.   Is the patient typically present
22 to these quarterly meetings?
23    A.   Typically they are. Sometimes it
24 depends on the behavioral status that day of
25 the individual, due to the fact that we have

Page 78

1           ELISE M. WILLIAMS
2  some that are more behavioral in nature,
3  where they're more likely to act out.
4           Sometimes we will discuss a
5  number of things at the meeting as a team
6  before we discuss it in front of the
7  individual. Especially if it's something
8  that could potentially be an aggravating
9  point to them.
10    Q.   Do you recall if C.B. ever
11 attended his quarterly meetings about him?
12    A.   I do remember a number that he
13 attended, yes.
14    Q.   But sitting here today, you have
15 no memory of a March 2018 quarterly meeting;
16 is that right?
17    A.   I couldn't tell you if there was
18 one or if we were there at it.
19    Q.   And what about family members,
20 are they invited to attend those meetings?
21    A.   Typically they're not physically
22 at the meetings. Sometimes if the family
23 requests and if it's a reasonable request,
24 we will have them call in via phone and do a
25 phone conference that way. So, they're able

Page 79

1           ELISE M. WILLIAMS
2  to hear pretty much everything that's said.
3     Q.   Following one of these quarterly
4  meetings, is there a document that's created
5  reflecting that it took place?
6     A.   There is a -- like a sign-in
7  sheet that's passed around that everybody
8  signs saying yes, they were there in
9  attendance for the meeting.
10 RQ      MR. SHAPIRO: I just call for the
11    production of any sign-in sheet
12    reflecting a March 2018 quarterly
13    meeting for C.B.
14          MR. HICKEY: Okay, we'll take it
15    under advisement.
16    Q.   Aside from these quarterly
17 meetings, was there ever any other occasion
18 for this sort of treatment team to get
19 together?
20    A.   There are occasions where they
21 happen outside of the quarterly or annual
22 event. Typically, when that does happen,
23 it's because there have been an increase of
24 behaviors or there have been some sort of a
25 concerning event that happened, where we all

Page 80

1           ELISE M. WILLIAMS
2  like to get together and discuss what may
3  have happened, what did happen, you know,
4  what we want to do to remedy it so it
5  doesn't happen again if it's something that
6  could have been harmful.
7           Typically -- so, we have
8  different hands-on techniques that we're
9  allowed to use if somebody is being violent.
10 Depending on what's in their behavior
11 support plan, if they don't have some of
12 those techniques in their plan, then we will
13 -- we'll have to have a meeting if they have
14 so many interventions within a certain
15 amount of time.
16          So, then we have to have a case
17 meeting to discuss what led up to it, what's
18 going on with the person, what are the
19 different disciplines seeing, what does each
20 one know about and does anything need to
21 change to better support this person, do
22 they need their meds tweaked, is there
23 something going on in their family that
24 psyche might have known about or social
25 might have known about that nursing didn't.

Pages 77 to 80

# JA430

Page 81

```
 1              ELISE M. WILLIAMS
 2         You know, just the different
 3    pieces to the puzzle.
 4         Q.   Within the last year of C.B.'s
 5    life, were there any of these -- what I'll
 6    call -- sort of special meetings related to
 7    C.B.?
 8         A.   I can't answer to that.
 9         Q.   What document would you look at
10    to see whether such a meeting took place
11    outside of the context of the regular
12    quarterlies?
13         A.   I believe documentation of the
14    meetings is kept by the social workers.
15         Q.   And the social worker would keep
16    a list of who attended the meeting?
17         A.   They would have the sign-on list
18    -- the sign-in sheet, yes.
19         Q.   Would there be -- at the
20    quarterly meetings, are their notes taken?
21         A.   There are -- there is a report
22    done up that kind of consists of everybody
23    else's reports, like the overall master of
24    the whole meeting.  That, I believe, is done
25    by social work.
```

Page 82

```
 1              ELISE M. WILLIAMS
 2         Q.   But aside from that sort of
 3    master compilation of all the different
 4    reports from the different disciplines, are
 5    there any sort of contemporaneous notes that
 6    are kept about what's discussed during the
 7    meeting?
 8         A.   I believe that -- because what
 9    I'm understanding you to say -- is that each
10    person has their little report that they do
11    up and then those are compiled like together
12    into one big report.  I believe, that big
13    report also has the other notes of what was
14    discussed in case -- so I would have to look
15    at that one and review it in order to speak
16    to it a hundred percent.
17         Q.   And is it your understanding that
18    there is sort of a master report compiled
19    for after each quarterly meeting?
20         A.   Yes.
21  RQ        MR. SHAPIRO:  I call for the
22         production of any master report related
23         to a March 2018 quarterly meeting
24         concerning C.B.
25              MS. HILDONEN:  Noted, thank you.
```

Page 83

```
 1              ELISE M. WILLIAMS
 2         Q.   Speaking about C.B. specifically,
 3    do you recall any of his family members ever
 4    participating in any of his treatment team
 5    meetings?
 6         A.   Not that I remember, no.
 7         Q.   One thing I should have
 8    mentioned, Ms. Williams, at the outset is if
 9    you need to take a break at any time, if you
10    need to use the restroom or just get a glass
11    of water, feel free to let me know and I
12    will be happy to accommodate.  Okay?
13         A.   Okay.
14              MS. HILDONEN:  Since we're
15         talking about that, Sam, what time
16         would you like to break for lunch?
17              MR. SHAPIRO:  Maybe around like
18         12:15, does that work?
19         Q.   Ms. Williams, does that work for
20    you?
21         A.   Yes, that works.
22              MS. HILDONEN:  Can we aim for
23         12:00; is that okay?
24              MR. SHAPIRO:  Yes, that's fine,
25         that's totally fine.
```

Page 84

```
 1              ELISE M. WILLIAMS
 2              MS. HILDONEN:  I just wanted to
 3         make sure that we got that down.
 4              MR. SHAPIRO:  All good.
 5         Q.   I want to talk a little bit about
 6    that the facility that existed at Valley
 7    Ridge in 2018, tell me about the health care
 8    facility that Valley Ridge had back then, if
 9    you could?
10         A.   So, you're meaning like our
11    medical clinic and stuff like that?
12         Q.   Yes.
13         A.   Would it be helpful for me to
14    give a rundown of the layout of the facility
15    in general?
16         Q.   You are reading my mind, that
17    would be very helpful.
18         A.   A lot of people have a hard time
19    conceptualizing what kind of a place it is,
20    especially without having a map or something
21    even in front of you.
22              So, our campus is 11 or 13 acres,
23    something like that, of property.  And on
24    that campus, there's a big rectangular
25    building that is our main program building
```

Pages 81 to 84

New York
212-273-9911
Hudson Court Reporting & Video
1-800-310-1769
New Jersey
732-906-2078

Page 85

1         ELISE M. WILLIAMS
2    that holds our cafeteria, our gym, our
3    classrooms, our medical clinic, as well as
4    office space for psyche, for social work,
5    administrative, nursing, medical and head of
6    shift.
7         So that's all in that main
8    building.  That building is part of the
9    outside barrier.  So, you have that building
10   and then there's a big fence that's not
11   really rectangular, but it goes around the
12   whole place.
13        Inside that fence, there are five
14   residential houses, A through E.  Those are
15   arranged in a half circle -- kind of -- not
16   a round, but against the backside of the
17   program building.  So, there's like a
18   blacktop track kind of that goes around,
19   kind of what we refer to as the common type
20   of area and then there's a sidewalk leading
21   to each -- it stands out like that to each
22   of the five houses.
23        And then at one end of the
24   facility is a sports field.
25        Q.   And so, is it safe to say that

Page 86

1         ELISE M. WILLIAMS
2    the five residential facilities, that those
3    have bedrooms where the individuals would
4    sleep, right?
5         A.   Yes, they're set up.  There's
6    bedrooms, there's multiple bathrooms,
7    there's a living room, a dining room and a
8    recreational room, as well as a kitchen
9    area, a laundry room.
10        Some of the houses have like a
11   timeout type room to them, where somebody
12   could just go where it's quiet.  Some of
13   them have like a sensory room with different
14   sensory input things, also for that calming
15   bit.
16        There's office space there as
17   well.
18        Q.   And going to the program
19   building, that's where the medical clinic is
20   located?
21        A.   Yes.
22        Q.   And tell me about the medical
23   clinic, if you could?
24        A.   So, our medical clinic, it's
25   separate from our office space actually,

Page 87

1         ELISE M. WILLIAMS
2    which is a little awkward at times, but
3    that's how to works, so we roll with it.
4         So, our office space is on one
5    side of the hall and directly across the
6    hall is our medical clinic.  We have a very
7    small medical clinic.  There's chart storage
8    space, there's a single exam table with a
9    sink and refrigerator for medications.
10        And now we have a med cart that
11   we keep stuff locked in.  Previous to having
12   that cart, we had stuff locked up in
13   cupboard space as well.
14        So, we have that one exam room
15   pretty much and there's another room
16   adjacent to that, that holds a dental chair
17   where we have our dental clinic.
18        Q.   So, the medical clinic is not
19   capable of housing a patient overnight, is
20   that fair to say?
21        A.   Correct.
22        Q.   And you said that your office is
23   separated from the clinic, what do you mean
24   by your office?  Describe to me what you
25   mean by that?

Page 88

1         ELISE M. WILLIAMS
2         A.   So, the nursing office where the
3    registered nurses are and where myself would
4    be, that is -- so there's a main hallway
5    that goes the long way through the whole
6    program building and then there's classrooms
7    and office space on each side of that
8    hallway.
9         So, our office is on one side of
10   the hallway and then directly across the
11   hall is the clinic door.  So, you go out of
12   one door and into the other door.
13        Q.   And do all the nurses share one
14   single office?
15        A.   All the nurses do.  The provider
16   around the NA 1 have a separate office
17   across the hall just down -- like they're
18   the next door down.
19        Q.   And that was the layout in 2018
20   as well?
21        A.   Correct.
22        Q.   Do you have -- well, let me just
23   ask you specifically, did you have EKG
24   equipment in the medical clinic back in
25   2018?

Pages 85 to 88

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 89

ELISE M. WILLIAMS

1
2    A.    We did, yes.
3    Q.    What about any imaging equipment?
4    A.    No -- well, actually, skip that,
5  there might have been some imaging equipment
6  that the dentist used for doing dental
7  x-rays, but nothing medical of nature.
8    Q.    Got it.
9          What about any equipment to asses
10 the lungs?
11   A.    The equipment we have there at
12 that time the best I could speak to is we
13 have a stethoscope, we have an otoscope,
14 tongue blades, just your simple -- what you
15 would see in a typical doctor's office exam
16 room.
17         We do have a portable EKG
18 machine, but that's pretty much the extent
19 of what we have.
20   Q.    What is an otoscope?
21   A.    It's that little handheld thing
22 they use to look in your ears.
23   Q.    Did Valley Ridge back in 2018
24 have any other equipment to asses the heart?
25   A.    Nothing other than the EKG, no.

Page 90

ELISE M. WILLIAMS

1
2    Q.    Aside from that small clinic you
3  just described, were there any other medical
4  facilities on the campus of Valley Ridge in
5  2018?
6    A.    No.
7    Q.    You talked about this a little
8  before, I just want to go over it again in
9  terms of health care personnel.
10         So back in 2018, am I correct
11 that Valley Ridge had one provider?
12   A.    Correct.
13   Q.    And that was Ray McGinn, correct?
14   A.    Yes.
15   Q.    And he was a nurse practitioner,
16 correct?
17   A.    Yes.
18   Q.    And did he work five days a week,
19 approximately?
20   A.    Yes.
21   Q.    When he was not present, was he
22 on-call?
23   A.    He does his medical on-call.
24   Q.    And if he's not available, was
25 there someone else that was on-call for

Page 91

ELISE M. WILLIAMS

1
2  Valley Ridge?
3    A.    There is a triage rotation
4  schedule.
5    Q.    And that rotation schedule is for
6  providers, right, not RNs, right?
7    A.    Yes.
8    Q.    And is that triage schedule
9  posted at the clinic?
10   A.    It is posted in our office space.
11   Q.    So, you, as an RN, know who to
12 reach out if you need a provider's
13 assistance with something, right?
14   A.    Correct.
15   Q.    And -- sorry, go head.
16   A.    Even if I didn't know exactly who
17 was on-call and I can't speak for how it was
18 exactly in 2018, but I know there's an
19 answering service we go through.  So, we
20 call a number and then they route us through
21 to the medical on-call.
22   Q.    And is that an OPWDD number you
23 call?
24   A.    Yes.
25   Q.    Where is the nearest hospital to

Page 92

ELISE M. WILLIAMS

1
2  Valley Ridge?
3    A.    The nearest hospital to us is UHS
4  Chenango Memorial Hospital.  It about a
5  ten-minute drive, thereabouts.
6    Q.    And is that typically where an
7  individual would go if he or she had an
8  acute medical need?
9    A.    It is and it depends on need.
10 There's been times where I, myself, send
11 people out and instead of sending them to
12 the closest location, which is CMH, I would
13 opt to send them to a hospital down in
14 Binghamton instead based off of their need
15 and what my knowledge is of what the local
16 hospital can and cannot provide.
17   Q.    Okay.  Is it fair to say in 2018
18 as the primary nurse for E-House, one of
19 your jobs was to be the primary point person
20 for all the individuals who lived in
21 E-House, their medical care; is that right?
22   A.    Correct.
23   Q.    And you were responsible for
24 understanding their medical conditions,
25 right?

Pages 89 to 92

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 93

```
 1              ELISE M. WILLIAMS
 2      A.    So, we're responsible --
 3              MS. HILDONEN:  Objection to form.
 4      Q.    You can answer.
 5      A.    Sorry.
 6              MS. HILDONEN:  If you understand
 7      the question.
 8      A.    So, in regards to the question,
 9      you're asking if we're kind of digging
10      through all of their overall health stuff
11      and knowing what's going on with their
12      health care like the back of our hand type
13      of thing?
14      Q.    Well, I'm asking if one of your
15      duties and responsibilities as the primary
16      nurse for E-House, was to understand the
17      medical conditions for the individuals who
18      lived in E-House?
19      A.    It is and another part of our
20      responsibility is -- there's a form done up
21      called the plan of nursing service, that's
22      the form that a case manager nurse does up.
23      And what that is is it's a form
24      that helps bring it from kind of the medical
25      jargon of the nursing world down into more
```

Page 94

```
 1              ELISE M. WILLIAMS
 2      simpler jargon that the house staff are then
 3      able to understand.
 4              So somebody with asthma, I can
 5      say -- you know, I could give all the
 6      knowledge about their asthma and try to tell
 7      staff what to watch for.  But what we do is
 8      break it down into simple English into these
 9      forms and have it so that staff can look at
10      those and use them as a reference guide of,
11      Okay, if C.B. or another person in the house
12      is experiencing this symptom of -- these
13      different signs based off of their medical
14      problems, what can I to do help them?  Oh,
15      do I need just call the nurse directly?
16              So, it gives them guidances for
17      that.  A lot of times they'll reference or
18      they're call us if they have a question or
19      be like, "So and so is not looking good
20      today" or "So and so is coughing" or
21      whatever.
22              So, they'll call us.  We have a
23      triage phone that the nurses use.  So,
24      they'll call that triage phone and -- not a
25      triage phone, a float phone, sorry -- but
```

Page 95

```
 1              ELISE M. WILLIAMS
 2      they will call that and ping questions off
 3      of us.  They do that very freely.
 4      Q.    What did you call that phone?
 5      A.    It's a float phone.
 6      Q.    Float phone?
 7      A.    Yes.
 8      Q.    Is it like a cell phone?
 9      A.    It is, yes.
10      Q.    And it's a number that all the
11      staff in the houses have and can call and
12      reach the nurses on-call?
13      A.    Correct, yes.
14      Q.    Actually I shouldn't say on-call,
15      the nurses on duty, the nurses physically at
16      the location?
17      A.    Yes.
18      Q.    And in completing these plans of
19      nursing services, right, one of the things
20      that you -- one of the reasons you do that
21      is because you rely on the house staff to
22      document the behaviors and the conditions of
23      the patients; is that right?
24      A.    Right, they do more with
25      documenting behaviors from a psychiatric and
```

Page 96

```
 1              ELISE M. WILLIAMS
 2      kind of behavioral kind of thing as to how
 3      the person did.
 4              We do have them write notes if
 5      there's been medication changes, we have
 6      them write a note, once a shift every shift
 7      for three days, if there's any changes
 8      noted, how are they tolerating it.
 9              So, if it's antibiotics, are they
10      coming out of the bathroom complaining of
11      diarrhea, where they need to notify the
12      nurse or are they tolerating it well and not
13      complaining about anything.
14      Q.    What kinds of notes does the
15      house staff keep?
16      A.    They use a DAR note format.
17      Q.    What does that mean?
18      A.    Nursing-wise it's sort of data,
19      action and response is kind of the format.
20      They don't necessarily use that format.
21              They still call them a DAR note,
22      but it's more of like a narrative style note
23      where they will do up a thing -- you know,
24      some of them are as simple as, "Had a good
25      day, took meds, did chores, did laundry."
```

Pages 93 to 96

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 97

| | |
|---|---|
| 1 | ELISE M. WILLIAMS |
| 2 | Others are more involved |
| 3 | depending on the person who's authoring the |
| 4 | note. They'll talk about, "Okay, they went |
| 5 | on an outing. They went to Walmart. They |
| 6 | went to Burger King. They purchased their |
| 7 | own stuff. They made adequate change. They |
| 8 | were able to do the activity well and |
| 9 | correctly and conduct themselves properly." |
| 10 | So, the notes vary depending on |
| 11 | what they're about and who's writing them |
| 12 | and stuff. |
| 13 | Q. Where are those DAR notes kept? |
| 14 | A. I'm trying to think of at that |
| 15 | point in time where they would have been |
| 16 | kept. |
| 17 | They have notes that are in the |
| 18 | house. So those notes are typically in the |
| 19 | house. At that point we were still running |
| 20 | on paper charting entirely. So, Is believe |
| 21 | they would be in that person's binder or |
| 22 | chart in the house. |
| 23 | Q. So was there like a specific DAR |
| 24 | notebook, for example? |
| 25 | A. I don't remember. |

Page 98

| | |
|---|---|
| 1 | ELISE M. WILLIAMS |
| 2 | Q. Were DARs completed on a form? |
| 3 | A. There was like a DAR note -- a |
| 4 | sheet, it's similar to the one that has our |
| 5 | nursing notes on it. |
| 6 | Q. Okay. And each individual had |
| 7 | those sheets and they would be completed by |
| 8 | house staff, right? |
| 9 | A. Correct. |
| 10 | Q. And is that -- are those DARs |
| 11 | something that you would review as a nurse? |
| 12 | A. I'm going to say not routinely. |
| 13 | Q. Under what circumstances would |
| 14 | you review them? |
| 15 | A. More if there was a question |
| 16 | about somebody -- you know, like I mentioned |
| 17 | where we have a medication change or stuff. |
| 18 | I might review it for that. |
| 19 | Or if somebody was like -- I |
| 20 | thought they had said something yesterday |
| 21 | about having an issue, but it sounded like |
| 22 | maybe it hadn't been documented or whatever, |
| 23 | then it might get reviewed. |
| 24 | But for the most part, those |
| 25 | notes were used by psyche and by social |

Page 99

| | |
|---|---|
| 1 | ELISE M. WILLIAMS |
| 2 | workers to help get an overall picture of |
| 3 | how the person is doing. They're usually |
| 4 | reviewed, not so much by nursing, but by |
| 5 | other people in the facility. |
| 6 | MR. SHAPIRO: I'm going to put up |
| 7 | -- I'm going to mark as Exhibit 51 and |
| 8 | put it in the chat there. |
| 9 | (Defendant 8643-8645 was marked |
| 10 | as Plaintiff Exhibit 51 for |
| 11 | identification; 12/20/21.) |
| 12 | Q. Are you able to see it? |
| 13 | A. Yes. |
| 14 | Q. This is -- Exhibit 51 is a |
| 15 | three-page document with Bates stamp |
| 16 | Defendants 8643 through 8645. This is a |
| 17 | policy and the subject is "Documentation |
| 18 | charting." Do you see that? |
| 19 | A. Yes. |
| 20 | Q. And I know this was issued in |
| 21 | August of 2018, my first question is, if you |
| 22 | could just take a quick look and tell me if |
| 23 | there's anything in here that differs from |
| 24 | what you understood the policy to be in |
| 25 | April of 2018? |

Page 100

| | |
|---|---|
| 1 | ELISE M. WILLIAMS |
| 2 | MS. HILDONEN: Objection, can we |
| 3 | -- I need to take a look at this |
| 4 | document for a second, let me take a |
| 5 | look at this. |
| 6 | MR. SHAPIRO: That's fine, |
| 7 | absolutely. |
| 8 | MS. HILDONEN: Okay, thank you. |
| 9 | And we've established that this |
| 10 | is from August of 2018, correct? |
| 11 | MR. SHAPIRO: Yes, I mentioned |
| 12 | that. |
| 13 | Q. So my first question for Ms. |
| 14 | Williams is whether there's anything in here |
| 15 | that differs from the policy as she |
| 16 | understood it in April of 2018? |
| 17 | MS. HILDONEN: And I'm just going |
| 18 | to put an objection to form on there |
| 19 | because it's -- to the extent she can |
| 20 | answer the question. |
| 21 | A. And the question was whether this |
| 22 | policy was what I remember, even though the |
| 23 | date in question would have been previous to |
| 24 | the date of issuance? |
| 25 | Q. Correct. |

Page 101

1           ELISE M. WILLIAMS
2     A.   Yes, it is.
3     Q.   So, back in April of 2018, it was
4 true that the staff was supposed to document
5 or chart for each individual no less than
6 once daily, was that true?
7     A.   Yes.
8     Q.   Was it also true back in April of
9 2018, that staff was supposed to document
10 any acute health concerns until they
11 resolve?
12    A.   So typically, the documentation
13 of the acute health concerns, typically what
14 happens is the staff notes that there is a
15 concern, they'll put a note in the chart
16 saying, you know, this concern came up.  The
17 RN either initials or first initial, last
18 name, whatever notified and then pretty much
19 that drops the ball from being on them to
20 dropping it on to nursing and then nursing
21 deals with the concern.
22    Q.   Is this policy that you're
23 looking at or is this policy about
24 documenting once per day, that doesn't apply
25 to nursing, does it?

Page 102

1           ELISE M. WILLIAMS
2     A.   Nursing documents -- we don't
3 document on every person that we serve every
4 day.  We document on people who are
5 following up for concerns or doing follow-up
6 assessments on, things we're monitoring and
7 as an as-needed basis if there's an issue,
8 we deal with that issue and then we
9 document.
10    Q.   Okay.
11         MR. SHAPIRO:  I want to put
12    another document in the chat here.  I'm
13    marking now Plaintiff's Exhibit 29.
14         (Bates stamped Defendant
15    8636-8638 was marked as Plaintiff
16    Exhibit 29 for identification;
17    12/20/21.)
18         MR. SHAPIRO:  And this is Bates
19    stamped Defendant 8636 through 8638.
20    Q.   Do you recognize this document,
21 Ms. Williams?  I'll give you a chance to
22 review it.
23    A.   Can you repeat the question?
24    Q.   Just first, do you recognize this
25 document?

Page 103

1           ELISE M. WILLIAMS
2     A.   I can't say that I've necessarily
3 seen this document before, but the
4 information in it is familiar.
5     Q.   Is this a policy, as you
6 understand it, that applies to nursing?
7         MS. HILDONEN:  Objection, didn't
8    she just say she's not sure if she's
9    seen this policy before?
10        MR. SHAPIRO:  I'm asking her in
11   she knows.
12    Q.   If you know?
13    A.   I'm not sure.  I know a number of
14 our policies are done by people in the
15 nursing body, not so much at Valley Ridge,
16 but in other parts of OPWDD.
17         My reasoning for not sure is the
18 responsibility come -- it says, "Direct care
19 staff," is to my understanding is not
20 referencing nursing and it's referencing the
21 staff in the houses.
22    Q.   That typically what that term is
23 used to indicate in OPWDD documents that
24 you're aware of?
25    A.   Yes.

Page 104

1           ELISE M. WILLIAMS
2     Q.   Would you agree -- I'm looking at
3 the policy statement on the first page,
4 would you agree that nursing services has
5 the responsibility for documentation that
6 supports planning, implementation and
7 evaluation of care?
8     A.   To the effect of where it's in
9 concern with any sort of medical, I think
10 there are supports and implementations and
11 stuff that are put in place that are not
12 nursing per sé.  There's some that are put
13 in place from a psychiatric point of view.
14    Q.   Well, I guess my question is, in
15 your view, does proper documentation help
16 support planning, implementation and
17 evaluation of a patient's care?
18    A.   Proper documentation does, yes.
19    Q.   And that's important for you as a
20 nurse in providing care, right?
21    A.   Correct.
22         MR. SHAPIRO:  I want to mark
23    another policy here, it's Plaintiff's
24    Exhibit 30 and it is Bates stamped
25    Defendant 8639 through 8640.

Pages 101 to 104

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 105

1        ELISE M. WILLIAMS
2        (Bates stamped Defendant
3     8639-8640 was marked as Plaintiff
4     Exhibit 30 for identification;
5     12/20.21.)
6        Q.   My question is, are you familiar
7   with the term "Focus charting"?
8        A.   I believe I am.  My understanding
9   of focus charting is so when you're writing
10  a note, there's -- pretty much you're trying
11  to focus on one area of -- one topic, I want
12  to say, in your note as opposed to all sort
13  of different topics.
14        And sometimes they do kind of
15  collide with each other, different topics,
16  if that's making sense.
17        Q.   Yes, well, let me ask you, is
18  focus charting something that you, as a
19  nurse, are supposed to practice or were
20  supposed to practice back in 2018?
21        A.   I'm just trying to look at the
22  document a little bit more here.
23        I'm going to say yes to your
24  question.
25        Q.   Can you give me an example of

Page 106

1        ELISE M. WILLIAMS
2   some focuses that should be charted?
3        A.   So, as it kind of mentions in
4   point 2 of this document where you have a
5   particular medical complaint, that would be
6   a focus area that you would chart on.
7        Does that answer your question?
8        A.   It does.  So would weight gain be
9   a focus, for example?
10        A.   It would, yes.
11        Q.   What about fatigue?
12        A.   It would.
13        Q.   Shortness of breath?
14        A.   Yeah, any medical -- any medical
15  concerns would be an area where that concern
16  once reported and you know, assessed and
17  that sort of stuff, that would be something
18  where you would document, okay, here's
19  what's going on.
20        Q.   So you'd focus, that would become
21  a focus term in the charting, am I
22  understanding you correctly?
23        A.   I believe.  It might not be
24  worded strictly as "Focus is this" or "Focus
25  is that," but it would be something that

Page 107

1        ELISE M. WILLIAMS
2   would be referenced in the charting.
3        Q.   Something that nursing and
4   medical would want to follow-up on and
5   monitor, right?
6        A.   Yes.
7        Q.   And would dehydration be
8   something that would be a focus -- could be
9   a focus?
10        A.   It could be if that's an issue
11  that the patient dealt with, then it would
12  be something that would be monitored.
13        Q.   What is -- I'm looking at the
14  second page of the document here, at the
15  bottom under "Consideration," it says,
16  "Staff knowledge of the CFA and IPT is
17  essential for accurate evaluation," do you
18  see that?
19        A.   Hmm-hmm.
20        Q.   What is a "CFA"?
21        A.   Let me see if they mention
22  anything previous -- and they don't.
23        Q.   Just sitting here today, is that
24  a term that means anything to you, CFA?
25        A.   It does not, no.

Page 108

1        ELISE M. WILLIAMS
2        Q.   What about "IPT"?
3        A.   ITP [sic] I believe is like an
4   individualized plan of the sorts.  I'm not
5   familiar with exactly what that acronym is.
6        Q.   Is it fair to say that's not a
7   document that you used regularly at Valley
8   Ridge?
9        A.   Without knowing exactly the exact
10  title of the document for what it stands
11  for, I would have to say yes.
12        Q.   But fair to say, neither CFA nor
13  IPT are acronyms that you use routinely at
14  Valley Ridge; is that right?
15        A.   Not to my knowledge, for nurses,
16  no.
17        Q.   Okay.
18        A.   Maybe it's what other disciplines
19  use.
20        Q.   Back in 2018, was it your
21  practice to use focus charting?
22        A.   In regards to charting, when a
23  medical concern was presented?
24        Q.   Yes.
25        A.   Yes.

Pages 105 to 108

Page 109

1          ELISE M. WILLIAMS
2      Q.   So, if a medical concern was
3   identified, you would use focus charting to
4   monitor it; is that fair to say?
5      A.   I would use the focus charting in
6   the aspect of, this is what the -- you know,
7   this is what came up as the concern, this
8   what we've done regarding the concern and
9   that is kind of like that plan moving
10  forward.
11          We also do -- in the nursing, we
12  do a shift report as well where we put the
13  concerns on those reports and we will let
14  the oncoming shift -- you know, then has an
15  idea as to what's going on and what -- like,
16  "Okay, keep an eye on this" or "Keep an eye
17  on that" and "This one had another bought,
18  but they're stable and so we can continue
19  on."
20     Q.   Is the shift report something you
21  complete after every shift?
22     A.   Yes.
23     Q.   And it's different from nursing
24  notes?
25     A.   It is different from nursing

Page 110

1          ELISE M. WILLIAMS
2   notes.  Typically there's a synopsis of --
3   the note might have more information in it
4   than what the shift report has.
5      Q.   Back in April of 2018, were those
6   shift reports handwritten?
7      A.   Not to my memory.  The shift
8   report is done up and e-mailed out to a team
9   of people.
10     Q.   Let me ask you just one quick
11  question and then we can take a break.
12          MR. SHAPIRO:  I'm marking as
13  Plaintiff's Exhibit 9, this is an
14  e-mail.  It's Bates stamped OPWDD 659.
15  It's an e-mail dated March 15, 2018
16  from Heidi Frederick.
17          (Bates stamped OPWDD 659 was
18  marked as Plaintiff Exhibit 9 for
19  identification; 12/20/21.)
20     Q.   Are you able to open that, Ms.
21  Williams?
22     A.   Yes, I have it.
23     Q.   Is this e-mail an example of what
24  you were just referring to as a shift
25  report?

Page 111

1          ELISE M. WILLIAMS
2      A.   Yes.
3      Q.   And this e-mail address that it's
4   sent to, what is that?
5      A.   The
6   OPWDD.DL.CRT.NURSING.24HOURREPORT?
7      Q.   Yes.
8      A.   That is a group e-mail that goes
9   out to a number of people that all receive
10  that report.  Some of them are nursing, some
11  of them are like the treatment team leaders
12  and/or people, so that they have a visual as
13  to what's going on.
14     Q.   And then was -- did you have a
15  practice when you started each shift to
16  review the prior nursing shift report every
17  time?
18     A.   I do, yes.
19     Q.   Did you review it only when you
20  arrived at work to start your shift, is that
21  when you would do it?
22     A.   It would either be at the start
23  of the shift or a little bit into the shift.
24  And a lot of times there's that written
25  report and there's also kind of a verbal of

Page 112

1          ELISE M. WILLIAMS
2   -- you know, "Anything happen today that I
3   need to know about?  Anything I need to
4   follow-up on" type thing.
5      Q.   And you wouldn't review the shift
6   reports when you weren't on duty; is that
7   fair to say?
8      A.   It would and I wouldn't have
9   access to them as they go to my work e-mail.
10     Q.   And you could only check your
11  work e-mail while you were at work, right?
12     A.   Yes.
13          MR. SHAPIRO:  Okay, we can take a
14  break for lunch.  How much time do you
15  folks want here?  45 minutes enough?
16          Is that okay, Ms. Williams?
17          THE WITNESS:  Yes, that's fine.
18          MR. SHAPIRO:  Off the record.
19          (A recess was taken.)
20          MR. SHAPIRO:  Ms. Williams, I
21  want to start this afternoon by marking
22  plaintiff's Exhibit 7, put it in the
23  chat there.
24          (Bates stamped OPWDD 556-561 was
25  marked as Plaintiff Exhibit 7 for

Pages 109 to 112

Page 113

1           ELISE M. WILLIAMS
2    identification; 12/20/21.)
3        Q.   Tell me if you're able to see it?
4        A.   I can see.
5        Q.   Do you recognize that document?
6        A.   I recognize it as one of our
7    annual nursing reports.
8        Q.   Okay.  If you scroll all the way
9    to the bottom of it, the last page --
10           MR. SHAPIRO:  Let me just state
11       for the record, sorry, the document is
12       Bates stamped OPWDD 556 through 561.
13       Q.   If you scroll to the bottom of
14   OPWDD 561, do you see your name there?
15       A.   I do.
16       Q.   What does this indicate?
17       A.   That would indicate that I was
18   the creating the document.
19       Q.   And we spoke a little about this
20   this morning, this document's entitled
21   annual nursing care assessment, can you just
22   describe for me what the purpose of this
23   document is?
24       A.   So, as we had discussed this
25   morning, we do the three quarterly reports

Page 114

1           ELISE M. WILLIAMS
2    with the three-month snap shot -- lookback
3    as to what's happened to them medically in
4    the last three months.
5            The annual is that same kind of a
6    snap shop, but on an annual lookback instead
7    of a three-month lookback.
8        Q.   And what kind of information is
9    supposed to be included in an annual nursing
10   assessment?
11       A.   So, it's all kind of the same
12   information as what was on the quarterly,
13   but with a little bit of -- a slight bit of
14   changes.  There's more -- so like you see
15   here on the first page, the 556, you see
16   more of like the past medical history, the
17   next of kin, there's a more in-depth review
18   of systems for assessment.
19           For the date of most recent exam,
20   on a quarterly you're going to have any
21   exams they had by specialties in the last
22   three months.  This is going to cover all
23   exams for the past year for each specialty.
24       Q.   Based on the fact that your name
25   is at the bottom of this report, is it fair

Page 115

1           ELISE M. WILLIAMS
2    to say that you're the one who prepared this
3    report?
4        A.   Correct.
5        Q.   I'm looking at the first page of
6    this document under the heading, "Medical
7    diagnosis," do you see that?
8        A.   Hmm-hmm.
9        Q.   And is it fair to say you're
10   suppose to list all the patient's medical
11   diagnosis in this area of this document?
12       A.   So typically -- I'm thinking
13   about the best way to word it.
14           Sometimes there are medical
15   diagnosis that may not be listed on here
16   based on their age, if they're ulcer
17   symptoms have almost resolved or since --
18   you know, maybe they had something that
19   happened when they were two, we're not going
20   to list that medical diagnosis on here per
21   sé.  This is the more relevant medical
22   diagnoses.
23       Q.   Medical diagnosis that are active
24   concerns, is that a fair way to say it?
25       A.   Yes.

Page 116

1           ELISE M. WILLIAMS
2        Q.   The first one listed here is
3    hypothyroidism, right?
4        A.   Correct.
5        Q.   What is that?
6        A.   Hypothyroidism is the state in
7    which the thyroid organ is no longer able to
8    create enough of the thyroid hormone to
9    maintain a hormonal balance in the body and
10   ends up then with -- hypo meaning not enough
11   of -- the thyroid hormone and hormone.
12           So, what that is treated with is
13   it's treated with medication, typically like
14   levothyroxine or Synthroid, depending on
15   what exactly type of hypothyroidism it is.
16   And then it's monitored with routine lab
17   work every so often.
18       Q.   Okay.  How does hypothyroidism
19   manifest?
20       A.   In some people it manifests as
21   fatigue, weight gain.  It can manifest as
22   just as almost feeling depressed.  I know
23   when they first found a way to test for
24   hypothyroidism, they were able to solve a
25   lot of people's depression because they

Pages 113 to 116

Page 117

1           ELISE M. WILLIAMS
2    weren't actually depressed, it was the
3    thyroid.
4           But it can present with just a
5    feeling of sluggishness, sometimes achiness
6    and everybody is different how bad -- you
7    know, sometimes it's very mild symptoms and
8    sometimes they're very severe symptoms.
9       Q.   And can hypothyroidism cause any
10   medical conditions, to your knowledge?
11      A.   It can if it's very severe and it
12   depends on the age of the person as well.
13   There's more risk with hyperthyroidism than
14   hypothyroidism.
15      Q.   And what kind of medical
16   conditions can be caused by hyperthyroidism?
17      A.   I'd have to look it up.  Off the
18   top of my head I'm blanking on any
19   particular ones.  But there are
20   ramifications where you want to have it as
21   correct as possible.
22      Q.   What about the next one -- I'm
23   going to butcher this -- hyponatremia?
24      A.   You actually got it pretty good.
25           Hyponatremia being not enough

Page 118

1    salt in the body.  That could be related to
2    dietary issues.  It could be related to
3    fluid intake or not -- too much fluid, which
4    would then cause the blood to be more
5    diluted and the salt in the body would more
6    diluted as well.
7       Q.   And how is that treated, if at
8    all?
9       A.   Usually that you treat it with
10   increasing the salt intake, monitoring the
11   fluid intake to see -- how are they drinking
12   too much and that's the problem or is there
13   something else going on or is there a
14   different electrolyte or mineral in the body
15   that's out of balance that could be causing
16   this.
17      Q.   How does this manifest -- how can
18   it manifest?
19      A.   Hyponatremia it is -- usually if
20   you have hypernatremia, which is too much
21   salt, it can manifest in weight gain.  This
22   is where we tell people to watch how much
23   salt they drink and what they're ingesting.
24      Q.   Hyponatremia a lot of times can

Page 119

1           ELISE M. WILLIAMS
2    manifest with possible aches and pains and
3    different things.  Often at times it's
4    caught with blood work before you really see
5    any signs or symptoms.
6       Q.   Did you say that hyponatremia can
7    be an indication of too much fluid in the
8    system?  Did I understand that correctly?
9       A.   Hypernatremia, if it's hyper, it
10   could be too much fluid.
11          Hypo is usually more -- if you
12   had someone drink a lot of water, it could
13   artificially drop their salt.
14      Q.   I see.  So, it's not that's it
15   fluid buildup, it's just someone who might
16   drink too much fluid, it makes it so that
17   there's less sodium in the body because you
18   drank so much water.  Am I understanding
19   that?
20      A.   Correct.
21      Q.   And how would you treat
22   hyponatremia?
23      A.   Typically they do the easiest
24   treatment first, which is just increasing
25   your salt intake a little bit and/or

Page 120

1           ELISE M. WILLIAMS
2    drinking less fluid if it is deemed that
3    that's the cause.
4       Q.   These medical diagnosis, they
5    came from a provider I assume, not you as
6    the RN; is that right?
7       A.   Correct.
8       Q.   And is there a document that's
9    created by the provider that lists a
10   patient's medical diagnosis?
11      A.   There is a -- I don't remember
12   the technical term -- there's like a medical
13   history list.  So there is a list that
14   sometimes the RN will write stuff on intake
15   of the patient on admission, will look
16   through their past medical history lists
17   that were given and write those down.
18          The provider can add other
19   diagnoses to that as they come along, but
20   that's typically how that goes.
21      Q.   I note also there's a vitamin D
22   insufficiency, how does that manifest?
23      A.   A vitamin D insufficiency
24   actually you almost never see symptoms until
25   it's really, really bad and I'd actually

Pages 117 to 120

Page 121

                    ELISE M. WILLIAMS
1
2    have to look up what those symptoms would be
3    off the top of my head.
4              We routinely do a screening, the
5    current recommendation is for once a year to
6    screen.  As in New York State and in the
7    rest of the world, the geographic level on a
8    global level, there are a lot of people that
9    are deficient.  So often it's in routine
10   screening.
11        Q.    On the annual nursing care
12   assessment, Exhibit 7, is there an area
13   where you're supposed to describe what
14   actions are being taken to monitor or
15   address the diagnosis that you listed?
16        A.    There is not on the annual
17   nursing.  There isn't a like "This diagnosis
18   is being treated this way" type of thing, I
19   think that's what you're asking for?
20        Q.    Yes.
21        A.    There isn't on this document, no.
22        Q.    Does this exist on some other
23   document?
24        A.    That information is typically on
25   a copy of the annual physical that the

Page 122

                    ELISE M. WILLIAMS
1
2    provider fills out.
3        Q.    And am I correct that individuals
4    who lived at Valley Ridge are typically --
5    see a doctor for a physical once a year, is
6    that the typical schedule?
7        A.    Yes.
8        Q.    And was that true for C.B.?
9        A.    To my memory, yes.
10             MR. SHAPIRO:  I want to mark as
11   Plaintiff's Exhibit 6 here.  This is a
12   four-page document.  It's Bates stamped
13   OPWDD 29 through 32.
14             (Bates stamped OPWDD 29-32 was
15   marked as Plaintiff Exhibit 6 for
16   identification; 12/20/21.)
17        Q.    Give you a moment to review that,
18   tell me when you're done, Ms. Williams?
19        A.    Okay.
20        Q.    Do you recognize Exhibit 6?
21        A.    I do.
22        Q.    What is it?
23        A.    So, it's the plan of nursing
24   service or PONS, as we call it sometimes.
25             What this is is a -- as I

Page 123

                    ELISE M. WILLIAMS
1
2    mentioned this morning -- a breakdown of
3    what the individual's medical issues are
4    into simpler English for our house staff to
5    look at and then say, "Okay, according to
6    this, what -- how do we treat it and what do
7    we do?  When do we have to call the nurse?"
8              So, as you can see for, let's
9    say, obesity, which doesn't really need a
10   whole lot of explaining, many people know
11   what that is.
12             But under the column, "Treatment
13   recommendations," they have staff to
14   encourage him to take medications as
15   ordered, encourage him to get his labs done
16   as ordered, for him to follow dietary
17   recommendations, follow-up with a provider
18   there, his primary care as needed.
19             Today encourage him to exercise,
20   their recording of the weight and blood
21   pressure mostly, making sure that he drinks
22   enough water, healthy food choices.  You
23   know, just kind of your typical things like
24   that.
25             And then just the next column

Page 124

                    ELISE M. WILLIAMS
1
2    over, the "Monitoring reporting," tells them
3    when to contact the nurse and/or the
4    dietician they say.
5              And then there's the other things
6    that you're to watch for and if they see it,
7    they contact nursing, "Hey, so and so is
8    showing this and according to PONS, you
9    know, here's what it says."
10        Q.    And would you agree with me that
11   this is actually two PONS, right, in this
12   Exhibit 6, is that right -- well, let me ask
13   a better question.
14             The first on page 2 of this
15   document, OPWDD 30, do you see your
16   signature there?
17        A.    Yes.
18        Q.    And that you signed on
19   January 30, 2018, right?
20        A.    Yes.
21        Q.    And on the last page of the
22   document, OPWDD 32, do you see your
23   signature there as well?
24        A.    Yes.
25        Q.    And that you signed on March 27,

Pages 121 to 124

# JA441

Page 125

1              ELISE M. WILLIAMS
2    2018, right?
3         A.    Yes.
4         Q.    So does that -- fair to say that
5    you reviewed this PONS in January of 2018
6    and then again in March of 2018?
7         A.    Yes.
8         Q.    And the PONS, the second one, the
9    one that you reviewed on March of 2018,
10   there's a new issue on there, right?
11        A.    Correct.
12        Q.    And that's nearsightedness,
13   right?
14        A.    Correct.
15        Q.    Both the January and the March
16   review have a diagnosis of hypertension on
17   them, do you see that?
18        A.    Hmm-hmm.
19        Q.    Sorry, you have to answer
20   verbally.
21        A.    Yes.
22        Q.    And if we go back for a moment to
23   Exhibit 7, the annual nursing care
24   assessment, hypertension was not one of the
25   diagnosis listed there; is that correct?

Page 126

1              ELISE M. WILLIAMS
2         A.    Correct.
3         Q.    Was hypertension a new diagnosis
4    that was given to C.B. between June of 2017
5    and January of 2018?
6         A.    Looking at these two documents, I
7    would say yes.
8         Q.    And what is hypertension?
9         A.    Commonly known as high blood
10   pressure.
11        Q.    How would a new diagnosis be
12   added to a person's medical record?
13        A.    So, for that particular
14   diagnosis, what would happen is we would
15   notice as nurses when that we get a blood
16   pressure, it's creeping up and trending
17   higher and higher each time we check it
18   versus you know, maybe you get one high and
19   then the others go back to their baseline,
20   as what we discussed this morning.
21             That information would then be
22   brought to the provider and we would notify
23   the provider and say, "Hey, here's this
24   finding."  Sometimes we monitor it a little
25   bit further to see, okay, exactly how high

Page 127

1              ELISE M. WILLIAMS
2    are we running when we did more of a routine
3    monitoring.
4              Other times, depending on how
5    high it was, the provider may start
6    medication or get some labs or would take
7    action to see, "Okay, what are we looking
8    at?  How do we want to treat it?"
9              The provider --
10        Q.    And would the provider be the
11   ones that would ultimately make the
12   hypertension diagnosis?
13        A.    Yes.
14        Q.    Do you remember discussing C.B.'s
15   blood pressure with a provider?
16        A.    I do not.
17        Q.    Do you remember discussing C.B.'s
18   diagnosis of hypertension with a provider?
19        A.    I do not, no.
20        MR. SHAPIRO:  I want to mark
21   Plaintiff's Exhibit 49, which I'm
22   putting in the chat here.  This is a
23   one-page document.  The Bates stamp
24   number is Plaintiff 10380.
25             (Bates stamp Plaintiff 10380 was

Page 128

1              ELISE M. WILLIAMS
2    marked as Plaintiff Exhibit 49 for
3    identification; 12/20/21.)
4         Q.    Did you recognize this document,
5    Ms. Williams?
6         A.    I recognize it as the chart used
7    to monitor the monthly blood pressures.
8         Q.    Is this something that you would
9    fill out?
10        A.    To the best of my knowledge, it
11   would be one of the nurses filling it out.
12   Often it's the staff in the house that would
13   be obtaining the blood pressure.
14        Q.    Are the direct care staff in the
15   house trained to take vital signs?
16        A.    They are trained as part of their
17   medication administration program that they
18   go through or what we would refer to as the
19   AMAP course.  So, they are trained in that
20   aspect.
21             They have blood pressure
22   machines, so they don't have to take a
23   manual blood pressure.  They have a machine
24   that they put the cuff on and hit the
25   button.

Pages 125 to 128

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 129

```
 1              ELISE M. WILLIAMS
 2       Q.   Do you, as nurses, rely on the
 3   direct care staff to take individuals' blood
 4   pressures?
 5       A.   Fairly frequently we do oversee
 6   them, sometimes we do them ourselves, if
 7   there's a question.
 8       Q.   And looking at this blood
 9   pressure chart, Exhibit 49, in your view is
10   that consistent with the hypertension
11   diagnosis that we see on the January and
12   March PONS?
13       A.   With just the single blood
14   pressures to run off of on here, it's
15   difficult to say.
16       Q.   What other information would you
17   need?
18       A.   I would need the log of if there
19   was blood pressures taken more frequently
20   other than one just one once a month.
21       Q.   Would that be in a different
22   document?
23       A.   It would possibly be on the --
24   one of the medication administration record
25   sheets.
```

Page 130

```
 1              ELISE M. WILLIAMS
 2       Q.   So, Exhibit 49, which is titled,
 3   "Blood Pressure Chart," that does not
 4   include every time C.B.'s blood pressure was
 5   taken, it's not necessarily noted on the
 6   chart, is that what you're saying?
 7       A.   Correct.
 8       Q.   So what would be put on the blood
 9   pressure chart then?
10       A.   So this blood pressure chart is
11   used solely for that monthly blood pressure
12   check to help screen for potential for
13   hypertension. So, everybody gets their
14   blood pressure taken once a month the
15   beginning of the month to monitor for
16   potentially upward trending blood pressure.
17       Q.   And you, as an RN back in 2018,
18   one of your jobs would be to identify trends
19   of increasing blood pressure; is that right?
20       A.   Correct.
21       Q.   And raise that concern with the
22   provider, right?
23       A.   Correct.
24       Q.   And is that something that you
25   did with C.B.?
```

Page 131

```
 1              ELISE M. WILLIAMS
 2       A.   I don't remember.
 3       Q.   Going back to the PONS here,
 4   Exhibit 6, in the monitoring and reporting
 5   column there are some places where it says,
 6   "Report to RN" and other places where it
 7   says, "Report to nurse," is there a
 8   distinction there?
 9       A.   There is not.
10       Q.   Nurse means RN, correct?
11       A.   Correct.
12       Q.   Not a provider?
13       A.   Correct.
14       Q.   Not a nurse practitioner?
15       A.   Correct.
16       Q.   And based on the PONS that you
17   reviewed on -- in March of 2018, which is
18   OPWDD 31 to 32, for C.B.'s hypertension, the
19   direct care staff was supposed to report to
20   the nurse C.B.'s monthly weight and blood
21   pressure, right?
22       A.   Yes.
23       Q.   And if C.B. had increased
24   difficulty with tolerating activity, right?
25       A.   Yes.
```

Page 132

```
 1              ELISE M. WILLIAMS
 2       Q.   And that included shortness of
 3   breath, fatigue or weakness, right?
 4       A.   Correct.
 5       Q.   And if C.B. complained of chest
 6   pain, right?
 7       A.   Correct.
 8       Q.   Shortness of breath, right?
 9       A.   Correct.
10       Q.   Nausea, right?
11       A.   Correct.
12       Q.   Direct care staff was also
13   supposed to report to nursing if C.B.'s
14   lower legs or ankles appeared puffy, right?
15       A.   Correct.
16       Q.   And if C.B. was tiring easily,
17   right?
18       A.   Correct.
19       Q.   Or not acting like his usual
20   self, right?
21       A.   Correct.
22       Q.   How would those reports to
23   nursing be made?
24       A.   Reports like that were typically
25   made to the float phone that I mentioned
```

Pages 129 to 132

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 133

1        ELISE M. WILLIAMS
2    earlier.
3        Q.    And if you received a report like
4    that on the float phone, do you make a
5    documentation of it?
6        A.    It would depend on what else was
7    found during the whole assessment and
8    talking to them and getting further
9    information.  They're not trained to
10    satisfies, that we assess legally.
11        So, they might contact me and
12    say, "Hey, something looks different, maybe
13    to them his legs look puffy."  If they've
14    never seen them before they don't know what
15    they usually look like, maybe they are,
16    maybe they are not.
17        Q.    And if you received a report from
18    -- of one of these issues that the PONS
19    required a report to the nurse about, would
20    you go examine the patient?
21        A.    I would, yes, depending on what
22    they tell me.  If they say that maybe he's
23    complaining of shortness of breath or that's
24    what he's saying or having difficulty
25    breathing, but they're also telling me that

Page 134

1        ELISE M. WILLIAMS
2    his sinuses are all congested and he's
3    sounding all stuffy, I would probably have
4    them get a set of vital signs to see how are
5    those vital signs.
6        If they are within normal
7    parameters, then I would probably encourages
8    him to drink more fluids, to utilize
9    as-needed like over-the-counter cough syrup
10    and stuff like that, that we have orders for
11    and then keep an eye on him and see how
12    things go and see if that helps at all.
13        Q.    And would you make a record of
14    that?
15        A.    To my knowledge, yes.
16        Q.    Where would you do that?
17        A.    In the nursing note.
18        Q.    And the nursing note, tell me
19    what those are?
20        A.    They're like I mentioned earlier
21    this morning, they're the DAR notes.  So,
22    the documentation that the nurses do with --
23    they're like the data action and response
24    type that -- they're documentation of like a
25    problem has been brought to our attention,

Page 135

1        ELISE M. WILLIAMS
2    this is what we did and this is the
3    response.
4        Q.    Would you complete a nursing note
5    any time you examine a patient?
6        A.    Yes, it's typically what's done,
7    yes.
8        Q.    Would you complete a nursing note
9    any time you receive a report about a
10    patient?
11        A.    For the most part it's going to
12    depend on the report.
13        So, if somebody's complaining of
14    a headache and just they're acting if they
15    can use a PRN, as-needed, Tylenol, we may or
16    may not write a note on that, as we would be
17    writing notes for weeks.
18        So, it's going to depend on
19    exactly what the report is.
20        Q.    If someone reports something that
21    they're supposed to report under the plan of
22    nursing services, you'd write that down in
23    the nursing notes, right?
24        A.    Yes.
25        Q.    Do you make a note in the nursing

Page 136

1        ELISE M. WILLIAMS
2    note any time you see an individual in the
3    house or on the comments or anywhere?
4        A.    I don't know.
5        Q.    Do you ever receive calls from --
6    directly from individuals' family members?
7        A.    On occasion, yes.
8        Q.    If you receive a call like that,
9    is that something you put in the nursing
10    note?
11        A.    It would be, yes.
12        Q.    What about any time a nurse takes
13    vital signs, is that going to go in the
14    nursing note?
15        A.    It usual does, yes.
16        Q.    What if a direct care staff takes
17    vital signs and reports it to the nurse,
18    would that get reflected in the nursing
19    note?
20        A.    Usually, yes because usually
21    they're taking vital signs because we're
22    asking them to due to whatever the concern
23    is.
24        Q.    Back in 2018, I know the nursing
25    notes were handwritten, right?

Pages 133 to 136

Page 137

1          ELISE M. WILLIAMS
2     A.    Yes.
3     Q.    So, were they kept in a notebook
4  or something?
5     A.    They are kept in the patient's
6  medical charts in our clinic.
7     Q.    And was it your practice to
8  review the nursing notes prior to conducting
9  an exam on a patient?
10    A.    Not typically, it would depend on
11  the nature of the exam.
12    Q.    Why wouldn't you review the
13  nursing notes?
14    A.    Not every concern is going to be
15  one that is reflected.  Sometimes it's a
16  brand knew concern.  Sometimes -- you know,
17  if it's a concern where maybe they have a
18  rash and they're telling you they've had
19  this rash for days, weeks, months, whatever,
20  I'm going to go back and review the notes
21  and he like, "Okay, how long has it been?
22  What are we doing?  Is it working?  Isn't it
23  working?  Are they doing" --
24          You know, if it's a cream or
25  something they're supposed to be putting it

Page 138

1  on, are they actually putting it on the way
2  they're supposed to be doing.  So it would
3  depend on the nature of the complaint.
4     Q.    How do you know whether a
5  complaint is new if you don't look back at
6  the history from the nursing note?
7     A.    A lot of times it's based more of
8  because our knowledge of -- because we deal
9  with these people on more of a long-term
10  basis, it depends on how well we know the
11  individual.
12          It also depends on what stuff has
13  come up in shift reports.  A lot of times if
14  I would go in to write a note, I would skim
15  over the last couple of notes to see, "Okay,
16  is this something brand spanking new or have
17  they been complaining about this?"
18    Q.    You agree that understanding the
19  patient's history is important to conduct an
20  analysis of their current condition, is that
21  fair to say?
22    A.    Yes.
23    Q.    And for you, as an RN in 2018,
24  was the best way to get a sense of a

Page 139

1          ELISE M. WILLIAMS
2  patient's history by reviewing the nursing
3  notes?
4     A.    It is a way to get a sense of a
5  patient's history.  Often sometimes there's
6  a complaint where we're seeing the patient
7  in the house, we're not seeing them
8  necessarily in the medical clinic, so I
9  don't have the chart right in front of me.
10          So that's when it comes down to
11  interviewing the patient and asking them,
12  "When did it start?  What have you tried?"
13  Just history questions like your doctor asks
14  you.
15    Q.    And if you see a patient in the
16  house as opposed to in the clinic, will you
17  later make a note in the nursing notes about
18  that encounter?
19    A.    Yes.
20    Q.    And will you write down what the
21  patient reported in terms of history?
22    A.    Yes, it would be written down and
23  if it's something where it's like what I
24  mentioned with the rash, if it's a rash that
25  they've been dealing with, then you know, a

Page 140

1          ELISE M. WILLIAMS
2  notation can made of this is an issue,
3  they've already seen the provider.
4          There would be some mention of
5  this is an ongoing thing versus a brand new
6  rash that's noted or something.
7     Q.    And it's important to document
8  that history as reported to you by the
9  patient in the nursing note, right?
10    A.    As best as possible, yes.
11    Q.    And that way for future exams or
12  future encounters, the nurse will have that
13  history in front of them in the nursing note
14  so they can refer back to it, right?
15    A.    Yes.
16    Q.    Are there any -- well, we talked
17  about plans of nursing services, we talked
18  about DAR notes, we talked about nursing
19  notes, there are also physician's notes,
20  right?
21    A.    Correct.
22    Q.    Is that something that you
23  reviewed regularly in 2018 as part of your
24  work?
25    A.    So, with doing the quarterly and

Pages 137 to 140

Page 141

1           ELISE M. WILLIAMS
2    the annual report, I would review over the
3    physician's notes to get my snapshot of what
4    things that are medically relevant that have
5    happened, you know, was there an infection,
6    was there a complaint of respiratory
7    symptoms, whatever, that information I would
8    pull from the physician's note.
9           If I had a question about, okay,
10   well, if they were seen for an infection in
11   their finger, at this point, did it resolve,
12   sometimes with that I would have to go to
13   the nursing notes to see what the follow-up
14   was to it.  So, both sets of notes would be
15   reviewed to some extent.
16       Q.   Was there any other document that
17   you relied on in performing your work as an
18   RN back in 2018?
19       MS. HILDONEN:  Objection to form.
20       You can answer if you understand
21   the question.
22       A.   You mean notes and stuff that I
23   would --
24       Q.   Let me rephrase it.
25           So, when assessing a patient and

Page 142

1           ELISE M. WILLIAMS
2    trying to get a complete sense of a
3    patient's medical history and recent
4    activity, are there any other documents,
5    aside from PONS, DAR notes, nursing notes
6    and physician notes that you would typically
7    review?
8       A.   So, I would review over there
9    master list or their medical history list
10   that's in their medical chart.  Often I
11   would also ask the house staff, who see them
12   more frequent than what I do.
13           And I would ask them, "Have you
14   been noticing this?"  If I noticed they're
15   walking differently or they're not acting
16   quite themselves to me, you know, maybe I
17   just think they are and they're not or
18   whatever, but I would ask the house staff,
19   "Hey, is this what you've been seeing?"
20       Q.   And these documents and your
21   conversations with house staff, you didn't
22   do that at regular intervals, did you?
23       A.   To ask them about people's
24   baseline?
25       Q.   Yes.

Page 143

1           ELISE M. WILLIAMS
2       A.   No.
3       Q.   So it's not like on a Monday
4    morning you would talk to house staff about
5    C.B., for example, that was not a routine
6    you had?
7       A.   Correct.
8       Q.   And did any RNs follow a routine
9    like that, to your knowledge?
10       A.   No.
11       Q.   You would ask house staff or
12   review documents relating to a particular
13   patient when there was a need; is that fair
14   to say?
15       A.   Yes.
16       Q.   By the way, you said there were
17   between five and ten individuals living in
18   E-House in 2018.  Approximately, in 2018,
19   how many individuals lived in Valley Ridge
20   total, all together?
21       A.   Our census is routinely in -- I
22   can't speak for exact numbers in 2018, but
23   our census for the most part runs about 45
24   and 47 individuals.
25       Q.   And there's one provider on staff

Page 144

1           ELISE M. WILLIAMS
2    for 45 to 47 individuals; is that right?
3       A.   Correct.
4       Q.   And that's a nurse practitioner,
5    not a doctor, right?
6       MS. HILDONEN:  Asked and
7       answered.
8       Q.   You can answer, Ms. Williams.
9       A.   We have had a doctor on staff in
10   the past.  It depends on what our provider
11   is for that location at that time.
12       Q.   In 2018 at Valley Ridge, the sole
13   provider for on staff for the residents was
14   the nurse practitioner, right?
15       A.   Correct.
16       Q.   I want to change topics now
17   slightly.  Over the last year of his life,
18   C.B. gained weight, right?
19       A.   Yes.
20       Q.   Approximately how much weight did
21   he gain?
22       A.   I would need to reference his
23   weight chart to be able to answer that
24   question.
25       Q.   Fair enough.

Pages 141 to 144

Page 145

| | |
|---|---|
| 1 | ELISE M. WILLIAMS |
| 2 | MR. SHAPIRO: I'm marking as |
| 3 | Plaintiff's Exhibit 1, a two-page |
| 4 | document. It's Bates stamped |
| 5 | Plaintiffs 10381 through 10382. |
| 6 | (Bates stamped Plaintiff |
| 7 | 10381-10382 was marked as Plaintiff |
| 8 | Exhibit 1 for identification; |
| 9 | 12/20/21.) |
| 10 | Q. Do you recognize this document, |
| 11 | Ms. Williams? |
| 12 | A. I do. |
| 13 | Q. And what is this? |
| 14 | A. This is the monthly weight chart, |
| 15 | which shows the weights and if any |
| 16 | re-weights obtained. |
| 17 | Q. Who completes this weight chart? |
| 18 | A. The staff in the house obtain the |
| 19 | weight, they call it into us and then we |
| 20 | would -- as nurses, we would maintain the |
| 21 | chart. |
| 22 | Q. And the chart is kept in -- |
| 23 | A. The patient's ledger. |
| 24 | Q. So this chart would have been |
| 25 | kept in C.B.'s medical chart, is that fair |

Page 146

| | |
|---|---|
| 1 | ELISE M. WILLIAMS |
| 2 | to say? |
| 3 | A. Yes. |
| 4 | Q. Why are there sometimes |
| 5 | re-weights done? |
| 6 | A. When we have somebody who weighs |
| 7 | and shows a month-to-month weight change of |
| 8 | five pounds plus or minus the month before, |
| 9 | then our policy is that he have to get a |
| 10 | re-weight to verify where weight is accurate |
| 11 | or whether maybe they had their snow boots |
| 12 | on versus sandals. You know, the different |
| 13 | variables can you can get in there. |
| 14 | So, we'll let staff know when |
| 15 | they call us, "Okay, we're going to need a |
| 16 | re-weight on that one." So then later that |
| 17 | day or the next day, maybe a couple of days |
| 18 | later if the person refuses to get back on |
| 19 | the scale. Staff will obtain another weight |
| 20 | and we compare that to the first weight. |
| 21 | Q. Is one reading being more |
| 22 | authoritative than the other? |
| 23 | A. Usually we go off of the |
| 24 | re-weight. |
| 25 | Q. Is that true even when there's a |

Page 147

| | |
|---|---|
| 1 | ELISE M. WILLIAMS |
| 2 | significant discrepancy between the initial |
| 3 | weight and the re-weight? |
| 4 | A. To my knowledge, yes. |
| 5 | Q. So look at Exhibit 1, C.B. |
| 6 | arrived at Valley Ridge in June 2015, right? |
| 7 | A. Yes. |
| 8 | Q. And he arrives, he weighed 250 |
| 9 | pounds; is that right? |
| 10 | A. From what I'm seeing, 238. |
| 11 | Q. Sorry, my apologies, you're |
| 12 | right. 238, right? |
| 13 | A. Correct. |
| 14 | Q. And then moving ahead to |
| 15 | June 2017, two years later, then he weighed |
| 16 | 250 pounds, right? |
| 17 | A. Correct. |
| 18 | Q. So, that's two years at Valley |
| 19 | Ridge, right, he gained 12 pounds, right? |
| 20 | A. Correct. |
| 21 | Q. Then by the end of 2017, in |
| 22 | December of 2017, he's weighing |
| 23 | 272.8 pounds; is that right? |
| 24 | A. Correct. |
| 25 | Q. So he gained 12 pounds in two |

Page 148

| | |
|---|---|
| 1 | ELISE M. WILLIAMS |
| 2 | years and then 22.8 pounds in five or |
| 3 | six months; is that right? |
| 4 | A. Correct. |
| 5 | Q. And by April of 2018, his initial |
| 6 | weight was 294, right? |
| 7 | A. The initial weight? I'm not |
| 8 | understanding you. |
| 9 | Q. Sorry, the initial reading from |
| 10 | April of 2018 was 294 pounds, right? |
| 11 | A. Yes. |
| 12 | Q. And then he was reweighed and the |
| 13 | reweigh was 285.6 pounds, right? |
| 14 | A. Correct. |
| 15 | Q. So over -- between December 2017 |
| 16 | and April of 2018, he had gained at least |
| 17 | another almost 13 pounds, right? |
| 18 | A. Correct. |
| 19 | Q. Was that weight gain an area of |
| 20 | concern for C.B.'s medical team? |
| 21 | A. It was an area that we followed |
| 22 | and discussed with him. We discussed areas |
| 23 | of making better eating choices. We |
| 24 | encouraged him to try to get more exercise, |
| 25 | to try to be mindful of what he ate. |

Pages 145 to 148

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 149

1            ELISE M. WILLIAMS
2      Q.   Why was his weight gain an area
3  of concern?
4      A.   Pretty much for the same reason
5  it is for any of us, that, you know, being
6  overweight is not a healthy thing to be.
7      Q.   And in what ways is it not
8  healthy?
9      A.   It puts a lot of stress on the
10  body systems.  It puts a lot of stress on
11  your joints, your bones.  It makes it more
12  difficult to breathe.  It makes it just more
13  harder -- your heart has to work harder
14  because there's more of you and it's just
15  not a good thing all the way around.
16      Q.   What can cause weight gain?  What
17  are some of the things that can cause weight
18  gain?
19      A.   Having a caloric intake greater
20  than your caloric needs and how much
21  calories you burn in a day.
22          For our patient population the
23  main thing we see that effects weight gain
24  is the medication that they're on.
25  Unfortunately, psychiatric medications are

Page 150

1            ELISE M. WILLIAMS
2  notorious for causing weight gain.
3      Q.   And in what way is that?
4      A.   A lot of them just -- because of
5  how they work in the brain, a lot of them
6  have that side effect of causing weight
7  gain.  And there's a number of different
8  ways that it does that, but a lot of it is
9  just how it's going to make you feel and how
10  it effects your brain.
11      Q.   Does it increase appetite, is
12  that what the psychiatric medication does or
13  a side effect of it?
14      A.   I would have to look them up to
15  verify that, the exact reasoning as to what
16  it is that causes the weight gain.
17      Q.   Well, I guess if everything else
18  stays the same, if someone's caloric intake
19  stayed the same, but they were just added a
20  psychiatric drug, to your understanding,
21  would the drug itself cause weight gain?
22          MS. HILDONEN:  Objection.
23          MR. HILL:  Objection.
24      Q.   You can answer.
25      A.   Not to my outstanding, the drug

Page 151

1            ELISE M. WILLIAMS
2  wouldn't -- the drug itself would cause
3  either an increase in appetite or a decrease
4  in what's known as satiety or feeling full,
5  causing a person then to eat more.
6          So, the drug itself was effecting
7  other areas of the body, which then effect
8  the caloric intake.
9      Q.   Did C.B. have control over what
10  he ate, could he choose what he wanted to
11  eat?
12      A.   He could, yes.
13      Q.   Could he choose what he wanted
14  for lunch on a particular day, for example?
15      A.   To an extent, yes.
16      Q.   What do you mean by that?
17      A.   So, for example, you or I, being
18  able to grab our car keys and go wherever to
19  whatever restaurant, have a choice of what
20  he eat for lunch.
21          He had a choice, but it was
22  limited more to what foods were in the
23  house, what was actually on the menu that
24  day for the food options.  Maybe he didn't
25  like what they were having for lunch and he

Page 152

1            ELISE M. WILLIAMS
2  wanted to go to the deli instead or a ham
3  and cheese sandwich or some other option
4  they had available there in the house.
5          Or maybe they were ordering out,
6  getting Chinese food or pizza or something
7  like that and he was then able to order out
8  and get stuff that way.
9          So, there are options, they're
10  just limited to less than what you and I
11  would have.
12      Q.   Are you familiar with the phrase
13  "Calorie control diet"?
14      A.   Yes.
15      Q.   What does that mean?
16      A.   A calorie control diet is more of
17  a restricted -- it's a lesser number of
18  calories than a regular diet.
19      Q.   And people at Valley Ridge, some
20  people were on a calorie controlled diet; is
21  that right?
22      A.   Yes.
23      Q.   Fair to say C.B. was on a calorie
24  controlled diet for the last year of his
25  life, right?

Pages 149 to 152

Page 153

1          ELISE M. WILLIAMS
2      A.   I would have to review the
3  documentation, but I would say it's most
4  likely correct.
5      Q.   Let's look --
6      MR. SHAPIRO:  I'm going to mark
7  Plaintiff's Exhibit 48.  And this is a
8  four-page document, it's Bates stamped
9  OPWDD 517 through 520.
10     (Bates stamped OPWDD 517-520 was
11  marked as Plaintiff Exhibit 48 for
12  identification; 12/20/21.)
13     Q.   You don't need to review this
14  whole document, Ms. Williams, I'm just going
15  to focus your attention on the first page,
16  there's a section called, "Food and
17  Nutrition Related History," do you see that?
18     A.   I do.
19     Q.   And do you see under "Other," it
20  says, "On 4/2017 his calorie was reduced to
21  a calorie controlled diet," do you see that?
22     A.   I do.
23     Q.   Does that suggest to you that in
24  April of 2017, C.B. was placed on a calorie
25  control diet?

Page 154

1          ELISE M. WILLIAMS
2      A.   It does.
3      MS. HILDONEN:  Mr. Shapiro, can
4  you put a little foundation in for this
5  document?
6      MR. SHAPIRO:  I'm just showing it
7  to her to refresh her recollection,
8  Kasey.
9      MS. HILDONEN:  Okay, but you
10  didn't ask her if she's ever seen this
11  document before.
12     MR. SHAPIRO:  That's fine, it
13  seems to have refreshed her
14  recollection, so we're going to move
15  on.
16     MS. HILDONEN:  Okay.
17     MR. HICKEY:  I'm sorry, while
18  attorneys are talking, Sam, whenever
19  it's convenient for you, I just need
20  like five minutes, a quick break,
21  whenever it's convenient.
22     MR. SHAPIRO:  No problem, give me
23  like two minutes and we'll do that.
24     MR. HICKEY:  Great, thank you.
25     Q.   So if C.B. was on a calorie

Page 155

1          ELISE M. WILLIAMS
2  controlled diet, is it fair to say that it
3  would mean that he did not have the option
4  of eating whatever he wanted, is that fair
5  to say?
6      A.   To an extent.  Even though he is
7  on a calorie controlled diet, our
8  limitations with that at Valley Ridge are
9  that we can encourage and do the best we can
10  to encourage him to make healthy food
11  choices and to limit how much food they get.
12  But at the end of the day, it's their right
13  to eat whatever they want and as much as
14  they want.  So, we are limited by that right
15  of theres.
16     If you come into my office and if
17  I see you as a provider or however and
18  you're overweight, I can tell you all I
19  want, you only should eat 2,000 calories a
20  day.  You can take that advice and use it or
21  you can be like, "Yeah, no" and do whatever
22  you want.
23     We put them on these calorie
24  controlled diets and we try to limit their
25  intake to help them out and to teach them

Page 156

1          ELISE M. WILLIAMS
2  and educate them as to this is why we're
3  doing this and this is why this is very
4  important.  But when the river meets the
5  road, they can eat whatever they want.
6      Q.   Let me just try to understand
7  that, do residents at Valley Ridge eat their
8  food in the cafeteria typically?
9      A.   They don't, their meals are
10  prepared by staff in the house.
11     Q.   And do they eat in the dining
12  room in the house?
13     A.   Yes.
14     Q.   And does staff who prepare the
15  meals, is it fair to say they know who's on
16  a calorie controlled diet and who's not?
17     A.   They do.
18     Q.   And they prepare meals
19  accordingly based on who is on a calorie
20  controlled diet and who's not, right?
21     A.   Correct.
22     Q.   And so, they would prepare a meal
23  for C.B. consistent with his calorie
24  controlled diet, right?
25     A.   Correct.

Pages 153 to 156

Page 157

1          ELISE M. WILLIAMS
2      Q.   And that's what would be
3  available for C.B. to eat, right?
4      A.   It would, at the same time, if he
5  -- maybe when he went to Walmart or whatever
6  and bought a bag of cookies and wanted to
7  have a bag of cookies, there was nothing
8  stopping him from having the whole bag in
9  one sitting.
10     Q.   Understood.  So, if he had some
11 of his own food and he kept it in his own
12 room or something, you couldn't prevent him
13 from eating that?
14     A.   True.
15     Q.   Did individuals have
16 refrigerators in their bedrooms?
17     A.   No.
18     Q.   Were they allowed to keep things
19 refrigerated?
20     A.   When they do purchase food items,
21 they have lockers in the foyer of the house
22 that they can some items in.  Other items
23 that might need refrigeration or specialty
24 storage like that, they can purchase and
25 have -- you know, their name is written on

Page 158

1          ELISE M. WILLIAMS
2  the packaging and they have it in the pantry
3  space of the house.
4      Q.   And are you saying that staff
5  exercise no control over what individuals
6  purchase when they are off campus?
7          MR. HICKEY:  Objection.
8      A.   They're encouraged to make a
9  healthy food choice and encouraged to act
10 appropriately on that, but at the end of the
11 day, it's the individual's right and choice
12 to either acknowledge that, okay, I should
13 buy the apple and not the Snickers bar, but
14 I really want the Snickers bar.
15         MR. SHAPIRO:  Okay.  We can take
16     a break.  Should we come back at 2:00,
17     how about that?
18         MR. HICKEY:  Perfect, thank you
19     very much.
20         (A brief recess was taken.)
21     Q.   Ms. Williams, are there any
22 documents that are kept that describe what
23 an individual -- strike that.
24         Are there any documents that are
25 kept that describe what an individual

Page 159

1          ELISE M. WILLIAMS
2  purchases when he or she goes out to an
3  outing off campus?
4      A.   There is an outing note that is
5  done by that person taking that person on an
6  outing.  I don't know if there's
7  documentation to the point of exactly what
8  was purchased.
9      Q.   And is there documentation of
10 specifically what an individual has been
11 eating?
12     A.   Not that I know of.
13     Q.   For you, as part of the medical
14 team of C.B., you saw he had been gaining
15 weight, right, towards the end of his life,
16 right?
17     A.   Yes.
18     Q.   And it was important to
19 understand why that was happening, right?
20     A.   Correct.
21     Q.   And so, one of the things you'd
22 want to do is understand if he had been
23 eating more; is that correct?
24         MS. HILDONEN:  Objection to form.
25     Q.   You can answer.

Page 160

1          ELISE M. WILLIAMS
2      A.   It would be.  I do remember
3  frequently having discussions with him about
4  his weight.  I know it was an area that --
5  for him, it was a struggle.  He knew he
6  needed to try to do better and he would on
7  spurts and on certain days he would.  And
8  then, like many of us do, he'd fall off the
9  band wagon.
10         So, I do remember it was an area
11 he struggled with and he would try and it
12 would last a couple of days and then he's be
13 back into it.  So, it was a continuous
14 struggle.
15     Q.   And sitting here, what do you
16 know about C.B.'s eating habits in the last
17 year of his life?
18     A.   Nothing that I can remember
19 definitively, except for -- to remember that
20 it was an area that he struggled with.
21     Q.   Was it important for you as part
22 of the medical team to understand whether
23 this weight gain was attributable to his
24 diet, for one, was that important?
25     A.   It is important to look at it and

Pages 157 to 160

Page 161

```
 1           ELISE M. WILLIAMS
 2  to be able to attribute is it from a med
 3  change, is it from diet change, it is from
 4  holidays?  Often it's not uncommon to see a
 5  weight gain around the holiday times because
 6  you've got all the wonderful holiday foods
 7  that we all enjoy in the house and available
 8  and people are making cookies and stuff like
 9  that as well.
10      Q.    I guess what I'm trying to get at
11  is we discussed a lot about the way a person
12  can gain weight because of what they're
13  eating, right, that's certainly a way that
14  one can gain weight, right?
15      A.    Yes.
16      Q.    But there are other ways a person
17  can gain weight too, right?
18      A.    There are different things
19  besides just intake that can cause people to
20  gain weight.  There is different metabolic
21  problems that can cause people to gain
22  weight.  As I mentioned, the psychiatric med
23  changes that cause people to gain weight.
24  So, there are more than just caloric intake
25  to be reviewed.
```

Page 162

```
 1           ELISE M. WILLIAMS
 2      Q.    Isn't fluid retention a way that
 3  someone can gain weight?
 4      A.    It is.
 5      Q.    And what, if anything, did C.B.'s
 6  medical team do to determine if he was
 7  gaining weight because of fluid retention?
 8      A.    So, we do routine lab work.  The
 9  provider orders that and oversees that.  He
10  -- as a nursing team, we draw it, we sent it
11  out to the hospital, get the results back
12  and we make sure those results get to the
13  provider so that the provider can review.
14      Q.    What kind of lab work would show
15  whether there's fluid retention?
16      A.    Even just doing a -- what's
17  called a CBC or a complete blood count,
18  looking at their hematocrit hemoglobin
19  levels, their red blood cell count, looking
20  at a CBC or a CMP or a BMP would also show
21  -- it would show sodium levels, other levels
22  in the body, as well how some of the other
23  organs and things are working as well.
24      Q.    You mentioned a couple of
25  acronyms there, can you tell us what those
```

Page 163

```
 1           ELISE M. WILLIAMS
 2  are?
 3      A.    So, the CBC is the complete blood
 4  count.  The CMP is a complete metabolic
 5  panel.  And a BMP is a basic metabolic
 6  panic.  So basic has a few less values to be
 7  run as compared to what a CMP has.
 8      Q.    And your understanding is that
 9  this lab work, the blood count, either the
10  complete and/or the basic metabolic panel,
11  the results of those would indicate whether
12  someone is retaining fluid?
13      A.    They would help to alert to that,
14  yes.
15      Q.    Did the medical team ever discuss
16  doing physical exams to determine whether he
17  was retaining fluids?
18      A.    Not that I remember.
19      Q.    Did you ever recommend doing an
20  exam of C.B.'s extremities to see if they
21  were swollen?
22      A.    Did we recommend to the medical
23  provider?
24      Q.    Yes.
25      A.    Not that I remember.
```

Page 164

```
 1           ELISE M. WILLIAMS
 2      Q.    Did the provider ever suggest
 3  doing that to you?
 4      A.    I don't remember.
 5      Q.    Do you remember seeing any
 6  notation from the provider suggesting that
 7  C.B.'s extremities be examined?
 8      A.    I don't, no.
 9      Q.    If you, as a nurse, were going to
10  examine C.B.'s extremities, is that
11  something you'd put in the nursing note?
12      A.    Yes.
13          MR. SHAPIRO:  I'm going to mark
14  as Exhibit 17, this is a copy of C.B.'s
15  nursing note from 2018.  It is Bates
16  stamped Plaintiff 9150 through 9155.
17          (Bates stamped Plaintiff
18  9150-9155 was marked as Plaintiff
19  Exhibit 17 for identification;
20  12/20/21.)
21      Q.    I'll just give you a second to
22  review this, Ms. Williams, and I want to ask
23  first if you've seen this document before?
24      A.    I have.
25      Q.    Could you do me a favor and just
```

Pages 161 to 164

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 165

1          ELISE M. WILLIAMS
2    review this document and tell us where you
3    see your handwriting on this document?
4        A.    My handwriting is noted on page
5    9152.
6        Q.    And what is the date that your
7    note is on?
8        A.    2/23/18.
9        Q.    Okay.
10       A.    And again on 4/8/18, which is on
11   page 9153.
12       Q.    Is it fair to say that those two
13   dates were the only dates where you examined
14   C.B. in 2018?
15       A.    To the best of my memory, yes.
16       Q.    Because anytime you examined him,
17   you would have put a nursing note in, right?
18       A.    Yes.
19       Q.    Drawing your attention to 9152,
20   can I ask you to read into the record for me
21   the entry from 2/20/18 at 1:00 p.m.?
22       A.    It says, "Consumer seen for" -- I
23   have trouble saying this word -- "erythema"
24   -- red rash -- "erythematous" I think is how
25   you say it -- "of cheeks with mild

Page 166

1          ELISE M. WILLIAMS
2    urticaria.  Seen and examined by Ray McGinn,
3    SMT, return to classroom and monitoring
4    program."
5          And then the signature after it
6    is Anne Sullivan.
7        Q.    And who's that?
8        A.    That would be Anne Marie
9    Sullivan.
10       Q.    And can I ask you, if you could,
11   to read the note below that as well,
12   2/22/18?
13       A.    "Confer with Michael Novack and
14   Roy Spina for behavior.  Consumer has been
15   getting out of bed and adherent with meds,
16   does not always go to class.  However, is
17   less tired and is directable.  Follow-up at
18   next visit, no changes in plan at this
19   time."
20       Q.    And what's the name in that, Anne
21   Sullivan as well?
22       A.    Yes.
23       Q.    Focusing on the next page, 9153,
24   there's an entry from March 15, 2018 --
25   there are actually two entries from

Page 167

1          ELISE M. WILLIAMS
2    March 15, 2018, I'm focused on the one that
3    says March 15, 2018 at 4:10 p.m.  It says,
4    "C.O. being tired," do you see that?
5        A.    I do.
6        Q.    And then it says, "VSS," what
7    does "VSS" mean, if you know?
8        A.    VSS stands for vital signs
9    stable.
10       Q.    And this note on March 15th it
11   complains of C.B. being tried, is this
12   something that you would have seen on
13   April 8th when you examined C.B.?
14       A.    I don't remember.  I would state
15   yes, as it's my note directly underneath
16   that.
17       Q.    Now, on April 4, 2018, C.B.
18   wasn't able to complete vacuuming without
19   stopping to rest; isn't that right?
20       A.    I don't remember.
21       Q.    C.B., in fact, reported that he
22   didn't feel good and couldn't breathe on
23   April 4, 2018; is that right?
24          MS. HILDONEN:  Objection.
25       A.    I don't remember.

Page 168

1          ELISE M. WILLIAMS
2          MR. SHAPIRO:  I'm going to mark
3    as Exhibit 11, this is a long
4    investigation report.  It is Bates
5    stamped OPWDD 725 through 752.
6          (Bates stamped OPWDD 725-752 was
7    marked as Plaintiff Exhibit 11 for
8    identification; 12/20/21.)
9        Q.    And I am going to draw your
10   attention to page 16 of this report, Ms.
11   Williams, it's OPWDD 740.  And I want to --
12   I'm drawing your attention to a summary of
13   an interview that took place with someone
14   named Kat Cassata, do you know who Kat
15   Cassata is?
16       A.    I do.
17       Q.    Who is she?
18       A.    She's one of the house staff.
19       Q.    And if you look at the first
20   bullet point there, it says that, "DDSCTA-1
21   Cassata stated on 4/4/18 individual C.B.
22   complained saying, 'I don't feel good, I
23   can't breathe.'  He was not able to complete
24   vacuuming without taking a break.  She
25   called nursing and spoke to RN Anita

Pages 165 to 168

Page 169

1        ELISE M. WILLIAMS
2    Borall."
3        Do you see that?
4    A.    Yes.
5    Q.    Who is Anita Borall?
6    A.    She was one of my co-workers at
7    the time, one of the other nurses.
8    Q.    She was an RN, right?
9    A.    Hmm-hmm.
10    Q.    Sorry, you just need to
11    verbalize.
12    A.    Yes.
13    Q.    And she was a nurse too as well,
14    correct?
15    A.    Yes.
16    Q.    And on April 8, 2018, were you
17    aware of what happened with C.B. on
18    April 4th?
19    A.    I don't remember.
20    Q.    Did you know about it before
21    today?
22        MR. HILL:  Objection.
23    A.    I don't remember enough to answer
24    that, no.
25    Q.    Well, after C.B. died, did anyone

Page 170

1        ELISE M. WILLIAMS
2    ever tell you about the report he made on
3    April 4th?
4    A.    I don't remember.
5    Q.    Would you agree that C.B.'s
6    report that he couldn't finish vacuuming is
7    medically significant?
8        MR. HILL:  Objection.
9    A.    I would agree that it would have
10    warranted at least getting a set of vitals
11    to assess to see what was going on at the
12    time.
13    Q.    And why is that?
14    A.    Just due to the nature that for
15    anybody who is doing a routine task and then
16    all of a sudden they are having difficulty
17    doing would be reason to assess them further
18    to see why they were having difficulty doing
19    it at this point.
20    Q.    And would you agree it's even
21    more significant if he said he was having
22    difficulty breathing, right?
23        MS. HILDONEN:  Objection.
24    A.    I would agree that anyone making
25    this statement doing a routine task that

Page 171

1        ELISE M. WILLIAMS
2    they're normally able to do and all of a
3    sudden are not, would warrant further
4    investigating.
5    Q.    This would be a relevant piece of
6    information for you, as a nurse, who's
7    monitoring C.B.'s care, right?
8        MS. HILDONEN:  Objection.
9    A.    It would, yes.
10    Q.    And in fact, if you're able to
11    pull up again the Exhibit 6, do you have
12    that?  I can put it back in the chat if you
13    don't?
14    A.    I think I still have it.
15        I have it.
16    Q.    Are you able to pull it up?
17        And C.B.'s plans of nursing
18    service require the report to the nurse if
19    for, one, the individual has increased
20    difficulty with tolerating activity, right?
21    A.    Correct.
22    Q.    Or shortness of breath, right?
23    A.    Correct.
24    Q.    Or tiring easily, right?
25        MS. HILDONEN:  Asked and

Page 172

1        ELISE M. WILLIAMS
2    answered, we already did this.
3        Mr. Shapiro, you went through
4    these questions already.
5        MR. SHAPIRO:  Kasey, give me just
6    a little bit of leeway here.
7    Q.    If he tires easily as well,
8    right?
9    A.    Correct.
10    Q.    And you required direct care
11    staff to report that to nursing because that
12    information could be medically significant,
13    right?
14    A.    Correct.
15        MS. HILDONEN:  Objection.
16    Q.    It could be medically significant
17    to his diagnosis of hypertension, right?
18        MS. HILDONEN:  Objection.
19    A.    Correct.
20    Q.    Prior to C.B.'s death, had you
21    heard reports of C.B. being more tired than
22    usual?
23    A.    I don't remember.
24    Q.    Is that something you would have
25    noted somewhere if you had heard those

Pages 169 to 172

# JA453

Page 173

```
1              ELISE M. WILLIAMS
2    reports?
3         A.   Noted in the nursing note?
4         Q.   Let's start there, would you have
5    noted it in the nursing note?
6         A.   If there was reports of, you
7    know, where -- if I'm understanding, reports
8    where they're saying -- people are saying or
9    he's saying, "I've been more tired recently"
10   where I would have had a chat with him and
11   seen what the scoop was, I would have noted
12   it.
13        Q.   What if you had received a report
14   from someone of the house staff?
15        A.   There would have been the same, I
16   would have assessed him and continued on.
17        Q.   Was C.B. someone who had frequent
18   medical complaints?
19        A.   I don't remember.
20        Q.   You described earlier that there
21   are some individuals at Valley Ridge who
22   complained frequently and say they have ten
23   out of ten in pain, right, do you remember
24   that testimony?
25        A.   I do.
```

Page 174

```
1              ELISE M. WILLIAMS
2         Q.   Was C.B. one of those kinds of
3    individuals?
4         A.   No.
5         Q.   Can you recall any incidents of
6    him vastly overstating a medical concern?
7              MS. HILDONEN:  Objection.
8         A.   Not that I remember.
9         Q.   Do you recall any incident of him
10   overstating a medical concern at all?
11             MS. HILDONEN:  Objection.
12        A.   I don't remember.
13        Q.   You don't recall one sitting here
14   right now, is that what your testimony is?
15        A.   Yes.
16             MR. SHAPIRO:  I'm going to mark
17   as Plaintiff Exhibit 31, a one-page
18   document.  The Bates stamp is
19   Defendants 8657.
20             (Bates stamp Defendant 8657 was
21   marked as Plaintiff Exhibit 31 for
22   identification; 12/20/21.)
23        Q.   It's an RN schedule.
24        A.   I have it.
25        Q.   Do you recognize this document,
```

Page 175

```
1              ELISE M. WILLIAMS
2    Ms. Williams?
3         A.   I do.
4         Q.   What is it?
5         A.   It is the nursing schedule for
6    the RNs and for the NA1 and our secretary.
7         Q.   And Laurie is the NA1; is that
8    right?
9         A.   Yes.
10        Q.   And she was the supervisor,
11   right?
12        A.   Yes.
13        Q.   And is -- who is the secretary?
14        A.   Right underneath Laurie, where it
15   says, "Anne B." That's Anne Ballad.  She
16   was an LPN and a nurse secretary at the
17   time.
18        Q.   And would I be correct to say
19   that any time there is an "X" that means
20   that the person is not working?
21        A.   Correct.
22        Q.   And so, if there's no notation,
23   that means the person is working on that
24   date; is that right?
25        A.   Correct.
```

Page 176

```
1              ELISE M. WILLIAMS
2         Q.   And looking at your name, you're
3    under the day shift, correct?
4         A.   Correct.
5         Q.   And it looks like you were not
6    working between Saturday, March 31st and
7    Thursday, April 5th, right?
8         A.   Correct.
9         Q.   And then on April 6th it says,
10   "6:00 p.m.," what does that mean to you?
11        A.   Most likely that means that
12   instead of leaving at 5:00 p.m., I left at
13   6:00 p.m.
14        Q.   Got it.  And then you were
15   working on Saturday, April 7th and Sunday,
16   April 8th, right?
17        A.   Correct.
18        Q.   And on April 8th, am I correct
19   that Dan was the nurse who worked the
20   evening shift?
21        A.   Correct.
22        Q.   What's Dan's last name?
23        A.   Ohl -- O-H-L.
24        Q.   So on April 8th during the day
25   shift, which is 7:00 a.m. to 5:00 p.m.; is
```

Pages 173 to 176

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 177

1         ELISE M. WILLIAMS
2  that correct?
3      A.   Right.
4      Q.   You were the only RN on duty
5  until Dan showed up; is that right?
6      A.   Correct.
7      Q.   And Dan would have showed up
8  around 2:00 p.m. for his evening shift,
9  right?
10     A.   Correct.
11     Q.   So there was a period in the
12 afternoon on April 8th where both you and
13 Dan were there, right?
14     A.   Yes.
15     Q.   And I think you mentioned
16 earlier, April 8th was a Sunday, right, by
17 looking at this document, would you agree?
18     A.   Correct.
19     Q.   And back in April 2018, was there
20 any provider on duty on weekends?
21     A.   There was a medical on-call.
22     Q.   But that -- sorry, go ahead.
23     A.   There was no provider physically
24 at the facility.
25     Q.   So the only medical staff

Page 178

1         ELISE M. WILLIAMS
2  physically at the facility on April 8th was
3  you in the morning and then Dan arrived
4  around 2:00 p.m., right?
5      A.   Right.
6      Q.   Can you tell from looking at this
7  who the on-call provider was?
8      A.   That information is not on this
9  form, that's on a separate calendar.
10     Q.   This would be a separate -- is
11 there a provider schedule as well?
12     A.   Correct.
13     Q.   When a provider is on-call, does
14 that mean he or she is at home?
15     A.   I can't speak to where they are,
16 they're available by phone.
17     Q.   But they're not at the facility,
18 right?
19     A.   Correct.
20     Q.   So on April 8th, when you report
21 to work, would it be your typical practice
22 to report to the nurse's office that you
23 described earlier?
24     A.   Yes.
25     Q.   Any reason to think that you did

Page 179

1         ELISE M. WILLIAMS
2  not do that on April 8th?
3      A.   No.
4          MR. SHAPIRO:  I'm going to mark
5  as Exhibit 4, this is a two-page
6  document.  It's Bates stamped Plaintiff
7  10591 through 10592.
8          (Bates stamped Plaintiff
9  10591-10592 was marked as Plaintiff
10 Exhibit 4 for identification;
11 12/20/21.)
12     A.   I have it.
13     Q.   Do you recognize this document,
14 Ms. Williams?
15     A.   I do.
16     Q.   And is that your handwriting on
17 the document?
18     A.   It is.
19     Q.   Is that your signature on the
20 bottom of both pages of the document?
21     A.   It is.
22     Q.   You wrote this document on
23 April 10, 2018, right?
24     A.   Correct.
25     Q.   That was two days after C.B.

Page 180

1         ELISE M. WILLIAMS
2  died, right -- no, one day after C.B. died I
3  should say?
4      A.   Yes.
5      Q.   And you told the truth in this
6  document, right?
7      A.   Correct.
8      Q.   And you understood that there was
9  an investigation being conducted into C.B.'s
10 death, right?
11     A.   Correct.
12     Q.   And that you were being
13 interviewed as part of that investigation,
14 right?
15     A.   Correct.
16     Q.   And you knew it was important for
17 you to tell them everything you knew, right?
18     A.   Correct.
19     Q.   Give them all the information you
20 could, right?
21         MS. HILDONEN:  Objection.
22     A.   Correct.
23     Q.   So looking at your statement from
24 April 10th, is it correct that you saw C.B.
25 in E-House around 1:30 in the afternoon on

Pages 177 to 180

Page 181

1           ELISE M. WILLIAMS
2    April 8th?
3        A.   As per the statement, yes.
4        Q.   Sitting here today, do you have a
5    memory of that?
6        A.   I do remember seeing him that
7    day. I can't speak for whether -- I
8    remember seeing him definitely in the
9    medical clinic. I can't speak -- it's been
10   that long -- of seeing him exactly in the
11   house, but I do remember seeing him that
12   day.
13       Q.   And when you saw C.B. in E-House
14   around 1:30 on April 8th, he asked to speak
15   to you, right?
16       A.   I can't remember the particulars.
17       Q.   Looking at the second sentence of
18   your statement, does that refresh your
19   recollection that he asked to speak to you?
20       A.   Yes.
21       Q.   And he reported to you a
22   complaints of having difficulty voiding; is
23   that right?
24       A.   Yes.
25       Q.   And he presented to you with

Page 182

1    sinus congestion as well, right?
2        A.   Yes.
3        Q.   And then you saw him at around
4    2:30 in the clinic, right?
5        A.   Correct.
6        Q.   And he was with a staff member
7    named Josh Bell; is that right?
8        A.   Buell, yes.
9        Q.   Buell, okay.
10            And C.B. was breathing heavy when
11   he arrived at the clinic, right?
12       A.   Correct.
13            MR. SHAPIRO: I want to mark as
14   Plaintiff Exhibit 3, a document that's
15   Bates stamped PL 10546 through 10556.
16            (Bates stamped PL 10546-10556 was
17   marked as Plaintiff Exhibit 3 for
18   identification; 12/20/21.)
19       Q.   Ms. Williams, I want to ask if
20   you recognize this document?
21       A.   I had not seen this before no.
22       Q.   Okay. Do you recall on April 10,
23   2018, being interviewed in connection with
24   C.B.'s death?

Page 183

1           ELISE M. WILLIAMS
2        A.   I do.
3        Q.   And do you recall that that
4    interview was recorded?
5        A.   I do, yes.
6        Q.   And again, you told the truth
7    during that interview, right?
8        A.   Yes.
9        Q.   I'll represent to you that this
10   is a transcript of that interview and I want
11   to ask you just a couple of questions about
12   it and I'll direct to your attention to
13   where I want to ask.
14            So, first, on page 10548?
15       A.   Okay.
16       Q.   Towards the middle of the page,
17   Olivia, who is the name of the person
18   interviewing you, says, "Complaints of chest
19   pain? Anything where he needed to be sent
20   out for further evaluation, ER visit,
21   x-rays, MRIs, anything?"
22            And your answer was, "Not
23   recently."
24            Do you see that?
25       A.   Yes.

Page 184

1           ELISE M. WILLIAMS
2        Q.   Were you aware of any of those
3    things occurring at any point with C.B.?
4        A.   Not that I remember, no.
5        Q.   Just looking at this transcript
6    again, if we go to page 10549.
7            You told the interviewer that you
8    first encountered C.B. in the house around
9    1:30, right?
10            MS. HILDONEN: Why don't we give
11   her a second to look at that page?
12            MR. SHAPIRO: That's fine.
13            MS. HILDONEN: Are you there, Ms.
14   Williams?
15            THE WITNESS: I'm there, yes.
16       A.   Yes, it was listed around
17   1:30 p.m.
18       Q.   Okay. And you said you were
19   doing rounds; is that right?
20       A.   Per this document, yes.
21       Q.   What are rounds?
22       A.   So at least once a shift, we go
23   around to each of the houses and anyone who
24   needs assessing on more of a routine base,
25   where we're monitoring different things, we

Pages 181 to 184

Page 185

ELISE M. WILLIAMS

1
2   check on them, we check on just kind of
3   overall how things are going in the house
4   and if anyone has any concerns or questions.
5          And we go house to house that
6   way, whether they need medications pulled,
7   overflow covered, taking around paperwork,
8   training, stuff like that.
9          Q.   Okay.  And so, when you saw C.B.
10  on April 8th, you saw him as part of your
11  rounds; is that correct?
12         A.   Per this document.
13         Q.   You saw him in the house --
14  sorry, let me ask the question again.
15         When you saw him initially in
16  E-House, you saw him as part of the rounds
17  that you were doing that day; is that
18  correct?
19         A.   Per this document, yes, I was out
20  doing the rounds.  And as far as I can
21  decipher when I got to E-House, he would
22  have approached me.
23         Q.   Sitting here today, do you have
24  any memory that's contrary to what you told
25  Investigator Hess on April 10th?

Page 186

ELISE M. WILLIAMS

1
2          A.   No, I do not.
3          Q.   Turning to the next page, 10550,
4   you said you were with him in the house for
5   just a couple of minutes; is that correct?
6          MS. HILDONEN:  What page are you
7   referring to, Mr. Shapiro?
8          MR. SHAPIRO:  10550.
9          A.   Per that page on this document,
10  yes.
11         Q.   Do you have any memory today
12  that's contrary to what you told
13  Investigator Hess on that point?
14         A.   No.
15         Q.   And you had him -- I'm on the
16  same page here, 10550, you had him come up
17  to the clinic because of his complaint about
18  not being able to void himself; is that
19  right?
20         A.   Per this document, yes.
21         Q.   And again, you have no
22  recollection today that's contrary to what's
23  in this document, right?
24         A.   Correct.
25         Q.   And you wanted to palpate his

Page 187

ELISE M. WILLIAMS

1
2   bladder up at the clinic, right?
3          A.   Correct.
4          Q.   And turning now to the next page,
5   10551, when C.B. got to the clinic, he was
6   breathing heavy, right?
7          A.   Correct.
8          Q.   And you said you did a blood
9   pressure and his O2 stats, can you tell me
10  what that means?
11         A.   I think it's a transcription
12  thing, it's O2 sat or saturation level.
13         We have what's called a pulse
14  oximeter that goes on the fingers and gives
15  us the heart rate and the blood oxygen
16  saturation.
17         Q.   And you told Investigator Hess
18  that his blood pressure was 137 over 81,
19  right?
20         A.   Per this document, yes.
21         Q.   And she asked you if that was
22  high, right?
23         A.   Per this document, yes.
24         Q.   And you said, "It's 2018 standard
25  where they just tweaked what's considered

Page 188

ELISE M. WILLIAMS

1
2   high.  Right now it would be considered a
3   little bit high for him, it's pretty routine
4   for his blood pressure."
5          Do you see that?
6          A.   I do.
7          Q.   Can you tell me what you meant
8   about that?
9          A.   So, right about that point in
10  time and seeing it on the document is
11  refreshing my memory on it, right about that
12  point in time there was a change to the
13  blood pressure standard across the country.
14  When you'd go to your doctor's office and
15  say, compare your blood pressure to what the
16  standard is of what's classified as normal
17  blood pressure, low blood pressure, high
18  blood pressure and what classifies blood
19  pressure, it used to be anything over 140
20  was considered high blood pressure.
21         They had just changed the
22  standard at that time to change it and drop
23  it down to anything above 130 was considered
24  like early hypertension.  So because that
25  had just changed, that would have been

Pages 185 to 188

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

# JA457

Page 189

ELISE M. WILLIAMS

1
2 considered high at that point, but it was a
3 brand new change.
4      Q.    Okay.  And you said, "Right now
5 it would be considered a little bit high for
6 him" and so, were you referring to those
7 changed standards when you said that?
8      A.    Reviewing the document, I would
9 say that per his baseline and like sort of a
10 continuum of where he ran for blood
11 pressure, it would have been per this
12 document, a little bit on the high side, but
13 still fairly routine for what the swing of
14 what his blood pressure tended to run.
15      Q.    Okay.  Are you able to pull up
16 again Exhibit 49, which is his blood
17 pressure chart?  I could put it back in the
18 chat if you need?
19      A.    I have it.
20      Q.    So just looking at that again,
21 you just were describing the swing of his
22 blood pressure.  It looks to me like that
23 would be the second highest reading, at
24 least for the first number, that's on this
25 chart; is that fair to say?

Page 190

ELISE M. WILLIAMS

1
2      MR. HILL:  Objection.
3      A.    Correct.
4      Q.    So, describe to me what you mean
5 by the swing of his blood pressure?
6      A.    So everybody has kind of a
7 pendulum or a range that their blood
8 pressure tends to ride in, sometimes it's a
9 little bit higher, sometimes it's a bit
10 lower.  It depends on how hydrated they are,
11 on what's going on, how much stress they're
12 under, whether they're gotten up and walked
13 a hundred yards uphill or not.
14      So, there's always that variant
15 that you have to take into consideratio of,
16 you know, what do they run at their lowest
17 and what do they run at their highest and is
18 it somewhere in comparison to that.
19      So, let's see if I can click back
20 on to the other paper here.  So, his having
21 a blood pressure of 137 over 81, compared to
22 previous to that having 139 over 77, it
23 would fall within his swing on the higher
24 end, but still within his swing.  If it was
25 145 or 150 over something, then it would be

Page 191

ELISE M. WILLIAMS

1
2 more of a concern than falling within his
3 normal range of blood pressures.
4      Q.    Okay.  And that reading, that 137
5 over 81, in your view that was within his
6 normal range of blood pressure?
7      A.    Correct.
8      Q.    Can you -- looking at his blood
9 pressure chart, can you tell me what would
10 be considered the range of normal blood
11 pressures for C.B.?
12      A.    In looking at this chart, I would
13 consider anything from around that 110 over
14 70 up to the upper 130s over 70s as the
15 range.
16      Q.    How does -- for a layperson like
17 me, how does the bottom number impact the
18 analysis of what's within normal range?
19      A.    So what you look for is you look
20 for a distance between the top number, the
21 systolic blood pressure, and the bottom
22 number, or the diastolic, you want a larger
23 window between those.  If they get too close
24 together that can cause problems in the
25 body.

Page 192

ELISE M. WILLIAMS

1
2      You also don't -- well, you don't
3 want either one of them to be overly high.
4 In my career I have seen numbers as high as
5 210 over 110 and it makes people -- dealing
6 with a patient with those ratings, yeah,
7 high blood pressure.
8      Q.    Okay.  So, just for example, if
9 you want a greater difference between the
10 two numbers, comparing for example the
11 January 2018 reading, which is 127 over 81,
12 with your reading of 137 over 81, would one
13 or either of those be of more concern to
14 you?
15      A.    Even with the difference of the
16 ten points between the January reading and
17 the reading in my other report there, both
18 are going to be about the same for looking
19 at that distance.  It's more if you're
20 having a 137 over 101 type of a read, where
21 they're getting very close together.
22 Anything within, I want to say like 20
23 points, of getting close to each other,
24 that's where you start to have concern.
25      Q.    And your analysis of these

Pages 189 to 192

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 193

1          ELISE M. WILLIAMS
2    readings something that you were trained for
3    as you trained to become a registered nurse?
4        A.   I don't remember the particulars
5    of the training specifically for the
6    registered nurse.
7        Q.   I guess my question is, is your
8    understanding of the blood pressure reading,
9    is that information that you've obtained in
10   your study to become a nurse practitioner?
11       A.   I have obtained a further
12   understanding of it.  There was a level of
13   understanding at the RN level.  I can't
14   speak currently as to what the exact
15   difference is between those.
16       Q.   Fair enough.
17            Turning back, if we could just a
18   moment, to Exhibit 3 and I'm going to direct
19   you to 10552?
20       A.   Okay.
21       Q.   On the top of the page, right,
22   you told us -- you told the investigator
23   that you would encourage C.B. to make sure
24   he's drinking enough to stay hydrated,
25   right?

Page 194

1          ELISE M. WILLIAMS
2        A.   Correct.
3        Q.   And to take Robitussin as needed,
4    right?
5        A.   Correct.
6        Q.   And to rest if he needed, just to
7    take a nap, right?
8        A.   Correct.
9        Q.   And you said that he came to the
10   clinic around 2:30, right?
11       A.   Per this document, yes.
12       Q.   And he was 10, 15 minutes tops,
13   right?
14       A.   Per this document, yes.
15       Q.   And again, your memory today is
16   not any different from what you told
17   Investigator Hess in April 2018, right?
18       A.   Correct.
19       Q.   And then - you can go to the next
20   page, to 10553, the very bottom, the
21   investigator asked if you listened to his
22   lungs, heart, everything, do you see that?
23       A.   I see it, yes.
24       Q.   And you told the investigator
25   that you did listen to his lungs, right?

Page 195

1          ELISE M. WILLIAMS
2        A.   Correct.
3        Q.   And that you did not listen
4    specifically to his heart, right?
5        A.   Correct.
6        Q.   So, isn't it true on April 8th
7    that you had received a report from someone
8    named Mike Novack that C.B. wasn't feeling
9    well?
10       A.   I don't recall.
11       Q.   Who is Mike Novack?
12       A.   He's one of the house staff, the
13   house supervisor during day shift.
14       Q.   And he had told you that C.B.
15   wasn't feeling well on April 8th, right?
16            MS. HILDONEN:  Objection.
17       A.   I don't remember.
18       Q.   Are you able to pull up
19   Exhibit 11 again?
20            MS. HILDONEN:  Mr. Shapiro, if
21   you're going to ask questions on
22   Exhibit 11, you need to set some
23   foundation.
24            MR. SHAPIRO:  No, I don't think
25   that's right, Kasey, I can ask her any

Page 196

1          ELISE M. WILLIAMS
2    question I want about this exhibit.  If
3    she remembers, she can answer.  If not,
4    then it is what it is.
5        Q.   I'm drawing your attention to
6    page 19, OPWDD 743?
7        A.   I've got it.
8        Q.   And specifically to the summary
9    of an interview with Mike Novack at the
10   bottom, it's number 19?
11       A.   Okay.
12       Q.   The last bullet point on the page
13   reads, "DDSCTA-2 Novack indicates that
14   individual C.B. spoke to his mother that day
15   and she also relayed individual C.B. was not
16   feeling well.  He reported to her that he
17   had contacted nursing and administered cough
18   syrup to individual C.B."
19            Do you see that?
20       A.   I do.
21       Q.   Is it correct that Mr. Novack
22   contacted you about C.B.'s concern?
23            MS. HILDONEN:  Objection.
24       Q.   What is your answer, Ms.
25   Williams?

Pages 193 to 196

Page 197

```
1              ELISE M. WILLIAMS
2       A.   I don't remember.
3       Q.   If he had contacted you, would he
4   have done it on the float phone?
5            MR. HILL:  Objection.
6       A.   To my knowledge, he would have,
7   unless he had called the -- one of the desk
8   phones in the clinic or in the office.
9       Q.   And if Mr. Novack had called you
10  and told you that C.B. wasn't feeling well,
11  that's something you would have wrote down
12  in your nursing notes, right?
13      A.   With having seen him further in
14  the day and address the concern further in
15  the day, I may or may not have.
16      Q.   If Mr. Novack had contacted you
17  and said C.B. wasn't feeling well, you would
18  told that to the investigator, right?
19      A.   To the best of my memory --
20           MR. HILL:  Objection to form.
21      Q.   What was the answer?  I'm sorry,
22  I missed it.
23      A.   To the best of my memory I would
24  have.
25      Q.   That would be an important piece
```

Page 198

```
1              ELISE M. WILLIAMS
2   of information medically, right?
3       A.   That I had -- can you restate the
4   question?
5       Q.   If C.B. had complained to house
6   staff about not feeling well, that would be
7   an important piece of medical information,
8   right?
9            MR. HILL:  Objection to form.
10      A.   You mean in addition to him
11  talking to me as well?
12      Q.   Yes, if he talked to the house
13  staff first and said he wasn't feeling well,
14  you'd want to note that, wouldn't you?
15           MS. HILDONEN:  Objection.
16      A.   It was -- I'm trying to think how
17  best to answer your question.
18           With having seen him in the
19  clinic and in the house itself, I wouldn't
20  necessarily have mentioned that staff were
21  also reporting the same thing, that he's
22  telling me himself.
23      Q.   What about -- did Mr. Novack
24  report to you that C.B. had called his
25  mother and said he wasn't feeling well that
```

Page 199

```
1              ELISE M. WILLIAMS
2   day?
3       A.   I don't remember.
4       Q.   If he had reported that to you,
5   is that something that you would have
6   written down?
7       A.   Not necessarily, no.  We don't
8   necessarily make a notation of when somebody
9   talks to their partner -- you know, what
10  they tell their family is -- if we get a
11  phone call from their family saying, "Hey, I
12  was just on the phone with my son or
13  daughter or whomever" and this is what
14  they're telling me, then I would make a
15  notation, yes.
16      Q.   And if C.B.'s mother had called
17  the facility and said C.B. wasn't feeling
18  well -- strike that.
19           Did Mr. Novack tell you that
20  C.B.'s mother called the facility and said
21  that C.B. wasn't feeling well?
22           MS. HILDONEN:  Objection, she
23  already answered that.
24           MR. SHAPIRO:  I don't believe she
25  did, Kasey.
```

Page 200

```
1              ELISE M. WILLIAMS
2       Q.   You can answer the question.
3            MS. HILDONEN:  Can you read it
4   back, Nicole.
5            (The requested portion was read.)
6       Q.   Did Mr. Novack tell you that
7   C.B.'s mother had called him on April 8th?
8       A.   I don't remember.
9       Q.   If Mr. Novack had told you that
10  C.B.'s mother had called the facility and
11  said, "C.B. isn't feeling well," that's
12  something you would have written down,
13  right?
14      A.   Not necessarily, I would have
15  gone and seen C.B. and gone off of what I
16  saw and what my exam was.  I wouldn't
17  necessarily have noted it, no.
18      Q.   Didn't you just say in the
19  testimony that the reporter read back that
20  if a family member called and had concerns
21  about a patient, that you would have wrote
22  that down?
23           MS. HILDONEN:  Objection.
24           You can read back the testimony.
25           She's already testified to this twice
```

Pages 197 to 200

Page 201

1          ELISE M. WILLIAMS
2     now.
3          MR. SHAPIRO:  Kasey, just a form
4     objection is fine, thank you, the
5     witness can testify.
6          MS. HILDONEN:  Okay, I'm going to
7     tell her not to testify.  She's already
8     answered twice.
9          MR. SHAPIRO:  I did not ask that
10    question before.  You're going to
11    direct her not to answer that question?
12         MS. HILDONEN:  You can state your
13    question again.  If she knows, she can
14    answer.
15    Q.    I'm trying to understand your
16    testimony, Ms. Williams.  I thought I had
17    understood you to testify that if a person's
18    family calls the facility and expresses
19    concern about a person's health, that is
20    something you would note down.  Can you
21    clarify for me, please?
22    A.    If the family member calls my
23    float phone and speaks to me, then I would
24    note down.
25         If they called the house and are

Page 202

1          ELISE M. WILLIAMS
2     talking to house staff and then I show up
3     and house staff tell me, "Hey, their mother
4     called, they're concerned because their son
5     is not feeling good," then I would assess
6     the patient.  I would not necessarily note
7     down that the family member had called the
8     house staff and spoken to house staff.
9     Q.    To your knowledge, was the float
10    phone number given to individuals' family
11    members?
12    A.    It is not a freely available
13    phone number, no.
14    Q.    If an individual's family member
15    called the facility, would they be able to
16    get in touch with nursing staff?
17    A.    If they had a medical concern of
18    that sort, then there is a number that they
19    can call to get in touch with us.
20    Q.    Is that number given to them, to
21    your knowledge?
22    A.    To my knowledge, it is, yes.
23    Q.    And it's a specific number --
24    what phone does it go to?
25    A.    To my knowledge, the number given

Page 203

1          ELISE M. WILLIAMS
2     typically goes to our safety department,
3     which is in our program building and then
4     they contact us and route the phone call to
5     us.  So, it gets routed through.
6     Q.    What happens, to your knowledge
7     if -- strike that.
8          Is there just a main general
9     number at Valley Ridge that people can call?
10    A.    To my knowledge, that is the
11    number typically given to family.  If we
12    call the family directly from our office
13    with something specifically we want the
14    family to know about, then we will give
15    either one of our office phone numbers or
16    the float phone number.
17    Q.    Do you know, sitting here today,
18    where that general number rings when it's
19    called?
20    A.    To my knowledge, it rings in our
21    safety department.
22    Q.    And then the safety department is
23    in charge of routing it to wherever the
24    appropriate person is; is that right?
25    A.    Correct.

Page 204

1          ELISE M. WILLIAMS
2     Q.    Is the main Valley Ridge --
3     strike that.
4          In April of 2018, was the main
5     Valley Ridge phone number 607-337-7105?
6     A.    No.
7     Q.    Do you recognize that phone
8     number?
9     A.    That's the phone number to one of
10    the phones in the office.
11    Q.    In what office?
12    A.    In the nursing office.
13    Q.    In the nursing office?
14    A.    Yes.
15    Q.    On April 8th, did you speak to
16    C.B.'s mother?
17    A.    I do not have any memory of
18    speaking to C.B.'s mother at any time before
19    the funeral.
20    Q.    Does that phone number, that
21    337-7105, would that get routed to the float
22    phone if you weren't in the office?
23    A.    It would not.
24    Q.    Would there be an answering
25    machine that picked up?

Pages 201 to 204

Page 205

1          ELISE M. WILLIAMS
2      A.   I don't know.
3      Q.   You'd agree with me though, if a
4  patient's family member called nursing to
5  express a medical concern, that is something
6  that you would typically note in the nursing
7  notes, right?
8      A.   Correct.
9      Q.   And they should be noted in the
10  nursing notes, right?
11      A.   Correct.
12      Q.   Now, isn't it also true on
13  April 8th that C.B. was complaining of
14  having difficulty breathing?
15      A.   As per the previously reviewed
16  document, my report to Olivia has, yes, and
17  per my nursing note, I believe.
18      Q.   We can look back at it, but I
19  believe you told Ms. Hess that C.B. was
20  having difficulty breathing when he showed
21  up at the clinic; is that right?
22          MS. HILDONEN:  Objection.
23          MR. HILL:  Are you asking her
24      what the transcript says?
25          MR. SHAPIRO:  Yes, she was

Page 206

1          ELISE M. WILLIAMS
2  referring to her prior testimony, so
3  I'm just trying to clarify it.
4          MR. HILL:  That's fine.  I think
5      if you're going to do that, just make
6      sure it's in front of her so she can
7      take a look.
8          MR. SHAPIRO:  Yes, I think she
9      has it.
10          MS. HILDONEN:  What document are
11      you referring to, Mr. Shapiro?
12          MR. SHAPIRO:  Exhibit 4 and page
13      10551.
14          MS. HILDONEN:  Exhibit 4 is
15      two pages.
16          MR. SHAPIRO:  I'm sorry,
17      Exhibit 3, my apologies.
18          MS. HILDONEN:  Ms. Williams, were
19      you able to locate that document?
20          THE WITNESS:  I am, yeah, I'm
21      trying to find the page he referenced.
22      Q.   Do you see that discussion with
23  the investigator?
24      A.   I do, yes.
25      Q.   And am I correct that you stated

Page 207

1          ELISE M. WILLIAMS
2  that C.B. was having difficulty breathing
3  when he arrived at the clinic?
4      A.   He was, yes.
5      Q.   And my question now is slightly
6  different.  My question is, earlier in the
7  day, hadn't C.B. complained about having
8  difficulty breathing?
9          MS. HILDONEN:  Objection.
10      A.   Sorry, I'm reviewing the
11  document.
12          MS. HILDONEN:  Is there a place,
13      Mr. Shapiro, that Ms. Williams should
14      be looking?
15          MR. SHAPIRO:  No, this is just a
16      question.
17      Q.   Did you hear on April 8th that
18  C.B. had complained about having difficulty
19  breathing?
20      A.   Not that I remember.
21      Q.   Okay.
22      A.   The only thing respiratory-wise I
23  remember receiving any report was regarding
24  congestion.
25      Q.   Okay.  Then I do want you to take

Page 208

1          ELISE M. WILLIAMS
2  a look at Exhibit 11, again, please and back
3  to page 19, which is OPWDD 743?
4      A.   Okay.
5      Q.   And now I want to look at the
6  summary of the interview with DDSCTA Lisa
7  McCallen, do you know who that is?
8      A.   Yes.
9      Q.   Who is she?
10      A.   She's one of the house staff.
11      Q.   And drawing your attention to the
12  fifth bullet point down, it says, "On
13  4/8/18, individual C.B. did complain about
14  difficultly breathing to AMAP DDSCTA-2
15  Novack and she was aware of the nurses
16  notified."
17          Do you see that?
18      A.   I do.
19      Q.   Do you remember Mr. Novack
20  telling you that C.B. had complained about
21  having difficultly breathing?
22      A.   I don't remember.
23      Q.   Okay.  If you could look at page
24  17 of Exhibit 11 and drawing your attention
25  to point 14, this an interview with an -- a

Pages 205 to 208

JA462

Page 209

```
 1           ELISE M. WILLIAMS
 2    summary of an interview with an individual
 3    whose name is redacted.
 4           The first bullet point states
 5    that the individual believes individual C.B.
 6    told a bunch of people that he was having
 7    difficultly breathing, do you see that?
 8       A.   I do see that, yes.
 9       Q.   But you can't say one way or
10    another whether anyone ever told you that
11    C.B. was having difficulty breathing on
12    April 8th?
13           MS. HILDONEN:  Objection.
14       A.   Not that I recall and I want to
15    make note of the difference of difficultly
16    breathing, whether that was through the nose
17    in a congestion sort of fashion or
18    difficulty breathing as in breathing through
19    the mouth or the lungs sort of issue.
20       Q.   Okay.  Do you know in what way
21    C.B. was having difficultly breathing on
22    April 8th?
23       A.   Per my note stating he was
24    presenting with congestion, all I can
25    reference is that congestion.  I don't
```

Page 210

```
 1           ELISE M. WILLIAMS
 2    remember anything further than that.
 3       Q.   Okay.  If someone had reported to
 4    you that C.B. complained of having
 5    difficultly breathing, you would have put
 6    that in your nursing note, right?
 7           MS. HILDONEN:  Objection.
 8       A.   To my knowledge, I would have,
 9    but pending the fact that he was seen twice
10    later that same day for kind of the same
11    complaints continued, I may or may not have.
12       Q.   Well, I guess, how do you know
13    that it was the same complaint?
14           MS. HILDONEN:  Objection.
15       A.   I'm not understanding your
16    question all the way.
17       Q.   Well, you just said because he
18    was seen later in the day for the same
19    complaints continued.  I guess my question
20    is, how do you know -- what do you mean by
21    "same complaints," what are you referring
22    to?
23       A.   If I'm the only RN in the
24    facility for anybody to contact, if I'm
25    contacted two and three and four times or
```

Page 211

```
 1           ELISE M. WILLIAMS
 2    less regarding somebody with sinus
 3    complaints, I'm not necessarily going to put
 4    down in my note every single time I'm
 5    contacted about sinus congestion.
 6           I might put down, "Contacted
 7    about sinus congestion, this is what was
 8    told," you know, I'm going to surmise it.
 9    I'm not going to put contacted at this time
10    exactly to the second, this time exactly to
11    the second, this time exactly to the second,
12    all the who, what, when and wheres.
13           I'm going to put there's an
14    issue.  They took Robitussin two, three
15    times per the doctor's order and document it
16    that way.
17       Q.   But sitting here today, how do
18    you know that the difficultly breathing on
19    April 8th was attributable to sinus
20    congestion?
21           MS. HILDONEN:  Objection.
22       A.   All I can speak to is what is
23    already documented in my nursing notes and
24    in the documentation.  I don't have any
25    other memory or recollection to add to that.
```

Page 212

```
 1           ELISE M. WILLIAMS
 2       Q.   And in the nursing notes, you
 3    didn't note anything about him having
 4    difficulty breathing, did you?
 5       A.   I noted that he was dealing with
 6    congestion.
 7       Q.   But you didn't say that he was
 8    having difficultly breathing, you didn't
 9    write that, right?
10           MS. HILDONEN:  Objection.
11       A.   I did note in my nursing note in
12    Exhibit 17 on 4/8/18, "Complained of
13    difficulty breathing and sinus congestion."
14       Q.   You didn't note in that nursing
15    note that he was having difficulty
16    breathing, did you?
17       A.   I did not use the term
18    "difficulty breathing," but as I mentioned
19    previous, difficulty breathing could be a
20    sinus issue or a lung issue.  Difficulty
21    breathing doesn't necessarily mean all of it
22    together.
23       Q.   You didn't note in your nursing
24    note that he was breathing heavy when he
25    arrived at the clinic either, right?
```

Pages 209 to 212

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

# JA463

Page 213

ELISE M. WILLIAMS
1
2    A.    I did not, no.
3    Q.    And when you saw him arrive at
4    the clinic and he was breathing heavy, did
5    you take any history from him about his
6    difficultly breathing?
7    A.    In regards to his presenting
8    symptoms right at that minute?
9    Q.    Did you take any history from him
10   when he showed up to you at the clinic?  Did
11   you take any history about his difficulty
12   breathing?
13   A.    I don't remember exact history
14   taken, no.
15   Q.    It's important, I think you
16   testified earlier, to understand the
17   baseline, right, when you're doing an exam;
18   isn't that right?
19   A.    It is, yes.
20   Q.    Okay.  So you'd want to know,
21   right, how long he's been having difficulty
22   breathing, right, that would be relevant
23   information, right?
24        MS. HILDONEN:  Objection.
25   A.    When seen right before seeing him

Page 214

ELISE M. WILLIAMS
1
2    -- when seen previously, before seeing him
3    in the clinic, he was not noted with the
4    difficultly breathing.
5        To my memory, he had just walked
6    and this is the distance I stepped out
7    myself based on my height and how long of a
8    step I take, the distance between the front
9    door of his house and the front door of the
10   clinic is about a hundred yards.  And the
11   direction he would have been coming is a
12   hundred yards at an uphill slope.
13       So, we're talking about an
14   overweight individual who is a smoker, who
15   is dealing with at least sinus congestion,
16   walking a hundred yards uphill, they're
17   going to be short -- you know, they're going
18   to be huffing and puffing a little bit,
19   which, to my memory, he was.
20       I didn't necessarily note that in
21   my note because it wasn't an our of the
22   ordinary finding for someone who just walked
23   up that distance.
24   Q.    But it might have been out of the
25   ordinary if he had been having similar

Page 215

ELISE M. WILLIAMS
1
2    difficulty breathing earlier in that day,
3    right?
4        MS. HILDONEN:  Objection.
5    A.    It may have been, but earlier in
6    the day when I saw him in the house, that
7    was not the case.
8    Q.    How do you know that?
9        MS. HILDONEN:  Objection.
10   A.    As per the documentation we'd
11   just been reviewing.
12   Q.    Your nursing note?
13   A.    My nursing note and my memory of
14   that day, I have no memory of him having any
15   issues, respiratory-wise, other than the
16   congestion, other than him walking up to the
17   clinic.
18   Q.    Well, we just read some reports
19   about him complaining of him having
20   difficulty breathing and your notes don't
21   say anything about that, right?
22   A.    Correct and before this date, I
23   had never seen those reports.
24   Q.    Right.  And so, going back to the
25   history that you took when he got to the

Page 216

ELISE M. WILLIAMS
1
2    clinic, didn't you want to know whether this
3    heavy breathing had been going on for
4    sometime, wasn't that relevant to you?
5        MS. HILDONEN:  Objection.
6    A.    It would have been relevant, yes.
7    But as I previously mentioned, I had already
8    seen him previous to that in the house and
9    he wasn't having issues in the house.
10   Q.    And you said that earlier and I'm
11   just trying to understand how you know he
12   wasn't having issues in the house, what are
13   you basing that testimony on?
14   A.    I'm going to reference back to
15   Exhibit 4.
16   Q.    Hmm-hmm.
17   A.    Page 591, which is a written
18   report, provided to, I believe, Olivia Hess.
19   Q.    And what are you referring to in
20   that document?
21   A.    The fact that I had seen him
22   earlier in the house.  He asked to speak
23   with me, we spoke.  And he complained of
24   sinus congestion, but nothing further than
25   that, other than the urine problem.

Pages 213 to 216

Page 217

```
1              ELISE M. WILLIAMS
2         And that when he walked up to the
3    clinic, he was breathing heavy from the walk
4    to the house.  And as I said, while in the
5    clinic, his breathing normalized.
6         Q.   Where does your written statement
7    say that he complained of nothing further
8    than sinus congestion?
9         A.   I'm looking at the second half of
10   the third line and the first half of the
11   fourth line.  I may have not read that
12   verbatim out loud.
13        Q.   And that reads, "C.B. presented
14   at that time with some sinus congestion, but
15   nothing of concern," correct?
16        A.   Correct.
17        Q.   It doesn't say that he didn't
18   have further concerns, does it?
19             MS. HILDONEN:  Objection.
20        A.   It does not.  If he had, I would
21   have noted those in my report to Olivia.
22        Q.   But you didn't say anything in
23   your report to Olivia about being told that
24   he had complained of having difficultly
25   breathing either, right?
```

Page 218

```
1              ELISE M. WILLIAMS
2             MS. HILDONEN:  Objection.
3         A.   What I put to Olivia in that
4    sworn statement was true to my recollection
5    of today.
6         Q.   Okay.  And there's nothing in
7    that sworn statement or your recollection
8    today about being told from someone at the
9    house that C.B. had been having difficulty
10   breathing, right?
11        A.   Correct.
12             MS. HILDONEN:  Objection.
13        Q.   If you had been told C.B. had
14   been having difficulty breathing, would you
15   have wanted to know when that had started?
16             MS. HILDONEN:  Objection.
17        A.   If I had been told when he had
18   started having issues, within -- if I had
19   been told that he had been having issues,
20   most likely I would have asked staff, you
21   know, had he been dealing with a cold or
22   something like that or I possibly would have
23   referred back to previous shift reports to
24   see has there been complaints of this in the
25   recent past.
```

Page 219

```
1              ELISE M. WILLIAMS
2         Q.   You might want to look, for
3    example, if he had been having trouble
4    completing chores, right, that might have
5    been something you would have looked at,
6    right?
7         A.   Possibly, I wouldn't necessarily
8    have access to that information.
9         Q.   Well, if it had been written in a
10   DAR note, you would have had access to it,
11   right?
12        A.   I would have, yes, it would have
13   been in the -- in his nonmedical chart down
14   at the house.
15        Q.   And that's something that you can
16   review, right?
17        A.   It is, yes.
18        Q.   You also would want to know, for
19   example, if C.B. was having trouble
20   breathing when he was lying down, right,
21   that would have been relevant to your exam,
22   wouldn't it?
23        A.   It would, yes.
24        Q.   When C.B. presented at the clinic
25   on April 8th, did you ask him if he had been
```

Page 220

```
1              ELISE M. WILLIAMS
2    feeling tired recently?
3         A.   I don't remember.
4         Q.   Did you ask him if he been waking
5    up frequently in the middle of the night?
6         A.   I don't remember.
7         Q.   Did you ask him how long he had
8    been feeling congested?
9         A.   I don't remember.
10        Q.   C.B. was capable of giving
11   answers to these questions, rights?
12        A.   To my memory, yes.
13        Q.   And if you had asked those
14   questions, you would have written them down
15   in the nursing note, right?
16             MS. HILDONEN:  Objection.
17        A.   Most likely, yes.
18        Q.   When Chris showed up on April 8th
19   to the clinic, did you review any documents
20   prior to examining him?
21        A.   I don't remember.
22        Q.   Would you have noted in the
23   nursing notes which documents you would have
24   looked at prior to the exam?
25        A.   No.
```

Pages 217 to 220

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 221

ELISE M. WILLIAMS

1
2      Q.   When you -- you did examine his
3    lungs on April 8th, right?
4      A.   I did.
5      Q.   And can you tell me what you did?
6      A.   In regards to my exam?
7      Q.   Yes.
8      A.   Per my memory, I listened to his
9    lungs with a stethoscope as previously
10   mentioned in the technique that I'm trained
11   in using that ladder stepping.  And did not
12   note anything out of normal or anything of
13   concern.
14     Q.   Did you put the stethoscope on
15   the front of his lungs?
16     A.   I don't remember the fine
17   particulars of exactly where I placed the
18   stethoscope, but I do know that I assessed
19   his lungs.
20     Q.   Did you put the stethoscope on
21   the back of this lungs?
22     A.   As I mentioned, I don't remember
23   the fine particulars, but I do remember
24   assessing his lungs.
25     Q.   And I'm assuming you don't recall

Page 222

ELISE M. WILLIAMS

1
2    whether you put the stethoscope on the base
3    of the back of his lungs either, is that
4    fair to say?
5      A.   I can't speak for any particular
6    location, but I do know that I would have
7    assessed his lungs fully, which would have
8    meant from the top of the chest to the base
9    of the lungs.  So, by the shoulders to the
10   base of the lungs.
11     Q.   And did you hear any crackles
12   when you did that exam?
13     A.   To the best of my memory, no.
14     Q.   When you examined C.B. on
15   April 8th, did you take is orthostatic vital
16   signs?
17     A.   No.
18     Q.   Am I correct that you had C.B.
19   lie down on the exam table on April 8th?
20     A.   I did, yes.
21     Q.   Did you have him take off any
22   clothes to do that?
23     A.   Not that I remember, no.
24     Q.   Do you remember what he was
25   wearing?

Page 223

ELISE M. WILLIAMS

1
2      A.   I do not.
3      Q.   During the exam, were you able to
4    see his legs and feet?
5      A.   I don't remember the particulars,
6    no.
7      Q.   Did you perform any exam on his
8    legs at all?
9      A.   I do not know.
10     Q.   What about his feet?
11     A.   No.
12     Q.   What about his arms?
13     A.   No.
14     Q.   His hands?
15     A.   No.
16     Q.   Did you look to see if there was
17   any swelling in his legs?
18     A.   I did not.
19     Q.   Did you look to see if there was
20   any swelling in his feet?
21     A.   I did not.
22     Q.   Why not?
23     A.   Due to his complaints of the
24   congestion and the difficulty voiding and
25   the fact that he had previous complaints of

Page 224

ELISE M. WILLIAMS

1
2    difficulty voiding, assessing for
3    orthostatic hypertension and assessing his
4    legs in such a way as you're mentioning
5    wouldn't have been necessarily warranted.
6          My first assessment was to verify
7    that he was actually able to void, which was
8    what -- that's what my assessment was.
9      Q.   Hmm-hmm.  But you knew he had
10   been gaining a lot of weight over the last
11   year, right?
12          MS. HILDONEN:  Objection.
13     A.   It is noted that he did have a
14   weight gain, I can't at this time speak for
15   exactly what my knowledge of that was a
16   hundred percent at the time.
17          I also know he had been dealing
18   with medication changes as well, which would
19   effect that, as previously discussed.
20     Q.   Okay.  But as the primary nurse
21   responsible for C.B., right, you do know
22   that he had been gaining weight, right, over
23   the last year, right, that's something you
24   knew, isn't it?
25          MS. HILDONEN:  Objection.

Pages 221 to 224

Page 225

1          ELISE M. WILLIAMS
2      A.   It is something I would have been
3  aware of, yes.
4      Q.   And he shows up at the clinic
5  breathing heavily, right?
6      A.   Yes.
7      Q.   And he had made complaints
8  earlier in the day about having difficultly
9  breathing, right?
10          MS. HILDONEN:  Objection.
11      Q.   If you know, you can answer.
12      A.   Per the documents you've shown,
13  yes, but they're documents that I hadn't
14  seen until today.
15      Q.   And your role as an RN at the
16  time, right, was not to do any diagnostic
17  work, right, you couldn't do that, right?
18      A.   Correct.
19      Q.   And you talked about some of the
20  symptoms that could be evidence of
21  cardiovascular or pulmonary medical
22  conditions earlier today, do you remember
23  that?
24      A.   I do.
25      Q.   And shortness of breath was one

Page 226

1          ELISE M. WILLIAMS
2  of them we discussed, right?
3      A.   Correct.
4      Q.   And weight gain was one of them
5  that we discussed, right?
6      A.   Yes.
7      Q.   And you had just completed a plan
8  of nursing services that had listed
9  hypertension as one of C.B.'s medical
10  diagnoses, right, you completed that in
11  March?
12      A.   Correct.
13      Q.   And with all of this information,
14  did you call the on-call provider to report
15  what you were seeing about C.B.?
16      A.   With what I was seeing about
17  C.B., there was no need to call the on-call
18  provider.
19      Q.   And you made that decision as an
20  RN?
21      A.   Correct.
22      Q.   And what did you make that
23  decision based on?
24      A.   When he got to the clinic and he
25  was, you know, breathing heavily, if he had

Page 227

1          ELISE M. WILLIAMS
2  not been able to calm the breathing down
3  after the exertion, if his vital signs had
4  been out of normal and if I had heard sounds
5  in the lungs that were sounds not normal,
6  then I would have called the doctor on-call.
7          Having had all these items been
8  normal, where his breathing returned to
9  normal, his vital signs were normal and his
10  lung sounds were clear, there were no
11  indicators to call the doctor on-call.
12      Q.   If you knew that his difficulty
13  breathing had been going on for days, would
14  you have called the doctor on-call?
15          MS. HILDONEN:  Objection.
16      A.   That would have depended on other
17  circumstances besides just the difficultly
18  breathing.
19      Q.   Like what?
20      A.   If he had had a cold.  If he had
21  complained about difficultly breathing every
22  time he came in from smoking.  You know,
23  there's other circumstances you have to put
24  into the balance of things other than just
25  complaining of difficultly breathing.

Page 228

1          ELISE M. WILLIAMS
2      Q.   What if you had known that he had
3  trouble tolerating light activity a couple
4  of days earlier --
5          MS. HILDONEN:  Objection.
6      Q.   -- would that have prompted you
7  to call the on-call provider?
8          MS. HILDONEN:  Objection.
9      A.   It would depend on what other
10  information was found at the time upon
11  further assessment.
12      Q.   Is difficulty voiding, can that
13  be a symptom of a cardiovascular condition?
14      A.   Not that I'm aware of at this
15  time.
16      Q.   What, to your knowledge, can
17  cause difficulty voiding?
18      A.   It can be anything from
19  dehydration to possible urinary tract
20  infection.  It can be call something called
21  BPH or benign prostatic hypertension -- not
22  hypertension, hyperplasia, which is a benign
23  enlargement of the prostate gland in a male.
24  That in and of itself can cause difficultly
25  voiding.

Pages 225 to 228

Page 229

1           ELISE M. WILLIAMS
2      Q.   Did you find any evidence of
3  something was blocking C.B.'s bladder as
4  such that it would become difficult for him
5  to void?
6      A.   I would have to review back to
7  the quarterly reports to see if there was
8  something in one of those, I don't recall.
9      Q.   Are orthostatic vital signs
10  useful to determine whether someone's
11  dehydrated?
12      A.   Not that I'm aware of.
13           MR. SHAPIRO:  I'm going to mark
14  as Exhibit 8, this is the quarterly
15  nursing assessment from December 13,
16  2017.  It's Bates stamped OPWDD 562 to
17  563.
18           (Bates stamped OPWDD 562-563 was
19      marked as Plaintiff Exhibit 8 for
20      identification; 12/20/21.)
21      A.   I've got it.
22      Q.   Do you recognize this document,
23  Ms. Williams?
24      A.   I do.
25      Q.   And what is it?

Page 230

1           ELISE M. WILLIAMS
2      A.   It's a quarterly nursing
3  assessment.
4      Q.   And you're the one who completed
5  this, correct?
6      A.   Yes.
7      Q.   By the way, in reviewing your
8  documents -- in the documents you reviewed
9  in preparation for today, did you ever
10  review a 2018 quarterly assessment for C.B.?
11      A.   I would have to review back to
12  the mail that I received, but I don't
13  believe so.
14      Q.   Do you know whether one was ever
15  completed in 2018?
16      A.   I don't remember.
17      Q.   In this document, Exhibit 8, is
18  there anything about the amount of weight
19  C.B. had gained over the past quarter?
20      A.   There is not.
21      Q.   Why not?
22      A.   That information is usually
23  covered in more depth by dietary.
24      Q.   But isn't that something that
25  you, as a nurse, would want to be monitoring

Page 231

1           ELISE M. WILLIAMS
2  as well?
3           MS. HILDONEN:  Objection.
4      A.   We did monitor, nursing and
5  dietary work hand in hand regarding the
6  weight.  Part of dietary's assessment that
7  they do on the quarterlies and the annuals
8  contained a review over the labs, review
9  over the meds, review over the weight from a
10  dietary standpoint, dietary nutritional.
11      Q.   Aside from palpating C.B.'s
12  bladder on April 8th and examining his lungs
13  with a stethoscope, was there anything else
14  that you did as part of your exam on
15  April 8th?
16      A.   Not that I remember, no.
17      Q.   Did you offer to refer C.B. to a
18  provider?
19      A.   Can you restate the question?
20      Q.   Did you ask C.B. if he felt like
21  he needed to see a provider?
22      A.   I did not, no.
23      Q.   Did anyone tell you that earlier
24  in the day he had asked to go to the
25  hospital?

Page 232

1           ELISE M. WILLIAMS
2      A.   Not that I remember, no.
3      Q.   If someone had told you that C.B.
4  had asked to go to the hospital, was that
5  something that you would note in your
6  nursing note?
7           MS. HILDONEN:  Objection.
8      A.   Not necessarily, no.
9      Q.   Why not?
10      A.   We -- as we've previously
11  discussed, we often get requests from our
12  patients just because of the nature of the
13  patients that we deal with where they have
14  some sort of -- they feel like they need all
15  that attention and they need that trip to
16  the hospital or whatever and often it's over
17  very minute things.
18           I've had people with an 8-inch
19  paper cut tell me they need to go to the
20  hospital because of this 8-inch paper cut.
21  Yes, it hurts, but they don't need to go to
22  the hospital.
23           So, even if they had said, "I
24  think I need to go to the hospital," I
25  wouldn't have necessarily noted that in the

Pages 229 to 232

## JA468

Page 233

ELISE M. WILLIAMS

1    ELISE M. WILLIAMS
2    note.
3        Q.    But C.B. wasn't one of those
4    individuals, was he?
5        MS. HILDONEN:  Objection.
6        A.    He wasn't.  To my memory he did
7    not make any statement of feeling that he
8    needed to go to the hospital to me.
9        Q.    In fact, C.B. was someone who
10   didn't have a whole lot of complaints
11   usually, right?
12       MS. HILDONEN:  Objection.
13       A.    That is correct, as we mentioned
14   in the discussion earlier.
15       Q.    So, if he was making a complaint
16   about going to the hospital, isn't that
17   something you would view a little
18   differently from someone who maybe said they
19   wanted to go to the hospital frequently?
20       MS. HILDONEN:  Objection.
21       A.    It would have been viewed
22   differently, yes, but not necessarily
23   something I would have put in my note.
24       Q.    Was that something that would
25   have been relevant to you?

Page 234

ELISE M. WILLIAMS

1        MS. HILDONEN:  Objection.
2        A.    I would have taken it, as they
3    say, with a grain of salt in my
4    understanding of what his concerns were and
5    complaints were in my overall assessment of
6    him.
7        Q.    Why would you have taken it with
8    a grain of salt?
9        A.    Sometimes people, when they get
10   not feeling well, whether it's a little bit
11   of not feeling well or a lot of not feeling
12   well and whether they're someone who is more
13   of a complainer or less of a complainer,
14   sometimes they get -- you know, they get
15   feeling like they need all the bells and
16   whistles when they really don't, they only
17   need a little bit and I've seen in both with
18   people with development disabilities, as
19   well as people without development
20   disabilities.
21       Sometimes you have to cure their
22   concerns and be like, "Okay, that may be
23   what you feel what you need, but your actual
24   needs based off of your actual concerns and

Page 235

ELISE M. WILLIAMS

1    medical issues at the minute, aren't
2    equaling what you feel you need."
3        I can go to the doctor with a
4    mild headache and feel that I need a
5    narcotic pain prescription or narcotic
6    medication, but that doesn't mean that
7    that's what I need.  If you understand what
8    I'm saying?
9        MS. HILDONEN:  We need to take a
10   five-minute bathroom break, please.
11       MR. SHAPIRO:  We can do that.
12   Let me just ask one question here,
13   Kasey, and then we can do that.
14       MS. HILDONEN:  Is there a
15   question on the table?
16       MR. SHAPIRO:  Can I just finish
17   with one question?  I would appreciate
18   it and then we'll be done, not done,
19   but we'll take a break.
20       Q.    Are you aware of C.B. ever asking
21   to go to the hospital?
22       A.    I don't remember.
23       Q.    Meaning, you can't remember one
24   time where he asked to go to the hospital?

Page 236

ELISE M. WILLIAMS

1        A.    I can't remember any specific
2    incident, no.
3        Q.    Do you have any general memory of
4    him ever asking to go to the hospital?
5        A.    Not at this time, no.
6        MR. SHAPIRO:  All right, we can
7    take a break.
8        (A brief recess was taken.)
9        Q.    After C.B. left the clinic on
10   April 8th, you didn't follow-up in any way
11   with him, right?
12       A.    I did not, no.
13       Q.    You didn't follow-up with staff
14   in the house to see how he was doing, right?
15       A.    I did not call down, no.
16       Q.    We talked about this concept
17   earlier of a medical one to one, do you
18   recall that?
19       A.    I do, yes.
20       Q.    And you didn't put C.B. on a
21   medical one to one on April 8th, did you?
22       A.    I did not, no.
23       Q.    As you stated earlier, an RN is
24   not legally allowed to diagnose a medical

Pages 233 to 236

**New York**
**212-273-9911**

**Hudson Court Reporting & Video**
**1-800-310-1769**

**New Jersey**
**732-906-2078**

Page 237

1           ELISE M. WILLIAMS
2   condition, right?
3       A.   Yes.
4       Q.   How would C.B. have been able to
5   see a provider who was legally able to
6   diagnosis his medical condition on
7   April 8th?
8       A.   If his presenting symptoms had
9   warranted a call to the medical on-call and
10  the medical on-call felt that they warranted
11  a trip to the emergency room, then he would
12  have gone and seen a provider.
13      Q.   So, the call as to whether it
14  gets escalated to an on-call provider,
15  that's your call entirely; is that right?
16          MS. HILDONEN:  Objection.
17      A.   Yes.
18      Q.   And C.B. has no say in that?
19          MS. HILDONEN:  Objection.
20      A.   I'm not understanding your --
21      Q.   If C.B. had -- well, let me ask
22  you this, did C.B. say to you, "I want to
23  talk to a doctor" on April 8th?
24      A.   I don't remember him ever saying
25  that, no.

Page 238

1           ELISE M. WILLIAMS
2       Q.   Do you remember that he did not
3   or you don't remember one way or the other?
4          MS. HILDONEN:  Objection.
5       A.   I do not remember him asking to
6   talk to a medical provider -- or I don't
7   remember either way.
8       Q.   And if he had, in fact, been
9   asking to go to the hospital, would that
10  have been enough for you to at least
11  escalate his concerns to a provider?
12          MS. HILDONEN:  Objection.
13      A.   That would depend on my
14  assessment and what my findings were.
15      Q.   So, C.B., as a resident at Valley
16  Ridge, had no ability to get himself before
17  a provider unless you said it was okay, am I
18  understanding that right?
19          MS. HILDONEN:  Objection.
20      A.   I'm not understanding your
21  question.
22      Q.   It sounds to me from your
23  testimony as if C.B. had no ability to have
24  his symptoms reviewed by a provider unless
25  you decided that that was appropriate; is

Page 239

1           ELISE M. WILLIAMS
2   that right?
3          MS. HILDONEN:  Objection.
4       A.   If his symptoms -- his presenting
5   complaints, his vital signs and my
6   assessment deemed that further assessing was
7   needed at a provider level and he was
8   requesting that assessment, then yes, he
9   would have been assessed further at a
10  provider level.
11          My assessment did not find that,
12  so therefore, that did not happen.
13      Q.   But the decision was yours to
14  make, right?
15          MS. HILDONEN:  Objection.
16      A.   Correct, the contacting the
17  medical on-call is my decision to make.
18      Q.   And that's true, even if C.B. is
19  saying he wants to see a provider, you're
20  still the one who makes the decision whether
21  he gets to see one or not, right?
22          MS. HILDONEN:  Objection.
23      A.   I make the decision to call the
24  medical on-call.  I let the medical on-call
25  know, "Here's what this person is stating.

Page 240

1           ELISE M. WILLIAMS
2   Here's what I'm seeing.  What do you want to
3   do from here?"
4       Q.   Right.  But C.B. can't call the
5   on-call by himself, can he?
6       A.   He cannot, no.
7       Q.   And he can't go see a provider by
8   himself, can he?
9       A.   He cannot.  Our facility is a
10  secure facility, he can't -- any of our
11  individuals cannot go out and about by
12  themselves as has their own whim or however
13  you want to word it.  They -- you know,
14  they're accompanied by staff at all times.
15      Q.   Right.  So, his only option for
16  medical care on that Sunday, was an RN who
17  was not capable of diagnosing anything,
18  right?
19          MS. HILDONEN:  Objection.
20      A.   Correct.
21      Q.   I'm sorry, what was the answer?
22      A.   That is correct, yes.  As an RN,
23  we're capable of assessing and reporting our
24  assessment to medical on-call, but we cannot
25  diagnosis.

Pages 237 to 240

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 241

1          ELISE M. WILLIAMS
2      Q.    In 2018, who was responsible for
3  giving C.B. his medication?
4      A.    The house staff.
5      Q.    Was there a specific staff
6  assigned to giving out medication each day?
7      A.    The assignment of who has the
8  AMAP position in the house, which is --
9  that's the person that -- they're giving the
10 meds, is assigned by head of shift.
11     Q.    What responsibility did you, as
12 an RN, have with respect to C.B.'s
13 medication?
14     A.    My responsibility in regards to
15 his overall medications, we did what -- a
16 facility runs on what's called 90-day
17 orders.  So, every 90 days those orders are
18 rewritten by the provider.
19         So, I would get in a copy of
20 those orders from our pharmacy.  I would
21 review them, make sure any changes -- you
22 know, make sure they were up to date with
23 any changes that had happened since the
24 previous 90-day orders.
25         I would then give them to the

Page 242

1          ELISE M. WILLIAMS
2  provider, who would make any further changes
3  or corrections that he or she wanted to
4  make.  And then he would sign off on them
5  and I would make sure that those orders
6  matched what was written in the medication
7  administration record or the MAR.  And then
8  we would get a copy of those down to the
9  house for the staff to reference if they had
10 questions.
11         We also dealt with if there was a
12 refill needed on medications.  So, we get
13 the 30-day blister pack and if the blister
14 pack was running out and they didn't have
15 another one in the overflow in the house up
16 to however many refills a provider had
17 ordered, kind of like when you get refills
18 from your doctor, there's so many refills on
19 the pill bottle.  As nurses, we're allowed
20 to go in and request a refill of those
21 orders.  If there's no refills left, then we
22 let the provider know, "Hey, there's no
23 refills left."
24     Q.    Did you have any responsibility
25 for ensuring that medication was being given

Page 243

1          ELISE M. WILLIAMS
2  to C.B. according to his prescription?
3      A.    I'm not understanding fully what
4  the question is, I guess.
5      Q.    Fair enough.
6      MR. SHAPIRO:  Well, let me do
7  this, I'm going to mark as Exhibit 2 --
8         And I just put in the chat
9  Exhibit 2, which is a two-page
10 document.  It's Bates stamped Plaintiff
11 10366 to 67.
12         (Bates stamped Plaintiff
13 10366-10367 was marked as Plaintiff
14 Exhibit 2 for identification;
15 12/20/21.)
16 A.     I got it.
17     Q.    Do you recognize this document?
18     A.    I'm trying to get it so it's
19 right side up.
20     Q.    Yes.
21     A.    I do recognize it, at least for
22 what it is, not necessarily for having seen
23 it before, but I recognize it for what it
24 is.
25     Q.    And what is it?

Page 244

1          ELISE M. WILLIAMS
2      A.    This is an account sheet is what
3  we refer to them as.
4         The staff, every shift, they do a
5  count to verify that they have a certain
6  number of pills on stock.
7         They also kind of use it as a
8  second check to make sure that the person
9  has received the pills correctly, even
10 though they follow the MAR, but they use
11 this as kind of that second check to make
12 sure an over pop -- you know, somebody
13 didn't pop three and then pop two or
14 something like that.
15         So, it's kind of like a second
16 catch type of thing.
17     Q.    Okay.
18     A.    But for the most part, it's used
19 to monitor that we have an adequate number
20 of pills on-hand for each medication.
21     Q.    And for the MAR -- so, this is
22 not a MAR, right, the MAR is something
23 different?
24     A.    No.
25     Q.    And the MAR -- on the MAR, does

Pages 241 to 244

Page 245

ELISE M. WILLIAMS

1
2  the staff who gives out the medication mark
3  each time it's given out?
4      A.   They do, yes.
5      Q.   And is that something you
6  periodically just review or audit or
7  something like that?
8      A.   That is reviewed at least once a
9  month.  When we do our month's journal from
10  one month to the next, the previous month is
11  then reviewed to make sure that staff signed
12  for each -- like this has multiple squares
13  where they have little numbers.
14      On the MAR, those little squares,
15  where staff give the medication, they
16  initial where the medication was given.  If
17  something came up or staff happened to
18  forget to initial, then we go back to the
19  staff member and we say, "Hey, you didn't
20  sign this day, did you give it or didn't you
21  give it?  Did they refuse it?"  And then
22  they have to answer to that missing
23  signature.
24      And if it's a frequent occurrence
25  or if there's a lot of missing signatures,

Page 246

ELISE M. WILLIAMS

1
2  they get what's called a procedural error
3  for failing to follow procedure of issuing
4  the MAR.
5      Q.   Okay.  And on the MAR, does the
6  person who's administering the medication
7  indicate if the patient refused the
8  medication, is that something that's
9  indicated?
10     A.   If they sign their initials and
11  they circle their initials, the sign and
12  circle is indicative of their refusal.
13     And then on the back of that
14  sheet, they're supposed to write down that
15  the medication -- you know, they write down
16  what it was, what the date was, what the
17  time was and that it was refused.
18     Q.   Got it.
19     MR. SHAPIRO:  I'm going to mark
20  Exhibit 5.  This is a nine-page
21  document Bates stamped Plaintiff 1368
22  through 76.
23     MS. HILDONEN:  I didn't see that
24  one come through the chat.
25     MR. SHAPIRO:  It's coming, it's a

Page 247

ELISE M. WILLIAMS

1
2  bigger one.
3      MS. HILDONEN:  Okay.
4      MR. SHAPIRO:  It's photos, that's
5  why.  It's a little bigger, hold on, I
6  think it's working on it.
7      (Bates stamped Plaintiff
8  1368-1376 was marked as Plaintiff
9  Exhibit 5 for identification;
10  12/20/21.)
11     A.   It is a big one.
12     Q.   Are you able to open it, Ms.
13  Williams?
14     A.   It's loading.
15     All right, I have it.
16     Q.   Do you recognize what's depicted
17  in these photos in Exhibit 5?
18     A.   I recognize them as blister
19  packs.
20     Q.   And there's some writing on the
21  back of them, right, with some dates and
22  times, do you see that?
23     A.   You're referencing page 371?
24     Q.   Well, I guess on pretty much all
25  of them there seems to be, like written in

Page 248

ELISE M. WILLIAMS

1
2  red pen, some dates and times, do you see
3  that?
4      A.   I do see that, yes.
5      Q.   Do you know what the purpose of
6  that is?
7      A.   As far as what I can surmise,
8  somebody was trying to go back over and make
9  sure that the correct pills were given, the
10  correct amounts on the correct dates and
11  times.
12     Q.   Is this -- to your knowledge, is
13  it not typical practice at Valley Ridge to
14  note when you pop a pill, what date and time
15  you're doing it?
16     MS. HILDONEN:  Objection.
17     A.   If you reference page 371,
18  showing the back of the blister pack?
19     Q.   Yes.
20     A.   There is -- where it says,
21  "Received" and there's like the little red
22  box and there's a bunch of initials and
23  dates, our procedure is that when staff pop
24  a pill out of a blister and some blisters
25  like these shown are covered in plastic on

Pages 245 to 248

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 249

1          ELISE M. WILLIAMS
2     the front, so it's very difficult to write
3     on the front, but there's paper on the back.
4     Some blisters are paper on both sides, so
5     you could write on either side.
6          But they either write next to the
7     number of the pill, their initial and the
8     date, for each pill popped or they write --
9     if it's a blister that's paper on both
10    sides, they'll write it right next to the
11    blister on the front of the package when
12    they pop the pill.  So, you can look at it
13    that way.
14         That is typically our procedure
15    how they mark on the blister, what pill was
16    given when, otherwise it's marked in the
17    MAR, that the medication was given.
18       Q.     Got it.  Are you aware of any
19    potential side effects if a patient abruptly
20    stopped taking the medication clozapine?
21       A.     I am not aware of any particulars
22    off the top of my head without looking them
23    up, no.
24       Q.     At Valley Ridge, is there a
25    distinction between something called a

Page 250

1          ELISE M. WILLIAMS
2     visual bed check and something called a
3     medical bed check?
4       A.     There is a distinction, yes.
5       Q.     What's that distinction?
6       A.     A visual bed check is a check of
7     safety.  All of our doors run on an
8     electronic key card, so what is done is the
9     key card reader is swiped allowing the door
10    to open.  The door is opened just enough to
11    get a quick two second or however long
12    visual of the person to make sure that they
13    are in a safe position.
14         It's to monitor to make sure
15    they're not sitting on the top of their
16    closet trying not to jump out and smack
17    themselves on the sides of their dresser, to
18    make sure they don't have something tied
19    around their neck, make sure that they're
20    not doing something that is potentially
21    harmful to them self because of their
22    psychiatric diagnosis.
23         A medical bed check is done where
24    the door is opened further and for longer.
25    You check for signs of life.  So, are they

Page 251

1          ELISE M. WILLIAMS
2     breathing?  Is there skin pink?  Are they
3     drenched in sweat?  Are they shaking with
4     chills?  You check for different signs like
5     that.
6          And each one is -- there's a
7     section on each form where we tweak what to
8     check for depending on what the reasoning is
9     to do the medical bed check -- for starting
10    it.
11       Q.     In E-House, is there a window
12    into patients' rooms from the hallway?
13       A.     There is not, no.  There's a --
14    the end of the office -- the one end of the
15    office, the door leading into the hallway
16    has a window in it where you could look down
17    the hallway.  But you cannot see into
18    people's rooms from the hallway without
19    opening the door.
20       Q.     And who determines whether a
21    particular individual receives a visual bed
22    check or a medical bed check?
23       A.     So, all of our individuals,
24    across the board, are on a minimum of a
25    two-hour safety bed check a regular bed

Page 252

1          ELISE M. WILLIAMS
2     check.  That bed check can be shortened
3     depending on their psychiatric needs.
4          Medical bed check is determined
5     by nursing staff and medical staff of -- you
6     know, did they have something going on
7     that's an issue that they want to keep
8     closer tabs on them, where we want somebody
9     to check on them every hour, every half
10    hour, you know, for how long, that's done as
11    a nursing measure.
12       Q.     Is that a nursing action that
13    nurses can take without a provider's
14    authorization?
15       A.     It is, yes.  Sometimes it is
16    ordered by a provider, but it could be done
17    as a nursing action, yes.
18       Q.     And in April of 2018, C.B. was
19    getting visual bed checks, right?
20       A.     Correct.
21       Q.     And after you saw him on
22    April 8th, you did not order him to get a
23    medical bed check that evening, right?
24       A.     I did not, no.
25       Q.     Do you -- have you heard at all

Pages 249 to 252

Page 253

1          ELISE M. WILLIAMS
2    in connection with this investigation that
3    the DAR notes for C.B. from March and April
4    of 2018 were not able to be located?
5          A.    I did hear rumor of such, but I
6    didn't hear anything definitive, no.
7          Q.    Do you have any recollection of
8    seeing C.B.'s DAR notes from March or April
9    of 2018?
10         A.    I do not.
11         Q.    We were looking earlier at
12   Exhibit 11, which is the Justice Center
13   report, are you able to pull that up again
14   quickly or relatively quickly?  I can put it
15   back in the chat, if not?
16         A.    I think I could do it, I just
17   have to close a couple of windows.
18         I have it.
19         Q.    Drawing your attention to page
20   23, which is OPWDD 747?
21         A.    I have it.
22         Q.    These are recommendations from
23   the Justice Center, I'll represent to you.
24         And I want to draw your attention
25   to recommendation number six, which says,

Page 254

1          ELISE M. WILLIAMS
2    "It is recommended that treatment team
3    leaders ensure that all staff working with
4    individuals are aware of their medical
5    condition (PONS) and what is required of
6    staff related to those conditions."
7          Do you see that?
8          A.    Yes.
9          Q.    Do you agree with that
10   recommendation?
11         MS. HILDONEN:  Objection.
12         A.    I do agree with it.
13         Q.    Would you agree that it's
14   important for you, as a nurse, to have all
15   the direct care staff understand each
16   individual's particular medical condition?
17         A.    I do.
18         MS. HILDONEN:  Objection.
19         A.    Sorry.
20         Q.    You can answer.
21         A.    I do agree that it is important
22   for anyone involved in the care for an
23   individual to understand their medical
24   conditions.  It's important, no matter who
25   you are, where you are, if you're caring for

Page 255

1          ELISE M. WILLIAMS
2    somebody, to understand medically what
3    you're dealing with.
4          Q.    And it's also important to
5    understand what's required of staff in
6    connection with those medical conditions,
7    right?
8          A.    Correct.
9          Q.    And what needs to be reported to
10   medical staff and nursing, right?
11         A.    Correct.
12         Q.    Do you know what the Justice
13   Center Medical Review Board is?
14         A.    I do not know.
15         Q.    Have you ever appeared before the
16   Justice Center Medical Review Board?
17         A.    No.
18         Q.    Are you familiar with concerns at
19   Valley Ridge about short staffing?
20         MS. HILDONEN:  Objection.
21         A.    I am familiar with the concerns,
22   there have been longstanding concerns.  But
23   I am familiar with those concerns, yes.
24         Q.    Describe those concerns to me as
25   you understand them?

Page 256

1          ELISE M. WILLIAMS
2          A.    Due to the nature of the
3    facility, the nature of the kind of work
4    that is done and the clientele we serve, the
5    Justice Center involvement, on occasion
6    you'll have where an accusation is made
7    against staff.  Sometimes it's one or two
8    staff members, sometimes it's five to ten
9    staff members.
10         In order to keep the clients
11   safe, those staff members have to be put on
12   administrative leave until it's determined
13   that there isn't a threat of potential harm
14   to our clients.
15         When that's done, any work that
16   would have been done or shifts covered by
17   those staff, are then left open.  In order
18   to fill those shifts, other staff are
19   mandated to stay and work that extra time.
20         Q.    Does that short staffing concern
21   apply to the nursing staff as well, as you
22   understand it?
23         A.    Can you rephrase the question?
24         Q.    Yes, let me ask a simpler one.
25         In your view, in 2018, was the

Pages 253 to 256

Page 257

ELISE M. WILLIAMS

1
2    nursing staff at Valley Ridge short staffed?
3        A.    I don't remember.  I would have
4    to refer back to the nursing schedule that
5    we referenced earlier.
6        Q.    You can take a look at that, if
7    that would help.  It's Exhibit 31.
8        A.    On reviewing this, it would not
9    say that we were short staffed.
10        Q.    What about for medical providers,
11    in 2018, was Valley Ridge short staffed when
12    it came to medical providers, in your view?
13        A.    Without knowing further the
14    information for the question -- our minimum
15    for medical providers, since the day I've
16    started working there, we've only ever had
17    one provider inhouse at a time.
18        Q.    Are you currently the sole
19    provider at Valley Ridge?
20        A.    For medical provider?
21        Q.    Yes.
22        A.    Currently.  I just assumed the
23    role as the FNP at Valley Ridge last
24    Thursday.  I don't have all my credentialing
25    set up yet, so I'm unable to do very much

Page 258

ELISE M. WILLIAMS

1
2    right now.
3            Currently we have -- Ray McGinn
4    is still there as a provider part time.  He
5    will be retiring at the end of the month.
6            And we have Dr. Niazi, who is
7    helping oversee when Ray isn't able to be
8    there.
9        Q.    And you're going to replace Ray
10    eventually, is that the plan?
11        A.    That is the plan.
12        Q.    And will Dr. Niazi then fade out?
13        A.    I believe she's still planning on
14    coming at least occasionally up to our
15    facility.
16        Q.    Where does she work, typically?
17        A.    My understanding is down in
18    Binghamton.  I'm not sure exactly the
19    location.
20        Q.    Since you have been employed by
21    OPWDD, have you ever been the subject of any
22    disciplinary action?
23        A.    No.
24        Q.    Have you ever had any complaints
25    made against you in connection with your

Page 259

ELISE M. WILLIAMS

1
2    work at OPWDD?
3        A.    No.
4        Q.    And is this the first time you've
5    been a defendant in a lawsuit?
6        A.    Regarding a deposition?  Yes.
7        Q.    Sorry, have you been named as a
8    defendant in a lawsuit previously?
9        A.    No.
10            MR. SHAPIRO:  Off the record for
11    a second, Nicole.
12            (A brief recess was taken.)
13            MR. SHAPIRO:  A couple of quick
14    questions here.
15        Q.    When you examined C.B. on
16    April 8th, was Dan Ohl present for that
17    examination?
18        A.    Not to memory, no.
19        Q.    Do you remember if he was in the
20    clinic at the time?
21        A.    Per my memory, the only ones in
22    the clinic at that time were myself, C.B.
23    and staff member, Josh Buell.
24        Q.    Prior to that exam on April 8th,
25    you had seen C.B. in the clinic before,

Page 260

ELISE M. WILLIAMS

1
2    right?
3        A.    Yes.
4        Q.    If you look -- if you could pull
5    up again Exhibit 17?
6        A.    Okay.
7        Q.    And these were the nursing notes,
8    right?
9        A.    Correct.
10        Q.    And you had mentioned your
11    handwriting appeared on a note on
12    February 23, 2018, right?
13        A.    Yes.
14        Q.    Do you know whether you saw C.B.
15    at the clinic on that day?
16        A.    I do not remember.
17        Q.    Prior to April 8, 2018, do you
18    have any memory of C.B. arriving at the
19    clinic out of breathe or breathing heavily?
20        A.    I don't remember.
21            MR. SHAPIRO:  Okay, I have no
22    further questions, Ms. Williams.  Some
23    of the other counsel may wish to
24    question you, but I have nothing
25    further.

Pages 257 to 260

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 261

1          ELISE M. WILLIAMS
2          Thank you very much for your time
3    today.
4          MR. HILL:  I have a few, if you
5    don't mind, I won't be belong.
6    EXAMINATION BY
7    MR. HILL:
8          Q.    Ms. Williams, my name is Dan
9    Hill.  I represent Ashley Sessions.  I'm
10   going to be asking you a few follow-up
11   questions.
12         The same rules apply.  If you
13   don't understand my question, you just let
14   me know and I'll try to rephrase it in a way
15   that you do understand it.  Okay?
16         A.    Okay.
17         Q.    Can you hear and see me okay?
18         A.    Yes.
19         Q.    You mentioned earlier in response
20   to some of the questioning by counsel that
21   the individuals at Valley Ridge have a
22   certain amount of individual freedom; is
23   that fair?
24         A.    Yes, it is.
25         Q.    And part of that freedom includes

Page 262

1          ELISE M. WILLIAMS
2    deciding what they want to eat, as you
3    testified earlier?
4          A.    Yes.
5          Q.    And does that also include, for
6    example, whether or not they want to smoke?
7          A.    It is, yes.
8          Q.    And do you have any idea how much
9    C.B. smoked?
10         A.    Not to my remembrance without
11   referring back to documentation.
12         Q.    Was there any limit on the amount
13   of food of any kind that individuals could
14   keep in their rooms?
15         A.    I can't speak to as a limit.  I
16   know that they are encouraged to not have
17   food in their rooms just in the aspect of
18   keeping ants and pests like that out of
19   their rooms because their rooms are not
20   always so great.
21         So, if they do have food items,
22   they're encouraged to keep them in their
23   lockers or in the kitchen.
24         Q.    But ultimately, if they want to
25   keep food in their rooms, it's their right

Page 263

1          ELISE M. WILLIAMS
2    to do that?
3          A.    They can, it's strongly
4    encouraged against, but they can.
5          Q.    Are direct care providers --
6    well, I'm going to withdraw that.
7          All of the care providers at
8    Valley Ridge are encouraged to respect the
9    privacy of individuals when that's
10   appropriate?
11         A.    Yes.
12         Q.    And you mentioned earlier that
13   there are two types of bed checks, there's a
14   regular safety check and then there's a
15   medical bed check; is that correct?
16         A.    That is correct.
17         Q.    Do the direct care providers have
18   any decision-making power in terms of
19   whether or not an individual is to receive a
20   medical bed check versus a safety bed check?
21         A.    They do not, no.
22         Q.    And as you described the safety
23   bed check, I believe your testimony was that
24   it could take as little as one to
25   two seconds; is that right?

Page 264

1          ELISE M. WILLIAMS
2          A.    That is right.  It's just pretty
3    much laying eyes on the person and verifying
4    that they were in a safe position.
5          Q.    So am I correct that if a direct
6    care provider is able to do that without
7    turning on the light to the individual's
8    room, that that would be okay?
9          A.    If they are able to visualize the
10   person adequately, yes.
11         Q.    Is there any -- is it typical for
12   a direct care provider to actually enter the
13   room when performing a regular safety check,
14   not a medical check?
15         A.    Can you rephrase the question?
16         Q.    Sure.  I think your testimony
17   earlier was that as part of a safety bed
18   check, that a direct care provider would
19   simply over the door to the room and
20   visualize the individual; is that correct?
21         A.    Yes.
22         Q.    Is there any requirement with
23   respect to a safety bed check that a direct
24   care provider actually enter the room?
25         A.    They do not have to actually

Pages 261 to 264

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 265

1          ELISE M. WILLIAMS
2    enter the room, no.
3          Q.    Okay.  Is there any requirement
4    that a direct care staff provider confirm
5    that an individual is actually breathing
6    during a regular safety check?
7          A.    During a regular safety bed check
8    there is not that requirement, no.
9          Q.    And to your knowledge, was -- are
10   direct care providers given any kind of
11   training that they are required to check
12   whether someone was breathing or not on a
13   safety bed check?
14         A.    I don't have the knowledge to
15   answer that correctly for you.
16         Q.    Is it fair to say that the direct
17   care providers are responsible for
18   implementing the instruction as the nursing
19   and other medical staff direct them?
20         A.    Can you rephrase that a little
21   bit?  I'm sorry.
22         Q.    Yes.  You mentioned earlier that
23   it would be helpful if direct care providers
24   had an understanding of individual's health
25   as a general matter, I think that was your

Page 266

1          ELISE M. WILLIAMS
2    testimony?
3          A.    Regarding the plans of nursing
4    service I think it was about?
5          Q.    Yes.
6          A.    Yes, I feel it would be, yes.
7          Q.    But do they have any
8    decision-making responsibility with respect
9    to what is actually in those plans?
10         A.    They do not, no.
11         Q.    Is it fair to say that their
12   responsibility is to follow what the nursing
13   an another provider staff direct them?
14         A.    Yes.
15         Q.    And do you know -- withdraw that.
16         Was C.B. a violent person?
17         A.    He did have behavioral tendencies
18   and on occasion could be violent.
19         Q.    Did you personally observe any of
20   those violent tendencies that he had?
21         A.    I did, yes.
22         Q.    Can you describe those instances
23   for me?
24         MR. SHAPIRO:  Objection.
25         Q.    You can answer.

Page 267

1          ELISE M. WILLIAMS
2          MS. HILDONEN:  You can answer.
3          A.    I remember one particular
4    incident where he had become unhappy with a
5    staff member for whatever reason.  I don't
6    know if we ever did figure out exactly what
7    the occasion was.
8          We were trying to talk to him and
9    talk him through it, work him through the
10   emotions of that aggravation and anger.  And
11   a lot of times it's just they get these
12   feelings and they don't know how to express
13   them.  So, the only way they know how to do
14   that is to act out physically.
15         So, with C.B. he was feeling
16   upset at this person and he was trying to
17   work through it.  In the process of trying
18   to help him use his words and communicate
19   what was going on, he attempted to jump and
20   charge this person.  I don't remember the
21   exact staff member, but I remember it was a
22   female staff member.  And he jumped out of a
23   chair to try to charge this person.
24         Myself and another staff member
25   jumped in front of him and hollered his

Page 268

1          ELISE M. WILLIAMS
2    name.  And thankfully that was enough to
3    bring clarity to his mind and bring him back
4    around.
5          And immediately you could see the
6    change in his face where he realized he
7    almost made a very bad decision and he sat
8    back down and was very remorseful.  And then
9    was able to work through everything from
10   there.
11         But at that moment he was just
12   unable to communicate and was kind of
13   falling apart and having a very rough
14   moment.  And unfortunately, even though it
15   was a rocky moment for him, it's not one of
16   my fond memories of him or of just him as a
17   person.
18         But he did have a tendency for
19   being violent.  It's what led him to being
20   in our facility.
21         Q.    Do you recall when that was, that
22   incident that you just described?
23         A.    I do not, no.
24         Q.    Any incidents where you observed
25   C.B. being violent other individuals?

Pages 265 to 268

Page 269

1          ELISE M. WILLIAMS
2      A.   No.  In regards to the one
3   incident, it might have been all I could say
4   was it was between June of 2015 and April of
5   2018, because that was the time I knew him.
6      Q.   I think I know the answer to this
7   question, but did you ever -- did you
8   observe C.B. after his death while he was
9   still in his room before being removed?
10     A.   I did not, no.
11     Q.   Did you talk to anyone else about
12  their observations of what they saw when
13  C.B. was discovered on the date of his
14  death?
15     A.   There was some discussions, very
16  minimal about it, but it wasn't anything
17  major, no.
18     Q.   Who was that discussion with?
19     A.   That was with other members of
20  the nursing team at Valley Ridge.
21     Q.   Who would that be?
22     A.   I think that was with Stephanie
23  Bowers.
24     Q.   And what was the sum and
25  substance of your conversation with

Page 270

1          ELISE M. WILLIAMS
2   Stephanie Bowers?
3      A.   The estimation of that
4   conversation was more the fact that when she
5   was notified of his finding and responded,
6   that he had been in the deceased state for
7   an amount of time.  It wasn't -- it wasn't
8   how do I want to put it -- newly deceased.
9      Q.   Did she tell you when she first
10  saw him, C.B. that is?
11     A.   Only as much as she got called
12  early that morning when they went to give
13  him his meds and when he was, I assume,
14  first found.
15     Q.   Did she tell you how long she
16  thought he had been deceased prior to her
17  encountering him or seeing him?
18     A.   No.
19          MR. HILL:  Sorry, just one
20  second.
21     Q.   Did you ever, at any time -- I
22  apologize if this was asked and answered
23  already -- did you ever, at any time, have
24  any interactions with the family of C.B.
25  separate and apart from what sounded like

Page 271

1          ELISE M. WILLIAMS
2   you referenced an interaction at his
3   funeral?
4      A.   I have no memory of ever having
5   any interaction with him whatsoever, except
6   for what there was during the funeral.
7      Q.   Can you describe that interaction
8   at the funeral?
9      A.   I remember they had the funeral
10  -- that we had for him was in the gymnasium
11  of our program building.  And I remember
12  they had kind of like the little line that
13  they typically have at a funeral where the
14  family is lined up and you give your
15  condolences.
16          And when I gave my condolences
17  and I mentioned to them that I was his
18  nursing case manager and interacted with him
19  fairly frequently and you know, offered my
20  condolences and worked my way through the
21  line and that was pretty much the gist of
22  it.
23     Q.   And who was it, if you know, that
24  you said those things to?
25     A.   Per my memory, it was his mother.

Page 272

1          ELISE M. WILLIAMS
2      Q.   And what, if anything, did she
3   say to you in response?
4      A.   Per my memory, just pretty much a
5   thanks, was about the gist of it.
6      Q.   And any other conversations that
7   you remember with anyone from C.B.'s family
8   on the date of his funeral, which I
9   understand as you're describing was at the
10  Valley Ridge facility?
11     A.   It was at the facility.
12          I don't have any memory of any
13  further conversations with any of his
14  family, no.
15     Q.   Have you received any
16  correspondence of any type via e-mail or
17  letter from anyone in C.B.'s family?
18     A.   No.
19     Q.   Have you written his family at
20  all?
21     A.   No.
22          MR. HILL:  Okay, that's all I
23  have, thank you very much.
24          MR. SHAPIRO:  I'm sorry, Ms.
25  Williams, I just have a couple of

Pages 269 to 272

Page 273

1           ELISE M. WILLIAMS
2      follow-ups based on that.
3    EXAMINATION BY
4    MR. SHAPIRO:
5      Q.    You mentioned when a direct care
6    staff goes in to look at someone, they have
7    to verify they're in a safe position; is
8    that right?  What does a safe position mean?
9      A.    The safe position is, as far as
10   my understanding of it is, is they don't
11   have a bed sheet tied around their neck,
12   they don't have shoelaces tied around their
13   neck.
14           We've had instances in the past
15   where unfortunately wear somebody's been
16   doing these safety checks and found somebody
17   with a bed sheet over the top of a door and
18   have been able to intervene thankfully in
19   time to save their life.
20           So, those safety checks are just
21   that, they're checking to make sure that
22   this person with a psychiatric illness is in
23   a safe position and isn't harming them self
24   somehow.
25     Q.    To your knowledge, can someone be

Page 274

1           ELISE M. WILLIAMS
2    in an unsafe position while being asleep?
3      A.    If they were to be -- if they
4    were, they were to be lying in their bed
5    under their sheets up over their head or
6    whatever, they could have something around
7    their -- theoretically around their neck
8    could be unsafe in that aspect, but
9    appearing safe.
10     Q.    And the direct care staff would
11   have a responsibility to ensure that, in
12   fact, the person is in a safe position; is
13   that right?
14           MS. HILDONEN:  Objection.
15           MR. HILL:  Objection.
16     A.    The direct care staff would be
17   looking in the door and verifying that when
18   they saw them for that brief moment and laid
19   eyes on them, all seemed well.
20     Q.    Ben asked you a little bit about
21   C.B.'s smoking habits, would the DAR notes
22   be the best place to understand the person's
23   day-to-day smoking habits?
24     A.    Possibly.  I know there was a
25   nursing note I think you had me read,

Page 275

1           ELISE M. WILLIAMS
2    possibly, that mentioned his smoking as
3    well.
4           But I think the DAR notes from
5    the staff would probably give a good idea as
6    well.
7      Q.    What about eating habits, would
8    the DAR notes be a place where that would be
9    reflected, you know, how those evolved on a
10   day-to-day basis?
11     A.    They would possibly contain some
12   information.  I'm not a hundred percent sure
13   how much.
14     Q.    And again, you never saw DAR
15   notes for C.B. from March or April 2018,
16   right?
17     A.    I can't speak to whether I saw
18   them or not based off memory, no.
19     Q.    Am I correct that direct care
20   staff are expected to be familiar with plans
21   of nursing services for the individuals that
22   they care for?
23     A.    Correct.
24     Q.    And am I correct that C.B. was a
25   voluntarily admission to Valley Ridge?

Page 276

1           ELISE M. WILLIAMS
2      A.    I don't remember.
3      Q.    Do you know what the phrase a
4    voluntary admission means?
5      A.    I do, yes.
6      Q.    What does it mean?
7      A.    That means that the person has
8    voluntarily accepted to sign themselves into
9    our facility and accepted to participate in
10   the treatment there versus somebody whose
11   involuntary as where either their family put
12   them there because their family understands
13   they need that type of intervention in their
14   life.
15           Or we get 730 statuses and other
16   legal statuses where a judge is saying that
17   they need to be there for that kind of
18   treatment.
19           Or -- and I can't remember the
20   legal number that goes with it, but we get
21   some people who have failed a competency
22   exam in the court setting where they are
23   deemed incompetent and they are sent to us
24   to be restored to competency.
25     Q.    And is someone who is a voluntary

Pages 273 to 276

# JA479

Page 277

1           ELISE M. WILLIAMS
2   admission able to leave the facility -- seek
3   treatment elsewhere?
4       A.   They are able to sign themselves
5   out.  And when they do that, we have
6   72 hours, I believe it is, to have
7   discussion with them about safe ways to
8   depart our facility and getting everything
9   set up where they can do it in a safe
10  manner.
11          And/or deeming that they are, in
12  fact, not safe to leave and then we have to
13  pursue like a two p.c. status or other legal
14  means to keep them in the facility
15  involuntarily.
16          MR. SHAPIRO:  Thank you, nothing
17  further.
18          MR. HILL:  I just have one more
19  question, sorry.
20  EXAMINATION BY
21  MR. HILL:
22      Q.   Are individuals, are they allowed
23  to call 911 and if so, does that happen?
24      A.   It does happen on occasion.  The
25  way the facility is set up in anticipation

Page 278

1           ELISE M. WILLIAMS
2   of we get people who use resources and have
3   a history of use resources, to help protect
4   those individuals, what we do is we actually
5   have it set up so that if they dial 911, it
6   goes to our safety department.
7           And then the safety department
8   will patch that on further to actual 911
9   services.
10      Q.   Is the safety department -- being
11  that a plan like that is in place, is the
12  safety department required to pass on the
13  911 call to the outside law enforcement or
14  emergency response agency?
15      A.   You're asking if one of our
16  individuals calls 911 and it goes to safety?
17      Q.   Yes.
18      A.   No, they are not required to, no.
19          It is still deemed with the same
20  severity as if somebody, one of our clients
21  was not in the community house and did
22  actually call, we view it as misusing
23  resources upon making a false report to 911
24  and they could get arrested.  So, it's not
25  mandatory that they patch the call.

Page 279

1           ELISE M. WILLIAMS
2           MR. SHAPIRO:  Ryan, could you
3   mute?
4           MR. HICKEY:  Yes.
5           MR. SHAPIRO:  Are you in the same
6   room as her?  There's a lot of
7   feedback.
8       Q.   I think I caught what you said,
9   said but as Mr. Shapiro was suggesting --
10      A.   Do you want me to restate?
11      Q.   Let me just ask another question,
12  I think it will be faster.
13          Do you know whether or not -- let
14  me withdraw that.
15          As I understand your testimony,
16  for certain individuals, if they have a
17  history of calling 911, that when they call
18  911, that would be routed internally to a
19  safety officer within either Valley Ridge or
20  OPWDD; is that correct?
21      A.   That is correct.  My
22  understanding is that unless you have one --
23  nursing has a float phone, head of shift has
24  a float phone, unless you were to call from
25  a cellular device and call 911, if you call

Page 280

1           ELISE M. WILLIAMS
2   from any of the landline devices in the
3   facility, that call gets rerouted.  It goes
4   to our safety department and our safety
5   department then would have to send the call
6   further.
7           Our safety officers are very good
8   at when it is a real emergency, getting that
9   call out there.  And when it isn't a true
10  emergency, they contact head of shift and/or
11  whoever is there with the head of shift or
12  treatment team leader and let them know that
13  somebody's having a bad moment and using the
14  house phone number incorrectly.
15          (Continued on the next page to
16      accommodate the jurat.)
17
18
19
20
21
22
23
24
25

Pages 277 to 280

Page 281

```
1              ELISE M. WILLIAMS
2      Q.   Okay.  Do you know whether or not
3  C.B. ever called 911?
4      A.   I am not, no.
5          MR. HILL:  Okay, that's all I
6  wanted to know, thanks.
7          MR. SHAPIRO:  Nothing further
8  from me.
9          MS. HILDONEN:  Okay.  And Ryan
10  and I don't have any questions for you.
11  So that's it, we're done.
12         (WHEREUPON, the examination of
13  this witness concluded at 4:51 P.M.)
14
15      _____
                ELISE M. WILLIAMS
16
17
18  Subscribed and sworn to before me
   this ___ day of _____ 2021.
19
20      _____
                NOTARY PUBLIC
21
22
23
24
25
```

Page 282

```
1
2              I N D E X
3
   EXAMINATION BY           PAGE
4
   Mr. Shapiro          5, 273
5
   Mr. Hill            261, 277
6
7
8
9          REQUESTS
10  DESCRIPTION              PAGE
11  Copy of sign-in sheet      79
   reflecting a March 2018
12  quarterly meeting for C.B.
13  Copy of master report related   82
   to a March 2018 quarterly meeting
14  concerning C.B.
15
16
17
18
19
20
21
22
23
24
25
```

Page 283

```
1
2        INDEX TO EXHIBITS
3  PLAINTIFF               PAGE
4  1  Bates stamped Plaintiff    145
      10381-10382
5  2  Bates stamped Plaintiff    243
      10366-10367
6
7  3  Bates stamped PL 10546-10556   182
8  4  Bates stamped Plaintiff    179
      10591-10592
9  5  Bates stamped Plaintiff    247
      1368-1376
10
11 6  Bates stamped OPWDD 29-32   122
12 7  Bates stamped OPWDD 556-561  112
13 8  Bates stamped OPWDD 562-563  229
14 9  Bates stamped OPWDD 659     110
15 11 Bates stamped OPWDD 725-752  168
16 17 Bates stamped Plaintiff    164
      9150-9155
17 25 Résumé of Elise M. Williams  14
18 29 Bates stamped Defendant    102
      8636-8638
19
20 30 Bates stamped Defendant    105
      8639-8640
21 31 Bates stamped Defendants 8657  174
22 48 Bates stamped OPWDD 517-520   153
23 49 Bates stamp Plaintiff 10380   127
24 50 Bates stamped Defendant 9178   73
25 51 Defendants 8643-8645         99
```

Page 284

```
1
2          CERTIFICATION
3
4      I, Nicole Lebovic, a Notary Public
5  in and for the State of New York, do hereby
6  certify:
7      THAT the witness, ELISE M.
8  WILLIAMS, whose testimony is herein before
9  set forth, was duly sworn by me; and
10     THAT the within transcript is a
11  true and accurate record of the testimony
12  given by said witness, ELISE M. WILLIAMS.
13     I further certify that I am not
14  related either by blood or marriage, to any
15  of the parties to this action; and
16     THAT I am in no way interested in
17  the outcome of this matter.
18     IN WITNESS WHEREOF, I have
19  hereunto set my hand this 20th day of
20  December, 2021.
21
22
23      ---------------------------
24          NICOLE LEBOVIC
25
```

Pages 281 to 284

Page 285

```
 1
 2              ERRATA SHEET
 3        I wish to make the following changes,
 4   for the following reasons:
 5   PAGE LINE
 6   ____ ___CHANGE:_____
 7        REASON:_____
 8   ____ ___CHANGE:_____
 9        REASON:_____
10   ____ ___CHANGE:_____
11        REASON:_____
12   ____ ___CHANGE:_____
13        REASON:_____
14   ____ ___CHANGE:_____
15        REASON:_____
16   ____ ___CHANGE:_____
17        REASON:_____
18   ____ ___CHANGE:_____
19        REASON:_____
20   ____ ___CHANGE:_____
21        REASON:_____
22   ____ ___CHANGE:_____
23        REASON:_____
24   ____ ___CHANGE:_____
25        REASON:_____
```

**A**

**a.m** 1:16
  176:25
**AANP** 17:7
  20:17
**ABADY** 2:4
**ability** 7:9
  7:16 45:14
  238:16,23
**able** 7:13
  9:3,5 12:3
  13:17,22
  15:2 21:16
  51:3,6
  53:11 62:6
  64:19 69:6
  73:8 74:11
  77:3 78:25
  94:3 97:8
  99:12
  110:20
  113:3
  116:7,24
  144:23
  151:18
  152:7
  161:2
  167:18
  168:23
  171:2,10
  171:16
  186:18
  189:15
  195:18
  202:15
  206:19
  223:3
  224:7
  227:2
  237:4,5
  247:12
  253:4,13
  258:7
  264:6,9
  268:9
  273:18
  277:2,4
**abruptly**
  249:19

**absolutely**
  100:7
**accepted**
  276:8,9
**access** 13:17
  13:23
  112:9
  219:3,18
**accommodate**
  21:18
  83:12
  280:16
**accompanied**
  240:14
**account** 13:6
  13:20 58:5
  244:2
**accurate**
  107:17
  146:10
  284:11
**accusation**
  256:6
**aches** 119:2
**achiness**
  117:5
**acknowledge**
  4:8,12
  158:12
**acres** 84:22
**acronym**
  12:17
  108:5
**acronyms**
  108:13
  162:25
**act** 78:3
  158:9
  267:14
**acting**
  132:19
  135:14
  142:15
**action** 5:16
  28:8 32:6
  32:19,24
  34:21 38:7
  96:19
  127:7
  134:23

**252**:12,17
  258:22
  284:15
**actions**
  34:13
  35:20
  121:14
**active**
  115:23
**activities**
  23:18 75:4
**activity**
  45:21 46:2
  97:8
  131:24
  142:4
  171:20
  228:3
**actual** 65:19
  234:24,25
  278:8
**acute** 92:8
  101:10,13
**add** 120:18
  211:25
**added** 77:15
  126:12
  150:19
**addition**
  198:10
**additional**
  16:10
**address**
  12:23
  111:3
  121:15
  197:14
**addressed**
  38:21
**adequate**
  97:7
  244:19
**adequately**
  41:3
  264:10
**adherent**
  166:15
**adipose**
  45:13
**adjacent**

**87**:16
**administer**
  3:18
**administ...**
  4:13
  196:17
**administ...**
  246:6
**administ...**
  128:17
  129:24
  242:7
**administ...**
  85:5
  256:12
**administ...**
  1:4 69:20
  72:5
**admission**
  120:15
  275:25
  276:4
  277:2
**advanced**
  32:13 51:6
  52:5
**advice**
  155:20
**advisement**
  79:15
**afternoon**
  65:23
  112:21
  177:12
  180:25
**against-** 1:7
**age** 115:16
  117:12
**agency**
  278:14
**aggravating**
  78:8
**aggravation**
  267:10
**ago** 38:22
**agree** 4:23
  4:25 5:3,5
  5:8 104:2
  104:4
  124:10

**138**:19
  170:5,9,20
  170:24
  177:17
  205:3
  254:9,12
  254:13,21
**AGREED** 3:4
  3:11,16
**agreement**
  4:20,21
**ahead** 147:14
  177:22
**aide** 22:6,9
  22:20 23:8
  23:12 25:7
  30:24
**aides** 24:2
**aim** 83:22
**air** 40:22
  41:17,19
  41:22,25
**airflow**
  40:16
**airway** 49:22
**Albany** 2:13
  2:18,21
**alert** 163:13
**allergies**
  46:22
**allowed** 12:4
  23:11
  25:13
  32:21 80:9
  157:18
  236:25
  242:19
  277:22
**allowing**
  33:23
  250:9
**AMAP** 128:19
  208:14
  241:8
**amount** 63:4
  63:5,10,12
  63:13
  80:15
  230:18
  261:22

```
262:12                150:24              206:17            66:2 67:8        105:11
270:7                 159:25            apologize          67:20 68:3       106:6,15
amounts               169:23              270:22           68:14            115:11
  248:10              183:22            appeared           99:25            121:12
analysis              196:3,24            132:14           100:16           148:19,21
  58:7                197:21              255:15           101:3,8          149:2
  138:21              198:17              260:11           110:5            160:4,10
  191:18              200:2             appearing          148:5,10         160:20
  192:25              201:11,14           274:9            148:16         areas 65:3
anatomy 39:6          225:11            appears 8:24       153:24            148:22
and/or                240:21              15:8 76:10       167:13,17        151:7
  111:12              245:22            appetite           167:23         arms 223:12
  119:25              254:20              150:11           169:16,18      arranged
  124:3               265:15              151:3            170:3            85:15
  163:10              266:25            apple 158:13       176:7,9,15     arrangement
  277:11              267:2             applied            176:16,18        4:17
  280:10              269:6               15:22            176:24         arrested
anger 267:10        answered           applies            177:12,16        278:24
angles 62:18          144:7              103:6            177:19         arrive 213:3
Anita 168:25          172:2             apply 101:24      178:2,20       arrived
  169:5               199:23             256:21          179:2,23          111:20
ankles                201:8              261:12          180:24            147:6
  132:14              270:22            appointment       181:2,14         178:3
Anne 166:6,8        answering            77:12,12        182:23           182:12
  166:20              7:9 91:19        appreciate        185:10,25         207:3
  175:15,15           204:24             6:19 11:2        194:17           212:25
annual 66:11        answers 6:2          11:13            195:6,15       arrives
  66:13               46:5 67:2          235:18           200:7            147:8
  79:21               220:11           approached        204:4,15       arriving
  113:7,21          antibiotics          185:22          205:13            260:18
  114:5,6,9           96:9             appropriate       207:17         artifici...
  121:11,16         anticipated          26:7,14,17      209:12,22         119:13
  121:25              64:22              31:4 40:15      211:19         as-needed
  125:23            anticipa...          52:12           219:25            53:10 56:4
  141:2               277:25             53:20           220:18            102:7
annuals             ants 262:18          203:24          221:3             134:9
  231:7             anybody              238:25          222:15,19         135:15
answer 6:9            170:15             263:10          231:12,15       Ashley 1:8
  6:23 7:7            210:24           appropri...       236:11,22         2:12 5:7
  7:21,22           anytime              74:12           237:7,23          261:9
  51:4 55:5           165:16             158:10          252:18,22       aside 25:23
  75:22 77:5        apart 268:13       approxim...       253:3,8           79:16 82:2
  77:16,18            270:25             8:9 68:4         259:16,24         90:2 142:5
  77:19 81:8        apnea 49:6,7         90:19           260:17            231:11
  93:4                49:8,9,14          143:18          269:4           asked 7:23
  100:20              49:16,18           144:20          275:15            44:7 70:13
  106:7               50:4,5           April 9:17       area 11:14          144:6
  125:19            apologies            51:25           69:11             171:25
  141:20              20:24              59:16           74:22             181:14,19
  144:8,23            147:11             60:23 65:5      85:20 86:9        187:21
```

194:21
216:22
218:20
220:13
231:24
232:4
235:25
270:22
274:20
**asking** 35:5
55:7 70:8
70:12 93:9
93:14
103:10
121:19
136:22
139:11
205:23
235:21
236:5
238:5,9
261:10
278:15
**asks** 139:13
**asleep** 274:2
**aspect** 62:8
109:6
128:20
262:17
274:8
**asses** 89:9
89:24
**assess** 39:21
52:24
53:15
133:10
170:11,17
202:5
**assessed**
52:18
106:16
173:16
221:18
222:7
239:9
**assessing**
141:25
184:24
221:24
224:2,3

239:6
240:23
**assessment**
38:25 39:8
41:4
113:21
114:10,18
121:12
125:24
133:7
224:6,8
228:11
229:15
230:3,10
231:6
234:6
238:14
239:6,8,11
240:24
**assessments**
9:25 22:9
39:2,4
102:6
**assigned**
241:6,10
**assignment**
65:7 241:7
**assistance**
23:18
91:13
**associate's**
15:22
18:10,15
18:20,23
22:3,14
25:6,25
30:16
38:17
39:10 41:5
**assume** 7:8
28:10 33:7
42:20
59:23
120:5
270:13
**assumed**
257:22
**assuming**
50:10
221:25

**asthma** 45:5
46:21,24
47:3 55:10
94:4,6
**ate** 148:25
151:10
**attachment**
9:4
**attempted**
267:19
**attend** 21:6
21:15
60:13
78:20
**attendance**
79:9
**attended**
60:14
78:11,13
81:16
**attention**
57:9 73:12
134:25
153:15
165:19
168:10,12
183:12
196:5
208:11,24
232:15
253:19,24
**ATTORNEY**
2:18
**attorneys**
2:5,11,18
3:5 4:7
154:18
**attribut...**
160:23
211:19
**attribute**
161:2
**audio** 11:18
**audit** 245:6
**August** 99:21
100:10
**authoring**
97:3
**authorit...**
146:22

**authoriz...**
252:14
**authorized**
3:18
**available**
28:14 53:7
53:12
55:23
76:25
90:24
152:4
157:3
161:7
178:16
202:12
**Avenue** 2:5
**aware** 103:24
169:17
184:2
208:15
225:3
228:14
229:12
235:21
249:18,21
254:4
**awkward** 87:2

**B**
─────
**B** 19:12
175:15
**bachelor's**
16:3 18:23
19:2,16
24:14
**back** 21:19
27:21
28:11 29:3
38:10
39:19 40:4
40:8 46:14
49:21
52:10
54:12 56:8
67:7,20,23
68:20
69:15,24
71:8 72:14
84:8 88:24
89:23

90:10
93:12
101:3,8
105:20
108:20
110:5
125:22
126:19
130:17
131:3
136:24
137:20
138:6
140:14
141:18
146:18
158:16
160:13
162:11
171:12
177:19
189:17
190:19
193:17
200:4,19
200:24
205:18
208:2
215:24
216:14
218:23
221:21
222:3
229:6
230:11
245:18
246:13
247:21
248:8,18
249:3
253:15
257:4
262:11
268:3,8
**backside**
85:16
**bad** 117:6
120:25
268:7
280:13

**bag** 157:6,7
157:8
**balance**
116:9
118:16
227:24
**ball** 101:19
**Ballad**
175:15
**band** 160:9
**bar** 158:13
158:14
**barrier** 85:9
**base** 184:24
222:2,8,10
**based** 45:23
50:7 54:16
62:7 92:14
94:13
114:24
115:16
131:16
138:8
156:19
214:7
226:23
234:25
273:2
275:18
**baseline**
26:20 27:5
27:7,19
28:19 29:9
29:17
45:24 47:6
54:23 55:8
126:19
142:24
189:9
213:17
**basic** 23:17
163:5,6,10
**basing**
216:13
**basis** 22:5
37:5 53:10
56:2 102:7
138:11
275:10
**Bates** 15:14

73:3,5
99:15
102:14,18
104:24
105:2
110:14,17
112:24
113:12
122:12,14
127:23,25
145:4,6
153:8,10
164:15,17
168:4,6
174:18,20
179:6,8
182:16,17
229:16,18
243:10,12
246:21
247:7
283:3,5,6
283:7,9,10
283:11,12
283:13,14
283:15,18
283:19,21
283:22,23
283:24
**bathroom**
37:13,20
96:10
235:11
**bathrooms**
86:6
**becoming**
24:21 61:3
61:5
**bed** 31:14
35:24
166:15
250:2,3,6
250:23
251:9,21
251:22,25
251:25
252:2,4,19
252:23
263:13,15
263:20,20

263:23
264:17,23
265:7,13
273:11,17
274:4
**bedroom**
37:13,19
**bedrooms**
86:3,6
157:16
**beginning**
130:15
**behalf** 4:24
5:3,5,7
**behavior**
36:16
80:10
166:14
**behavioral**
36:15,24
57:8 77:24
78:2 96:2
266:17
**behaviors**
79:24
95:22,25
**BEHLAN** 1:9
2:19
**believe**
10:25
20:15,15
30:22
50:24
62:22 65:8
65:16
67:16
68:15
74:17,21
74:25
81:13,24
82:8,12
97:20
105:8
106:23
108:3
199:24
205:17,19
216:18
230:13
258:13

263:23
277:6
**believes**
209:5
**Bell** 182:8
**bells** 234:16
**belong** 261:5
**Ben** 274:20
**ben@cape...**
2:15
**beneficial**
75:16
**benign**
228:21,22
**Benjamin**
2:14 5:6
**best** 7:9
18:21 38:8
89:12
115:13
128:10
138:25
140:10
155:9
165:15
197:19,23
198:17
222:13
274:22
**better** 6:17
6:18 8:19
18:11
70:13
80:21
124:13
148:23
160:6
**big** 30:3
40:22
41:16
82:12,12
84:24
85:10
247:11
**bigger** 247:2
247:5
**binder** 97:21
**Binghamton**
16:4,17
20:21

21:23 61:9
64:16
92:14
258:18
**bit** 21:23
30:9 41:20
64:20 68:2
72:7 84:5
86:15
105:22
111:23
114:13,13
119:25
126:25
172:6
188:3
189:5,12
190:9,9
214:18
234:11,18
265:21
274:20
**blacktop**
85:18
**bladder**
187:2
229:3
231:12
**blades** 89:14
**blanking**
117:18
**blister**
242:13,13
247:18
248:18,24
249:9,11
249:15
**blisters**
248:24
249:4
**blocking**
229:3
**blood** 25:14
25:18,20
27:9 28:24
30:3,4
34:4 118:5
119:4
123:20
126:9,15

127:15
128:7,13
128:21,23
129:3,8,13
129:19
130:3,4,8
130:10,11
130:14,16
130:19
131:20
162:17,19
163:3,9
187:8,15
187:18
188:4,13
188:15,17
188:17,18
188:18,20
189:10,14
189:16,22
190:5,7,21
191:3,6,8
191:10,21
192:7
193:8
284:14
**BMP** 162:20
163:5
**board** 17:6
20:14,18
251:24
255:13,16
**boards** 18:24
**body** 49:20
50:2 61:18
103:15
116:9
118:2,6,15
119:17
149:10
151:7
162:22
191:25
**bones** 149:11
**boots** 146:11
**Borall** 169:2
169:5
**bottle**
242:19
**bottom** 57:25

73:12
107:15
113:9,13
114:25
179:20
191:17,21
194:20
196:10
**bought**
109:17
157:6
**Bowers**
269:23
270:2
**box** 248:22
**BPH** 228:21
**brain** 150:5
150:10
**brand** 137:16
138:17
140:5
189:3
**break** 21:9
83:9,16
94:8
110:11
112:14
154:20
158:16
168:24
235:11,20
236:8
**breakdown**
123:2
**breaks** 11:10
**breath** 43:23
44:4,11,16
44:18,25
45:6,10,17
45:20 46:5
46:9,12,15
46:19
47:10
55:12
106:13
132:3,8
133:23
171:22
225:25
**breathe** 50:3

149:12
167:22
260:19
**breathe.'**
168:23
**breathing**
25:14
49:12
133:25
170:22
182:11
187:6
205:14,20
207:2,8,19
208:14,21
209:7,11
209:16,18
209:18,21
210:5
211:18
212:4,8,13
212:16,18
212:19,21
212:24
213:4,6,12
213:22
214:4
215:2,21
216:3
217:3,5,25
218:10,14
219:20
225:5,9
226:25
227:2,8,13
227:18,21
227:25
251:2
260:19
265:5,12
**brief** 158:20
236:9
259:12
274:18
**briefly** 5:15
61:2 64:3
**bring** 93:24
268:3,3
**Brink** 73:15
73:18,19

**BRINKERHOFF**
2:4
**broad** 47:18
**broken** 72:12
**Broome** 15:23
21:22
22:12,25
38:19,19
61:8
**brought**
126:22
134:25
**Buell** 1:9
2:19 182:9
182:10
259:23
**building**
84:25,25
85:8,8,9
85:17
86:19 88:6
203:3
271:11
**buildup**
119:15
**built** 39:16
**bullet**
168:20
196:12
208:12
209:4
**bump** 61:22
**bunch** 28:4
209:6
248:22
**Burger** 97:6
**burn** 149:21
**bus** 57:14
**butcher**
48:18
117:23
**button**
128:25
**buy** 158:13
_____
C
**C** 1:9 2:2,19
18:11
**C-I** 42:9
**C.B** 1:5 13:6

13:10 50:5
72:15
73:22 74:3
76:11,18
78:10
79:13 81:7
82:24 83:2
94:11
122:8
126:4
130:25
131:23
132:5,16
143:5
144:18
147:5
151:9
152:23
153:24
154:25
156:23
157:3
159:14
165:14
167:11,13
167:17,21
168:21
169:17,25
172:21
173:17
174:2
179:25
180:2,24
181:13
182:11
184:3,8
185:9
187:5
191:11
193:23
195:8,14
196:14,15
196:18
197:10,17
198:5,24
199:17,21
200:11,15
205:13,19
207:2,7,18
208:13,20

209:5,11
209:21
210:4
217:13
218:9,13
219:19,24
220:10
222:14,18
224:21
226:15,17
230:10,19
231:17,20
232:3
233:3,9
235:21
236:10,21
237:4,18
237:21,22
238:15,23
239:18
240:4
241:3
243:2
252:18
253:3
259:15,22
259:25
260:14,18
262:9
266:16
267:15
268:25
269:8,13
270:10,24
275:15,24
281:3
282:12,14
**C.B.'s** 81:4
127:14,17
130:4
131:18,20
132:13
145:25
148:20
160:16
162:5
163:20
164:7,10
164:14
170:5

171:7,17
172:20
180:9
182:25
196:22
199:16,20
200:7,10
204:16,18
226:9
229:3
231:11
241:12
253:8
272:7,17
274:21
**C.O** 167:4
**cafeteria**
85:2 156:8
**cafeterias**
24:4
**calendar**
178:9
**call** 8:13,14
33:5,21
47:18
54:19,24
56:6,9,19
69:6,9
74:7 78:24
79:10 81:6
82:21
91:20,23
94:15,18
94:22,24
95:2,4,11
96:21
122:24
123:7
136:8
145:19
146:15
199:11
202:19
203:4,9,12
226:14,17
227:11
228:7,20
236:16
237:9,13
237:15

239:23
240:4
277:23
278:13,22
278:25
279:17,24
279:25,25
280:3,5,9
**called** 15:20
39:20
52:14
93:21
153:16
162:17
168:25
187:13
197:7,9
198:24
199:16,20
200:7,10
200:20
201:25
202:4,7,15
203:19
205:4
227:6,14
228:20
241:16
246:2
249:25
250:2
270:11
281:3
**calling** 35:4
53:13 54:4
279:17
**calls** 24:7,8
136:5
201:18,22
278:16
**calm** 227:2
**calming**
86:14
**caloric**
149:19,20
150:18
151:8
161:24
**calorie**
152:13,16

152:20,23
153:20,21
153:24
154:25
155:7,23
156:16,19
156:23
**calories**
149:21
152:18
155:19
**campus** 84:22
84:24 90:4
158:6
159:3
**capable**
32:21
87:19
220:10
240:17,23
**capacity**
45:12
**CAPEZZA** 2:11
**Capitol** 2:21
**car** 151:18
**card** 250:8,9
**cardiology**
59:7
**cardiomy...**
50:15
**cardiova...**
42:22
43:19,23
44:9,22
45:18
47:16,21
48:9
225:21
228:13
**cardiova...**
45:4
**care** 23:17
24:9 32:13
35:5 37:9
58:17,25
59:12
66:14,22
71:6 76:22
84:7 90:9
92:21

93:12
103:18
104:7,17
104:20
113:21
121:11
123:18
125:23
128:14
129:3
131:19
132:12
136:16
171:7
172:10
240:16
254:15,22
263:5,7,17
264:6,12
264:18,24
265:4,10
265:17,23
273:5
274:10,16
275:19,22
**career** 192:4
**caring**
254:25
**cart** 87:10
87:12
**case** 14:2
53:23,23
66:4,6
67:5,6
80:16
82:14
93:22
215:7
271:18
**caseload**
72:3,7,13
**Cassata** 1:10
2:20
168:14,15
168:21
**catch** 244:16
**caught** 119:4
279:8
**cause** 117:9
118:5

120:3
149:16,17
150:21
151:2
161:19,21
161:23
191:24
228:17,24
**caused** 49:8
117:16
**causes**
150:16
**causing** 45:7
49:23
118:16
150:2,6
151:5
**CBC** 162:17
162:20
163:3
**cell** 9:9
11:5,13
12:20 13:9
13:12,23
95:8
162:19
**CELLI** 2:4
**cellular**
279:25
**census**
143:21,23
**Center**
253:12,23
255:13,16
256:5
**certain** 18:4
18:5 63:4
63:5 80:14
160:7
244:5
261:22
279:16
**certainly**
161:13
**certific...**
3:7 17:6
20:14,18
284:2
**certific...**
15:21

**certify**
284:6,13
**CFA** 107:16
107:20,24
108:12
**chain** 70:5
**chains** 70:17
**chair** 31:13
87:16
267:23
**chance**
102:21
**change** 30:3
30:5,6
31:18 32:4
34:3 46:20
80:21 97:7
98:17
144:16
146:7
161:3,3
188:12,22
189:3
268:6
285:6,8,10
285:12,14
285:16,18
285:20,22
285:24
**changed**
38:18
47:11
74:18 75:2
188:21,25
189:7
**changes**
66:16
77:13 96:5
96:7
114:14
161:23
166:18
224:18
241:21,23
242:2
285:3
**charge**
203:23
267:20,23
**chart** 87:7

97:22
101:5,15
106:6
128:6
129:9
130:3,6,9
130:10
139:9
142:10
144:23
145:14,17
145:21,22
145:24,25
189:17,25
191:9,12
219:13
**charted**
106:2
**charting**
97:20
99:18
105:7,9,18
106:21
107:2
108:21,22
109:3,5
**charts** 137:6
**chat** 14:17
14:22 99:8
102:12
112:23
127:22
171:12
173:10
189:18
243:8
246:24
253:15
**check** 26:23
29:5,9,14
29:17 32:2
33:19,20
34:2,4
53:6
112:10
126:17
130:12
185:2,2
244:8,11
250:2,3,6

250:6,23
250:25
251:4,8,9
251:22,22
251:25
252:2,2,4
252:9,23
263:14,15
263:20,20
263:23
264:13,14
264:18,23
265:6,7,11
265:13
**checking**
60:21
273:21
**checks** 35:24
252:19
263:13
273:16,20
**cheeks**
165:25
**cheese** 152:3
**Chenango**
22:20 92:4
**chest** 39:18
40:3,4
132:5
183:18
222:8
**child** 57:21
**chills** 251:4
**Chinese**
152:6
**choice**
151:19,21
158:9,11
**choices**
123:22
148:23
155:11
**choose**
151:10,13
**chores** 96:25
219:4
**Chris** 220:18
**cigarette**
46:16
**circle** 85:15

246:11,12
**circumst...**
44:16 64:6
98:13
227:17,23
**Civ** 1:7
**clarific...**
7:5 70:11
**clarify**
201:21
206:3
**clarity**
268:3
**class** 18:12
38:20,23
39:6,9
41:4,7
52:6
166:16
**classes** 18:9
19:13,14
38:24 52:7
52:9
**classified**
188:16
**classifies**
188:18
**classroom**
166:3
**classrooms**
85:3 88:6
**cleaned**
23:22
**clear** 227:10
**click** 190:19
**clientele**
256:4
**clients**
256:10,14
278:20
**clinic** 84:11
85:3 86:19
86:23,24
87:6,7,17
87:18,23
88:11,24
90:2 91:9
137:6
139:8,16
181:9

182:5,12
186:17
187:2,5
194:10
197:8
198:19
205:21
207:3
212:25
213:4,10
214:3,10
215:17
216:2
217:3,5
219:24
220:19
225:4
226:24
236:10
259:20,22
259:25
260:15,19
**clinical**
18:6 19:10
21:22
30:19
54:17
**close** 191:23
192:21,23
253:17
**closed** 37:15
37:16,22
37:25
**closer** 37:3
252:8
**closest**
92:12
**closet**
250:16
**closure** 61:9
**clothes**
222:22
**clozapine**
249:20
**CMH** 92:12
**CMP** 162:20
163:4,7
**co-workers**
60:19
169:6

**code** 24:7
55:22
**cold** 55:24
218:21
227:20
**collaborate**
36:21
**College**
15:23
21:22
22:12 23:2
38:19
**collide**
105:15
**column**
123:12,25
131:5
**combination**
36:17
**come** 37:17
38:9 46:14
52:15,16
53:15
61:14,17
66:20
75:18
103:18
120:19
138:14
155:16
158:16
186:16
246:24
**comes** 43:11
139:10
**coming** 24:4
96:10
214:11
246:25
258:14
**command** 70:5
70:17
**commencing**
1:15
**comments**
136:3
**common** 85:19
**commonly**
49:5 126:9
**communicate**

11:8,11
267:18
268:12
**community**
15:23
21:22
22:12,25
38:19
74:11
278:21
**company's**
63:9,17
**compare**
26:23
146:20
188:15
**compared**
26:19
27:25
163:7
190:21
**comparing**
192:10
**comparison**
190:18
**compatible**
46:25
**competency**
276:21,24
**compilation**
82:3
**compiled**
82:11,18
**complain**
55:11
208:13
**complained**
132:5
168:22
173:22
198:5
207:7,18
208:20
210:4
212:12
216:23
217:7,24
227:21
**complainer**
234:14,14

**complaining**
31:6 46:12
96:10,13
133:23
135:13
138:18
205:13
215:19
227:25
**complains**
167:11
**complaint**
27:2 33:18
46:19
106:5
138:4,6
139:6
141:6
186:17
210:13
233:15
**complaints**
29:12
55:25
173:18
181:22
183:18
210:11,19
210:21
211:3
218:24
223:23,25
225:7
233:10
234:6
239:5
258:24
**complete**
109:21
135:4,8
142:2
162:17
163:3,4,10
167:18
168:23
**completed**
52:3 98:2
98:7 226:7
226:10
230:4,15

**completes**
145:17
**completing**
22:4 95:18
219:4
**complicated**
50:4
**comprised**
72:18
**computer**
14:4,7
**concept**
236:17
**conceptu...**
84:19
**concern** 27:3
101:15,16
101:21
104:9
106:15
108:23
109:2,7,8
130:21
136:22
137:14,16
137:17
148:20
149:3
174:6,10
191:2
192:13,24
196:22
197:14
201:19
202:17
205:5
217:15
221:13
256:20
**concerned**
29:13
202:4
**concerning**
31:2 52:17
56:4 79:25
82:24
282:14
**concerns**
43:15
66:15 67:3

```
101:10,13        58:7 137:8      129:10          186:12,22       100:10,25
102:5            Confer          156:23          control         104:21
106:15            166:13         consists         151:9          115:4
109:13           conference       81:22          152:13,16       116:4
115:24            78:25          consulted        153:25         117:21
185:4            confirm          68:10           158:5          119:20
200:20            265:4          Consumer        controlled      120:7
217:18           conflict         165:22          152:20,24      122:3
234:5,23          77:3            166:14          153:21         125:11,14
234:25           congested       contact          155:2,7,24     125:25
238:11            134:2           124:3,7         156:16,20      126:2
255:18,21         220:8           133:11          156:24         130:7,20
255:22,23        congestion       203:4          convenient      130:23
255:24            182:2           210:24          154:19,21      131:10,11
concluded         207:24          280:10         conversa...     131:13,15
281:13            209:17,24      contacted        26:12          132:4,7,9
condition         209:25          196:17,22       269:25         132:11,15
43:24             211:5,7,20      197:3,16        270:4          132:18,21
45:19             212:6,13        210:25         conversa...     140:21
47:16,22          214:15          211:5,6,9       11:22          143:7
47:25 48:5        215:16         contacting       142:21        144:3,15
48:9,11,12        216:24          239:16          272:6,13      147:13,17
48:15,18          217:8,14       contain         cookies        147:20,24
49:15             223:24          275:11          157:6,7       148:4,14
53:20            connection      contained        161:8         148:18
56:12             14:2,9          231:8          copy 121:25    153:4
138:21            20:4,9         contempo...       164:14       156:21,25
228:13            39:10           82:5            241:19        159:20,23
237:2,6           43:16          context          242:8         169:14
254:5,16          59:24           81:11           282:11,13     171:21,23
conditions        182:24         continue        correct 8:25   172:9,14
42:14,22          253:2           20:18           15:21 16:5    172:19
43:2,7,19         255:6           77:20           17:11         175:18,21
44:10,24          258:25          109:18          18:16,17      175:25
47:19            consent 4:17    continued        19:3 28:15    176:3,4,8
92:24            consider         173:16          42:23 43:4    176:17,18
93:17             191:13          210:11,19       50:17         176:21
95:22            consider...      280:15          51:17         177:2,6,10
117:10,16         190:15         continuing       53:11         177:18
225:22           consider...      20:3,8,12       54:20         178:12,19
254:6,24          28:3 56:10      20:16           56:15 69:4    179:24
255:6             57:17           21:12           75:8 76:13    180:7,11
condolences       107:15         continuous       76:19         180:15,18
271:15,16        considered       160:13          87:21         180:22,24
271:20            187:25         continuo...       88:21        182:6,13
conduct 97:9      188:2,20        21:7            90:10,12      185:11,18
138:20            188:23         continuum        90:13,16      186:5,24
conducted         189:2,5         189:10          91:14         187:3,7
180:9             191:10         contrary         92:22         190:3
conducting       consistent       185:24          95:13 98:9    191:7
```

194:2,5,8
194:18
195:2,5
196:21
203:25
205:8,11
206:25
215:22
217:15,16
218:11
222:18
225:18
226:3,12
226:21
230:5
233:13
239:16
240:20,22
248:9,10
248:10
252:20
255:8,11
260:9
263:15,16
264:5,20
275:19,23
275:24
279:20,21
**corrections**
242:3
**correctly**
41:3 55:7
70:8 97:9
106:22
119:8
244:9
265:15
**correspo...**
272:16
**CORY** 1:9
2:19
**couch** 31:15
**cough** 47:20
134:9
196:17
**coughing**
94:20
**counsel** 4:17
7:19 11:12
11:23

260:23
261:20
**count** 162:17
162:19
163:4,9
244:5
**country**
188:13
**couple** 5:17
32:3 33:9
33:14
138:16
146:17
160:12
162:24
183:11
186:5
228:3
253:17
259:13
272:25
**course** 24:19
24:22
30:11
31:10
50:22 51:2
51:11
128:19
**courses** 52:2
**court** 1:2,17
1:25 3:20
4:6 6:4,11
6:22
276:22
**Courtney**
73:14,18
73:19
**cover** 114:22
**covered**
30:23
185:7
230:23
248:25
256:16
**covers** 66:8
**CPEP** 64:15
**crackle** 41:9
41:10
**crackles**
40:19,20

41:11
222:11
**cream** 137:24
**create** 72:21
116:8
**created** 79:4
120:9
**creating**
113:18
**credenti...**
20:19
257:24
**credits**
20:12,16
**creeping**
126:16
**crunch** 41:14
**cuff** 128:24
**cup** 35:8,11
**cupboard**
87:13
**cure** 234:22
**curious** 46:7
**current** 12:5
12:7 121:5
138:21
**currently**
74:25
193:14
257:18,22
258:3
**cut** 232:19
232:20

---
**D**
---
**D** 120:21,23
282:2
**D-Y-S-P-...**
48:23
**DA2s** 71:5,8
**DA3s** 71:5,8
**daily** 23:18
101:6
**Dan** 176:19
177:5,7,13
178:3
259:16
261:8
**Dan's** 176:22
**DAR** 96:16,21

97:13,23
98:3
134:21
140:18
142:5
219:10
253:3,8
274:21
275:4,8,14
**DARs** 98:2,10
**data** 96:18
134:23
**date** 15:17
22:3 73:13
76:25 77:2
100:23,24
114:19
165:6
175:24
215:22
241:22
246:16
248:14
249:8
269:13
272:8
**dated** 110:15
**dates** 21:25
65:21
165:13,13
247:21
248:2,10
248:23
**daughter**
199:13
**day** 14:17
34:4,5
65:15
74:10
77:24
96:25
101:24
102:4
146:17,17
149:21
151:14,24
155:12,20
158:11
176:3,24
180:2

181:7,12
185:17
195:13
196:14
197:14,15
199:2
207:7
210:10,18
215:2,6,14
225:8
231:24
241:6
245:20
257:15
260:15
281:18
284:19
**day-to-day**
56:2
274:23
275:10
**days** 32:3
33:9,14
34:10
65:12,15
90:18 96:7
137:19
146:17
160:7,12
179:25
227:13
228:4
241:17
**DDSCTA** 208:6
**DDSCTA-1**
168:20
**DDSCTA-2**
196:13
208:14
**deal** 46:20
57:19
61:10
102:8
138:9
232:13
**dealing**
24:16
57:20
139:25
192:5

Page 296

```
212:5              defendant         203:22             158:22,25          50:12,15
214:15             2:11 5:7          278:6,7,10         190:4              diagnoses
218:21             73:5 99:9         278:12             255:24             115:22
224:17             102:14,19         280:4,5            266:22             120:19
255:3              104:25            depend 56:21       271:7              226:10
deals 101:21       105:2             133:6              described          diagnosing
dealt 107:11       174:20            135:12,18          90:3               240:17
242:11             259:5,8           137:10             173:20             diagnosis
death 172:20       283:18,19         138:4              178:23             42:14,21
180:10             283:24            228:9              263:22             45:5 50:9
182:25             defendants        238:13             268:22             115:7,11
269:8,14           1:11 2:18         depended           describing         115:15,20
deceased           5:3,5 73:4        227:16             189:21             115:23
270:6,8,16         99:16             depending          272:9              120:4,10
December           174:19            46:21              description        121:15,17
1:15 10:5          283:21,25         80:10 97:3         8:23 9:13          125:16,25
147:22             deficient         97:10              282:10             126:3,11
148:15             121:9             116:14             desk 197:7         126:14
229:15             define 25:12      127:4              details            127:12,18
284:20             definitely        133:21             26:10              129:11
decide 37:7        181:8             251:8              determine          172:17
64:17              definitive        252:3              27:18              237:6
decided            253:6             depends            28:19              240:25
238:25             definiti...       37:12              162:6              250:22
deciding           160:19            77:24 92:9         163:16             diagnostic
262:2              degree 15:22      117:12             229:10             225:16
decipher           16:14             138:11,13          determined         dial 278:5
44:20              18:10,15          144:10             252:4              diarrhea
185:21             18:20,23          190:10             256:12             96:11
decision           18:23 19:2        depicted           determines         diastolic
31:21,24           19:16,18          247:16             251:20             191:22
54:13              22:4,6,14         deposed 5:20       determining        died 169:25
226:19,23          24:14 25:6        deposition         45:17 56:8         180:2,2
239:13,17          25:25             1:14 3:16          development        dieing 57:22
239:20,23          30:17             4:8,9,11           63:2,6             diem 23:10
268:7              38:17             8:2 11:4,7         234:19,20          diet 152:13
decision...        39:11 41:5        11:9 12:2          developm...        152:16,18
263:18             dehydrated        259:6              57:19 61:8         152:20,24
266:8              229:11            depressed          deviated           153:21,25
declare 4:14       dehydration       116:22            54:22              155:2,7
decrease           107:7             117:2              deviation          156:16,20
34:8 151:3         228:19            depression         55:8               156:24
decreased          deli 152:2        116:25             device             160:24
77:14              dental 77:12      depth 230:23       279:25             161:3
deemed 120:2       87:16,17          describe           devices            dietary
239:6              89:6              23:13 27:5         280:2              118:3
276:23             dentist 89:6      36:7 61:2          diagnose           123:16
278:19             depart 277:8      87:24              42:24 43:2         230:23
deeming            department        113:22             236:25             231:5,10
277:11             203:2,21          121:13             diagnosed          231:10
```

**dietary's**
231:6
**dietician**
74:15
124:4
**diets** 155:24
**difference**
58:11,12
58:16 59:4
62:13,15
63:9,18
192:9,15
193:15
209:15
**differences**
40:25
**different**
24:5 35:2
43:9 47:7
49:18 51:5
62:18 64:5
65:25
66:25,25
70:5,21,23
72:18 80:8
80:19 81:2
82:3,4
86:13
94:13
105:13,15
109:23,25
117:6
118:15
119:3
129:21
133:12
146:12
150:7
161:18,20
184:25
194:16
207:6
244:23
251:4
**differently**
27:15
142:15
233:18,22
**differs**
99:23

100:15
**difficult**
129:15
149:12
229:4
249:2
**difficultly**
207:18
208:14,21
209:7,15
209:21
210:5
211:18
212:8
213:6
214:4
217:24
225:8
227:17,21
227:25
228:24
**difficulty**
131:24
133:24
170:16,18
170:22
171:20
181:22
205:14,20
207:2,8
209:11,18
212:4,13
212:15,18
212:19,20
213:11,21
215:2,20
218:9,14
223:24
224:2
227:12
228:12,17
**digging** 93:9
**diluted**
118:6,7
**dining** 86:7
156:11
**dinner** 24:6
35:16,16
**direct** 35:5
37:9 69:15

71:6
103:18
128:14
129:3
131:19
132:12
136:16
172:10
183:12
193:18
201:11
254:15
263:5,17
264:5,12
264:18,23
265:4,10
265:16,19
265:23
266:13
273:5
274:10,16
275:19
**directable**
166:17
**direction**
33:13
214:11
**directly**
87:5 88:10
94:15
136:6
167:15
203:12
**director**
71:19
**disabili...**
57:20 63:6
234:19,21
**disability**
63:2
**discipli...**
258:22
**discipline**
74:19
**disciplines**
80:19 82:4
108:18
**discovered**
269:13
**discrepancy**

147:2
**discuss**
12:20 13:2
76:18 78:4
78:6 80:2
80:17
163:15
**discussed**
41:6 82:6
82:14
113:24
126:20
148:22,22
161:11
224:19
226:2,5
232:11
**discussing**
127:14,17
**discussion**
8:3,6,10
53:23
206:22
233:14
269:18
277:7
**discussions**
160:3
269:15
**disease**
43:11
**diseases**
43:10
**distance**
46:17
191:20
192:19
214:6,8,23
**distinction**
70:14
131:8
249:25
250:4,5
**DISTRICT** 1:2
1:2
**dizziness**
31:7
**doctor** 33:22
58:13
122:5

139:13
144:5,9
227:6,11
227:14
235:4
237:23
242:18
**doctor's**
32:23 33:4
33:25
55:19
89:15
188:14
211:15
**doctor-wise**
68:6
**doctors** 68:4
68:18,25
**document**
8:20 9:13
15:7,13
22:2 72:24
73:8,13
79:4 81:9
95:22
99:15
100:4
101:4,9
102:3,4,9
102:12,20
102:25
103:3
105:22
106:4,18
107:14
108:7,10
113:5,11
113:18,23
115:6,11
120:8
121:21,23
122:12
124:15,22
127:23
128:4
129:22
140:7
141:16
145:4,10
153:8,14

154:5,11
164:23
165:2,3
174:18,25
177:17
179:6,13
179:17,20
179:22
180:6
182:15,21
184:20
185:12,19
186:9,20
186:23
187:20,23
188:10
189:8,12
194:11,14
205:16
206:10,19
207:11
211:15
216:20
229:22
230:17
243:10,17
246:21
**document's**
113:20
**document...**
8:4 60:16
60:21
65:10
81:13
99:17
101:12
104:5,15
104:18
133:5
134:22,24
153:3
159:7,9
211:24
215:10
262:11
**documented**
98:22
211:23
**documenting**
60:11

95:25
101:24
**documents**
8:16,19,25
9:11 13:25
14:12 63:9
63:17
102:2
103:23
126:6
142:4,20
143:12
158:22,24
220:19,23
225:12,13
230:8,8
**Doherty**
69:18 71:2
**doing** 12:2
22:14,24
23:5 25:5
32:21
34:18,24
35:21
37:22
40:13
45:21
57:10 75:3
89:6 99:3
102:5
137:22,23
138:3
140:25
156:3
162:16
163:16,19
164:3
170:15,17
170:18,25
184:19
185:17,20
213:17
236:15
248:15
250:20
273:16
**door** 37:22
37:25 38:2
88:11,12
88:12,18

214:9,9
250:9,10
250:24
251:15,19
264:19
273:17
274:17
**doors** 37:13
37:15,16
250:7
**doses** 77:14
**double** 29:4
**Dr** 12:7 69:8
69:9 258:6
258:12
**drank** 35:7
119:18
**draw** 73:11
162:10
168:9
253:24
**drawing**
165:19
168:12
196:5
208:11,24
253:19
**drenched**
251:3
**dresser**
250:17
**drink** 118:24
119:12,16
134:8
**drinking**
34:19 35:6
35:14
118:12
120:2
193:24
**drinks**
123:21
**drive** 64:24
92:5
**driving**
64:25
**drop** 30:9,10
119:13
188:22
**dropping**

101:20
**drops** 101:19
**drug** 150:20
150:21,25
151:2,6
**due** 21:9
56:25 64:5
77:25
136:22
170:14
223:23
256:2
**duly** 4:3
284:9
**duties** 23:13
64:23
93:15
**duty** 95:15
112:6
177:4,20
**dying** 57:6
**dyspnea**
48:20,23

———————
**E**
**E** 2:2,2 4:2
4:2 85:14
282:2
**E-House** 66:2
67:7,18
92:18,21
93:16,18
143:18
180:25
181:13
185:16,21
251:11
**e-mail** 9:4
12:22 13:2
13:6,19
73:12,21
74:2 75:10
76:10,16
110:14,15
110:23
111:3,8
112:9,11
272:16
**e-mailed**
110:8

**e-mails** 13:4
13:5
**earlier**
133:2
134:20
173:20
177:16
178:23
207:6
213:16
215:2,5
216:10,22
225:8,22
228:4
231:23
233:14
236:18,24
253:11
257:5
261:19
262:3
263:12
264:17
265:22
**early** 188:24
270:12
**ears** 89:22
**easiest**
119:23
**easily**
132:16
171:24
172:7
**eat** 35:15,16
151:5,11
151:20
155:13,19
156:5,7,11
157:3
262:2
**eating** 34:19
148:23
155:4
157:13
159:11,23
160:16
161:13
275:7
**ed** 20:12,16
**edema** 50:12

| | | | | |
|---|---|---|---|---|
| 50:18,19 | 8:1 9:1 | 104:1 | 154:1 | 204:1 |
| 50:22 | 10:1 11:1 | 105:1 | 155:1 | 205:1 |
| 51:10 | 12:1 13:1 | 106:1 | 156:1 | 206:1 |
| **educate** | 14:1,23 | 107:1 | 157:1 | 207:1 |
| 156:2 | 15:1 16:1 | 108:1 | 158:1 | 208:1 |
| **education** | 17:1 18:1 | 109:1 | 159:1 | 209:1 |
| 15:20 | 19:1 20:1 | 110:1 | 160:1 | 210:1 |
| 16:10 20:3 | 21:1 22:1 | 111:1 | 161:1 | 211:1 |
| 20:8 | 23:1 24:1 | 112:1 | 162:1 | 212:1 |
| **educational** | 25:1 26:1 | 113:1 | 163:1 | 213:1 |
| 17:24 | 27:1 28:1 | 114:1 | 164:1 | 214:1 |
| **effect** 3:19 | 29:1 30:1 | 115:1 | 165:1 | 215:1 |
| 6:3 27:14 | 31:1 32:1 | 116:1 | 166:1 | 216:1 |
| 104:8 | 33:1 34:1 | 117:1 | 167:1 | 217:1 |
| 150:6,13 | 35:1 36:1 | 118:1 | 168:1 | 218:1 |
| 151:7 | 37:1 38:1 | 119:1 | 169:1 | 219:1 |
| 224:19 | 39:1 40:1 | 120:1 | 170:1 | 220:1 |
| **effecting** | 41:1 42:1 | 121:1 | 171:1 | 221:1 |
| 151:6 | 43:1 44:1 | 122:1 | 172:1 | 222:1 |
| **effects** | 45:1 46:1 | 123:1 | 173:1 | 223:1 |
| 149:23 | 47:1 48:1 | 124:1 | 174:1 | 224:1 |
| 150:10 | 49:1 50:1 | 125:1 | 175:1 | 225:1 |
| 249:19 | 51:1 52:1 | 126:1 | 176:1 | 226:1 |
| **either** 18:22 | 53:1 54:1 | 127:1 | 177:1 | 227:1 |
| 43:3 45:11 | 55:1 56:1 | 128:1 | 178:1 | 228:1 |
| 101:17 | 57:1 58:1 | 129:1 | 179:1 | 229:1 |
| 111:22 | 59:1 60:1 | 130:1 | 180:1 | 230:1 |
| 151:3 | 61:1 62:1 | 131:1 | 181:1 | 231:1 |
| 158:12 | 63:1 64:1 | 132:1 | 182:1 | 232:1 |
| 163:9 | 65:1 66:1 | 133:1 | 183:1 | 233:1 |
| 192:3,13 | 67:1 68:1 | 134:1 | 184:1 | 234:1 |
| 203:15 | 69:1 70:1 | 135:1 | 185:1 | 235:1 |
| 212:25 | 71:1 72:1 | 136:1 | 186:1 | 236:1 |
| 217:25 | 73:1 74:1 | 137:1 | 187:1 | 237:1 |
| 222:3 | 75:1 76:1 | 138:1 | 188:1 | 238:1 |
| 238:7 | 77:1 78:1 | 139:1 | 189:1 | 239:1 |
| 249:5,6 | 79:1 80:1 | 140:1 | 190:1 | 240:1 |
| 276:11 | 81:1 82:1 | 141:1 | 191:1 | 241:1 |
| 279:19 | 83:1 84:1 | 142:1 | 192:1 | 242:1 |
| 284:14 | 85:1 86:1 | 143:1 | 193:1 | 243:1 |
| **EKG** 88:23 | 87:1 88:1 | 144:1 | 194:1 | 244:1 |
| 89:17,25 | 89:1 90:1 | 145:1 | 195:1 | 245:1 |
| **electrolyte** | 91:1 92:1 | 146:1 | 196:1 | 246:1 |
| 118:15 | 93:1 94:1 | 147:1 | 197:1 | 247:1 |
| **electronic** | 95:1 96:1 | 148:1 | 198:1 | 248:1 |
| 250:8 | 97:1 98:1 | 149:1 | 199:1 | 249:1 |
| **ELISA** 1:14 | 99:1 100:1 | 150:1 | 200:1 | 250:1 |
| **Elise** 1:8 | 101:1 | 151:1 | 201:1 | 251:1 |
| 2:19 5:1 | 102:1 | 152:1 | 202:1 | 252:1 |
| 6:1 7:1 | 103:1 | 153:1 | 203:1 | 253:1 |

254:1
255:1
256:1
257:1
258:1
259:1
260:1
261:1
262:1
263:1
264:1
265:1
266:1
267:1
268:1
269:1
270:1
271:1
272:1
273:1
274:1
275:1
276:1
277:1
278:1
279:1
280:1
281:1,15
283:17
284:7,12
**else's** 81:23
**emergency**
59:2
237:11
278:14
280:8,10
**EMERY** 2:4
**emotions**
267:10
**employed**
258:20
**employee**
61:7,12,14
61:19
62:12
69:12
**employment**
62:22
**encompasses**
21:25

**encounter**
26:18
139:18
**encountered**
184:8
**encounte...**
270:17
**encounters**
140:12
**encourage**
123:14,15
123:19
155:9,10
193:23
**encouraged**
148:24
158:8,9
262:16,22
263:4,8
**encourages**
134:7
**ended** 64:8
**ends** 116:10
**enforcement**
278:13
**English** 94:8
123:4
**enjoy** 161:7
**enlargement**
228:23
**ensure** 254:3
274:11
**ensuring**
242:25
**enter** 264:12
264:24
265:2
**entirely**
97:20
237:15
**entitled**
113:20
**entries**
166:25
**entry** 22:18
165:21
166:24
**episodes**
49:11
**equaling**

235:3
**equipment**
88:24  89:3
89:5,9,11
89:24
**ER** 54:9
183:20
**ERRATA** 285:2
**error** 246:2
**erythema**
165:23
**erythema...**
165:24
**escalate**
238:11
**escalated**
237:14
**especially**
53:4  78:7
84:20
**ESQ** 2:7,14
2:22,24
**essential**
107:17
**established**
100:9
**Estate** 1:4
**estimation**
270:3
**evaluating**
44:14  58:3
**evaluation**
104:7,17
107:17
183:20
**evening**
176:20
177:8
252:23
**event** 79:22
79:25
**events** 77:9
**eventually**
258:10
**everybody**
27:7  79:7
81:22
117:6
130:13
190:6

**evidence**
225:20
229:2
**evolved**
275:9
**Ew** 40:23
**exact** 63:9
65:21
67:11  74:6
108:9
143:22
150:15
193:14
213:13
267:21
**exactly**
28:22  51:7
52:6  57:25
60:7  63:14
65:20  69:7
91:16,18
108:5,9
116:15
126:25
135:19
159:7
181:10
211:10,10
211:11
221:17
224:15
258:18
267:6
**exam** 18:14
18:19,24
19:6,8,17
19:19,20
46:10
47:13
54:22  87:8
87:14
89:15
114:19
137:9,11
163:20
200:16
213:17
219:21
220:24
221:6

222:12,19
223:3,7
231:14
259:24
276:22
**examination**
5:9  53:18
259:17
261:6
273:3
277:20
281:12
282:3
**examine**
38:12
39:17
133:20
135:5
164:10
221:2
**examined** 4:4
53:17
164:7
165:13,16
166:2
167:13
222:14
259:15
**examining**
38:21
39:14
220:20
231:12
**example** 33:6
33:10  44:4
45:21
97:24
105:25
106:9
110:23
143:5
151:14,17
192:8,10
219:3,19
262:6
**examples**
34:12
35:19  38:6
58:14
**exams** 40:13

114:21,23
140:11
163:16
**exercise**
123:19
148:24
158:5
**exertion**
227:3
**exhibit**
14:21,24
15:7,14
21:19 73:3
73:6 99:7
99:10,14
102:13,16
104:24
105:4
110:13,18
112:22,25
121:12
122:11,15
122:20
124:12
125:23
127:21
128:2
129:9
130:2
131:4
145:3,8
147:5
153:7,11
164:14,19
168:3,7
171:11
174:17,21
179:5,10
182:15,18
189:16
193:18
195:19,22
196:2
206:12,14
206:17
208:2,24
212:12
216:15
229:14,19
230:17

243:7,9,14
246:20
247:9,17
253:12
257:7
260:5
**exhibits**
14:18
283:2
**exist** 121:22
**existed** 84:6
**expected**
42:17
275:20
**experience**
22:19
45:10 62:9
62:11
**experienced**
44:17
**experiences**
22:9 44:3
**experien...**
44:15,25
45:20 46:9
94:12
**expertise**
52:19
**expiratory**
40:18
**explaining**
33:10
123:10
**explore**
64:20
**express**
205:5
267:12
**expresses**
201:18
**extent** 89:18
100:19
141:15
151:15
155:6
**extra** 57:9
256:19
**extremities**
48:8
163:20

164:7,10
**eye** 77:11
109:16,16
134:11
**eyes** 54:10
264:3
274:19
**eyesight**
37:10,11

———————
**F**
**face** 268:6
**facilities**
61:8 86:2
90:4
**facility**
53:25 57:2
58:19
71:19 84:6
84:8,14
85:24 99:5
177:24
178:2,17
199:17,20
200:10
201:18
202:15
210:24
240:9,10
241:16
256:3
258:15
268:20
272:10,11
276:9
277:2,8,14
277:25
280:3
**fact** 50:8
51:4 77:25
114:24
167:21
171:10
210:9
216:21
223:25
233:9
238:8
270:4
274:12

277:12
**fade** 258:12
**failed**
276:21
**failing**
246:3
**fair** 6:25
7:10 29:18
47:13
50:11 51:9
58:4,7
70:2,4
72:14 75:6
87:20
92:17
108:6,12
109:4
112:7
114:25
115:9,24
125:4
138:22
143:13
144:25
145:25
152:23
155:2,4
156:15
165:12
189:25
193:16
222:4
243:5
261:23
265:16
266:11
**fairly** 129:5
189:13
271:19
**fall** 20:25
51:23
160:8
190:23
**falling**
191:2
268:13
**false** 278:23
**familiar**
29:20
48:14,17

48:24
71:12
103:4
105:6
108:5
152:12
255:18,21
255:23
275:20
**family** 16:14
16:19 21:9
78:19,22
80:23 83:3
136:6
199:10,11
200:20
201:18,22
202:7,10
202:14
203:11,12
203:14
205:4
270:24
271:14
272:7,14
272:17,19
276:11,12
**far** 60:20
185:20
248:7
273:9
**fashion**
209:17
**faster**
279:12
**fatigue**
47:15 48:3
106:11
116:21
132:3
**fatty** 45:13
**favor** 164:25
**favorite**
35:8,11
**February**
62:3,4
260:12
**feedback**
279:7
**feel** 31:9

33:18 36:4
45:5 52:17
75:15
83:11
150:9
167:22
168:22
232:14
234:24
235:3,5
266:6
**feeling**
36:14
46:15
56:14,18
57:13
116:22
117:5
151:4
195:8,15
196:16
197:10,17
198:6,13
198:25
199:17,21
200:11
202:5
220:2,8
233:7
234:11,12
234:12,16
267:15
**feelings**
31:7,12
56:11
267:12
**feels** 31:25
**feet** 223:4
223:10,20
**fellow** 77:4
**felt** 231:20
237:10
**female**
267:22
**fence** 85:10
85:13
**field** 85:24
**fifth** 2:5
208:12
**figure** 267:6

**filing** 3:6
**fill** 61:14
61:18
128:9
256:18
**filling**
128:11
**fills** 122:2
**film** 28:9
**find** 206:21
229:2
239:11
**finding**
126:24
214:22
270:5
**findings**
238:14
**fine** 40:21
41:11,18
45:6 83:24
83:25
100:6
112:17
154:12
184:12
201:4
206:4
221:16,23
**finer** 41:20
**finger**
141:11
**fingers**
187:14
**finish** 6:21
170:6
235:17
**first** 4:2
9:12 17:9
17:18
21:21
99:21
100:13
101:17
102:24
104:3
114:15
115:5
116:2,23
119:24

124:14
146:20
153:15
164:23
168:19
183:14
184:8
189:24
198:13
209:4
217:10
224:6
259:4
270:9,14
**five** 20:17
67:15,17
85:13,22
86:2 90:18
143:17
146:8
148:2
154:20
256:8
**five-minute**
235:11
**flare** 46:25
**float** 94:25
95:5,6
132:25
133:4
197:4
201:23
202:9
203:16
204:21
279:23,24
**Floor** 2:6
**flowing** 41:2
**fluid** 50:20
118:4,4,12
119:7,10
119:15,16
120:2
162:2,7,15
163:12
**fluids** 134:8
163:17
**FNP** 257:23
**focus** 24:20
65:24

105:7,9,11
105:18
106:6,9,20
106:21,24
106:24
107:8,9
108:21
109:3,5
153:15
**focused**
167:2
**focuses**
106:2
**focusing**
15:19
19:25
54:12 65:5
166:23
**folks** 63:6
112:15
**follow**
123:16
143:8
244:10
246:3
266:12
**follow-up**
33:11
77:10
102:5
107:4
112:4
123:17
141:13
166:17
236:11,14
261:10
**follow-ups**
273:2
**followed**
148:21
**following**
79:3 102:5
285:3,4
**follows** 4:5
**fond** 268:16
**food** 123:22
151:24
152:6
153:16

155:10,11
156:8
157:11,20
158:9
262:13,17
262:21,25
**foods** 151:22
161:6
**force** 3:19
**forget**
245:18
**form** 3:12
34:20
49:24 55:3
55:4 72:21
93:3,20,22
93:23 98:2
100:18
141:19
159:24
178:9
197:20
198:9
201:3
251:7
**format** 96:16
96:19,20
**forms** 94:9
**forte** 42:7
**forth** 284:9
**forward**
55:21
109:10
**found** 116:23
133:7
228:10
270:14
273:16
**foundation**
154:4
195:23
**four** 33:21
65:12
210:25
**four-page**
122:12
153:8
**fourth** 65:13
217:11
**foyer** 157:21

**Frederick**
110:16
**free** 11:11
83:11
**freedom**
261:22,25
**freely** 95:3
202:12
**frequency**
34:7,8
**frequent**
34:17
142:12
173:17
245:24
**frequently**
129:5,19
160:3
173:22
220:5
233:19
271:19
**fresh** 61:25
**front** 8:25
9:7 39:19
40:4,8
78:6 84:21
139:9
140:13
206:6
214:8,9
221:15
249:2,3,11
267:25
**fulfilling**
19:8
**full** 25:21
52:24 65:8
151:4
**fullest**
39:17
**fully** 222:7
243:3
**funeral**
204:19
271:3,6,8
271:9,13
272:8
**further** 3:10
3:15 4:12

54:6
126:25
133:8
170:17
171:3
183:20
193:11
197:13,14
210:2
216:24
217:7,18
228:11
239:6,9
242:2
250:24
257:13
260:22,25
272:13
277:17
278:8
280:6
281:7
284:13
**future**
140:11,12

——————— G ———————
**gain** 106:8
116:21
118:22
144:21
148:19
149:2,16
149:18,23
150:2,7,16
150:21
160:23
161:5,12
161:14,17
161:20,21
161:23
162:3
224:14
226:4
**gained**
144:18
147:19,25
148:16
230:19
**gaining**

159:14
162:7
224:10,22
**gamut** 58:22
**general**
35:18
62:21
64:16
84:15
203:8,18
236:4
265:25
**GENERAL-**
2:18
**geographic**
121:7
**getting**
23:19,22
23:25
31:10
133:8
152:6
166:15
170:10
192:21,23
252:19
277:8
280:8
**gist** 271:21
272:5
**give** 8:19
9:13 55:18
55:19
67:22
77:16
84:14 94:5
102:21
105:25
122:17
154:22
164:21
172:5
180:19
184:10
203:14
241:25
245:15,20
245:21
270:12
271:14

275:5
**given** 6:3
120:17
126:4
202:10,20
202:25
203:11
242:25
245:3,16
248:9
249:16,17
265:10
284:12
**gives** 27:12
35:13
94:16
187:14
245:2
**giving** 23:25
220:10
241:3,6,9
**gland** 228:23
**glass** 83:10
**global** 121:8
**go** 5:17 21:6
29:3,9,14
39:22,25
46:13 47:4
53:5 55:9
59:6,8
60:15
66:24 67:3
74:11 76:6
76:7 86:12
88:11 90:8
91:15,19
92:7 112:9
125:22
126:19
128:18
133:20
134:12
136:13
137:20
138:15
141:12
146:23
151:18
152:2
166:16

177:22
184:6,22
185:5
188:14
194:19
202:24
231:24
232:4,19
232:21,24
233:8,19
235:4,22
235:25
236:5
238:9
240:7,11
242:20
245:18
248:8
**goes** 30:7
85:11,18
88:5 111:8
120:20
159:2
187:14
203:2
273:6
276:20
278:6,16
280:3
**going** 7:8
14:16
15:16
21:12 28:5
28:7 38:10
40:23
41:12,17
41:19,23
42:2 45:23
48:12,18
50:19
52:10 53:2
54:14
58:25
80:18,23
86:18
93:11
98:12 99:6
99:7
100:17
105:23

Page 304

106:19
109:15
111:13
114:20,22
115:19
117:23
118:14
131:3
135:11,18
136:13
137:14,20
146:15
150:9
153:6,14
154:14
164:9,13
168:2,9
170:11
174:16
179:4
185:3
190:11
192:18
193:18
195:21
201:6,10
206:5
211:3,8,9
211:13
214:17,17
215:24
216:3,14
227:13
229:13
233:16
243:7
246:19
252:6
258:9
261:10
263:6
267:19
**good** 5:11,13
41:12 53:3
55:21
70:11 84:4
94:19
96:24
117:24
149:15

167:22
168:22
202:5
275:5
280:7
**gotten**
190:12
**grab** 151:18
**grade** 19:12
**graduate**
16:16
**graduated**
16:13
20:20,23
**graduation**
15:18
**grain** 57:24
234:4,9
**Grant** 74:5
**graying** 72:7
**great** 15:5
61:10
154:24
262:20
**greater**
149:19
192:9
**ground** 5:18
**group** 111:8
**guess** 9:10
46:6
104:14
150:17
161:10
193:7
210:12,19
243:4
247:24
**guessing**
73:25
**guidance**
54:6
**guidances**
94:16
**guide** 94:10
**gurgles**
41:17
**gurgly** 40:22
41:15
52:25

**gym** 85:2
**gymnasium**
271:10

_____
**H**
**habits**
160:16
274:21,23
275:7
**half** 85:15
217:9,10
252:9
**hall** 87:5,6
88:11,17
**hallway** 46:3
88:4,8,10
251:12,15
251:17,18
**ham** 152:2
**hand** 93:12
231:5,5
284:19
**handed** 64:3
**handheld**
89:21
**handling**
74:10
**hands** 223:14
**hands-on**
80:8
**handwriting**
165:3,4
179:16
260:11
**handwritten**
110:6
136:25
**happen** 79:21
79:22 80:3
80:5 112:2
126:14
239:12
277:23,24
**happened**
66:16
77:10
79:25 80:3
114:3
115:19
141:5

169:17
241:23
245:17
**happening**
32:4
159:19
**happens**
101:14
203:6
**happy** 83:12
**hard** 6:11
23:20
84:18
**harder**
149:13,13
**harm** 256:13
**harmful** 80:6
250:21
**harming**
273:23
**head** 6:10
35:25
36:22 38:9
39:7 71:4
75:22 85:5
91:15
117:18
121:3
241:10
249:22
274:5
279:23
280:10,11
**headache**
135:14
235:5
**heading**
115:6
**health** 21:10
24:17 84:7
90:9 93:10
93:12
101:10,13
201:19
265:24
**healthy** 45:4
123:22
149:6,8
155:10
158:9

**hear** 79:2
207:17
222:11
253:5,6
261:17
**heard** 172:21
172:25
227:4
252:25
**hearing** 6:16
**heart** 25:19
25:20 28:5
30:4 45:6
45:11
89:24
149:13
187:15
194:22
195:4
**heavily**
57:24
225:5
226:25
260:19
**heavy** 182:11
187:6
212:24
213:4
216:3
217:3
**Heidi** 110:16
**height** 214:7
**held** 1:15
19:11
**help** 23:21
36:13
72:24
94:14 99:2
104:15
130:12
155:25
163:13
257:7
267:18
278:3
**helpful** 9:14
11:15
34:15 38:5
84:13,17
265:23

Page 305

**helping**
258:7
**helps** 93:24
134:12
**hematocrit**
162:18
**hemoglobin**
162:18
**hereunto**
284:19
**Hess** 185:25
186:13
187:17
194:17
205:19
216:18
**Hey** 33:2
43:14
53:16
75:20
124:7
126:23
133:12
142:19
199:11
202:3
242:22
245:19
**Hickey** 2:22
5:2,2 55:2
79:14
154:17,24
158:7,18
279:4
**high** 27:25
126:9,18
126:25
127:5
187:22
188:2,3,17
188:20
189:2,5,12
192:3,4,7
**higher** 19:12
52:18
126:17,17
190:9,23
**highest**
189:23
190:17

**highlights**
77:9
**Hildonen**
2:24  5:4,4
82:25
83:14,22
84:2  93:3
93:6  100:2
100:8,17
103:7
141:19
144:6
150:22
154:3,9,16
159:24
167:24
170:23
171:8,25
172:15,18
174:7,11
180:21
184:10,13
186:6
195:16,20
196:23
198:15
199:22
200:3,23
201:6,12
205:22
206:10,14
206:18
207:9,12
209:13
210:7,14
211:21
212:10
213:24
215:4,9
216:5
217:19
218:2,12
218:16
220:16
224:12,25
225:10
227:15
228:5,8
231:3
232:7

233:5,12
233:20
234:2
235:10,15
237:16,19
238:4,12
238:19
239:3,15
239:22
240:19
246:23
247:3
248:16
254:11,18
255:20
267:2
274:14
281:9
**Hill** 2:11,14
5:6,6 55:4
150:23
169:22
170:8
190:2
197:5,20
198:9
205:23
206:4
261:4,7,9
270:19
272:22
274:15
277:18,21
281:5
282:5
**hired** 61:6,6
61:19,24
**history**
31:10 47:2
47:10,11
53:6 56:22
56:23 58:6
114:16
120:13,16
138:7,20
139:2,5,13
139:21
140:8,13
142:3,9
153:17

213:5,9,11
213:13
215:25
278:3
279:17
**hit** 57:13
128:24
**Hmm-hmm** 6:8
60:25
107:19
115:8
125:18
169:9
216:16
224:9
**Hmm-hmms**
6:10
**hold** 247:5
**holds** 35:11
85:2 87:16
**holiday**
161:5,6
**holidays**
161:4
**hollered**
267:25
**home** 178:14
**hop** 14:17
**hoping** 14:18
**hormonal**
116:9
**hormone**
116:8,11
116:11
**hospital**
22:20 35:2
64:16
91:25 92:3
92:4,13,16
162:11
231:25
232:4,16
232:20,22
232:24
233:8,16
233:19
235:22,25
236:5
238:9
**hour** 64:24

252:9,10
**hours** 8:11
18:5,6
19:10
21:17 33:2
33:21 72:6
277:6
**house** 14:13
35:4 64:25
66:8,20
70:10,15
72:9 94:2
94:11
95:21
96:15
97:18,19
97:22 98:8
123:4
128:12,15
136:3
139:7,16
142:11,18
142:21
143:4,11
145:18
151:23
152:4
156:10,12
157:21
158:3
161:7
168:18
173:14
181:11
184:8
185:3,5,5
185:13
186:4
195:12,13
198:5,12
198:19
201:25
202:2,3,8
202:8
208:10
214:9
215:6
216:8,9,12
216:22
217:4

218:9
219:14
236:15
241:4,8
242:9,15
278:21
280:14
**houses** 71:7
85:14,22
86:10
95:11
103:21
184:23
**housing**
87:19
**HUDSON** 1:25
**huffing**
214:18
**huge** 30:10
**hundred** 35:9
45:15 49:4
57:13
82:16
190:13
214:10,12
214:16
224:16
275:12
**hurts** 232:21
**hydrated**
190:10
193:24
**hyper** 119:9
**hypernat...**
118:21
119:9
**hyperplasia**
228:22
**hyperten...**
125:16,24
126:3,8
127:12,18
129:10
130:13
131:18
172:17
188:24
224:3
226:9
228:21,22

**hyperthy...**
117:13,16
**hypo** 116:10
119:11
**hyponatr...**
117:23,25
118:20,25
119:6,22
**hypothyr...**
116:3,6,15
116:18,24
117:9,14

---
**I**
**idea** 27:12
31:16
35:10,10
35:13,18
109:15
262:8
275:5
**identifi...**
14:25 73:7
99:11
102:16
105:4
110:19
113:2
122:16
128:3
145:8
153:12
164:19
168:8
174:22
179:10
182:19
229:20
243:14
247:9
**identified**
109:3
**identify**
43:6 44:8
130:18
**identifying**
43:18
**idiopathic**
50:15
**ill** 56:18

**illegal**
42:24 50:9
**illness**
273:22
**imaging** 89:3
89:5
**immediately**
268:5
**impact**
191:17
**implemen...**
104:6,16
**implemen...**
104:10
**implemen...**
265:18
**important**
47:8
104:19
138:20
140:7
156:4
159:18
160:21,24
160:25
180:16
197:25
198:7
213:15
254:14,21
254:24
255:4
**in-depth**
114:17
**in-person**
8:12 76:17
**inch** 39:23
**inches** 39:23
**incident**
174:9
236:3
267:4
268:22
269:3
**incidents**
174:5
268:24
**include**
25:22
130:4

262:5
**included**
114:9
132:2
**includes**
261:25
**including**
73:15
**incompetent**
276:23
**incorrectly**
280:14
**increase**
34:7 79:23
150:11
151:3
**increased**
35:24
77:14
131:23
171:19
**increasing**
118:11
119:24
130:19
**INDEX** 283:2
**indicate**
4:20
103:23
113:16,17
163:11
246:7
**indicated**
246:9
**indicates**
196:13
**indication**
119:7
**indicative**
246:12
**indicator**
44:11
45:18
47:16,18
47:21,25
48:4,9
49:16
**indicators**
43:18 44:9
53:19

227:11
**indicatory**
43:10
**individual**
66:10
76:21
77:25 78:7
92:7 98:6
101:5
136:2
138:12
158:23,25
159:10
168:21
171:19
196:14,15
196:18
208:13
209:2,5,5
214:14
251:21
254:23
261:22
263:19
264:20
265:5
**individu...**
123:3
158:11
202:14
254:16
264:7
265:24
**individu...**
108:4
**individuals**
67:10,18
71:25 86:3
92:20
93:17
122:3
143:17,19
143:24
144:2
157:15
158:5
173:21
174:3
233:4
240:11

251:23
254:4
261:21
262:13
263:9
268:25
275:21
277:22
278:4,16
279:16
**individu...**
129:3
136:6
202:10
**infection**
141:5,10
228:20
**inflate**
45:14
**information**
64:7 103:4
110:3
114:8,12
121:24
126:21
129:16
133:9
141:7
171:6
172:12
178:8
180:19
193:9
198:2,7
213:23
219:8
226:13
228:10
230:22
257:14
275:12
**ingesting**
118:24
**inhaled**
46:16
**inhaler**
55:15,16
55:17
**inhouse**
53:15 54:2

257:17
**initial**
101:17
147:2
148:5,7,9
245:16,18
249:7
**initially**
61:6
185:15
**initials**
101:17
246:10,11
248:22
**input** 86:14
**inside** 46:14
85:13
**inspiratory**
40:17
**instances**
266:22
273:14
**instituted**
36:19
**instruction**
265:18
**insuffic...**
120:22,23
**intake** 34:18
34:24
35:22
118:4,11
118:12
119:25
120:14
149:19
150:18
151:8
155:25
161:19,24
**interacted**
271:18
**interaction**
271:2,5,7
**interact...**
270:24
**interested**
284:16
**interfere**
7:16

**interim**
61:16
**internally**
279:18
**interrog...**
10:18
**intervals**
142:12
**intervene**
273:18
**interven...**
75:25
276:13
**interven...**
80:14
**interview**
168:13
183:4,7,10
196:9
208:6,25
209:2
**interviewed**
180:13
182:24
**interviewer**
184:7
**intervie...**
139:11
183:18
**investig...**
171:4
**investig...**
168:4
180:9,13
253:2
**investig...**
185:25
186:13
187:17
193:22
194:17,21
194:24
197:18
206:23
**invited**
78:20
**involunt...**
277:15
**involuntary**
276:11

**involved**
20:13
41:22
64:21 97:2
254:22
**involvement**
52:20
256:5
**IPT** 107:16
108:2,13
**ir** 65:4
**issuance**
100:24
**issue** 27:2
36:10,11
44:21 45:7
45:12,12
49:13,13
53:12 57:8
98:21
102:7,8
107:10
125:10
140:2
209:19
211:14
212:20,20
252:7
**issued** 13:12
14:5 99:20
**issues** 21:10
24:17 60:5
60:6 118:3
123:3
133:18
215:15
216:9,12
218:18,19
235:2
**issuing**
246:3
**it'd** 45:23
**item** 21:21
**items** 157:20
157:22,22
227:7
262:21
**ITP** 108:3

**J**

**J** 1:9 2:19
**J.M** 1:4 5:16
**January** 9:16
10:11
124:19
125:5,15
126:5
129:11
192:11,16
**jargon** 93:25
94:2
**job** 25:24
61:3 64:5
64:7,13,15
64:20,22
**jobs** 92:19
130:18
**joints**
149:11
**Josh** 182:8
259:23
**JOSHUA** 1:9
2:19
**journal**
245:9
**judge** 276:16
**judgment**
33:5 54:17
54:18
55:17 59:6
**jump** 250:16
267:19
**jumped**
267:22,25
**June** 126:4
147:6,15
269:4
**jurat** 280:16
**Justice**
253:12,23
255:12,16
256:5

**K**

**K** 2:24
**Kasey** 2:24
5:4 154:8
172:5
195:25
199:25

Page 308

201:3
235:14
**kasey.hi...**
2:24
**Kat** 168:14
168:14
**KATHERINA**
1:10  2:20
**keep** 14:12
81:15
87:11
96:15
109:16,16
134:11
157:18
252:7
256:10
262:14,22
262:25
277:14
**keeping**
262:18
**kept** 81:14
82:6  97:13
97:16
137:3,5
145:22,25
157:11
158:22,25
**key** 250:8,9
**keys** 151:18
**kicking** 47:3
**kin** 114:17
**kind** 31:16
40:21
41:11  47:3
47:5  49:15
55:25
57:11
58:22
60:18
66:19
70:19,23
74:9  75:24
77:16
81:22
84:19
85:15,18
85:19  93:9
93:24  96:2

96:2,19
105:14
106:3
109:9
111:25
114:5,8,11
117:15
123:23
162:14
185:2
190:6
210:10
242:17
244:7,11
244:15
256:3
262:13
265:10
268:12
271:12
276:17
**kinds** 49:18
96:14
174:2
**King** 97:6
**kitchen** 86:8
262:23
**knew** 137:16
160:5
180:16,17
224:9,24
227:12
269:5
**know** 12:16
19:23  20:7
24:4  26:11
30:22  31:8
33:9  34:2
34:9  35:10
35:15,17
38:24
43:13  52:5
52:20
55:10,14
60:20
61:12
65:20  69:8
72:4,8
73:24  76:6
80:3,20

81:2  83:11
91:11,16
91:18  94:5
96:23
98:16
99:20
101:16
103:12,13
106:16
109:6,14
112:2,3
115:18
116:22
117:7
123:10,23
124:9
126:18
133:14
136:4,24
137:16,24
138:5,11
139:25
141:5
142:16
146:12,14
149:5
156:15
157:25
159:6,12
160:4,16
167:7
168:14
169:20
173:7
190:16
199:9
203:14,17
205:2
208:7
209:20
210:12,20
211:8,18
213:20
214:17
215:8
216:2,11
218:15,21
219:18
221:18
222:6

223:9
224:17,21
225:11
226:25
227:22
230:14
234:15
239:25
240:13
241:22
242:22
244:12
246:15
248:5
252:6,10
255:12,14
260:14
261:14
262:16
266:15
267:6,12
267:13
269:6
271:19,23
274:24
275:9
276:3
279:13
280:12
281:2,6
**knowing**
27:11
93:11
108:9
257:13
**knowledge**
59:13
70:19
92:15  94:6
107:16
108:15
117:10
128:10
134:15
138:9
143:9
147:4
197:6
202:9,21
202:22,25

203:6,10
203:20
210:8
224:15
228:16
248:12
265:9,14
273:25
**known** 80:24
80:25
126:9
151:4
228:2
**knows** 103:11
201:13
**Kristin**
74:16,23

—— L ——

**L** 1:10  2:20
3:2  4:2,2
4:2
**lab** 116:16
162:8,14
163:9
**labeled**
10:24
**labs** 123:15
127:6
231:8
**ladder** 39:20
39:25
40:13
221:11
**laid** 274:18
**landline**
280:2
**larger**
191:22
**laundry** 86:9
96:25
**Laurie** 69:18
71:2  175:7
175:14
**law** 278:13
**lawsuit**
259:5,8
**lay** 54:10
**laying** 29:25
30:8  264:3

Page 309

layout 84:14
88:19
layperson
191:16
leader 71:17
72:12,16
280:12
leaders
71:21,24
74:14
111:11
254:3
leading
85:20
251:15
learn 43:22
44:2 50:21
50:25
learned 51:8
51:10
learning
38:25 39:3
39:7 51:5
51:6
leave 256:12
277:2,12
leaving
176:12
Lebovic 1:16
284:4,24
led 80:17
268:19
ledger
145:23
leeway 172:6
left 176:12
236:10
242:21,23
256:17
legal 276:16
276:20
277:13
legally
32:22
133:10
236:25
237:5
legs 132:14
133:13
223:4,8,17

224:4
lesser
152:17
let's 9:12
14:19 17:8
31:18 33:7
33:20
34:16 56:5
74:4 123:8
153:5
173:4
190:19
letter
272:17
level 18:10
32:14 43:9
52:19
58:17,25
70:23
71:14
121:7,8
187:12
193:12,13
239:7,10
levels 71:22
162:19,21
162:21
levothyr...
116:14
license
16:24 17:3
17:5,13,16
17:25
18:14,19
20:2,4,7
20:10,12
licensed
17:9
licenses
15:20
lie 222:19
lieu 4:13
life 74:10
81:5
144:17
152:25
159:15
160:17
250:25
273:19

276:14
light 45:21
46:2 228:3
264:7
lightheaded
31:9
lighthea...
31:12
limit 155:11
155:24
262:12,15
limitation
76:4
limitations
155:8
limited
151:22
152:10
155:14
limits 29:8
29:11
line 217:10
217:11
271:12,21
285:5
lined 271:14
Lisa 208:6
list 75:7
77:15
81:16,17
115:10,20
120:13,13
142:9,9
listed 72:10
115:15
116:2
121:15
125:25
184:16
226:8
listen 39:24
39:24
55:12
57:18
194:25
195:3
listened
194:21
221:8
listening

40:12,14
40:15,17
40:24
lists 120:9
120:16
little 6:15
6:18 21:23
30:9 64:20
68:2 72:6
72:25
82:10 84:5
87:2 89:21
90:7
105:22
111:23
113:19
114:13
119:25
126:24
154:4
172:6
188:3
189:5,12
190:9
214:18
233:17
234:11,18
245:13,14
247:5
248:21
263:24
265:20
271:12
274:20
live 66:20
lived 67:7
67:18
92:20
93:18
122:4
143:19
living 23:18
71:25 86:7
143:17
LLP 2:4,11
loading
247:14
local 92:15
locate
206:19

located 69:6
69:8,10
86:20
253:4
location
61:15 68:8
68:14,18
69:2 92:12
95:16
144:11
222:6
258:19
locked 87:11
87:12
lockers
157:21
262:23
log 129:18
long 8:9,11
46:17 55:6
62:19
76:24 88:5
137:21
168:3
181:10
213:21
214:7
220:7
250:11
252:10
270:15
long-term
138:10
longer 63:13
116:7
250:24
longstan...
255:22
look 10:16
27:20,22
28:10 30:9
49:3 57:4
67:23,25
81:9 82:14
89:22 94:9
99:22
100:3,5
105:21
117:17
120:15

121:2
123:5
133:13,15
138:6
147:5
150:14
153:5
160:25
168:19
184:11
191:19,19
205:18
206:7
208:2,5,23
219:2
223:16,19
249:12
251:16
257:6
260:4
273:6
**lookback**
114:2,6,7
**looked** 219:5
220:24
**looking** 9:8
21:19
28:11 54:5
57:9 64:4
64:7,14
76:16
94:19
101:23
104:2
107:13
115:5
126:6
127:7
129:8
162:18,19
176:2
177:17
178:6
180:23
181:17
184:5
189:20
191:8,12
192:18
207:14

217:9
249:22
253:11
274:17
**looks** 9:22
28:24
133:12
176:5
189:22
**lot** 18:2
28:6 46:16
49:11 57:7
59:24
75:12
84:18
94:17
111:24
116:25
118:25
119:12
121:8
123:10
138:8,14
149:9,10
150:4,5,8
161:11
224:10
233:10
234:12
245:25
267:11
279:6
**loud** 217:12
**low** 27:13,25
188:17
**lower** 132:14
190:10
**lowest**
190:16
**LPN** 175:16
**lunch** 24:6
83:16
112:14
151:14,20
151:25
**lung** 45:7,11
212:20
227:10
**lungs** 38:13
38:21

39:14,17
40:16
45:15
50:20
52:24
55:12
89:10
194:22,25
209:19
221:3,9,15
221:19,21
221:24
222:3,7,9
222:10
227:5
231:12
**lying** 219:20
274:4

— — — — — —
**M**
**M** 1:8,14
2:19 4:2,2
5:1 6:1
7:1 8:1
9:1 10:1
11:1 12:1
13:1 14:1
14:23 15:1
16:1 17:1
18:1 19:1
20:1 21:1
22:1 23:1
24:1 25:1
26:1 27:1
28:1 29:1
30:1 31:1
32:1 33:1
34:1 35:1
36:1 37:1
38:1 39:1
40:1 41:1
42:1 43:1
44:1 45:1
46:1 47:1
48:1 49:1
50:1 51:1
52:1 53:1
54:1 55:1
56:1 57:1
58:1 59:1

60:1 61:1
62:1 63:1
64:1 65:1
66:1 67:1
68:1 69:1
70:1 71:1
72:1 73:1
74:1 75:1
76:1 77:1
78:1 79:1
80:1 81:1
82:1 83:1
84:1 85:1
86:1 87:1
88:1 89:1
90:1 91:1
92:1 93:1
94:1 95:1
96:1 97:1
98:1 99:1
100:1
101:1
102:1
103:1
104:1
105:1
106:1
107:1
108:1
109:1
110:1
111:1
112:1
113:1
114:1
115:1
116:1
117:1
118:1
119:1
120:1
121:1
122:1
123:1
124:1
125:1
126:1
127:1
128:1
129:1

130:1
131:1
132:1
133:1
134:1
135:1
136:1
137:1
138:1
139:1
140:1
141:1
142:1
143:1
144:1
145:1
146:1
147:1
148:1
149:1
150:1
151:1
152:1
153:1
154:1
155:1
156:1
157:1
158:1
159:1
160:1
161:1
162:1
163:1
164:1
165:1
166:1
167:1
168:1
169:1
170:1
171:1
172:1
173:1
174:1
175:1
176:1
177:1
178:1
179:1

180:1
181:1
182:1
183:1
184:1
185:1
186:1
187:1
188:1
189:1
190:1
191:1
192:1
193:1
194:1
195:1
196:1
197:1
198:1
199:1
200:1
201:1
202:1
203:1
204:1
205:1
206:1
207:1
208:1
209:1
210:1
211:1
212:1
213:1
214:1
215:1
216:1
217:1
218:1
219:1
220:1
221:1
222:1
223:1
224:1
225:1
226:1
227:1
228:1
229:1

230:1
231:1
232:1
233:1
234:1
235:1
236:1
237:1
238:1
239:1
240:1
241:1
242:1
243:1
244:1
245:1
246:1
247:1
248:1
249:1
250:1
251:1
252:1
253:1
254:1
255:1
256:1
257:1
258:1
259:1
260:1
261:1
262:1
263:1
264:1
265:1
266:1
267:1
268:1
269:1
270:1
271:1
272:1
273:1
274:1
275:1
276:1
277:1
278:1
279:1

280:1
281:1,15
283:17
284:7,12
**M.B** 10:24
**MAAZEL** 2:4
**machine**
  28:25
  89:18
  128:23
  204:25
**machines**
  128:22
**mail** 230:12
**main** 84:25
  85:7 88:4
  149:23
  203:8
  204:2,4
**maintain**
  116:9
  145:20
**maintained**
  17:12
**maintaining**
  20:13
**major** 29:12
  77:9
  269:17
**making** 34:18
  60:21
  70:14
  105:16
  123:21
  148:23
  161:8
  170:24
  233:15
  278:23
**male** 228:23
**manager** 67:5
  75:11
  93:22
  271:18
**managing**
  66:4,6
  67:6
**mandated**
  256:19
**mandatory**

278:25
**maneuver**
  23:20
**manifest**
  116:19,21
  118:18,19
  118:22
  119:2
  120:22
**manifests**
  116:20
**manner** 4:18
  277:10
**manual**
  128:23
**map** 84:20
**MAR** 242:7
  244:10,21
  244:22,22
  244:25,25
  245:14
  246:4,5
  249:17
**March** 10:6,7
  73:13
  76:12
  78:15
  79:12
  82:23
  110:15
  124:25
  125:6,9,15
  129:12
  131:17
  166:24
  167:2,3,10
  176:6
  226:11
  253:3,8
  275:15
  282:11,13
**Margaret**
  74:14
**Marie** 166:8
**mark** 14:20
  99:7
  104:22
  122:10
  127:20
  153:6

164:13
168:2
174:16
179:4
182:14
229:13
243:7
245:2
246:19
249:15
**marked** 14:24
  73:6 99:9
  102:15
  105:3
  110:18
  112:25
  122:15
  128:2
  145:7
  153:11
  164:18
  168:7
  174:21
  179:9
  182:18
  229:19
  243:13
  247:8
  249:16
**marking** 15:6
  73:2
  102:13
  110:12
  112:21
  145:2
**marriage**
  284:14
**master** 81:23
  82:3,18,22
  142:9
  282:13
**master's**
  16:14,18
  19:18
  20:21,22
  21:13 52:4
**matched**
  242:6
**Matt** 74:15
  74:21

**matter** 4:15
254:24
265:25
284:17
**McCallen**
208:7
**McGinn** 1:9
2:20 68:16
68:23
90:13
166:2
258:3
**MD** 32:12
**MDs** 58:21
**meal** 156:22
**meals** 23:22
34:20
156:9,15
156:18
**mean** 10:21
12:16
25:10 27:6
32:9,11,19
37:16 39:3
62:23
87:23,25
96:17
141:22
151:16
152:15
155:3
167:7
176:10
178:14
190:4
198:10
210:20
212:21
235:7
273:8
276:6
**meaning**
56:13
84:10
116:10
235:24
**means** 36:8
66:5
107:24
131:10

175:19,23
176:11
187:10
276:4,7
277:14
**meant** 51:14
188:7
222:8
**measure**
252:11
**med** 34:3
87:10
161:2,22
**medical**
10:23
28:12
32:13
33:18 36:3
36:5,7,9
36:18 37:7
37:12,14
42:14,22
43:6,19,24
44:10 47:9
48:15,17
49:15
52:19
53:19
56:12
58:24
59:14,17
60:4,8
66:15
68:11,11
70:5,9
72:20
75:14 77:9
77:17
84:11 85:3
85:5 86:19
86:22,24
87:6,7,18
88:24 89:7
90:3,23
91:21 92:8
92:21,24
93:17,24
94:13
104:9
106:5,14

106:14
107:4
108:23
109:2
114:16
115:6,10
115:14,20
115:21,23
117:10,15
120:4,10
120:12,16
123:3
126:12
137:6
139:8
142:3,9,10
145:25
148:20
159:13
160:22
162:6
163:15,22
173:18
174:6,10
177:21,25
181:9
198:7
202:17
205:5
225:21
226:9
235:2
236:18,22
236:25
237:6,9,10
238:6
239:17,24
239:24
240:16,24
250:3,23
251:9,22
252:4,5,23
254:4,16
254:23
255:6,10
255:13,16
257:10,12
257:15,20
263:15,20
264:14

265:19
**medical-...**
66:22
**medically**
56:24 76:8
114:3
141:4
170:7
172:12,16
198:2
255:2
**medication**
7:15 54:7
55:18,20
56:4 66:15
76:2 77:13
96:5 98:17
116:13
127:6
128:17
129:24
149:24
150:12
224:18
235:7
241:3,6,13
242:6,25
244:20
245:2,15
245:16
246:6,8,15
249:17,20
**medications**
52:20 53:6
55:23
66:21 87:9
123:14
149:25
185:6
241:15
242:12
**meds** 80:22
96:25
166:15
231:9
241:10
270:13
**meet** 8:12
19:10
55:17

**meeting**
75:12,14
75:19 76:5
76:17,23
78:5,15
79:9,13
80:13,17
81:10,16
81:24 82:7
82:19,23
282:12,13
**meetings**
77:7,22
78:11,20
78:22 79:4
79:17 81:6
81:14,20
83:5
**meets** 156:4
**Melissa** 74:5
**member** 37:4
61:13
182:7
200:20
201:22
202:7,14
205:4
245:19
259:23
267:5,21
267:22,24
**members**
36:22
77:18
78:19 83:3
136:6
202:11
256:8,9,11
269:19
**Memorial**
22:20 92:4
**memories**
268:16
**memory** 49:4
65:20
78:15
110:7
122:9
165:15
181:5

185:24
186:11
188:11
194:15
197:19,23
204:17
211:25
214:5,19
215:13,14
220:12
221:8
222:13
233:6
236:4
259:18,21
260:18
271:4,25
272:4,12
275:18
**mention**
107:21
140:4
**mentioned**
23:16
25:24 41:6
41:9 55:9
83:8 98:16
100:11
123:2
132:25
134:20
139:24
161:22
162:24
177:15
198:20
212:18
216:7
221:10,22
233:13
260:10
261:19
263:12
265:22
271:17
273:5
275:2
**mentioning**
71:15
224:4

**mentions**
23:9 106:3
**menu** 151:23
**menus** 24:6
**met** 5:14
**metabolic**
161:20
163:4,5,10
**Michael** 1:10
2:20
166:13
**middle**
183:16
220:5
**Mike** 195:8
195:11
196:9
**mild** 117:7
165:25
235:5
**mind** 84:16
261:5
268:3
**mindful**
148:25
**mineral**
118:15
**minimal**
269:16
**minimum** 19:9
251:24
257:14
**minus** 146:8
**minute** 213:8
232:17
235:2
**minutes** 65:2
112:15
154:20,23
186:5
194:12
**missed** 21:2
197:22
**missing**
245:22,25
**misusing**
278:22
**mixed** 38:4
**modalities**
72:18

**moist** 41:17
**moment** 15:19
20:2
122:17
125:22
193:18
268:11,14
268:15
274:18
280:13
**Monday** 143:3
**money** 74:10
**monitor**
34:23
107:5
109:4
121:14
126:24
128:7
130:15
231:4
244:19
250:14
**monitored**
107:12
116:16
**monitoring**
23:23
34:17,22
35:21 37:3
102:6
118:11
124:2
127:3
131:4
166:3
171:7
184:25
230:25
**month** 129:20
130:14,15
146:8
245:9,10
245:10
258:5
**month's**
64:10
245:9
**month-to...**
146:7

**monthly**
128:7
130:11
131:20
145:14
**months** 27:22
114:4,22
137:19
148:3
**morning** 5:11
5:13,19
65:23
113:20,25
123:2
126:20
134:21
143:4
178:3
270:12
**mortem** 24:9
**mother**
196:14
198:25
199:16,20
200:7,10
202:3
204:16,18
271:25
**mouth** 209:19
**mouthful**
69:10
**move** 55:21
154:14
**movement**
61:11
**movie** 28:8
**moving** 40:22
109:9
147:14
**MRIs** 183:21
**multiple**
86:6
245:12
**mute** 279:3

_____
**N**
**N** 2:2  3:2
282:2
**NA1** 175:6,7
**name** 4:21

5:14 12:9
15:8 38:18
38:23 69:9
101:18
113:14
114:24
157:25
166:20
176:2,22
183:17
209:3
261:8
268:2
**named** 73:14
168:14
182:8
195:8
259:7
**nap** 194:7
**narcotic**
235:6,6
**narrative**
96:22
**nasty** 53:2
**national**
17:6
**nature** 56:25
59:18 60:4
75:15 78:2
89:7
137:11
138:4
170:14
232:12
256:2,3
**Nausea**
132:10
**nearest**
91:25 92:3
**nearsigh...**
125:12
**necessarily**
29:14
33:16
45:11
57:22
75:13
96:20
103:2
130:5

```
139:8               234:24              126:3,11           164:6               noted 82:25
198:20              235:3,5,8           138:6,17           175:22              96:8 130:5
199:7,8             235:10              140:5              199:8,15            140:6
200:14,17           276:13,17           189:3              note 10:25          165:4
202:6               needed 24:5         284:5              96:6,16,21          172:25
211:3               55:23               newly 270:8        96:22 97:4          173:3,5,11
212:21              61:18               Newton 74:16       98:3                200:17
214:20              123:18              74:23              101:15              205:9
219:7               160:6               Niazi 258:6        105:10,12           212:5
224:5               183:19              258:12             110:3               214:3
232:8,25            194:3,6             Nicole 1:16        120:21              217:21
233:22              231:21              48:22              134:17,18           220:22
243:22              233:8               200:4              135:4,8,16          224:13
neck 250:19         239:7               259:11             135:25              232:25
273:11,13           242:12              284:4,24           136:2,10            notes 9:16
274:7               needs 31:25         night 21:15        136:14,19           9:19,22
need 6:9            37:2,3              49:11              138:7,15            10:20
12:10               149:20              220:5              139:17              81:20 82:5
32:22 33:3          184:24              nine-page          140:9,13            82:13 96:4
33:11,19            234:25              246:20             141:8               96:14
36:12               252:3               nocturnal          159:4               97:10,13
52:18,19            255:9               48:19,23           164:11,15           97:17,18
53:16 54:9          negative            nods 6:11          165:7,17            98:5,25
56:6 59:6           57:10               non 60:8           166:11              101:14
67:4 80:20          neither             nonmedical         167:10,15           109:24
80:22 83:9          108:12              70:6               173:3,5             110:2
83:10               nephrology          219:13             198:14              134:21
91:12 92:8          59:8                Nope 7:14          201:20,24           135:17,23
92:9,14             nerve 49:13         normal 27:11       202:6               136:25
94:15               nervous 28:6        29:8,11            205:6,17            137:8,13
96:11               neurolog...         46:18              209:15,23           137:20
100:3               49:25               134:6              210:6               138:16
112:3,3             neurolog...         188:16             211:4               139:3,17
123:9               50:2                191:3,6,10         212:3,11            140:18,19
129:17,18           never 42:20         191:18             212:11,14           140:19
143:13              42:25               221:12             212:15,23           141:3,13
144:22              50:12,15            227:4,5,8          212:24              141:14,22
146:15              120:24              227:9,9            214:20,21           142:5,5,6
153:13              133:14              normalized         215:12,13           197:12
154:19              215:23              217:5              219:10              205:7,10
157:23              275:14              normally           220:15              211:23
169:10              new 1:2,18          27:24              221:12              212:2
185:6               2:6,6,13            171:2              232:5,6             215:20
189:18              2:18,21             NORTHERN 1:2       233:2,23            220:23
195:22              4:4 17:4,5          nose 209:16        248:14              253:3,8
226:17              20:7 21:23          Notary 1:17        260:11              260:7
232:14,15           60:18               4:3 281:20         274:25              274:21
232:19,21           61:12               284:4              notebook            275:4,8,15
232:24              121:6               notation           97:24               notice
234:16,18           125:10              140:2              137:3               126:15
```

**noticed**
142:14
**noticing**
142:14
**notified**
101:18
208:16
270:5
**notify** 96:11
126:22
**notorious**
150:2
**Novack** 1:10
2:20
166:13
195:8,11
196:9,13
196:21
197:9,16
198:23
199:19
200:6,9
208:15,19
**NP** 17:4
68:23
**number** 8:18
8:20 18:5
18:6 47:19
49:9,17
55:24 65:3
67:12,23
78:5,12
91:20,22
95:10
103:13
111:9
127:24
150:7
152:17
189:24
191:17,20
191:22
196:10
202:10,13
202:18,20
202:23,25
203:9,11
203:16,18
204:5,8,9
204:20

244:6,19
249:7
253:25
276:20
280:14
**numbers**
143:22
192:4,10
203:15
245:13
**nurse** 10:22
16:15,19
16:21,25
17:10,25
19:4,17,20
19:25 20:6
20:11
22:16,17
22:25
23:24
24:22 25:5
26:6 27:18
30:12,21
31:21,23
32:11,15
32:21 33:3
33:11,17
33:20,24
34:23 35:3
37:2,6
38:11
42:13,17
42:20,23
43:3 46:8
50:7,10,11
50:14,23
51:12,15
52:3,11,16
52:23
54:12,17
58:13,20
60:18,24
61:4,5,25
62:6,7,11
62:14,14
62:16,19
62:21 63:3
63:5,11,14
65:6 66:2
66:4,6,7

67:7 68:16
68:19
69:17,20
69:23 71:2
75:11
76:22
90:15
92:18
93:16,22
94:15
96:12
98:11
104:20
105:19
123:7
124:3
131:7,10
131:14,20
133:19
136:12,17
140:12
144:4,14
164:9
169:13
171:6,18
175:16
176:19
193:3,6,10
224:20
230:25
254:14
**nurse's** 22:6
22:8,19
23:8,12
24:2 25:7
30:23
32:18,24
34:13
178:22
**nurses** 24:2
70:9,15
71:10 77:4
88:3,13,15
94:23
95:12,15
95:15
108:15
126:15
128:11
129:2

134:22
145:20
169:7
208:15
242:19
252:13
**nursing** 9:15
9:22,25
10:9 16:4
23:4,4
32:5 33:4
34:20
35:20 38:7
54:18
55:17
65:10
67:24 71:2
71:3 72:20
80:25 85:5
88:2 93:21
93:25
95:19 98:5
99:4
101:20,20
101:25
102:2
103:6,15
103:20
104:4,12
107:3
109:11,23
109:25
111:10,16
113:7,21
114:9
121:11,17
122:23
124:7
125:23
132:13,23
134:17,18
135:4,8,22
135:23,25
136:9,14
136:18,24
137:8,13
138:7
139:2,17
140:9,13
140:17,18

141:13
142:5
162:10
164:11,15
165:17
168:25
171:17
172:11
173:3,5
175:5
196:17
197:12
202:16
204:12,13
205:4,6,10
205:17
210:6
211:23
212:2,11
212:14,23
215:12,13
220:15,23
226:8
229:15
230:2
231:4
232:6
252:5,11
252:12,17
255:10
256:21
257:2,4
260:7
265:18
266:3,12
269:20
271:18
274:25
275:21
279:23
**Nursing-**...
96:18
**Nutrition**
153:17
**nutritional**
231:10

_____
**O**
_____
**O** 3:2
**O-H-L** 176:23

**O2** 187:9,12
**oath** 3:18
 4:13 5:23
**obese** 45:9
**obesity**
 123:9
**object** 7:20
**objection**
 55:2,4
 93:3 100:2
 100:18
 103:7
 141:19
 150:22,23
 158:7
 159:24
 167:24
 169:22
 170:8,23
 171:8
 172:15,18
 174:7,11
 180:21
 190:2
 195:16
 196:23
 197:5,20
 198:9,15
 199:22
 200:23
 201:4
 205:22
 207:9
 209:13
 210:7,14
 211:21
 212:10
 213:24
 215:4,9
 216:5
 217:19
 218:2,12
 218:16
 220:16
 224:12,25
 225:10
 227:15
 228:5,8
 231:3
 232:7

 233:5,12
 233:20
 234:2
 237:16,19
 238:4,12
 238:19
 239:3,15
 239:22
 240:19
 248:16
 254:11,18
 255:20
 266:24
 274:14,15
**objections**
 3:11 4:18
**observat...**
 269:12
**observe**
 266:19
 269:8
**observed**
 268:24
**obstructive**
 49:13,19
**obstructs**
 49:22
**obtain**
 145:18
 146:19
**obtained**
 145:16
 193:9,11
**obtaining**
 128:13
**Obviously**
 11:10
 70:22
**occasion**
 79:17
 136:7
 256:5
 266:18
 267:7
 277:24
**occasion...**
 258:14
**occasions**
 79:20
**occur** 76:14

**occurrence**
 245:24
**occurring**
 184:3
**October**
 19:21
**offer** 231:17
**offered**
 271:19
**offers** 60:15
**office** 26:22
 85:4 86:16
 86:25 87:4
 87:22,24
 88:2,7,9
 88:14,16
 89:15
 91:10
 155:16
 178:22
 188:14
 197:8
 203:12,15
 204:10,11
 204:12,13
 204:22
 251:14,15
**officer** 3:17
 279:19
**officers**
 280:7
**Oh** 28:21,25
 31:9 57:5
 94:14
**Ohl** 176:23
 259:16
**okay** 6:13
 7:23,24
 9:10 11:17
 15:5 22:17
 26:22
 27:12 29:4
 31:16
 36:23
 41:21
 43:12 46:6
 46:13 47:2
 47:6 53:2
 56:5 57:18
 59:6 60:23

 62:10
 65:24
 67:25
 79:14
 83:12,13
 83:23
 92:17
 94:11 97:4
 98:6 100:8
 102:10
 106:18
 108:17
 109:16
 112:13,16
 113:8
 116:18
 122:19
 123:5
 126:25
 127:7
 137:21
 138:16
 141:9
 146:15
 154:9,16
 158:12,15
 165:9
 182:10,23
 183:15
 184:18
 185:9
 189:4,15
 191:4
 192:8
 193:20
 196:11
 201:6
 207:21,25
 208:4,23
 209:20
 210:3
 213:20
 218:6
 224:20
 234:23
 238:17
 244:17
 246:5
 247:3
 260:6,21

 261:15,16
 261:17
 264:8
 265:3
 272:22
 281:2,5,9
**Olivia**
 183:17
 205:16
 216:18
 217:21,23
 218:3
**on-call**
 33:22
 53:14 54:4
 54:15,24
 56:9,19
 58:24,24
 59:11
 68:12 72:5
 90:22,23
 90:25
 91:17,21
 95:12,14
 177:21
 178:7,13
 226:14,17
 227:6,11
 227:14
 228:7
 237:9,10
 237:14
 239:17,24
 239:24
 240:5,24
**on-hand**
 244:20
**on-site**
 68:20
**on-the-job**
 25:7
**onboard** 56:7
**once** 34:4
 64:19 96:6
 101:6,24
 106:16
 121:5
 122:5
 129:20
 130:14

184:22
245:8
oncoming
109:14
one-page
127:23
174:17
one-to-one
36:3,8
37:4,8,13
37:14,18
ones 34:15
38:8 49:19
117:19
127:11
259:21
ongoing
140:5
open 15:3
37:13 38:3
110:20
247:12
250:10
256:17
opened
250:10,24
opening
251:19
opportunity
64:20
opposed
105:12
139:16
opt 92:13
option 24:5
152:3
155:3
240:15
optional
60:15
options
151:24
152:9
OPW 34:25
53:24
OPWDD 12:14
12:17
13:13,19
14:5 26:3
31:2 35:23

53:4 59:17
59:20
60:11 61:3
62:25
63:23,25
69:12
91:22
103:16,23
110:14,17
112:24
113:12,14
122:13,14
124:15,22
131:18
153:9,10
168:5,6,11
196:6
208:3
229:16,18
253:20
258:21
259:2
279:20
283:10,11
283:12,13
283:14,22
OPWDD.DL...
111:6
Oral 1:14
order 18:11
18:24
19:13,16
32:23 33:4
33:8,11,22
33:25 34:5
34:9 36:20
37:6 55:16
55:19
82:15
152:7
211:15
252:22
256:10,17
ordered
31:24
123:15,16
242:17
252:16
ordering
152:5

orders 53:8
53:8,12
134:10
162:9
241:17,17
241:20,24
242:5,21
ordinary
214:22,25
organ 116:7
organiza...
71:18
organized
67:2
organs
162:23
Orthopnea
48:15
orthostatic
29:20,24
30:13 31:2
31:5,22
222:15
224:3
229:9
otoscope
89:13,20
ounces 35:8
35:12
outcome
284:17
outing 76:7
97:5 159:3
159:4,6
outset 83:8
outside
79:21
81:11 85:9
278:13
outstanding
150:25
over-the...
134:9
overall
26:12 39:7
70:24
81:23
93:10 99:2
185:3
234:6

241:15
overflow
185:7
242:15
overload
50:20
overly 192:3
overnight
87:19
oversee
129:5
258:7
overseeing
70:20 71:3
oversees
162:9
overstating
174:6,10
overweight
46:2,4
149:6
155:18
214:14
ox 25:21
oximeter
187:14
oxygen 25:15
187:15
————————
P
P 2:2,2 3:2
P-110 2:13
P-A-R-O-...
48:22
P-O-D-K-...
12:12
p.c 277:13
p.m 165:21
167:3
176:10,12
176:13,25
177:8
178:4
184:17
281:13
pack 242:13
242:14
248:18
package
249:11

packaging
158:2
packs 247:19
page 10:25
104:3
107:14
113:9
114:15
115:5
124:14,21
153:15
165:4,11
166:23
168:10
183:14,16
184:6,11
186:3,6,9
186:16
187:4
193:21
194:20
196:6,12
206:12,21
208:3,23
216:17
247:23
248:17
253:19
280:15
282:3,10
283:3
285:5
pages 179:20
206:15
paid 23:5
pain 57:5,6
132:6
173:23
183:19
235:6
pains 119:2
palpate
186:25
palpating
231:11
panel 163:5
163:10
panic 163:6
pantry 158:2
paper 41:14

97:20
190:20
232:19,20
249:3,4,9
**papers** 14:13
**paperwork**
185:7
**par** 60:22
**parameters**
55:18
134:7
**paroxysmal**
48:19
**part** 9:20
21:11 25:6
26:11
30:16,19
38:11 41:5
42:12,19
85:8 93:19
98:24
128:16
135:11
140:23
143:23
159:13
160:21
180:13
185:10,16
231:6,14
244:18
258:4
261:25
264:17
**part-time**
21:5 22:4
**participate**
76:22
276:9
**particip...**
4:7 83:4
**particular**
15:13
29:10
38:20
71:25 76:6
106:5
117:19
126:13
143:12

151:14
222:5
251:21
254:16
267:3
**particul...**
26:4,10
**particulars**
51:7 60:7
181:16
193:4
221:17,23
223:5
249:21
**parties** 3:6
4:16
284:15
**partner**
199:9
**parts** 103:16
**pass** 17:18
18:12
19:13
278:12
**passed** 19:23
79:7
**patch** 278:8
278:25
**patient**
23:17
26:19
28:13
29:10 31:6
37:7,10,23
39:8 44:3
44:17,24
45:20 46:8
52:13,13
53:17,21
56:17,22
77:19,21
87:19
107:11
120:15
133:20
135:5,10
137:9
139:6,11
139:15,21
140:9

141:25
143:13
149:22
192:6
200:21
202:6
246:7
249:19
**patient's**
24:23 26:8
26:15
28:17 31:5
33:8 38:13
38:21
45:24
54:23
56:11,23
58:4,5
104:17
115:10
120:10
137:5
138:20
139:2,5
142:3
145:23
205:4
**patients**
46:20 57:3
95:23
232:12,13
**patients'**
251:12
**patten** 39:20
**pattern** 40:2
46:18 47:4
**patterning**
47:6
**pay** 23:6
**Pearl** 2:12
**peer-to-...**
60:19
**pen** 248:2
**penalty** 4:15
6:6
**pending** 11:9
210:9
**pendulum**
190:7
**people** 11:25

23:19 24:5
27:9,10
35:24,25
36:3 49:10
66:20,25
71:5 72:8
73:15 74:2
84:18
92:11 99:5
102:4
103:14
110:9
111:9,12
116:20
118:23
121:8
123:10
138:10
152:19,20
161:8,19
161:21,23
173:8
192:5
203:9
209:6
232:18
234:10,19
234:20
276:21
278:2
**people's**
116:25
142:23
251:18
**percent** 35:9
45:15 49:4
57:13
82:16
224:16
275:12
**perfect** 15:5
158:18
**perform**
223:7
**performing**
141:17
264:13
**period**
177:11
**periodic...**

245:6
**perjury** 4:16
6:7
**permanent**
62:5
**person** 4:13
27:12,23
28:23,24
33:3 37:2
37:3,9,23
47:12
53:15
61:17
66:14,19
67:3,4,5
71:20
75:16
80:18,21
82:10
92:19
94:11 96:3
97:3 99:3
102:3
117:12
146:18
151:5
159:5,5
161:11,16
175:20,23
183:17
203:24
239:25
241:9
244:8
246:6
250:12
264:3,10
266:16
267:16,20
267:23
268:17
273:22
274:12
276:7
**person's**
27:11
29:15,17
47:9 77:17
97:21
126:12

201:17,19
274:22
**personal**
12:19,22
12:25 13:5
13:9 14:7
24:17
**personally**
266:19
**personnel**
90:9
**pests** 262:18
**pharmacy**
241:20
**phone** 8:13
8:14,15
9:9 11:5
11:14
12:20
13:10,12
13:23
78:24,25
94:23,24
94:25,25
95:4,5,6,8
132:25
133:4
178:16
197:4
199:11,12
201:23
202:10,13
202:24
203:4,15
203:16
204:5,7,9
204:20,22
279:23,24
280:14
**phones** 197:8
204:10
**photos** 247:4
247:17
**phrase** 27:4
32:18
152:12
276:3
**physical**
75:4 76:4
121:25

122:5
163:16
**physically**
4:9 78:21
95:15
177:23
178:2
267:14
**physician**
10:25
142:6
**physician's**
140:19
141:3,8
**physiology**
39:6
**picked** 23:8
204:25
**picture** 99:2
**piece** 41:14
171:5
197:25
198:7
**pieces** 81:3
**pill** 242:19
248:14,24
249:7,8,12
249:15
**pills** 244:6
244:9,20
248:9
**ping** 95:2
**pink** 251:2
**pizza** 152:6
**PL** 182:16,17
283:6
**place** 11:5
79:5 81:10
84:19
85:12
104:11,13
168:13
207:12
274:22
275:8
278:11
**placed**
153:24
221:17
**places** 131:5

131:6
278:11
**plaintiff**
1:6 4:25
5:16 14:24
73:6 99:10
102:15
105:3
110:18
112:25
122:15
127:24,25
128:2
145:6,7
153:11
164:16,17
164:18
168:7
174:17,21
179:6,8,9
182:15,18
229:19
243:10,12
243:13
246:21
247:7,8
283:3,3,5
283:7,9,15
283:23
**plaintiff's**
73:3
102:13
104:23
110:13
112:22
122:11
127:21
145:3
153:7
**Plaintiffs**
2:5 145:5
**plan** 10:9
36:25
80:11,12
93:21
108:4
109:9
122:23
135:21
166:18
226:7

258:10,11
278:11
**planning**
104:6,16
258:13
**plans** 95:18
140:17
171:17
266:3,9
275:20
**plastic**
248:25
**please** 4:20
6:21 7:22
12:11
201:21
208:2
235:11
**plus** 146:8
**Podkowka**
12:8 69:8
**point** 39:16
51:8 52:7
64:2 66:19
74:24 78:9
92:19
97:15,19
104:13
106:4
141:11
159:7
168:20
170:19
184:3
186:13
188:9,12
189:2
196:12
208:12,25
209:4
**points**
192:16,23
**policies**
103:14
**policy** 99:17
99:24
100:15,22
101:22,23
103:5,9
104:3,23

146:9
**PONS** 122:24
124:8,11
125:5,8
129:12
131:3,16
133:18
142:5
254:5
**pop** 75:22
244:12,13
244:13
248:14,23
249:12
**popped** 14:21
249:8
**population**
62:9,20,24
62:25
63:15
149:22
**portable**
89:17
**portion**
200:5
**pose** 7:20
**position**
23:6 25:8
30:5 31:17
62:4,5,7,7
70:23
241:8
250:13
264:4
273:7,8,9
273:23
274:2,12
**possibility**
37:22
**possible**
6:14
117:21
119:2
140:10
228:19
**possibly**
129:23
218:22
219:7
274:24

275:2,11
post 24:9
  36:13
posted 91:9
  91:10
potential
  130:12
  249:19
  256:13
potentially
  78:8
  130:16
  250:20
pounds 146:8
  147:9,16
  147:19,23
  147:25
  148:2,10
  148:13,17
power 263:18
practice
  16:25 17:5
  28:16 29:8
  29:16
  105:19,20
  108:21
  111:15
  137:7
  178:21
  248:13
practiti...
  10:22
  16:15,19
  16:22 17:2
  19:5,17,20
  20:7,11
  32:12
  51:12,16
  52:4 58:14
  68:16
  69:24
  90:15
  131:14
  144:4,14
  193:10
practiti...
  58:20
  68:19
preparation
  11:20

230:9
prepare 7:25
  11:24
  156:14,18
  156:22
prepared
  115:2
  156:10
preparing
  30:20
prescrip...
  235:6
  243:2
present 4:9
  75:7 77:21
  90:21
  117:4
  259:16
presented
  108:23
  181:25
  217:13
  219:24
presenting
  47:12
  56:22
  209:24
  213:7
  237:8
  239:4
pressure
  25:14,19
  25:20 27:9
  28:25 30:4
  30:4 34:4
  123:21
  126:10,16
  127:15
  128:13,21
  128:23
  129:9
  130:3,4,9
  130:10,11
  130:14,16
  130:19
  131:21
  187:9,18
  188:4,13
  188:15,17
  188:17,18

188:19,20
189:11,14
189:17,22
190:5,8,21
191:6,9,21
192:7
193:8
pressures
  128:7
  129:4,14
  129:19
  191:3,11
pretty 43:11
  54:18
  62:15 77:6
  79:2 87:15
  89:18
  101:18
  105:10
  117:24
  149:4
  188:3
  247:24
  264:2
  271:21
  272:4
prevent
  157:12
previous
  22:11
  26:24
  61:13
  87:11
  100:23
  107:22
  190:22
  212:19
  216:8
  218:23
  223:25
  241:24
  245:10
previously
  10:19 53:9
  55:9
  205:15
  214:2
  216:7
  221:9
  224:19

232:10
259:8
primary
  58:17
  59:12 66:2
  66:7 76:21
  92:18,19
  93:15
  123:18
  224:20
print 9:6
printout
  77:7
prior 24:21
  28:18
  29:15 50:8
  59:16 61:3
  61:5
  111:16
  137:8
  172:20
  206:2
  220:20,24
  259:24
  260:17
  270:16
privacy
  37:19 38:2
  38:3 263:9
PRN 55:23
  135:15
probably
  71:15
  134:3,7
  275:5
problem
  31:19 36:5
  36:5 42:8
  45:8 49:25
  118:13
  134:25
  154:22
  216:25
problems
  94:14
  161:21
  191:24
procedural
  246:2
procedure

36:12,13
246:3
248:23
249:14
process 61:9
267:17
processes
  43:11
production
  79:11
  82:22
professi...
  22:19
program 18:3
  19:8,10
  20:22 21:4
  84:25
  85:17
  86:18 88:6
  128:17
  166:4
  203:3
  271:11
prompted
  228:6
pronunci...
  48:19
proper
  104:15,18
properly
  97:9
property
  84:23
prostate
  228:23
prostatic
  228:21
protect
  278:3
provide
  92:16
provided
  216:18
provider
  10:23
  26:21
  31:25,25
  32:9,11,16
  33:8,12
  43:13 47:9

52:14,22
53:14,14
53:21,25
54:4,10,14
54:24 56:6
56:9,20
58:12,23
58:24 59:5
59:5 68:7
68:13,17
70:22
75:13,20
88:15
90:11
120:5,9,18
122:2
123:17
126:22,23
127:5,9,10
127:15,18
130:22
131:12
140:3
143:25
144:10,13
155:17
162:9,13
162:13
163:23
164:2,6
177:20,23
178:7,11
178:13
226:14,18
228:7
231:18,21
237:5,12
237:14
238:6,11
238:17,24
239:7,10
239:19
240:7
241:18
242:2,16
242:22
252:16
257:17,19
257:20
258:4

264:6,12
264:18,24
265:4
266:13
**provider's**
36:20
75:25
91:12
252:13
**providers**
58:18,20
58:21
59:10,12
68:9 69:5
70:9,16
75:7 91:6
257:10,12
257:15
263:5,7,17
265:10,17
265:23
**providers'**
9:19 10:20
**providing**
23:17
32:13
104:20
**psyche** 72:19
80:24 85:4
98:25
**psychiatric**
36:5,17
95:25
104:13
149:25
150:12,20
161:22
250:22
252:3
273:22
**psycholo...**
56:24
**psycholo...**
72:10 74:5
**Public** 1:17
4:3 281:20
284:4
**puffing**
214:18
**puffy** 132:14

133:13
**pull** 8:18
141:8
171:11,16
189:15
195:18
253:13
260:4
**pulled** 185:6
**pulmonary**
43:2 44:21
47:25 48:4
48:11,12
50:12,19
50:22
51:10
53:12
225:21
**pulmonology**
50:18 59:7
**pulse** 25:13
25:19,21
187:13
**purchase**
157:20,24
158:6
**purchased**
97:6 159:8
**purchases**
159:2
**purpose**
113:22
248:5
**pursue**
277:13
**pursuing**
24:14
25:25
**put** 28:5
35:23,24
36:2 37:7
99:6,8
100:18
101:15
102:11
104:11,12
109:12
112:22
128:24
130:8

136:9
154:4
155:23
164:11
165:17
171:12
189:17
210:5
211:3,6,9
211:13
218:3
221:14,20
222:2
227:23
233:23
236:21
243:8
253:14
256:11
270:8
276:11
**puts** 149:9
149:10
**putting**
34:16
127:22
137:25
138:2
**puzzle** 81:3

_____
**Q**
**qualify**
62:11
**quarter**
230:19
**quarterlies**
66:11,12
81:12
231:7
**quarterly**
9:24,25
66:9 73:22
76:11,23
77:8,22
78:11,15
79:3,12,16
79:21
81:20
82:19,23
113:25

114:12,20
140:25
229:7,14
230:2,10
282:12,13
**question**
3:12 6:20
6:22,23
7:4,7,20
7:22 28:21
44:6 46:5
51:4 55:7
59:19 70:8
70:13 76:8
93:7,8
94:18
98:15
99:21
100:13,20
100:21,23
102:23
104:14
105:6,24
106:7
110:11
124:13
129:7
141:9,21
144:24
185:14
193:7
196:2
198:4,17
200:2
201:10,11
201:13
207:5,6,16
210:16,19
231:19
235:13,16
235:18
238:21
243:4
256:23
257:14
260:24
261:13
264:15
269:7
277:19

279:11
**questioning**
11:12
261:20
**questions**
66:21,22
66:23
75:15,18
75:21,23
75:24 76:3
77:5,18,19
95:2
139:13
172:4
183:11
185:4
195:21
220:11,14
242:10
259:14
260:22
261:11
281:10
**quick** 77:16
99:22
110:10
154:20
250:11
259:13
**quickly** 31:8
253:14,14
**quiet** 86:12
**quite** 35:2
51:3 56:18
142:16

———————
**R**
**R** 2:2
**R-H-O-N-C**
42:6
**R-H-O-N-I-C**
42:9
**raise** 130:21
**ramifica...**
117:20
**ran** 58:22
189:10
**range** 190:7
191:3,6,10
191:15,18

**rash** 137:18
137:19
139:24,24
140:6
165:24
**rate** 25:19
25:20,22
28:5 30:5
187:15
**ratings**
192:6
**Ray** 68:23
90:13
166:2
258:3,7,9
**Raymond** 1:9
2:19 68:15
**re-weight**
146:10,16
146:24
147:3
**re-weights**
145:16
146:5
**reach** 54:14
91:12
95:12
**read** 165:20
166:11
192:20
200:3,5,19
200:24
215:18
217:11
274:25
**reader** 250:9
**reading**
84:16
146:21
148:9
189:23
191:4
192:11,12
192:16,17
193:8
**readings**
193:2
**reads** 196:13
217:13
**real** 280:8

**realized**
268:6
**really** 29:13
85:11
119:4
120:25,25
123:9
158:14
234:17
**realm** 35:2
35:23
**reason** 7:12
54:24
149:4
170:17
178:25
267:5
285:7,9,11
285:13,15
285:17,19
285:21,23
285:25
**reasonable**
78:23
**reasoning**
103:17
150:15
251:8
**reasons**
95:20
285:4
**reassess**
55:20
**recall** 60:13
63:14 68:3
78:10 83:3
174:5,9,13
182:23
183:3
195:10
209:14
221:25
229:8
236:19
268:21
**receive** 13:5
13:9 17:16
25:2,23
26:2,6
30:13,25

38:15 43:5
43:8,17
52:12
59:14,17
60:10
111:9
135:9
136:5,8
263:19
**received**
15:22 16:3
16:25
18:15 25:4
39:14,15
42:21,25
66:15 75:9
133:3,17
173:13
195:7
230:12
244:9
248:21
272:15
**receives**
251:21
**receiving**
74:2
207:23
**recess**
112:19
158:20
236:9
259:12
**recognize**
15:10
102:20,24
113:5,6
122:20
128:4,6
145:10
174:25
179:13
182:21
204:7
229:22
243:17,21
243:23
247:16,18
**recollec...**
154:7,14

181:19
186:22
211:25
218:4,7
253:7
**recommend**
163:19,22
**recommen...**
121:5
253:25
254:10
**recommen...**
123:13,17
253:22
**recommended**
254:2
**record** 4:22
5:15 10:11
10:13
112:18
113:11
126:12
129:24
134:13
165:20
242:7
259:10
284:11
**recorded**
183:4
**recording**
123:20
**records**
28:12 52:9
**recreati...**
75:4 86:8
**rectangular**
84:24
85:11
**red** 162:19
165:24
248:2,21
**redacted**
209:3
**reduced**
153:20
**refer** 49:6
52:13,13
52:22
53:20 59:4

63:8 85:19
128:18
140:14
231:17
244:3
257:4
**reference**
25:17 52:8
94:10,17
144:22
209:25
216:14
242:9
248:17
**referenced**
60:5 107:2
206:21
257:5
271:2
**referencing**
25:18 65:9
103:20,20
247:23
**referral**
54:3
**referred**
28:21
218:23
**referring**
58:13,16
58:23
65:19
68:18
110:24
186:7
189:6
206:2,11
210:21
216:19
262:11
**refill**
242:12,20
**refills**
242:16,17
242:18,21
242:23
**reflected**
136:18
137:15
275:9

**reflecting**
79:5,12
282:11
**refresh** 49:4
154:7
181:18
**refreshed**
154:13
**refreshing**
188:11
**refriger...**
157:19
**refriger...**
157:23
**refriger...**
87:9
**refriger...**
157:16
**refusal**
246:12
**refuse**
245:21
**refused**
246:7,17
**refuses**
146:18
**regarding**
12:2 13:6
13:10
109:8
207:23
211:2
231:5
259:6
266:3
**regards** 93:8
108:22
213:7
221:6
241:14
269:2
**registered**
16:21
17:10,25
19:25
24:21 25:5
26:6 30:12
30:20
31:20,23
32:15

38:11
42:13,16
42:20,23
43:3 50:7
50:10,11
50:14,23
52:11
54:11,17
88:3 193:3
193:6
**regular**
81:11
142:22
152:18
251:25
263:14
264:13
265:6,7
**regularly**
108:7
140:23
**rehab** 74:7
**rehabili...**
74:8,22
**relate** 14:13
**related** 81:6
82:22
118:2,3
153:17
254:6
282:13
284:14
**relating**
143:12
**relatively**
253:14
**relaxed**
49:20
**relayed**
196:15
**relaying**
23:24
**relevant**
44:2,16,19
45:2,16,19
45:22 46:7
46:10,11
115:21
141:4
171:5

213:22
216:4,6
219:21
233:25
**relied**
141:17
**rely** 95:21
129:2
**relying**
28:12
**remedy** 80:4
**remember**
18:4,22
26:4,9,11
28:22
30:18 31:3
38:23 50:6
51:7 52:6
60:5,6
62:3,17
63:10
67:11,22
74:6,16,20
74:24
76:15
78:12 83:6
97:25
100:22
120:11
127:14,17
131:2
160:2,10
160:18,19
163:18,25
164:4,5
167:14,20
167:25
169:19,23
170:4
172:23
173:19,23
174:8,12
181:6,8,11
181:16
184:4
193:4
195:17
197:2
199:3
200:8

207:20,23
208:19,22
210:2
213:13
220:3,6,9
220:21
221:16,22
221:23
222:23,24
223:5
225:22
230:16
231:16
232:2
235:23,24
236:2
237:24
238:2,3,5
238:7
257:3
259:19
260:16,20
267:3,20
267:21
271:9,11
272:7
276:2,19
**remembers**
196:3
**remembrance**
262:10
**remind** 50:3
**remorseful**
268:8
**remote** 11:4
**remotely**
4:11
**remove** 11:14
**removed**
269:9
**repeat**
102:23
**rephrase**
44:6
141:24
256:23
261:14
264:15
265:20
**replace**

```
258:9              reporting          requirement        response           22:11
report 66:11       1:25  4:10         18:4,8,18          10:18 24:8         23:17
 81:21              4:19  58:4         18:20,21           57:12             283:17
 82:10,12           58:6 124:2        264:22             96:19             retaining
 82:13,18           131:4             265:3,8            134:23             163:12,17
 82:22              198:21           requirem...         135:3             retention
 109:12,20          240:23            17:24 18:3         261:19             162:2,7,15
 110:4,8,25        reports            19:6,7,9           272:3             retiring
 111:10,16          23:25,25          19:11 20:3         278:14             258:5
 111:25             66:9,12,18        20:9              responsi...        return 166:3
 114:25             81:23 82:4       rerouted            23:14,15         returned
 115:3              109:13            280:3              93:15              227:8
 131:6,7,19         110:6            rescinding         responsi...        revealed
 132:13             112:6            64:8               71:9 93:20          53:18
 133:3,17           113:7,25         reserved           103:18            review 8:16
 133:19             132:22,24         3:12               104:5             9:5,12
 135:9,12           135:20           resident           241:11,14         11:18
 135:19,21          136:17            238:15            242:24            28:18 29:3
 141:2              138:14           residential       266:8,12           63:16
 168:4,10           172:21            85:14 86:2        274:11            66:13,14
 170:2,6            173:2,6,7        residents         responsible        77:8 82:15
 171:18             215:18,23         144:13            66:17,18         98:11,14
 172:11             218:23            156:7             71:24             98:18
 173:13             229:7            resign 63:25       92:23 93:2        102:22
 178:20,22         represent        resignation        224:21           111:16,19
 192:17             5:15 183:9        64:4,9            241:2             112:5
 195:7              253:23           resolve            265:17            114:17
 198:24             261:9             101:11           rest 121:7         122:17
 205:16            request           141:11            167:19            125:16
 207:23             78:23            resolved           194:6            137:8,12
 216:18             242:20            115:17           restate           137:20
 217:21,23         requested        resources          198:3            141:2
 226:14             200:5            278:2,3,23        231:19            142:7,8
 253:13            requesting        respect           279:10            143:12
 278:23             239:8            47:10             restaurant        153:2,13
 282:13            requests          241:12            151:19            162:13
reported            78:23            263:8             restored          164:22
 106:16             232:11           264:23            276:24            165:2
 139:21             282:9            266:8             restricted        219:16
 140:8             require          respective         152:17            220:19
 167:21             75:25            3:6               restricting       229:6
 181:21             171:18          respiratory        45:14             230:10,11
 196:16            required          24:3 25:22        restroom          231:8,8,9
 199:4              19:15            141:6             83:10             241:21
 210:3              133:19           respirat...       results 37:8      245:6
 255:9              172:10            207:22            162:11,12        255:13,16
reporter            254:5            215:15            163:11            reviewed 8:4
 1:17  4:6          255:5            respond 24:8      r sum  14:23      10:2 98:23
 6:11,22            265:11           responded         15:9 16:9        99:4 125:5
 200:19             278:12,18         270:5             21:20            125:9
```

131:17
140:23
141:15
161:25
205:15
230:8
238:24
245:8,11
**reviewing**
139:2
189:8
207:10
215:11
230:7
257:8
**reviews** 9:25
**reweigh**
148:13
**reweighed**
148:12
**rewritten**
241:18
**rhonchi**
40:19,21
41:16 42:3
42:4 52:25
**ride** 190:8
**Ridge** 59:11
63:20,23
65:2,7
66:3 67:21
68:5,7,20
69:2 70:6
72:2 84:7
84:8 89:23
90:4,11
91:2 92:2
103:15
108:8,14
122:4
143:19
144:12
147:6,19
152:19
155:8
156:7
173:21
203:9
204:2,5
238:16

248:13
249:24
255:19
257:2,11
257:19,23
261:21
263:8
269:20
272:10
275:25
279:19
**right** 5:11
12:17 16:7
17:10 19:2
22:21
28:13
32:16
37:24 43:3
44:12
50:12,16
51:16 57:3
59:21
60:24 62:3
63:7 67:18
69:3 73:22
76:12,22
76:23
78:16 86:4
91:6,6,13
92:21,25
95:19,23
95:24 98:8
104:20
107:5
108:14
112:11
116:3
120:6
124:11,12
124:19
125:2,10
125:13
130:19,22
131:21,24
132:3,6,8
132:10,14
132:17,20
135:23
136:25
139:9

140:9,14
140:20
144:2,5,14
144:18
147:6,9,12
147:12,16
147:19,19
147:23
148:3,6,10
148:13,17
152:21,25
155:12,14
156:20,24
157:3
158:11
159:15,16
159:19
161:13,14
161:17
165:17
167:19,23
169:8
170:22
171:7,20
171:22,24
172:8,13
172:17
173:23
174:14
175:8,11
175:14,24
176:7,16
177:3,5,9
177:13,16
178:4,5,18
179:23
180:2,6,10
180:14,17
180:20
181:15,23
182:2,5,8
182:12
183:7
184:9,19
186:19,23
187:2,6,19
187:22
188:2,9,11
189:4
193:21,25

194:4,7,10
194:13,17
194:25
195:4,15
195:25
197:12,18
198:2,8
200:13
203:24
205:7,10
205:21
210:6
212:9,25
213:8,17
213:18,21
213:22,23
213:25
215:3,21
215:24
217:25
218:10
219:4,6,11
219:16,20
220:15
221:3
224:11,21
224:22,23
225:5,9,16
225:17,17
226:2,5,10
233:11
236:7,12
236:15
237:2,15
238:18
239:2,14
239:21
240:4,15
240:18
243:19
244:22
247:15,21
249:10
252:19,23
255:7,10
258:2
260:2,8,12
262:25
263:25
264:2

273:8
274:13
275:16
**rights**
220:11
**rings** 203:18
203:20
**risk** 36:4,11
117:13
**river** 156:4
**RN** 17:3
18:14,19
18:24
22:10 43:8
69:21
91:11
101:17
120:6,14
130:17
131:6,10
138:24
141:18
168:25
169:8
174:23
177:4
193:13
210:23
225:15
226:20
236:24
240:16,22
241:12
**RNs** 67:21
91:6 143:8
175:6
**road** 156:5
**Robitussin**
194:3
211:14
**rocky** 268:15
**role** 225:15
257:23
**roles** 75:2
**roll** 87:3
**Rollie** 74:15
74:21
**Rome** 69:10
**room** 4:10
37:17 59:2

Page 326

86:7,7,8,9
86:11,13
87:14,15
89:16
156:12
157:12
237:11
264:8,13
264:19,24
265:2
269:9
279:6
**rooms** 251:12
251:18
262:14,17
262:19,19
262:25
**rotate** 72:4
**rotation**
91:3,5
**rough** 27:7
35:10
268:13
**roughly**
23:16 52:2
**round** 85:16
**rounds**
184:19,21
185:11,16
185:20
**route** 91:20
203:4
**routed** 203:5
204:21
279:18
**routine**
116:16
121:9
127:2
143:5,8
162:8
170:15,25
184:24
188:3
189:13
**routinely**
33:19
98:12
108:13
121:4

143:21
**routing**
203:23
**row** 32:3
**Roy** 74:4
166:14
**RQ** 79:10
82:21
**rule** 11:3
**rules** 5:18
261:12
**rumor** 253:5
**run** 27:8,9
27:10 77:8
129:14
163:7
189:14
190:16,17
250:7
**rundown**
84:14
**running**
97:19
127:2
242:14
**runs** 27:13
27:15,24
28:23
143:23
241:16
**Ryan** 2:22
5:2 8:4
9:3 279:2
281:9
**ryan.hic...**
2:23
─────────
**S**
**S** 2:2,12 3:2
3:2 4:2,2
**safe** 76:8
85:25
250:13
256:11
264:4
273:7,8,9
273:23
274:9,12
277:7,9,12
**safety** 203:2

203:21,22
250:7
251:25
263:14,20
263:22
264:13,17
264:23
265:6,7,13
273:16,20
278:6,7,10
278:12,16
279:19
280:4,4,7
**salt** 57:24
118:2,6,11
118:22,24
119:13,25
234:4,9
**Sam** 2:7 5:14
83:15
154:18
**sandals**
146:12
**sandwich**
152:3
**sat** 18:25
187:12
268:7
**satiety**
151:4
**satisfies**
133:10
**saturation**
25:15
187:12,16
**Saturday**
176:6,15
**save** 273:19
**saw** 54:21
159:14
180:24
181:13
182:4
185:9,10
185:13,15
185:16
200:16
213:3
215:6
252:21

260:14
269:12
270:10
274:18
275:14,17
**saying** 33:15
34:9 54:20
56:14 79:8
101:16
130:6
133:24
158:4
165:23
168:22
173:8,8,9
199:11
235:9
237:24
239:19
276:16
**says** 28:25
67:4
103:18
107:15
124:9
131:5,7
153:20
165:22
167:3,3,6
168:20
175:15
176:9
183:18
205:24
208:12
248:20
253:25
**scale** 57:6
146:19
**schedule**
21:18
65:10,19
67:24 91:4
91:5,8
122:6
174:23
175:5
178:11
257:4
**school** 21:15

21:18 22:3
62:2
**schooling**
23:10 25:5
62:10
**science** 16:4
**sciences**
15:23
**scoop** 173:11
**score** 18:9
18:11
**scoring**
19:12
**screen** 28:24
121:6
130:12
**screening**
121:4,10
**scroll** 113:8
113:13
**s** 72:3
104:12
115:21
**sealing** 3:7
**search** 13:25
**second** 22:18
100:4
107:14
125:8
164:21
181:17
184:11
189:23
211:10,11
211:11
217:9
244:8,11
244:15
250:11
259:11
270:20
**seconds**
263:25
**secretary**
175:6,13
175:16
**section**
15:20
153:16
251:7

**secure**
240:10
**see** 6:17
8:17 9:15
9:19,21
10:16,17
14:19
26:19 29:7
30:3,5
31:18 32:3
34:16
37:21
40:17
43:12 52:9
53:6 54:5
56:6 59:7
59:8 63:17
73:8,10,16
74:4 81:10
89:15
99:12,18
107:18,21
113:3,4,14
114:14,15
115:7
118:12
119:4,14
120:24
122:5
123:8
124:6,15
124:22
125:17
126:25
127:7
129:11
134:4,11
134:12
136:2
138:16
139:15
141:13
142:11
149:23
153:17,19
153:21
155:17
161:4
163:20
165:3

167:4
169:3
170:11,18
183:24
188:5
190:19
194:22,23
196:19
206:22
208:17
209:7,8
218:24
223:4,16
223:19
229:7
231:21
236:15
237:5
239:19,21
240:7
246:23
247:22
248:2,4
251:17
254:7
261:17
268:5
**seeing** 26:21
37:2 43:14
80:19
139:6,7
142:19
147:10
164:5
181:6,8,10
181:11
188:10
213:25
214:2
226:15,16
240:2
253:8
270:17
**seek** 277:2
**seen** 10:23
22:2 103:3
103:9
133:14
140:3
141:10

154:10
164:23
165:22
166:2
167:12
173:11
182:22
192:4
197:13
198:18
200:15
210:9,18
213:25
214:2
215:23
216:8,21
225:14
234:18
237:12
243:22
259:25
**self** 132:20
250:21
273:23
**self-inj...**
36:16
**semester**
21:8,9
51:19,21
54:9 92:10
92:13
280:5
**sending** 59:2
59:3 92:11
**sense** 27:17
105:16
138:25
139:4
142:2
**sensory**
86:13,14
**sent** 111:4
162:10
183:19
276:23
**sentence**
181:17
**separate**
34:6 86:25

88:16
178:9,10
270:25
**separated**
87:23
**September**
10:5
**serious**
53:19 54:8
**serve** 102:3
256:4
**serves** 63:2
**service**
10:10
91:19
93:21
122:24
171:18
266:4
**services**
95:19
104:4
135:22
140:17
226:8
275:21
278:9
**Sessions** 1:8
2:12 5:7
261:9
**set** 25:21
26:24
28:11
76:11 86:5
134:4
170:10
195:22
257:25
277:9,25
278:5
284:9,19
**sets** 27:21
141:14
**setting**
34:25
276:22
**seven** 34:10
**severe** 117:8
117:11
**severity**

278:20
**shaking**
251:3
**Shapiro** 2:7
4:24 5:10
5:14 15:6
48:21 73:2
79:10
82:21
83:17,24
84:4 99:6
100:6,11
102:11,18
103:10
104:22
110:12
112:13,18
112:20
113:10
122:10
127:20
145:2
153:6
154:3,6,12
154:22
158:15
164:13
168:2
172:3,5
174:16
179:4
182:14
184:12
186:7,8
195:20,24
199:24
201:3,9
205:25
206:8,11
206:12,16
207:13,15
229:13
235:12,17
236:7
243:6
246:19,25
247:4
259:10,13
260:21
266:24

**send** 13:4,8
92:13

**sending** 59:2

272:24
273:4
277:16
279:2,5,9
281:7
282:4
**share** 9:3
88:13
**sheet** 79:7
79:11
81:18  98:4
244:2
246:14
273:11,17
282:11
285:2
**sheets** 72:9
98:7
129:25
274:5
**shift** 21:17
35:25
36:22
65:12,22
71:4  85:6
96:6,6
109:12,14
109:20,21
110:4,6,7
110:24
111:15,16
111:20,23
111:23
112:5
138:14
176:3,20
176:25
177:8
184:22
195:13
218:23
241:10
244:4
279:23
280:10,11
**shifts**
256:16,18
**shoelaces**
273:12
**shop** 114:6

**short** 46:4
46:15
214:17
255:19
256:20
257:2,9,11
**shortened**
252:2
**shortness**
43:22  44:3
44:10,15
44:17,25
45:6,10,17
45:20  46:9
46:12,19
47:10
55:11
106:13
132:2,8
133:23
171:22
225:25
**shot** 114:2
**shoulders**
222:9
**show** 72:23
162:14,20
162:21
202:2
**showed** 177:5
177:7
205:20
213:10
220:18
**showing**
124:8
154:6
248:18
**shown** 225:12
248:25
**shows** 47:5
145:15
146:7
225:4
**sic** 108:3
**Sid** 74:13
**side** 39:21
39:22,25
65:15,16
87:5  88:7

88:9  150:6
150:13
189:12
243:19
249:5,19
**sides** 249:4
249:10
250:17
**sidewalk**
85:20
**sight** 11:6
**sign** 242:4
245:20
246:10,11
276:8
277:4
**sign-in** 79:6
79:11
81:18
282:11
**sign-on**
81:17
**signaling**
50:3
**signature**
124:16,23
166:5
179:19
245:23
**signatures**
245:25
**signed** 3:17
3:19
124:18,25
245:11
**significant**
147:2
170:7,21
172:12,16
**signings**
25:11
**signs** 23:23
24:24  25:9
25:12,18
26:3,8,15
26:17,24
27:8,22
28:12,17
28:18  29:7
29:16,21

29:24,25
30:14  31:2
31:5,22
33:2,9,12
33:14,19
34:2,17
35:20  79:8
94:13
119:5
128:15
134:4,5
136:13,17
136:21
167:8
222:16
227:3,9
229:9
239:5
250:25
251:4
**similar** 49:5
98:4
214:25
**Similarly**
55:22
**simple** 89:14
94:8  96:24
**simpler** 94:2
123:4
256:24
**simply**
264:19
**single** 87:8
88:14
129:13
211:4
**sink** 87:9
**sinus** 182:2
211:2,5,7
211:19
212:13,20
214:15
216:24
217:8,14
**sinuses**
134:2
**sit** 18:24
19:6,16
**sitting**
26:13,16

28:7  30:2
30:8  78:14
107:23
157:9
160:15
174:13
181:4
185:23
203:17
211:17
250:15
**six** 66:24,25
148:3
253:25
**skills** 74:10
**skim** 138:15
**skin** 251:2
**skip** 35:16
35:17  89:4
**sleep** 49:6,7
49:8,9,14
49:15,18
49:20  50:4
50:5  86:4
**slides** 49:21
**slight**
114:13
**slightly**
63:13
65:25
144:17
207:5
**slope** 214:12
**slot** 61:20
61:23
**sluggish...**
117:5
**smack** 250:16
**small** 87:7
90:2
**smoke** 46:14
46:16
262:6
**smoked** 262:9
**smoker**
214:14
**smoking** 28:4
227:22
274:21,23
275:2

**SMT** 166:3
**snacks** 35:17
**snap** 114:2,6
**snapshot**
  22:7 77:17
  141:3
**Snickers**
  158:13,14
**snore** 49:10
**snoring**
  49:23
**snow** 146:11
**social** 72:11
  72:20
  73:20
  80:24
  81:14,15
  81:25 85:4
  98:25
**sodium**
  119:17
  162:21
**sole** 144:12
  257:18
**solely**
  130:11
**solve** 116:24
**somebody**
  26:21,25
  27:15 30:7
  33:17
  34:16
  36:10,13
  45:3,9,25
  46:3 49:10
  52:23,24
  55:10
  58:17,25
  61:21 76:3
  80:9 86:11
  94:4 98:16
  98:19
  146:6
  199:8
  211:2
  244:12
  248:8
  252:8
  255:2
  273:16

276:10
278:20
**somebody's**
  29:25
  34:18
  39:17
  135:13
  273:15
  280:13
**someone's**
  27:19
  39:14
  150:18
  229:10
**someplace**
  76:7
**son** 1:5
  199:12
  202:4
**sorry** 13:15
  20:23 21:2
  38:4 42:6
  91:15 93:5
  94:25
  113:11
  125:19
  147:11
  148:9
  154:17
  169:10
  177:22
  185:14
  197:21
  206:16
  207:10
  240:21
  254:19
  259:7
  265:21
  270:19
  272:24
  277:19
**sort** 6:14
  8:22 11:6
  24:7 27:2
  32:4 36:4
  36:10
  40:20
  47:11 52:2
  70:16 74:3

76:4 79:18
79:24 81:6
82:2,5,18
96:18
104:9
105:12
106:17
189:9
202:18
209:17,19
232:14
**sorts** 108:4
**sound** 40:21
  40:22,25
  41:13,18
**sounded**
  55:21
  98:21
  270:25
**sounding**
  53:2 134:3
**sounds** 227:4
  227:5,10
  238:22
**space** 85:4
  86:16,25
  87:4,8,13
  88:7 91:10
  158:3
**spanking**
  138:17
**spans** 10:12
**speak** 9:7
  82:15
  89:12
  91:17
  143:22
  178:15
  181:7,9,14
  181:19
  193:14
  204:15
  211:22
  216:22
  222:5
  224:14
  262:15
  275:17
**speaking** 6:6
  32:22 83:2

204:18
**speaks**
  201:23
**special** 81:6
**specialist**
  74:22
**specialists**
  74:9
**specialties**
  59:9 77:11
  114:21
**specialty**
  59:3
  114:23
  157:23
**specific**
  97:23
  202:23
  236:2
  241:5
**specific...**
  83:2 88:23
  159:10
  193:5
  195:4
  196:8
  203:13
**specs** 74:8
**spell** 12:9
  12:11 42:4
  48:21
**spelling**
  42:6
**spend** 38:24
**Spina** 74:4
  166:14
**spoke** 12:2
  113:19
  168:25
  196:14
  216:23
**spoken** 202:8
**sports** 85:24
**spot** 62:2
**spurts** 160:7
**squares**
  245:12,14
**sshapiro...**
  2:8
**stable**

109:18
167:9
**staff** 23:24
32:25 35:5
36:2 37:4
37:9,23
61:11,13
70:6,6,10
70:15 71:3
71:6,6
94:2,7,9
95:11,21
96:15 98:8
101:4,9,14
103:19,21
107:16
123:4,13
128:12,14
129:3
131:19
132:12
136:16
142:11,18
142:21
143:4,11
143:25
144:9,13
145:18
146:14,19
156:10,14
158:4
168:18
172:11
173:14
177:25
182:7
195:12
198:6,13
198:20
202:2,3,8
202:8,16
208:10
218:20
236:14
240:14
241:4,5
242:9
244:4
245:2,11
245:15,17

245:19
248:23
252:5,5
254:3,6,15
255:5,10
256:7,8,9
256:11,17
256:18,21
257:2
259:23
265:4,19
266:13
267:5,21
267:22,24
273:6
274:10,16
275:5,20
**staffed**
257:2,9,11
**staffing**
255:19
256:20
**stamp** 99:15
127:23,25
174:18,20
283:21,23
**stamped**
15:14 73:4
73:5
102:14,19
104:24
105:2
110:14,17
112:24
113:12
122:12,14
145:4,6
153:8,10
164:16,17
168:5,6
179:6,8
182:16,17
229:16,18
243:10,12
246:21
247:7
283:3,5,6
283:7,9,10
283:11,12
283:13,14

283:15,18
283:19,22
283:24
**stand** 31:8
**standard**
19:12
187:24
188:13,16
188:22
**standards**
189:7
**standing**
30:2,8
44:4 53:7
77:17
**standpoint**
34:11
231:10
**stands** 34:5
85:21
108:10
167:8
**start** 9:12
20:22
39:18
111:20,22
112:21
127:5
139:12
173:4
192:24
**started** 5:18
20:25
51:15
58:19
59:20
60:17
111:15
218:15,18
257:16
**starting**
59:24
251:9
**state** 1:18
2:18 4:4
17:4,5
49:20
113:10
116:6
121:6

167:14
201:12
270:6
284:5
**stated**
168:21
206:25
236:24
**statement**
104:3
170:25
180:23
181:3,18
217:6
218:4,7
233:7
**statements**
11:19
**states** 1:2
209:4
**stating** 4:21
34:2
209:23
239:25
**statistics**
52:6
**stats** 187:9
**status** 23:10
36:3,8
37:8,18
77:17
277:13
**statuses**
276:15,16
**stay** 193:24
256:19
**stayed**
150:19
**stays** 150:18
**step** 39:22
75:20
214:8
**Stephanie**
269:22
270:2
**stepped**
214:6
**stepping**
221:11
**stethoscope**

40:6 89:13
221:9,14
221:18,20
222:2
231:13
**STIPULATED**
3:4,10,15
**stock** 244:6
**stop** 34:9
49:12
**stopped**
249:20
**stopping**
157:8
167:19
**storage** 87:7
157:24
**Street** 2:12
**stress** 149:9
149:10
190:11
**stressors**
28:7
**strictly**
106:24
**strike** 13:17
59:15 60:9
70:3
158:23
199:18
203:7
204:3
**strongly**
263:3
**struggle**
160:5,14
**struggled**
160:11,20
**student** 21:5
22:16,17
22:25 23:4
23:4
**studies** 23:5
**study** 193:10
**stuff** 22:8
52:21
70:21 75:5
84:11
87:11,12
93:10 97:7

97:12
98:17
104:11
106:17
120:14
134:10
138:13
141:22
152:8
161:8
185:8
**stuffy** 134:3
**style** 96:22
**subject**
73:21
99:17
258:21
**subjective**
56:11 58:4
58:6
**submitted**
10:19
20:17
**Subscribed**
281:18
**substance**
269:25
**subtracted**
77:15
**sudden** 27:13
27:16,24
170:16
171:3
**suffer** 50:5
**suggest**
153:23
164:2
**suggesting**
164:6
279:9
**Suite** 2:13
**Sullivan**
166:6,9,21
**sum** 269:24
**summary**
168:12
196:8
208:6
209:2
**Sunday**

176:15
177:16
240:16
**SUNY** 38:19
**supervisor**
12:3,5,7
60:20
69:16,17
70:20,21
70:25  71:3
175:10
195:13
**supervisory**
36:2,21
71:5,9
**support**
36:25
80:11,21
104:16
**supports**
104:6,10
**suppose**
115:10
**supposed**
101:4,9
105:19,20
114:9
121:13
131:19
132:13
135:21
137:25
138:3
246:14
**sure** 29:6
32:7  34:19
41:2  60:21
69:7  84:3
103:8,13
103:17
123:21
162:12
193:23
206:6
241:21,22
242:5
244:8,12
245:11
248:9
250:12,14

250:18,19
258:18
264:16
273:21
275:12
**surmise**
211:8
248:7
**swallowing**
60:6
**sweat** 251:3
**swelling**
48:7  50:20
223:17,20
**swing** 189:13
189:21
190:5,23
190:24
**swiped** 250:9
**switching**
64:15
**swollen**
163:21
**sworn** 3:17
3:20  4:3
218:4,7
281:18
284:9
**symptom**
43:23
44:11
47:15,21
47:24  48:4
48:8  49:16
94:12
228:13
**symptoms**
43:6,9,12
43:18  44:9
46:21
52:17
53:18
55:22,24
115:17
117:7,8
119:5
120:24
121:2
141:7
213:8

225:20
237:8
238:24
239:4
**synopsis**
110:2
**Synthroid**
116:14
**syrup** 134:9
196:18
**system** 71:18
119:8
**systems**
114:18
149:10
**systems-...**
71:18
**systolic**
191:21

---
**T**
---

**T** 3:2,2
**table** 87:8
222:19
235:16
**tabs** 252:8
**take** 6:21
11:5,10,13
17:15,21
18:10,18
19:19  21:9
24:23  26:7
26:15,17
28:2  29:25
31:4,22
33:8,12
38:20
56:10
57:17  58:5
64:17
79:14  83:9
99:22
100:3,4
110:11
112:13
123:14
127:6
128:15,22
129:3
155:20

158:15
190:15
194:3,7
206:7
207:25
213:5,9,11
214:8
222:15,21
235:10,20
236:8
252:13
257:6
263:24
**taken** 52:5,7
81:20
112:19
121:14
129:19
130:5,14
158:20
213:14
234:3,8
236:9
259:12
**takes** 136:12
136:16
**talk** 6:24
17:8  21:20
67:4  72:25
77:13  84:5
97:4  143:4
237:23
238:6
267:8,9
269:11
**talked** 90:7
140:16,17
140:18
198:12
225:19
236:17
**talking** 35:4
83:15
133:8
154:18
198:11
202:2
214:13
**talks** 199:9
**task** 170:15

170:25
**teach** 155:25
**team** 24:3,8
36:22
71:13,17
71:21,24
72:11,15
72:16,17
72:22  74:3
74:14
75:12  76:5
77:18  78:5
79:18  83:4
110:8
111:11
148:20
159:14
160:22
162:6,10
163:15
254:2
269:20
280:12
**technical**
120:12
**technique**
221:10
**techniques**
80:8,12
**telephone**
33:22
**tell** 5:23
8:22  15:2
21:23
32:25
39:13
40:11  52:2
57:21  66:5
70:17
73:25
78:17  84:7
86:22  94:6
99:22
113:3
118:23
122:18
133:22
134:18
155:18
162:25

```
165:2              106:21            281:6             104:9             176:7
170:2              107:24            theoreti...       121:19            257:24
178:6              120:12            274:7             142:17            thyroid
180:17             212:17            thereabouts       165:24            116:7,8,11
187:9              terms 32:8        92:5              171:14            117:3
188:7              90:9              theres            177:15            tied 250:18
191:9              139:21            155:15            178:25            273:11,12
199:10,19          263:18            thicker           187:11            time 3:13
200:6              test 17:15        41:23             195:24            7:19,19
201:7              17:21             thing 10:17       198:16            18:14
202:3              116:23            83:7 89:21        206:4,8           21:11
221:5              testified         93:13 96:2        213:15            22:24
231:23             4:4 200:25        96:23             232:24            23:20
232:19             213:16            112:4             247:6             24:15,17
270:9,15           262:3             121:18            253:16            26:17
telling 54:5       testify 7:13      140:5             264:16            31:13,14
57:15,16           7:16 201:5        149:6,15          265:25            35:13
133:25             201:7,17          149:23            266:4             37:17
137:18             testimony         187:12            269:6,22          38:25
198:22             4:15 50:8         198:21            274:25            46:13,17
199:14             173:24            207:22            275:4             51:2 52:15
208:20             174:14            244:16            279:8,12          52:16
tells 7:21         200:19,24         things 28:3       thinking          54:21
124:2              201:16            32:20 35:3        115:12            57:23
temperature        206:2             49:9 77:15        third 217:10      61:24
25:16,20           216:13            78:5 86:14        thought           62:16 63:4
temporary          238:23            95:19             71:15             63:5,11,12
61:7,19            263:23            102:6             98:20             63:13,22
62:2               264:16            119:3             201:16            64:11 65:8
ten 67:13,17       266:2             123:23            270:16            65:9,11
143:17             279:15            124:5             thoughts          66:16
173:22,23          284:8,11          134:12            36:24             73:19
192:16             testing           141:4             threat            74:15,17
256:8              52:21             149:17            256:13            74:24 75:2
ten-minute         text 11:8         157:18            three 9:24        80:15 83:9
92:5               texts 13:8,9      159:21            35:12             83:15
tended             thank 6:18        161:18            66:10             84:18
189:14             11:2,17           162:23            70:17 96:7        89:12
tendencies         82:25             184:3,25          113:25            97:15
266:17,20          100:8             185:3             114:4,22          111:17
tendency           154:24            227:24            210:25            112:14
268:18             158:18            232:17            211:14            126:17
tends 190:8        201:4             271:24            244:13            130:4
term 25:10         261:2             think 34:14       three-month       135:5,9
32:9,10            272:23            35:7 38:6         66:13             136:2,12
41:9 48:14         277:16            38:8 41:12        114:2,7           144:11
58:12              thankfully        48:24 49:5        three-page        157:4
71:12              268:2             51:3 57:21        99:15             166:19
103:22             273:18            63:8 72:6         throat 49:22      169:7
105:7              thanks 272:5      97:14             Thursday          170:12
```

175:17,19
188:10,12
188:22
204:18
211:4,9,10
211:11
217:14
224:14,16
225:16
227:22
228:10,15
235:25
236:6
245:3
246:17
248:14
256:19
257:17
258:4
259:4,20
259:22
261:2
269:5
270:7,21
270:23
273:19
**timeout**
86:11
**times** 37:10
37:24 46:8
75:12 87:2
92:10
94:17
111:24
118:25
119:3
127:4
138:8,14
161:5
210:25
211:15
240:14
247:22
248:2,11
267:11
**tired** 166:17
167:4
172:21
173:9
220:2

**tires** 172:7
**tiring**
132:16
171:24
**tissue** 45:13
45:13
**title** 22:13
22:15
60:23
69:19 74:6
108:10
**title-wise**
71:4
**titled** 130:2
**titles** 74:17
74:18
**today** 6:2
7:13 8:2
9:2,7
11:20,24
12:3 26:13
26:16 35:6
35:12
63:20
78:14
94:20
107:23
112:2
123:19
169:21
181:4
185:23
186:11,22
194:15
203:17
211:17
218:5,8
225:14,22
230:9
261:3
**Todd** 12:7
69:8,9
**toe** 39:7
**told** 58:2
180:5
183:6
184:7
185:24
186:12
187:17

193:22,22
194:16,24
195:14
197:10,18
200:9
205:19
209:6,10
211:8
217:23
218:8,13
218:17,19
232:3
**tolerating**
96:8,12
131:24
171:20
228:3
**tongue** 49:21
89:14
**toolbox**
55:15
**top** 10:24
15:8 38:9
39:18
117:18
121:3
191:20
193:21
222:8
249:22
250:15
273:17
**topic** 105:11
**topics**
105:13,15
144:16
**tops** 194:12
**total** 143:20
**totally**
83:25
**touch** 202:16
202:19
**track** 85:18
**tract** 228:19
**trained**
24:23
38:12
42:13
43:21 44:8
128:15,16

128:19
133:9
193:2,3
221:10
**training**
24:20,20
24:22 25:3
25:7,24
26:2,5,7
30:11,13
30:23,25
38:10,12
38:16
39:13,15
40:12
42:12,19
42:21,25
43:5,8,17
43:17,22
50:23
51:11,16
52:10,12
54:16
59:15,17
59:24
60:10,12
60:14,15
60:19
185:8
193:5
265:11
**trainings**
60:3
**transcript**
183:10
184:5
205:24
284:10
**transcri...**
187:11
**transition**
62:6
**treat** 118:10
119:21
123:6
127:8
**treated**
116:12,13
118:8
121:18

**treatment**
71:13,17
71:21,24
72:11,15
72:16,17
72:22 74:3
74:14
79:18 83:4
111:11
119:24
123:12
254:2
276:10,18
277:3
280:12
**trending**
126:16
130:16
**trends**
130:18
**triage** 68:11
91:3,8
94:23,24
94:25
**trial** 3:13
**tried** 139:12
167:11
**trip** 232:15
237:11
**trouble** 6:16
165:23
219:3,19
228:3
**true** 101:4,6
101:8
122:8
146:25
157:14
195:6
205:12
218:4
239:18
280:9
284:11
**Truesdale**
74:13
**truth** 5:24
57:15,16
180:5
183:6

**truthfully**
7:10,13,17
**try** 6:24
17:19 32:7
44:20 54:6
57:24 94:6
148:24,25
155:24
156:6
160:6,11
261:14
267:23
**trying** 10:16
41:14
62:17
76:11
97:14
105:10,21
142:2
161:10
198:16
201:15
206:3,21
216:11
243:18
248:8
250:16
267:8,16
267:17
**Tuesday** 8:8
**turn** 6:14
**turning**
186:3
187:4
193:17
264:7
**tweak** 251:7
**tweaked**
80:22
187:25
**twice** 34:5
200:25
201:8
210:9
**two** 8:11
39:23
62:17
64:12
65:15
71:20,23

72:8 75:2
115:19
124:11
126:6
147:15,18
147:25
154:23
165:12
166:25
179:25
192:10
206:15
210:25
211:14
244:13
250:11
256:7
263:13,25
277:13
**two-hour**
251:25
**two-page**
145:3
179:5
243:9
**Tylenol**
135:15
**type** 22:8
76:3 85:19
86:11
93:12
112:4
116:15
121:18
134:24
192:20
244:16
272:16
276:13
**types** 263:13
**typical**
89:15
122:6
123:23
178:21
248:13
**typically**
25:11,17
30:7 38:24

49:10 53:5
53:22
76:20
77:21,23
78:21
79:22 80:7
92:6 97:18
101:12,13
103:22
110:2
115:12
116:13
119:23
120:20
121:24
122:4
132:24
135:6
137:10
142:6
156:8
203:2,11
205:6
249:14
258:16
271:13

---

**U**

**U** 3:2
**UHS** 64:15
92:3
**ulcer** 115:16
**ultimately**
127:11
262:24
**unable**
257:25
268:12
**uncommon**
75:19
161:4
**underneath**
71:20,22
167:15
175:14
**understand**
5:24 6:4,7
7:3,5 19:5
29:6 32:8
41:24 47:9

69:13
76:17 93:6
93:16 94:3
103:6
119:8
141:20
156:6
159:19,22
160:22
201:15
213:16
216:11
235:8
254:15,23
255:2,5,25
256:22
261:13,15
272:9
274:22
279:15
**understa...**
26:14 44:5
55:6 59:18
70:7 82:9
82:17
92:24
103:19
105:8
106:22
119:18
138:19
148:8
150:20
163:8
173:7
193:8,12
193:13
210:15
234:5
237:20
238:18,20
243:3
258:17
265:24
273:10
279:22
**understands**
276:12
**understood**
7:8 54:22

58:3 99:24
100:16
157:10
180:8
201:17
**unfortun...**
56:25
149:25
268:14
273:15
**unhappy**
267:4
**UNITED** 1:2
**University**
16:5,17
**unsafe** 274:2
274:8
**updated**
10:10
15:18
**uphill**
190:13
214:12,16
**upper** 191:14
**upset** 267:16
**upward**
130:16
**urinary**
228:19
**urine** 216:25
**urticaria**
166:2
**use** 12:19,25
14:9 53:9
80:9 83:10
89:22
94:10,23
96:16,20
108:13,19
108:21
109:3,5
135:15
155:20
212:17
244:7,10
267:18
278:2,3
**useful**
229:10
**usual** 29:2

Page 335

```
132:19              255:19              191:5            void 186:18      80:4 84:5
136:15              257:2,11            233:17           224:7            90:8
172:22              257:19,23           256:25           229:5            102:11
usually 27:8        261:21              257:12           voiding          104:22
27:13,20            263:8               278:22            181:22          105:11
28:20,22            269:20             viewed             223:24          107:4
28:23 39:5          272:10              233:21            224:2           112:15,21
76:2 99:3           275:25            violent 80:9        228:12,17       117:20
118:10,20           279:19              266:16,18         228:25          122:10
119:11             values 163:6        266:20           volume 6:15      127:8,20
133:15             Van 73:14,18         268:19,25       voluntarily      144:16
136:20,20           73:19             visit 166:18        275:25          155:13,14
146:23             variables           183:20            276:8           155:19,22
230:22              146:13            visual            voluntary         156:5
233:11             variant            111:12             276:4,25        158:14
utilize             190:14             250:2,6,12      VSS 167:6,7        159:22
134:8              various 43:6        251:21            167:8            164:22
                   vary 97:10          252:19                            168:11
    ───────V──────  vastly 174:6     visualize           ──────W──────   182:14,20
Vachris            verbal             264:9,20         W 2:22 4:2         183:10,13
74:14               111:25           vital 23:23        wagon 160:9       191:22
vacuuming          verbalize          24:24 25:9       waive 4:18        192:3,9,22
167:18              169:11            25:11,12         waived 3:8        196:2
168:24             verbally           25:18 26:2       waking 220:4      198:14
170:6               4:14              26:8,15,17       walk 46:17        203:13
Valley 59:11        125:20            26:24 27:8        57:3 217:3       207:25
63:19,23           verbatim           27:21           walked            208:5
64:25 65:7          217:12            28:11,17          190:12          209:14
66:3 67:21         verify             28:18 29:7        214:5,22        213:20
68:5,6,20           146:10            29:16,21          217:2           216:2
69:2 70:6           150:15            29:24,25        walking 28:4      219:2,18
72:2 84:6           224:6             30:14 31:2        46:3            230:25
84:8 89:23          244:5             31:5,22           142:15          237:22
90:4,11             273:7             33:2,9,12         214:16          240:2,13
91:2 92:2          verifying          33:14,19          215:16          252:7,8
103:15              264:3             34:2,17         Walmart 97:5       253:24
108:7,14            274:17            35:20             157:5           262:2,6,24
122:4              versa 23:7         128:15          want 5:17         270:8
143:19             versus 57:14       134:4,5          8:20 21:20       279:10
144:12              70:9,9            136:13,17         24:20 29:6      wanted 76:5
147:6,18            126:18            136:21            33:2 34:3        84:2
152:19              140:5             167:8             41:21           151:10,13
155:8               146:12            222:15            43:13           152:2
156:7               263:20            227:3,9           44:20           155:4
173:21              276:10            229:9             45:23           157:6
203:9              vice 23:7          239:5             47:18           186:25
204:2,5            VIDEO 1:25        vitals             61:14           218:15
238:15             view 104:13        170:10            65:24           233:19
248:13              104:15          vitamin             72:23           242:3
249:24              129:9             120:21,23         73:11,24        281:6
```

| | | | | |
|---|---|---|---|---|
| **wanting** | 139:4 | **we've** 58:11 | 149:2,16 | 15:1,11,14 |
| 26:19 | 140:11 | 58:19,21 | 149:17,23 | 16:1 17:1 |
| 40:25 | 143:16 | 100:9 | 150:2,6,16 | 18:1 19:1 |
| 61:17 | 149:15 | 109:8 | 150:21 | 20:1 21:1 |
| **wants** 61:20 | 150:3 | 232:10 | 159:15 | 22:1 23:1 |
| 61:21 | 152:8 | 257:16 | 160:4,23 | 24:1 25:1 |
| 239:19 | 161:11,13 | 273:14 | 161:5,12 | 26:1 27:1 |
| **WARD** 2:4 | 162:2 | **weakness** | 161:14,17 | 28:1 29:1 |
| **warrant** | 185:6 | 132:3 | 161:20,22 | 30:1 31:1 |
| 171:3 | 209:9,20 | **wear** 273:15 | 161:23 | 32:1 33:1 |
| **warranted** | 210:16 | **wearing** | 162:3,7 | 34:1 35:1 |
| 170:10 | 211:16 | 222:25 | 224:10,14 | 36:1 37:1 |
| 224:5 | 224:4 | **weather's** | 224:22 | 38:1 39:1 |
| 237:9,10 | 230:7 | 46:23 | 226:4 | 40:1 41:1 |
| **washed** 23:19 | 236:11 | **week** 8:8 | 230:18 | 42:1 43:1 |
| **wasn't** 70:12 | 238:3,7 | 34:5 64:12 | 231:6,9 | 44:1 45:1 |
| 75:19 77:3 | 249:13 | 65:13 | **weights** | 46:1 47:1 |
| 167:18 | 261:14 | 90:18 | 145:15 | 48:1 49:1 |
| 195:8,15 | 267:13 | **weekend** | **went** 21:4 | 50:1 51:1 |
| 197:10,17 | 271:20 | 53:24 54:3 | 59:23 97:4 | 52:1 53:1 |
| 198:13,25 | 277:25 | 65:13,14 | 97:5,6 | 54:1 55:1 |
| 199:17,21 | 284:16 | 65:17 | 157:5 | 56:1 57:1 |
| 214:21 | **ways** 44:23 | **weekends** | 172:3 | 58:1 59:1 |
| 216:4,9,12 | 149:7 | 59:11 | 270:12 | 60:1 61:1 |
| 233:3,6 | 150:8 | 177:20 | **weren't** | 62:1 63:1 |
| 269:16 | 161:16 | **weeks** 135:17 | 112:6 | 64:1 65:1 |
| 270:7,7 | 277:7 | 137:19 | 117:2 | 66:1 67:1 |
| **watch** 30:2 | **we'll** 26:22 | **weigh** 57:12 | 204:22 | 68:1 69:1 |
| 94:7 | 67:25 | 65:3 | **wet** 40:21 | 70:1 71:1 |
| 118:23 | 79:14 | **weighed** | **whatsoever** | 72:1 73:1 |
| 124:6 | 80:13 | 147:8,15 | 271:5 | 73:9 74:1 |
| **watching** | 146:14 | **weighing** | **wheezes** | 75:1 76:1 |
| 28:8 | 154:23 | 147:22 | 40:18,18 | 77:1 78:1 |
| **water** 40:23 | 235:19,20 | **weighs** 146:6 | **wheezing** | 79:1 80:1 |
| 41:17,20 | **we're** 25:18 | **weight** 10:11 | 55:13 | 81:1 82:1 |
| 41:22 42:2 | 57:2 66:17 | 10:13 | **WHEREOF** | 83:1,8,19 |
| 83:11 | 66:18 80:8 | 57:23 | 284:18 | 84:1 85:1 |
| 119:12,18 | 83:14 93:2 | 106:8 | **wheres** | 86:1 87:1 |
| 123:22 | 93:9 102:6 | 116:21 | 211:12 | 88:1 89:1 |
| **way** 41:12 | 115:19 | 118:22 | **whim** 240:12 | 90:1 91:1 |
| 45:14 | 136:21 | 123:20 | **whistles** | 92:1 93:1 |
| 51:14 | 139:6,7 | 131:20 | 234:17 | 94:1 95:1 |
| 57:10 | 146:15 | 144:18,20 | **Williams** 1:8 | 96:1 97:1 |
| 58:10 | 154:14 | 144:23 | 1:14 2:19 | 98:1 99:1 |
| 78:25 88:5 | 156:2 | 145:14,17 | 5:1,12 6:1 | 100:1,14 |
| 113:8 | 184:25 | 145:19 | 7:1 8:1,2 | 101:1 |
| 115:13,24 | 214:13 | 146:7,10 | 9:1 10:1 | 102:1,21 |
| 116:23 | 240:23 | 146:19,20 | 11:1 12:1 | 103:1 |
| 121:18 | 242:19 | 147:3 | 12:13 13:1 | 104:1 |
| 138:2,25 | 281:11 | 148:6,7,19 | 14:1,16,23 | 105:1 |

| | | | | |
|---|---|---|---|---|
| 106:1 | 155:1 | 205:1 | 255:1 | 161:6 |
| 107:1 | 156:1 | 206:1,18 | 256:1 | **word** 41:24 |
| 108:1 | 157:1 | 207:1,13 | 257:1 | 115:13 |
| 109:1 | 158:1,21 | 208:1 | 258:1 | 165:23 |
| 110:1,21 | 159:1 | 209:1 | 259:1 | 240:13 |
| 111:1 | 160:1 | 210:1 | 260:1,22 | **worded** |
| 112:1,16 | 161:1 | 211:1 | 261:1,8 | 106:24 |
| 112:20 | 162:1 | 212:1 | 262:1 | **words** 267:18 |
| 113:1 | 163:1 | 213:1 | 263:1 | **work** 12:3,6 |
| 114:1 | 164:1,22 | 214:1 | 264:1 | 12:13,20 |
| 115:1 | 165:1 | 215:1 | 265:1 | 13:2 14:10 |
| 116:1 | 166:1 | 216:1 | 266:1 | 14:14,18 |
| 117:1 | 167:1 | 217:1 | 267:1 | 21:12,16 |
| 118:1 | 168:1,11 | 218:1 | 268:1 | 21:24 22:5 |
| 119:1 | 169:1 | 219:1 | 269:1 | 22:7,10 |
| 120:1 | 170:1 | 220:1 | 270:1 | 23:6 24:10 |
| 121:1 | 171:1 | 221:1 | 271:1 | 30:19,20 |
| 122:1,18 | 172:1 | 222:1 | 272:1,25 | 33:17 |
| 123:1 | 173:1 | 223:1 | 273:1 | 36:23 |
| 124:1 | 174:1 | 224:1 | 274:1 | 53:25 56:5 |
| 125:1 | 175:1,2 | 225:1 | 275:1 | 59:20,25 |
| 126:1 | 176:1 | 226:1 | 276:1 | 60:11 65:6 |
| 127:1 | 177:1 | 227:1 | 277:1 | 65:11,12 |
| 128:1,5 | 178:1 | 228:1 | 278:1 | 65:21 |
| 129:1 | 179:1,14 | 229:1,23 | 279:1 | 72:21 74:9 |
| 130:1 | 180:1 | 230:1 | 280:1 | 74:25 75:3 |
| 131:1 | 181:1 | 231:1 | 281:1,15 | 76:25 |
| 132:1 | 182:1,20 | 232:1 | 283:17 | 81:25 |
| 133:1 | 183:1 | 233:1 | 284:8,12 | 83:18,19 |
| 134:1 | 184:1,14 | 234:1 | **window** | 85:4 90:18 |
| 135:1 | 185:1 | 235:1 | 191:23 | 111:20 |
| 136:1 | 186:1 | 236:1 | 251:11,16 | 112:9,11 |
| 137:1 | 187:1 | 237:1 | **windows** | 112:11 |
| 138:1 | 188:1 | 238:1 | 253:17 | 116:17 |
| 139:1 | 189:1 | 239:1 | **wish** 260:23 | 119:4 |
| 140:1 | 190:1 | 240:1 | 285:3 | 140:24 |
| 141:1 | 191:1 | 241:1 | **withdraw** | 141:17 |
| 142:1 | 192:1 | 242:1 | 263:6 | 149:13 |
| 143:1 | 193:1 | 243:1 | 266:15 | 150:5 |
| 144:1,8 | 194:1 | 244:1 | 279:14 | 162:8,14 |
| 145:1,11 | 195:1 | 245:1 | **witness** 4:14 | 163:9 |
| 146:1 | 196:1,25 | 246:1 | 4:23 | 178:21 |
| 147:1 | 197:1 | 247:1,13 | 112:17 | 225:17 |
| 148:1 | 198:1 | 248:1 | 184:15 | 231:5 |
| 149:1 | 199:1 | 249:1 | 201:5 | 256:3,15 |
| 150:1 | 200:1 | 250:1 | 206:20 | 256:19 |
| 151:1 | 201:1,16 | 251:1 | 281:13 | 258:16 |
| 152:1 | 202:1 | 252:1 | 284:7,12 | 259:2 |
| 153:1,14 | 203:1 | 253:1 | 284:18 | 267:9,17 |
| 154:1 | 204:1 | 254:1 | **wonderful** | 268:9 |

```
worked 21:17        249:8,10         144:17          10366 243:11     99:11
 21:17             writing           152:24          10366-10367      102:17
 62:16,19           66:17            160:17           243:13          110:19
 63:11              97:11            224:11,23        283:5           113:2
 67:21 68:5         105:9           yearly 66:13     10380 127:24     122:16
 176:19             135:17          years 20:17       127:25          128:3
 271:20             247:20           38:22            283:23          145:9
worker 72:11       written           147:15,18      10381 145:5      153:12
 81:15              15:15,17         148:2           10381-10382      164:20
workers             53:9            yesterday         145:7           168:8
 73:20              111:24           98:20            283:4           174:22
 81:14 99:2         139:22          York 1:2,18      10382 145:5      179:11
working             157:25           2:6,6,13        105 283:19       182:19
 22:24 23:3         199:6            2:18,21         10546 182:16     229:20
 24:3 35:25         200:12           4:4 17:4,5      10546-10556      243:15
 62:21 63:4         216:17           21:23           182:17          247:10
 63:5,14,19         217:6            121:6            283:6           12:00 83:23
 65:8,22            219:9            284:5           10548 183:14     12:15 83:18
 68:6               220:14                           10549 184:6      122 283:10
 137:22,23          242:6          _____  10550 186:3      12207 2:13
 162:23             247:25               Z            186:8,16        12224 2:21
 175:20,23          272:19         Zoom 1:15         10551 187:5      127 192:11
 176:6,15          wrote 179:22      8:14            206:13           283:23
 247:6              197:11                           10552 193:19     13 84:22
 254:3              200:21          _____ 10553 194:20     148:17
 257:16                                  0           10556 182:16     229:15
works 70:18        _____ 00091(TJ...     10591 179:7      130 188:23
 83:21 87:3              X           1:7            10591-10592      130s 27:14
world 11:4         x 1:3,12                           179:9           27:16
 93:25              63:12          _____   283:8           191:14
 121:7              175:19               1          10592 179:7      1368 246:21
worth 65:4          282:2          1 61:25 62:6     10th 2:6         1368-1376
wouldn't           x-rays 89:7       62:14           180:24          247:8
 23:3 29:14         183:21           69:20,20        185:25          283:9
 112:5,8                             88:16          11 84:22         137 187:18
 137:12            _____  145:3,8         168:3,7         190:21
 151:2                   Y           147:5           195:19,22       191:4
 198:14,19         yards 190:13      283:3           208:2,24        192:12,20
 200:16             214:10,12      1:00 165:21       253:12          139 190:22
 219:7,22           214:16         1:30 180:25       283:14          14 76:12
 224:5             yeah 11:16        181:14         110 191:13       208:25
 232:25             25:19            184:9,17        192:5           283:17
write 96:4,6        106:14          10 57:5,5,6      283:13          140 27:10,15
 120:14,17          155:21           179:23        112 283:11       188:19
 135:16,22          192:6            182:23         12 57:5          145 190:25
 138:15             206:20           194:12          147:19,25       283:3
 139:20            year 62:4,8      10-hour         12/20.21         15 65:2
 212:9              62:22            65:11           105:5           110:15
 246:14,15          66:10 81:4     10:00 1:16       12/20/21         166:24
 249:2,5,6          114:23         10020 2:6         14:25 73:7      167:2,3
                    121:5          101 192:20
                    122:5          102 27:9
                                    283:18
```

```
   194:12              16:7 21:20          130:17          238 147:10            4
150 20:15,16           24:11               131:17              147:12       4 167:17,23
   190:25              58:19               136:24          24 35:8,11           179:5,10
153 283:22             59:21               138:24          243 283:5           206:12,14
15th 167:10            147:6               140:23          247 283:9           216:15
16 168:10              269:4               141:18          25 14:21,24         283:7
164 283:15          2016 20:25            143:18,18           15:7,14       4/2017
168 283:14             21:7 51:16          143:22              21:19             153:20
17 164:14,19           62:4,5              144:12              283:17       4/4/18
   208:24           2017 9:20,22          148:5,10         250 147:8,16         168:21
   212:12              10:5,5,6,7          148:16          261 282:5       4/8/18
   260:5               10:8 126:4          164:15          27 124:25            165:10
   283:15              147:15,21           165:14          272.8 147:23         208:13
174 283:21             147:22              166:24          273 282:4            212:12
179 283:7              148:15              167:2,3,17      273-9911        4:10 167:3
182 283:6              153:24              167:23              1:25         4:51 281:13
19 196:6,10            229:16              169:16          277 282:5       45 112:15
   208:3            2018 9:16,20          177:19          285.6 148:13         143:23
                       9:23 10:7           179:23          29 102:13,16        144:2
_____        10:11,12           182:24              122:13       47 143:24
        2              51:25               187:24              283:18          144:2
2 60:24 61:4           54:12 56:8          192:11          29-32 122:14    48 153:7,11
   61:5 62:7           59:10,16            194:17              283:10          283:22
   62:11,14            60:23 65:5          204:4           294 148:6,10    49 127:21
   63:3 65:6           66:2 67:8          230:10,15                            128:2
   106:4               67:21 68:3          241:2      _____          129:9
   124:14              68:14,21            252:18             3                130:2
   243:7,9,14          69:2,15,24          253:4,9         3 182:15,18         189:16
   283:5               70:4 71:8           256:25             193:18           283:23
2,000 155:19           72:14               257:11            206:17       4th 169:18
2/20/18                73:13               260:12,17         283:6             170:3
   165:21              76:12               269:5          30 2:12
2/22/18                78:15               275:15            104:24       _____
   166:12              79:12               282:11,13         105:4                5
2/23/18                82:23 84:7      2019 51:24            124:15,19     5 246:20
   165:8               88:19,25       2020 20:21            283:19            247:9,17
2:00 158:16            89:23 90:5     2021 1:16          30-day               282:4
   177:8               90:10               16:14            242:13            283:9
   178:4               91:18               19:22          30th 19:21      5:00 65:23
2:30 182:5             92:17               20:23 21:7     31 131:18           176:12,25
   194:10              99:21,25            281:18            174:17,21     50 73:3,6
20 1:7 65:2            100:10,16           284:20            257:7             283:24
   192:22              101:3,9         20th 1:15            283:21        500 19:10
2008 22:2              105:20             284:19          31st 176:6      51 99:7,10
2009 23:9              108:20         210 192:5           32 122:13           99:14
2012 15:25             110:5,15       212 1:25              124:22            283:25
   17:10,13            124:19         22.8 148:2            131:18        517 153:9
   17:21 22:2          125:2,5,6      229 283:12         337-7105        517-520
   24:10               125:9          23 253:20             204:21            153:10
2013 10:12             126:5             260:12          371 247:23           283:22
2015 15:17                                                  248:17
```

**520** 153:9
**556** 113:12
 114:15
**556-561**
 112:24
 283:11
**56** 27:10
**561** 113:12
 113:14
**562** 229:16
**562-563**
 229:18
 283:12
**563** 229:17
**591** 216:17
**5th** 176:7

_____

**6**

**6** 122:11,15
 122:20
 124:12
 131:4
 171:11
 283:10
**6:00** 176:10
 176:13
**600** 2:5
**607-337-...**
 204:5
**659** 110:14
 110:17
 283:13
**67** 243:11
**6th** 176:9

_____

**7**

**7** 112:22,25
 121:12
 125:23
 283:11
**7:00** 65:22
 176:25
**70** 191:14
**70s** 191:14
**72** 277:6
**725** 168:5
**725-752**
 168:6
 283:14
**73** 283:24

**730** 276:15
**740** 168:11
**743** 196:6
 208:3
**747** 253:20
**752** 168:5
**76** 246:22
**77** 190:22
**79** 282:11
**7th** 176:15

_____

**8**

**8** 73:13
 169:16
 229:14,19
 230:17
 260:17
 283:12
**8-inch**
 232:18,20
**80** 27:10
**81** 187:18
 190:21
 191:5
 192:11,12
**82** 282:13
**8636** 102:19
**8636-8638**
 102:15
 283:18
**8638** 102:19
**8639** 104:25
**8639-8640**
 105:3
 283:20
**8640** 104:25
**8643** 99:16
**8643-8645**
 99:9
 283:25
**8645** 99:16
**8657** 174:19
 174:20
 283:21
**8th** 167:13
 176:16,18
 176:24
 177:12,16
 178:2,20
 179:2

 181:2,14
 185:10
 195:6,15
 200:7
 204:15
 205:13
 207:17
 209:12,22
 211:19
 219:25
 220:18
 221:3
 222:15,19
 231:12,15
 236:11,22
 237:7,23
 252:22
 259:16,24

_____

**9**

**9** 110:13,18
 283:13
**90** 241:17
**90-day**
 241:16,24
**91** 15:15
**911** 277:23
 278:5,8,13
 278:16,23
 279:17,18
 279:25
 281:3
**9150** 164:16
**9150-9155**
 164:18
 283:16
**9152** 165:5
 165:19
**9153** 165:11
 166:23
**9155** 164:16
**9178** 73:4,5
 283:24
**99** 283:25

# Exhibit C

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

----------------------------------------x

J.M., as Administrator of the Estate

of Her Son, C.B.,

                            Plaintiff,


              -against-                No.

                                      20 Civ. 00091

ASHLEY SESSIONS, ELISE M. WILLIAMS,  (TJM)(CFH)

JOSHUA A. BUELL, CORY C. BEHLAN,

RAYMOND J. McGINN, KATHERINA L.

CASSATA and MICHAEL NOVACK,

                        Defendants.

----------------------------------------x

                    February 8, 2022

                    2:09 p.m.


       Remote Deposition of KATHERINA CASSATA,

taken by Plaintiff, pursuant to Notice, held via

Zoom before Joseph R. Danyo, a Shorthand Reporter

and Notary Public within and for the State of

New York.


HUDSON COURT REPORTING & VIDEO (212) 273-9911

**New York**
212-273-9911

**Hudson Court Reporting & Video**
1-800-310-1769

**New Jersey**
732-906-2078

2

```
 1
 2   A P P E A R A N C E S :
 3
 4      EMERY CELLI BRINKERHOFF ABADY WARD & MAAZEL LLP
        Attorneys for Plaintiff
 5         600 Fifth Avenue
           10th Floor
 6         New York, New York 10020
 7      By:  SAM SHAPIRO, ESQ.
             sshapiro@ecbawm.com
 8
 9
        CAPEZZA HILL LLP
10      Attorneys for Defendant Ashley Sessions
           30 S. Pearl Street
11         Suite P-110
           Albany, New York 12207
12
        By:  BENJAMIN HILL, ESQ.
13           ben@capezzahill.com
14
15      NEW YORK STATE ATTORNEY GENERAL - ALBANY
        Attorneys for all Defendants Except Ashley
16        Sessions
          The Capitol
17        Albany, New York 12224
18      By:  RYAN W. HICKEY, ESQ.
             ryan.hickey@ag.ny.com
19           KASEY K. HILDONEN, ESQ.
             kasey.hildonen@ag.ny.com
20
21                    oOo
22
23
24
25
```

1

2          IT IS HEREBY STIPULATED AND AGREED, by and

3   between counsel for the respective parties hereto,

4   that the filing, sealing and certification of the

5   within deposition shall be and the same are hereby

6   waived;

7          IT IS FURTHER STIPULATED AND AGREED that all

8   objections, except as to form of the question, shall

9   be reserved to the time of the trial;

10         IT IS FURTHER STIPULATED AND AGREED that the

11  within deposition may be signed before any Notary

12  Public with the same force and effect as if signed and

13  sworn to before the Court.

14

15

16

17

18

19

20

21

22

23

24

25

**New York**
**212-273-9911**

**Hudson Court Reporting & Video**
**1-800-310-1769**

**New Jersey**
**732-906-2078**

4

CASSATA

1

2         THE COURT REPORTER:  Will counsel please

3         stipulate that, in lieu of formally swearing

4         in the witness, the Court Reporter will

5         instead ask the witness to acknowledge that

6         the testimony will be true under the

7         penalties of perjury, that counsel will not

8         object to the admissibility of the

9         transcript based on proceeding in this way

10         and that the witness has verified that she

11         is in fact Katherina Cassata.

12         THE WITNESS:  I am.

13         MR. SHAPIRO:  Sam Shapiro on behalf of

14         the plaintiff, I agree.

15         MR. HICKEY:  Ryan Hickey on behalf of

16         the defendants, I agree.

17         MS. HILDONEN:  Kasey Hildonen on behalf

18         of the defendants, I agree.

19         MR. HILL:  Benjamin Hill on behalf of

20         defendant Ashley Sessions, I agree.

21 K A T H E R I N A    C A S S A T A, having been

22 first duly sworn by Joseph R. Danyo, a Notary

23 Public, was examined and testified as follows:

24 EXAMINATION BY MR. SHAPIRO:

25         Q.   Good afternoon, Ms. Cassata.  My name is

1                                CASSATA

2    Sam Shapiro.  I represent J.M., who is the mother

3    of C.B.  Do you understand you're here for a

4    deposition this afternoon?

5           A.    I do.

6           Q.    Have you ever had your deposition taken

7    before?

8           A.    No.

9           Q.    And you understand you just took an oath

10   to tell the truth, right?

11          A.    Yes.

12          Q.    So all of your answers today are being

13   given under penalty of perjury.  Do you understand

14   that?

15          A.    I do.

16          Q.    And your testimony today has the same

17   effect as if it were given in a courtroom.  Do you

18   understand that?

19          A.    I do.

20          Q.    Is there any reason you cannot testify

21   truthfully here today?

22          A.    No.

23          Q.    You're not taking any medications or

24   anything that would interfere with your ability to

25   testify truthfully?

1                              CASSATA

2          A.    No.

3          Q.    I'm just going to go over just a couple

4    of brief ground rules so that hopefully this goes

5    smoothly today.  The first one is please allow me

6    to finish my question.  Sometimes you're going to

7    know where I'm going with my question, but just let

8    me finish it so our court reporter can write it

9    down.  Is that okay?

10         A.    It is.

11         Q.    And similarly I will let you finish your

12   answer.  We'll try not to talk over each other,

13   okay?

14         A.    Um-hum.

15         Q.    Right there, that was an example of my

16   second rule which is that I need you to answer

17   verbally, so we can't say um-hum, nod, shaking the

18   head.  That doesn't work for the court reporter.

19   So I just need yes's and no's and things like that,

20   okay?

21         A.    Okay.

22         Q.    From time to time, you may hear

23   objections from your counsel or other lawyers.

24   Unless you are instructed not to answer the

25   question, you can still answer the question

CASSATA

1
2    notwithstanding the objection.  Okay?
3         A.   Yes.
4         Q.   If you don't understand a question I
5    ask, which will probably happen from time to time,
6    please feel free to ask me to rephrase it.  I'll be
7    happy to do so.  Okay?
8         A.   Yes.
9         Q.   But if you do answer my question, I'm
10   going to take that to mean that you understood it
11   and are answering truthfully to the best of your
12   ability.  Is that fair?
13        A.   Yes.
14        Q.   Okay.  If you need to take a break at
15   any point, let me know, I'm happy to accommodate
16   that.  I would just ask that you don't take a break
17   while there's a question pending.  Is that fair?
18        A.   Yes.
19        Q.   You understand you're a defendant in
20   this lawsuit, Ms. Cassata?
21        A.   I do.
22        Q.   And you're represented here by counsel.
23   Is that correct?
24        A.   Correct.
25        Q.   And that's Mr. Hickey and Ms. Hildonen,

8

1                    CASSATA

2    right?

3          A.   Yes.

4          Q.   What, if anything, did you do to prepare

5    for the deposition today?

6          A.   I spoke with counsel prior to the

7    meeting.

8          Q.   Did you review any documents?

9          A.   I did.  I reviewed my OIA interrogation

10   from 2018.

11         Q.   And when you say you reviewed that, did

12   you review a transcript of that interrogation?

13         A.   Yes.

14         Q.   And when did you review that transcript?

15         A.   Prior to coming in here today.

16         Q.   Today you reviewed it?

17         A.   Yes.

18         Q.   And you were interviewed twice by OIA in

19   April 2018, is that correct?

20         A.   Yes.

21         Q.   Did you review both of those

22   transcripts?

23         A.   The second one and almost all of the

24   first one.

25         Q.   Did you listen to those interviews?

1                          CASSATA

2          A.    No.

3          Q.    Did you review any other documents to

4    prepare for today?

5          A.    No.

6          Q.    Are you aware of who the other

7    defendants in this lawsuit are?

8          A.    Not all of them.

9          Q.    Who are you aware is a defendant in this

10   case?

11         A.    Michael Novack and Cory Behlan.

12         Q.    Have you spoken to Mr. Novack concerning

13   this case at all?

14         A.    No.

15         Q.    Are you aware Michael Novack was deposed

16   in this case?

17         A.    He had to leave.  I came in on days -- I

18   covered his spot for him to leave to cover this.

19   So I'm aware of it.

20         Q.    Did you speak to Mr. Novack about his

21   deposition at all?

22         A.    No.

23         Q.    Have you spoke to Cory Behlan about this

24   case at all?

25         A.    No.

1                        CASSATA
2        Q.   Have you spoken to Jennifer Smith about
3   this case?
4        A.   No.
5        Q.   Have you spoken to Leisa McKown about
6   this case?
7        A.   No.
8        Q.   Any conversation --
9        A.   I am aware that Leisa McKown was also, I
10  don't know what her -- I covered her spot also when
11  she came up to talk to whoever.  I don't know what
12  it was for.  I just know it was regarding this.
13       Q.   Did you speak to her at all concerning
14  any deposition she did?
15       A.   No.
16       Q.   Any conversations with anyone aside from
17  your lawyers about this case?
18       A.   No.
19       Q.   Any conversations with anyone aside from
20  your lawyers about this deposition?
21       A.   No.  I spoke to my mother who had to
22  watch my son today, but not regarding anything else
23  outside of that.
24       Q.   Okay.  And you know who C.B. is, right?
25       A.   I do.

1                           CASSATA

2          Q.    And you're aware that he died back in

3    April 2018, right?

4          A.    Yes.

5          Q.    Around the time of his death, did you

6    send or receive any text messages concerning C.B.?

7          A.    I wouldn't say text messages, no.

8          Q.    Have you ever sent or received any text

9    messages concerning C.B.?

10          A.    We all went out and had a drink that

11    week.  We had talked about we were going to go out

12    and have a drink to celebrate C.B.'s life, but it

13    wasn't anything regarding anything out of the

14    normal.

15          Q.    Were there text messages exchanged in

16    connection with that event?

17          A.    I believe so.  All of us getting

18    together?

19          Q.    Yes.

20          A.    I believe between Katie Kominsky and I,

21    we might have spoke.

22          Q.    Who was the group that went out for

23    drinks to celebrate C.B.'s life?

24          A.    It was Katie, myself, possibly Matt

25    Fedorwich.  I don't recall.  It's been a few years,

1                          CASSATA

2   but I know it was definitely Katie and I.

3          Q.   So what is Katie's last name?

4          A.   Kominsky.

5          Q.   And does she still work at Valley Ridge?

6          A.   No.

7          Q.   Did she work in E house back in 2018?

8          A.   She did.

9          Q.   And who was the other person you said?

10         A.   Possibly Matt Fedorwich,

11  F-e-d-o-r-w-i-c-h.

12         Q.   Did he work in E house back in 2018?

13         A.   I'm not sure if he was in safety at the

14  time, but he had worked with C.B. and I and Katie

15  around the time prior to that event.

16         Q.   Anyone else attend that drinks event?

17         A.   Not that I can recall.  No.

18         Q.   Do you have a personal e-mail account,

19  Ms. Cassata?

20         A.   I do.

21         Q.   Have you ever sent or received any

22  e-mails on that personal e-mail account concerning

23  C.B.?

24         A.   No.

25         Q.   You're currently employed by OPWDD, is

1                          CASSATA

2    that correct?

3          A.   Correct.

4          Q.   What's your current title?

5          A.   DDSCTA1, developmental care treatment

6    aide 1.

7          Q.   And how long have you been a DDSCTA1,

8    Ms. Cassata?

9          A.   12 years.

10         Q.   Can you just briefly tell me your

11   educational background?

12         A.   Yep.  I graduated high school.  I went

13   on to some college.  I majored in prevent med, and

14   then I majored in human resources.

15         Q.   And how much college -- did you ever

16   receive any college degrees?

17         A.   I have an associate's in animal science.

18   I have my veterinarian technician license.

19         Q.   Where do you have that associate's

20   degree from?

21         A.   SUNY Delhi.

22         Q.   And when did you receive that degree?

23         A.   2000.

24         Q.   Do you have any credits toward a

25   bachelor's degree?

                          CASSATA

1

2      A.    I have some credits towards my human

3    resources degree from Broome.

4      Q.    From Broome you said?

5      A.    Yes.

6      Q.    When did you get hired by OPWDD

7    initially?

8      A.    July 2010.

9      Q.    And have you been working with OPWDD

10    continuously since July 2010?

11     A.    Yes.

12     Q.    Have you ever been disciplined by OPWDD?

13     A.    Recently I received an NOD for not

14    complying with the mandatory testing.

15     Q.    What is an NOD?

16     A.    Notice of discipline.

17     Q.    And mandatory testing, what are you

18    referring to there?

19     A.    The COVID testing.

20     Q.    Was there any punishment imposed?

21     A.    No.  It was dismissed when I received

22    any vaccination on the 27th.

23          MR. HICKEY:  Objection.

24     Q.    Can you briefly describe to me what your

25    employment experience was prior to starting work at

1                          CASSATA

2    OPWDD?

3          A.    I worked at MeadWestvaco for seven

4    years.  I was a machine operator.  I worked at

5    Milford Farm.  I was a manager.  I worked at

6    Pittsfield Veterinarian Hospital.  I was their lead

7    office technician.  Do you want me to keep going

8    back?

9          Q.    Yeah.  Is there anything else that you

10   haven't mentioned?

11         A.    I worked -- I started working at Great

12   American in high school, and I was at Milford Farm

13   through most of my college, and then Mead and then

14   here.

15         Q.    Have you ever been fired for cause from

16   a job?

17         A.    Are you talking about time and

18   attendance?

19         Q.    For any cause.

20         A.    Pittsfield Veterinarian Clinic I was

21   fired.

22         Q.    And why was that?

23         A.    There were three of us that were fired.

24   A shipment of I guess all the medications had come

25   in, and nobody had signed for them.  So the three

16

1                         CASSATA

2    of us were let go.

3         Q.    And what year was that?

4         A.    2003.

5         Q.    Any other time where you've been fired

6    for cause from a job?

7         A.    No.

8         Q.    Aside from a veterinarian medical

9    setting, have you ever worked in a -- strike that.

10   Aside from a vet clinic or something like that,

11   have you ever worked in a medical setting?

12        A.    No.

13        Q.    Did you apply to work for OPWDD prior to

14   2010?

15        A.    The year prior I applied to work for the

16   CIT before they were merged with Broome

17   Developmental.

18        Q.    When you say the CIT, what do you mean?

19        A.    Where I'm employed right now.  This is

20   the CIT.

21        Q.    And you're referring to Valley Ridge?

22        A.    Valley Ridge, yes.

23        Q.    Are you saying that you applied to work

24   for Valley Ridge before it was an OPWDD facility?

25        A.    Before it was under the Broome

1                          CASSATA

2    Developmental umbrella.

3         Q.   Was it under a different OPWDD DDSO

4    previously?

5         A.   It was independent, I believe.

6         Q.   And what happened when you initially

7    applied to work at the Valley Ridge CIT?

8         A.   I just never heard back from them.  I

9    didn't have an interview.

10        Q.   Were you convicted of petty larceny in

11   2020?

12        A.   I was not convicted of it, no.

13        Q.   Were you charged with it?

14        A.   Yes.

15        Q.   And what was the outcome of those

16   charges?

17        A.   It was dismissed.

18        Q.   I'm going to show you my screen here.

19   Are you able to see that?

20        A.   I am.

21        Q.   And I'm marking Plaintiff's Exhibit 76,

22   which is a two-page document Bates stamped Cassata

23   123 and 124.  Ms. Cassata, do you recognize this

24   document?

25                  (Plaintiff's Exhibit 76, Document Bates

1                          CASSATA

2          stamped Cassata 123 and 124, was so marked

3          for identification, as of this date.)

4          A.    I do.

5          Q.    Is that your handwriting on the

6    document?

7          A.    Yes.

8          Q.    And is this your application for

9    employment with OPWDD?

10          A.    Correct.

11          Q.    And turning your attention to the second

12    page of the document, I just want to clarify this.

13    Drawing your attention to question 8A, the question

14    is "Have you ever been convicted of a criminal

15    offense," and your answer was yes.  Do you see

16    that?

17          A.    I do.

18          Q.    And down in the notes, you say, 8A,

19    "Petty larceny in 2002."  Do you see that?

20          A.    I do.

21          Q.    Is your testimony today that that was

22    inaccurate?

23          A.    No.  I put that down there, because it

24    was going to come up, and I wanted to make sure it

25    was going to come up and get flagged and cause me

                         CASSATA

1
2   not to get my employment.
3          Q.   Okay, but to the best of your
4   recollection, you were not actually convicted of
5   the crime, is that correct?
6          A.   Correct.
7          Q.   Okay.
8          A.   I just wanted to cover it.  I didn't
9   want it to be withheld from them, you know.  I just
10  wanted to be safe.
11         Q.   Understood.  Can you tell me just very
12  briefly the circumstances surrounding that charge?
13         A.   As far as I recall, the medications were
14  found.  Nothing.  We ended up going to court.  I
15  spoke with the doctor, and everything was resolved.
16         Q.   Sorry.  When you say, explain to me what
17  you mean you spoke to the doctor?
18         A.   The veterinarian who owned the clinic.
19         Q.   Had he accused you of stealing
20  something?
21         A.   She wasn't -- she accused the three of
22  us of stealing the meds.
23         Q.   This was in connection with the shipment
24  that no one signed for.  Is that right?
25         A.   Yes.

20

                              CASSATA

1

2       Q.    Focusing back on your time working at

3   OPWDD, prior to 2018, what, if any, medical

4   training did you receive from OPWDD?

5       A.    I am med-certified, CPR training.  I

6   think that's about it.

7       Q.    And tell me what med-certified means.

8       A.    I am certified to pass medications and

9   take vitals on individuals and perform first-aid.

10      Q.    And is there any continuing education

11  component of your med certification?

12      A.    A yearly, you have to take a written

13  test every year, and then the nurse comes and

14  watches you do a med pass.

15      Q.    When did you become med-certified

16  approximately?

17      A.    Upon employment, August 2010.

18      Q.    And have you ever failed one of those

19  yearly exams?

20      A.    No.

21      Q.    Did you ever receive training from OPWDD

22  concerning how to take a patient's vital signs?

23      A.    That's part of the med course.

24      Q.    Are you familiar with the term

25  orthostatic vital signs?

1                          CASSATA

2          A.    I'm not.

3          Q.    Have you ever received training from

4    OPWDD on how to exam a patient's lungs?

5          A.    No.

6          Q.    Ever receive training from anywhere on

7    how to exam a patient's lungs?

8          A.    Not on a human.

9          Q.    Have you ever received training from

10   OPWDD on how to diagnose a medical condition?

11         A.    No.  We don't do that.

12         Q.    Have you ever received training from

13   anywhere on how to identify symptoms of heart

14   failure?

15         A.    No.

16         Q.    Do you know whether shortness of breath

17   can be a symptom of heart failure?

18         A.    Personally or professionally?  My father

19   had two heart attacks, so.

20         Q.    When were those?

21         A.    2010, 2007.

22         Q.    And what is your understanding of

23   whether shortness of breath is a symptom of heart

24   failure?  Can be a symptom of heart failure?

25         A.    It can be.

1                          CASSATA

2          Q.    And do you have any understanding as to

3     whether fatigue can be a symptom of heart failure?

4          A.    Yes.

5          Q.    And can it be a symptom of heart

6     failure?

7          A.    Yes.

8          Q.    Can coughing be a symptom of heart

9     failure?

10         A.    Yes.

11         Q.    Can swelling of the extremities be a

12    symptom of heart failure?

13         A.    Yes.

14         Q.    Aside from the medical training you

15    received from OPWDD, I assume you received training

16    on all sorts of other things as well.  Is that fair

17    to say?

18         A.    Yes.

19         Q.    And did you ever receive training from

20    OPWDD concerning when it's appropriate to refer a

21    service recipient to a nurse?

22         A.    Yes.

23         Q.    And what did you learn in that training?

24         A.    Any complaints that they have you would

25    notify nursing.

1              CASSATA

2        Q.    Describe to me what you mean by

3    complaint.

4        A.    Anything physical, anything that you can

5    physically see, any injury, any complaints that

6    they have of any symptoms they're having you would

7    notify nursing.

8        Q.    And it goes beyond what you can

9    physically see.  Is that correct?

10       A.    Correct.

11       Q.    So it would include any time a service

12   recipient has a health concern.  Is that fair to

13   say?

14       A.    Yes.

15       Q.    And you were trained that that should be

16   referred to a nurse, is that right?

17       A.    Correct.

18       Q.    Did you receive training from OPWDD

19   concerning filling out various forms and documents?

20       A.    Within limits.

21       Q.    Tell me what you mean by that.

22       A.    We have, in the houses at the time, we

23   have a different system now.  At the time, we had

24   DAR notes.  We had the MAR.  We had a communication

25   log, and we had a 24-hour transfer sheet.  So those