

**Office of the New York State Attorney General**

**Letitia James
Attorney General**

November 4, 2024

Ms. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *J.M. v. Sessions et al.*
      No. 24-1997

Dear Ms. Wolfe:

    I represent defendants-appellees Elise M. Williams, Joshua A. Buell, Corey C. Behlen, Raymond J. McGinn, Katherina L. Cassata, and Michael Novack in the above matter. I write to request a filing date of January 31, 2025 for these appellees' response brief.

                                 Respectfully,

                                 /s/ Alexandria Twinem
                                 Alexandria Twinem
                                 Assistant Solicitor General
                                 (518) 776-2042

cc:   Ilann Margalit Maazel (via ECF)
      Laura Kokotailo (via ECF)
      Samuel Shapiro (via ECF)
      *Attorneys for Plaintiff-Appellant*
      Emery Celli Brinckerhoff Abady Ward & Maazel LLP
      600 Fifth Avenue
      10th Floor
      New York, NY 10020