UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 24-1997

Caption [use short title]

Motion for: Permission to Include Exhibit in Amicus Brief

J.M.

v.

Sessions

Set forth below precise, complete statement of relief sought:

Movant seeks the Court's permission to include an exhibit with its amicus brief. The exhibit contains an affidavit from Mental Hygine Legal Services cited in the amicus brief.

MOVING PARTY: Amicus    OPPOSING PARTY: Defendants

☐ Plaintiff    ☐ Defendant
☐ Appellant/Petitioner    ☐ Appellee/Respondent

MOVING ATTORNEY: Ruth Lowenkron    OPPOSING ATTORNEY: See addendum on page 2

[name of attorney, with firm, address, phone number and e-mail]

New York Lawyers for the Public Interest, Inc.
151 W. 30th Street, 11th Floor, New York, New York 10001
rlowenkron@nylpi.org    (212) 244-4664

Court-Judge/Agency appealed from: U.S. District Court for the Northern District of New York - U.S.D.J. Glenn T. Suddaby

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
■ Yes    ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed  ■ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ■ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below?    ☐ Yes ☐ No
Has this relief been previously sought in this court?    ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?    ☐ Yes  ■ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?    ☐ Yes  ■ No  If yes, enter date:

Signature of Moving Attorney:
/s/ Ruth Lowenkron    Date: November 13, 2024    Service: ■ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# J.M. v. Sessions, Docket No. 24-1997, Motion Information Statement Addendum

**Opposing Counsel**

**Alexandra Von Stackelberg**
**Benjamin W. Hill**
Capezza Hill, LLP
30 South Pearl Street
Suite P-110
Albany, NY 12207
allee@capezzahill.com
518-478-6065


**Alexandria Twinem**
New York State Office of the Attorney General
Division of Appeals & Opinions
The Capitol
Albany, NY 12224
alexandria.twinem@ag.ny.gov
(518) 776-2042